1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                          ---

 3   JAMES TEPPER                 :   CIVIL ACTION
          and
 4   ALISON TEPPER

 5

 6        vs.                     :
                                  :
 7   AMOS FINANCIAL, LLC          :   NO. 15-5834

 8

 9              PHILADELPHIA, PENNSYLVANIA
                    APRIL 5, 2017
10        BEFORE HONORABLE J. CURTIS JOYNER, S.J.

11                  NON-JURY TRIAL

12
     APPEARANCES:
13

14   FOR THE PLAINTIFF:    FELLHEIMER & EICHEN LLP
                           BY:  JOHN J. JACKO, III, ESQUIRE
15                         Two Liberty Place
                           50 South 16th Street, 34th Floor
16                         Philadelphia, Pennsylvania 19102

17

18   FOR THE DEFENDANT:    ERIK M. HELBING, ESQUIRE
                           1328 Second Avenue
19                         Berwick, Pennsylvania 18603

20              GREGG B. WOLFE, RPR, CM
                  Official Court Reporters
21             601 Market Street, Room 1234
               Philadelphia, Pennsylvania 19106
22                    (215) 460-1511

23

24

25
```

```
 1                  (The Court began the proceedings
 2      at 10:00 a.m.
 3                  THE COURT:  Good morning.
 4                  MR. JACKO:  Good morning, Your Honor.
 5                  MR. HELBING:  Good morning.
 6                  THE COURT:  All right, counsel, let's get
 7      started.
 8                  MR. JACKO:  Okay.  Thank you, Your Honor.
 9                  There were motions in limine pending, Your
10      Honor.  I don't know if --
11                  THE COURT:  Yes, the defendant filed two
12      motions in limine.
13                  Those motions are denied.
14                  This Court, as the fact-finder and the arbiter
15      of the appropriate law, can push whatever evidence
16      that's not admissible, that shouldn't be allowed, off to
17      the side without considering.
18                  I have the ability to do that, and I've been
19      doing that for 30 years now.  All right?
20                  MR. HELBING:  Yes, Your Honor.  No
21      disrespect intended.
22                  THE COURT:  Very well.  Let us proceed.
23                  MR. JACKO:  Your Honor, will you take
24      opening statements, counsel?
25                  THE COURT:  Yes, a brief opening statement,
```

1    counsel.

2          Why hasn't this case settled, just out of

3    curiosity?  Is this about attorneys' fees or what?

4          MR. JACKO:  I --

5          THE COURT:  I don't want to hear any

6    discussion about what you had because this was before

7    Judge Reuter.

8          Judge Reuter sent me a memo indicating that

9    they couldn't settle, and he couldn't disclose what the

10   figures were or anything else to that effect because I'm

11   sitting as a judge without a jury.

12         But why hasn't this case settled, if you can

13   tell me?  I don't want to hear about the discussions.

14         MR. JACKO:  Well, okay.  The long and short

15   of it, in my view, is that back when we were in front of

16   Judge Reuter, what the defense was looking for was a net

17   payment from the Teppers to them because of the pending

18   foreclosure action in state court.

19         That couldn't be worked out in those

20   discussions.  We are here today trying an FDCPA claim

21   where at the end of the day it has to be a net flow to

22   the Teppers, because they have been caused to unfairly

23   have to defend a wrongfully filed foreclosure action,

24   and they otherwise had their rights under the FDCPA to

25   which they are entitled to recover their damages and so

4

1    forth.

2            We were speaking briefly a few minutes ago.  We

3    can't get anywhere, apparently.

4            THE COURT:  Very well, I'll hear it.

5            Let's proceed.

6            MR. JACKO:  Your Honor, I'll keep it brief.

7    I know you're familiar with the character of the case.

8            THE COURT:  Yes, you've filed your findings

9    of fact and conclusions of law; and, yes, I have enough

10   paperwork to know what the sum and substance of the case

11   is.

12           MR. JACKO:  Oh, okay.  If you've already

13   read those, then that covers most anything that I would

14   have to say, if you've read through that.

15           THE COURT:  That's fine.  If you wanted to

16   add something else that's not in a written form, I'll

17   entertain it.

18           MR. JACKO:  No, Your Honor.

19           If you've read that, the only thing I would add

20   is that we were submitting two deposition transcript

21   excerpts as Plaintiff's exhibits.

22           I'll identify them when I go back to the table.

23   But that's great.

24           THE COURT:  Very well.

25           MR. JACKO:  Thank you.

 1                    THE COURT:  Defense?

 2                    MR. HELBING:  No, Your Honor.  If you read

 3     the pleadings, then I can add nothing further.

 4                    THE COURT:  Very good.

 5                    MR. JACKO:  The deposition transcript

 6     excerpts we would ask the Court to take judicial notice

 7     of and accept into evidence are Plaintiff's Exhibits 21

 8     and 22.

 9                    THE COURT:  Very well.

10                    MR. HELBING:  Your Honor, we object to

11     Exhibit Number 22.  Mr. Donegan was never listed as a

12     witness.  He's an in-house counsel for Amos Financial.

13     He was never listed as a witness on any witness list

14     that was produced by the plaintiff.

15                    THE COURT:  Was he deposed?

16                    MR. HELBING:  He was deposed.

17                    THE COURT:  You had an opportunity to ask

18     him some questions?

19                    MR. HELBING:  Yes.

20                    THE COURT:  What prejudice, if any, do you

21     suffer, the mere fact that he wasn't listed as a

22     witness?  Right.  Okay.

23                    MR. HELBING:  The fact that he's not here

24     today.

25                    THE COURT:  I'll give you an opportunity to

6

1   give excerpts from his deposition that favors your

2   position.  All right?

3                MR. HELBING:  Yes, sir.

4                THE COURT:  All right?

5                MR. HELBING:  Yes, sir.

6                THE COURT:  Moving along.

7                MR. JACKO:  Your Honor, at this time the

8   plaintiffs call James Tepper to the stand.

9                THE COURT:  Very well.

10          Sir, come right on up here.  Watch your step

11   coming around the witness box.  Remain standing and be

12   sworn in.

13          JAMES BRETT TEPPER, was duly sworn.

14                MR. JACKO:  Would it be acceptable to

15   question the witness from counsel table?

16                THE COURT:  Wherever you want, counsel, as

17   long as the court reporter can hear your questions.

18                MR. JACKO:  I don't know if I'm being heard

19   on the microphone.

20          Would it be okay to sit?  I apologize.

21                THE COURT:  Yes.

22                MR. JACKO:  Okay, thank you.

23          We have provided the Exhibit books for your

24   Honor, Defense counsel and the witness.  The book is in

25   front of them.

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

J. TEPPER - DIRECT

7

```
 1                    DIRECT EXAMINATION
 2   BY MR. JACKO:
 3   Q.      Mr Tepper, could you identify yourself and
 4   your address of residence, please?
 5   A.      James Tepper, 2111 Spring Garden Street,
 6   Philadelphia PA, 19130.
 7   Q.      Okay.  Do you reside with anyone else at that
 8   address?
 9   A.      Yes, I do.  My wife and two children.
10   Q.      Okay.  And what are their names?
11   A.      Brett Tepper and Josette Tepper and they're both
12   nine.  They're twins.
13   Q.      Your wife's name is?
14   A.      Alison Tepper.
15   Q.      Is she here today?
16   A.      Yes, she is.
17   Q.      Okay.  Do you and Alison Tepper own the home
18   at 2111 Spring Garden Street?
19   A.      Yes, we do.
20   Q.      What does your wife Alison do?
21   A.      She's a stay-at-home mother, as well as helps me
22   out with a few things in the business, mostly just, you
23   know, taking checks to the bank and overseeing that I'm
24   okay.
25   Q.      Okay.  And does she have an ownership
```

```
 1    interest in any of your companies?
 2    A.       Yes, she does.  She's 50 percent.
 3    Q.       Which one is that?
 4    A.       222 Products.
 5    Q.       Can you give the formal name of that entity?
 6    A.       Yes, 222 Products LLC.
 7    Q.       Okay.  And do you own the other 50 percent?
 8    A.       Yes, I do.
 9    Q.       What's your highest level of formal
10    education, sir?
11    A.       General studies, Bachelor's of Arts out of West
12    Virginia university.
13    Q.       What was your major and minor?
14    A.       Just a general studies degree.
15    Q.       Okay.  And what do you do for a living?
16    A.       I'm a vendor rep for QVC.  I do not work for
17    them.  I'm an independent contractor that puts products
18    on.
19    Q.       And so what are your responsibilities in that
20    position?
21    A.       I am the one who looks for products to bring to
22    QVC; once we're there, negotiating the best deals with
23    the buying offices, making sure we get on air.
24             The day of the airings, a lot of stuff goes
25    into being there, working with the people to set up the
```

1  airings, working with people to make sure the camera

2  angles are right.  There's a lot to it.

3         Afterwards following up with the buying

4  offices, making sure we can get the reorders we need or

5  if the product doesn't do well, the best way that we can

6  either get rid of it, or whether we need to return it,

7  or whether we need to work on pricing, et cetera.

8  Q.     So are you retained by the vendor?

9  A.     Yes.

10  Q.     Okay.  Are you the interface for the vendor

11  with QVC and whatever processes and procedures they

12  have?

13  A.     Yes.

14  Q.     Okay.  So did there ever come a time when you

15  entered into a loan agreement with NOVA Bank?

16  A.     Yes.

17  Q.     What kind of loan?

18  A.     It was an interest-only line of credit for my

19  home.

20  Q.     Okay.  And when did you enter into that line

21  of credit?

22  A.     2009.

23  Q.     Can we also call that a HELOC?

24  A.     Yes.

25  Q.     Okay.  Now, what was the purpose of the loan?

```
 1   A.      The purpose of the loan was for the house.  We
 2   were doing home improvements.
 3   Q.      Okay.  Was the loan secured?
 4   A.      Yes.
 5   Q.      And what was it secured by?
 6   A.      The house, I guess.  When you say "secured" --
 7   Q.      Did you get a mortgage for that loan?
 8   A.      Yes.
 9   Q.      Okay.  And was that mortgage on the
10   2111 Spring Garden Street property?
11   A.      Yes.  It was the second mortgage.
12   Q.      Okay.  Now, looking at Plaintiff's Exhibit 1,
13   is that a copy of the Credit Agreement and Disclosure
14   that you and your wife signed with NOVA Bank?
15   A.      Yes.
16   Q.      And was that agreement also signed by
17   NOVA Bank?
18   A.      Yes.
19   Q.      What was the term of that loan?
20   A.      I believe it was a ten-year interest-only loan
21   that had revolving credit -- I'm sorry, revolving
22   interest rate.
23   Q.      Did it have a variable interest rate?
24   A.      Yes, it did.
25   Q.      Okay.  And was it for a ten-year term?
```

1    A.      Yes.

2    Q.      Was that term to expire in December 2019?

3    A.      Yes.

4    Q.      And were you able to write checks on that

5    line of credit, as you needed, as long as there was

6    room within the line of credit to do so?

7    A.      Yes, I was.

8    Q.      And what was the maximum principal you could

9    take out on that loan?

10   A.      $150,000.

11   Q.      When you had that loan with NOVA Bank, were

12   you able to draw on the line of credit by writing

13   checks?

14   A.      Yes.

15   Q.      Were you able to do so by telephone?

16   A.      Yes.

17   Q.      Were you able to do so by mail?

18   A.      Yes.

19   Q.      Were you able to do so by fax?

20   A.      Yes.

21   Q.      Were you able to do so in person?

22   A.      Yes.

23   Q.      Okay.  Now, how frequently were you required

24   to make payments on that loan with NOVA Bank --

25   A.      Each month.

1    Q.      It's going to be easier for me to ask

2    questions if you wait until I complete them.

3    A.      I'm sorry.

4    Q.      Okay.  Now, was NOVA Bank required to provide

5    you with periodic statements under the terms of the

6    loan that is Plaintiff's Exhibit 1?

7    A.      Yes, they were.

8    Q.      Okay.  Is the language relating to that

9    requirement found in the last four paragraphs on

10   Page 2, and let's go on to Page 3, the top of Page 3?

11   A.      Yes.

12   Q.      Now, can you take a quick look at Plaintiff's

13   Exhibit 3, and tell me if that is a copy of the

14   mortgage that you and your wife signed in support of

15   the HELOC loan with NOVA Bank?

16   A.      On Exhibit 3, I don't see a signature here.  I

17   just want to verify.

18   Q.      Go to Page 14 of the mortgage.

19   A.      Yes.

20   Q.      Now, when you were banking with NOVA Bank,

21   did you receive periodic statements on a monthly

22   basis from NOVA Bank?

23   A.      Yes.

24   Q.      Can you take a look at Plaintiff's Exhibit 8,

25   please?

1   A.      Okay.

2   Q.      Is that a copy of one of the periodic

3   statements you received from NOVA Bank?

4   A.      Yes.

5   Q.      With respect to that document, is that from

6   the period of time at the beginning of your loan with

7   NOVA Bank?

8   A.      Yes.

9   Q.      Now, can you tell me what items are listed in

10  that document in terms of the itemization for any

11  payment that NOVA Bank was looking for from you in

12  December of 2009?

13  A.      Yes.  There are the checks that were written,

14  which were two checks.  There's a finance charge, and

15  then an explanation of how the finance charge was

16  calculated.

17          As you can see on 12-2, the APR is 5.49.  That

18  APR changed on 4-11 to 4.90.  So, I guess, almost on a

19  weekly basis the APR would change on the statements in

20  order to be a different finance charge each month.

21  Q.      Do you have an understanding of how or the

22  process by which NOVA Bank went through to make the

23  calculations of interest when it produced the

24  periodic statements you received?

25  A.      I have no idea.

1   Q.      Now, did there ever come a time when

2   NOVA Bank stopped servicing this HELOC loan?

3   A.      When they went under.

4   Q.      Okay.  When was that?

5   A.      That was 2013?  2011.

6   Q.      Do you know if it was in -- I'm sorry, in

7   October of 2012?

8   A.      Yes, okay.  Yes.

9   Q.      Okay.  Now, who took over for NOVA Bank at

10  the time that NOVA Bank went under?

11  A.      The FDIC.

12  Q.      The Federal Deposit Insurance Corporation?

13  A.      Yes.

14  Q.      So for purposes of today, we'll call it the

15  FDIC; is that okay?

16  A.      Yes.

17  Q.      Okay.  Now, how long -- well, strike that.

18          Well, did the FDIC ever provide you with

19  periodic statements regarding your HELOC loan during the

20  time it was servicing that loan?

21  A.      No.

22  Q.      Okay.  Was the last periodic statement that

23  you received on this loan from NOVA Bank for October

24  of 2012?

25  A.      Yes.

J. TEPPER - DIRECT                                                15

1   Q.      Did there ever come a time when the HELOC

2   loan was transferred from the FDIC to Amos Financial

3   LLC?

4   A.      Yes.

5   Q.      Do you recall when that was?

6   A.      No, I can't.  If you give me a date, I can

7   confirm, but --

8   Q.      Okay.  Do you recall if that was in or about

9   March 2013?

10  A.      Yes.

11  Q.      Okay.  Now, getting back for a moment to the

12  terms of the HELOC loan, what would happen if you

13  paid more than the variable interest minimum that was

14  due in a given month when it was being serviced by

15  NOVA Bank?

16  A.      It would go to my principal amount.

17  Q.      Now, what was your understanding would happen

18  at the time of maturity if there was any principal

19  balance left on the loan?

20  A.      I would either repay the principal or be able to

21  refinance my loan.

22  Q.      Okay.  Now, is there anything in the Credit

23  Agreement, that is Plaintiff's Exhibit 1, that

24  suggests to you that the lender, which at the time

25  you signed this was NOVA Bank, had any option to

1  discontinue sending you periodic statements on a

2  monthly basis?

3  A.      No.

4  Q.      Now, so, again, looking at Plaintiff's

5  Exhibit 8, this periodic statement, did it provide

6  you with the principal?

7  A.      Yes.

8  Q.      Did it provide you with the minimum payment

9  due?

10  A.      Yes.

11  Q.      Did it provide you with the changes in the

12  interest rate during the month?

13  A.      Yes.

14  Q.      Did it provide you with the number of days

15  during which the applicable interest rates were used

16  to calculate the minimum monthly payment?

17  A.      Yes.

18  Q.      Did it provide you with the amounts past due,

19  if any?

20  A.      Yes.

21  Q.      Did it provide you with the late charges, if

22  any?

23  A.      Yes.

24  Q.      Okay.  Did the interest rate that you were

25  charged change during the approximate three-year

1  period that NOVA Bank was servicing your loan?

2  A.      Yes.  On almost a weekly basis.  Every statement

3  was a different amount.

4  Q.      Okay.  I'd like to turn your attention to

5  Plaintiff's Exhibit 7; do you see that document?

6  A.      Yes.

7  Q.      Do you know what that document is?

8  A.      I do.

9  Q.      What is it?

10  A.      This is a list of payments made throughout the

11  term of the loan by month.

12  Q.      Okay.  And up to and through October of 2012,

13  do you believe this to be an accurate payment history

14  of your HELOC loan?

15  A.      Yes.

16  Q.      Okay.  Were you ever provided with a copy of

17  this document before the litigation in this case?

18  A.      No.

19  Q.      Did you receive a copy of this document from

20  the defendant, Amos Financial LLC, through this

21  litigation?

22  A.      No.  When you say "through this litigation,"

23  meaning -- I first received this at the deposition, is

24  the first time I saw this.

25  Q.      That was your deposition in this case?

1    A.      Yes, it was.

2    Q.      Okay.  During the time that NOVA Bank

3    serviced this loan, were there any two months where

4    the minimum payment was the same?

5    A.      No.

6    Q.      Did you make the monthly payments through

7    October 2012?

8    A.      Yes.

9    Q.      Does Plaintiff's Exhibit 7, at least through

10   October 2012, reflect instances where you made

11   payments in excess of the minimum variable monthly

12   payment?

13   A.      Yes, it does .

14   Q.      Now, do you recall receiving correspondence

15   from the FDIC?

16   A.      Yes.

17   Q.      Let's stop for a second and let me ask you,

18   sir, is the house that you live in on Spring Garden

19   Street different today than it was when you took out

20   the HELOC loan in 2009?

21   A.      Yes.

22   Q.      Can you describe for me what happened to make

23   that home fundamentally different today than it was

24   then?

25   A.      Are you talking about from the money from the

1  loan or the fire?

2  Q.      Well, let's talk about both of those.

3  A.      Okay.  So, yes.  So the money from the loan went

4  to house improvements.  We had just had our kids.  We

5  had used the money to fix our house up, you know, just

6  basic, you know, marriage, have twins, have a great

7  house, fix it up.  Then in January of 2014, we had a

8  fire.

9  Q.      Do you know if it was January of 2015?

10  A.      Oh, '15, I'm sorry.  Yes.  Yes, January 2015 we

11  had the fire.

12          After that the house -- mostly smoke damage, a

13  lot of burning and stuff, so the house was completely

14  gutted and redone, built back up into the house that it

15  is today.

16  Q.      Was that predominantly at the expense of your

17  homeowner's insurer?

18  A.      Yes.

19  Q.      Okay.  Now, did you lose documentation

20  relating to this loan that we've been talking about

21  in that fire?

22  A.      Yes.  Everything that was kept in my office, all

23  the paper, was taken out of the house almost

24  immediately.

25  Q.      Now, looking at Plaintiff's Exhibit Number 9,

1    is it your understanding that Amos claims that you

2    received this letter from the FDIC dated

3    November 30th, 2012?

4    A.      Yes.

5    Q.      Do you have any reason to dispute the receipt

6    of this letter at about that time?

7    A.      No.

8    Q.      Is it addressed to you and your wife, Alison?

9    A.      Yes, it is.

10   Q.      Does it provide any specifics regarding your

11   loan such as principal, interest, interest rate,

12   minimum payments?

13   A.      No.

14   Q.      Does Exhibit 9 state that there was any

15   default of the Credit Agreement as of November 30th,

16   2012?

17   A.      No.

18   Q.      Now, directing your attention to the fourth

19   paragraph of Exhibit 9, did the FDIC ask you and your

20   wife to "voluntarily waive" -- I'm quoting,

21   "voluntarily waive any obligation of the receiver to

22   fund or to make any further advances or draws," under

23   the credit agreement?

24   A.      Yes.

25   Q.      Does it offer you or your wife anything in

1    return to agree to provide such a waiver?

2    A.       No.

3    Q.       In the same paragraph, does it also request

4    that you indicate your consent to such a waiver by

5    signing the letter?

6    A.       Yes.

7    Q.       Looking at Page 2, and the signature blocks

8    that are identified on that, does Exhibit 9,

9    Plaintiff's Exhibit 9 incorrectly identify you and

10   your wife as "Guarantors"?

11   A.       Yes, that is incorrectly identifying us as

12   Guarantors.

13   Q.       Were the two of you the borrowers on the

14   loan?

15   A.       We were the borrowers.

16   Q.       Okay.  Did you and your wife ever sign this

17   letter?

18   A.       No.

19   Q.       Is Exhibit 9 signed by either you or your

20   wife?

21   A.       No.

22   Q.       Is there any amount listed for your HELOC

23   loan in this letter that is Plaintiff's Exhibit 9?

24   A.       No.

25   Q.       Okay.  Turning the page to Plaintiff's

1    Exhibit 10.

2              Is it your understanding that Amos claims that

3    you received this letter from the FDIC dated

4    December 5th, 2012?

5    A.       Yes.

6    Q.       Do you have any reason to dispute your

7    receipt of this letter at about that time?

8    A.       No, sir.

9    Q.       Is Exhibit 10 addressed to you and your wife,

10   Alison?

11   A.       Yes.

12   Q.       Does it provide any specifics regarding your

13   loan such as principal, interest, interest rate,

14   minimum payments and the like?

15   A.       No, no.

16   Q.       Does it list any amount whatsoever associated

17   with your loan?

18   A.       No.

19   Q.       Does it state that there's any default of the

20   Credit Agreement as of December 5th, 2012?

21   A.       No.

22   Q.       Again, directing your attention to the fourth

23   paragraph of Exhibit 10, did the FDIC ask you and

24   your wife to, in quotes, "voluntarily waive any

25   obligation of the receiver to fund or make any

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

1  further advances or draws," under the Credit

2  Agreement?

3  A.      Yes.

4  Q.      Does it offer you or your wife anything in

5  return to provide such a waiver?

6  A.      No.

7  Q.      In the same paragraph, does it also request

8  that you indicate your consent to such a waiver by

9  signing the letter?

10  A.      Yes.

11  Q.      Did you or your wife ever sign the letter?

12  A.      No.

13  Q.      Is Exhibit 10 signed by either you or your

14  wife?

15  A.      No.

16  Q.      Okay.  Turning your attention to Plaintiff's

17  Exhibit 11.  Actually, strike that.

18          After you stopped receiving periodic statements

19  from NOVA Bank in October 2012, what, if anything, did

20  you do?

21  A.      I, at one point after receiving the FDIC letter,

22  tried to send a check to the FDIC.  I don't know the

23  time.  I believe it was right before the last letter

24  that's on here.  Then that was not cashed.  We had

25  waited a little bit to get our PNC account.  Once we had

1    that we mailed the check off.

2            I believe I had called the Washington FDIC, and

3    they scrolled down and they said, yes, this bank is in

4    default.

5            MR. HELBING:  Objection, hearsay.

6            THE COURT:  It is hearsay, counsel.

7        Pursuant to the conversation that you had, what

8    did you next do?

9            THE WITNESS:  I next found out what I can

10   do, and they said that it would be --

11           MR. HELBING:  Objection, hearsay.

12           THE COURT:  Don't tell us what they said.

13   Tell us what you did.

14           THE WITNESS:  Okay.  What I did was I

15   waited to get a statement from the next bank that would

16   be dealing with the loans.  So whoever bought the loan,

17   I was going to deal with them in order to get back on

18   track and start making payments.

19   BY MR. JACKO:

20   Q.      Did you ask the FDIC to provide you with an

21   itemization for that HELOC loan in that conversation?

22   A.      I did not.

23   Q.      Okay.  Now, did the FDIC ever return the

24   check that you sent them?

25   A.      No.

                Gregg B. Wolfe, RPR, CM
                     215-460-1511

J. TEPPER - DIRECT

25

```
 1   Q.      Now, how much did you make out that check
 2   for?
 3   A.      I made it out for the last payment that I had
 4   given, so I don't recall, but whatever the last payment
 5   was of the loan I mailed that.
 6           You know, I didn't exactly know, as we're here
 7   today, what the actual finance charge was, so what I did
 8   was I mailed the previous finance charge that I paid and
 9   sent it off.
10   Q.      Okay.  Would that have been for an amount of
11   a little more than $500?
12   A.      Yes.
13           THE COURT:  Where was it sent off to?
14           THE WITNESS:  The FDIC.  I believe it was
15   sent to the address that was here, the Berwyn address.
16   BY MR. JACKO:
17   Q.      Now, during the time that the FDIC was
18   servicing your HELOC, did FDIC ever tell you how you
19   would and could go about drawing on your line of
20   credit?
21   A.      No.
22   Q.      Now, looking at Plaintiff's
23   Exhibit Number 11, is it your understanding that Amos
24   claims that you received this letter from the FDIC
25   dated January 16th, 2013?
```

J. TEPPER - DIRECT

26

1   A.      Yes.

2   Q.      Do you have any reason to dispute the receipt

3   of this letter or about that time?

4   A.      No.

5   Q.      Is Plaintiff's Exhibit 11 addressed to you

6   and your wife, Alison?

7   A.      No.  It's just addressed to me.

8   Q.      Does Plaintiff's Exhibit 11 declare your

9   HELOC loan to be in default?

10  A.      Yes.

11  Q.      Is that declaration of default contained in

12  the second -- I'm sorry, the third sentence of the

13  second paragraph?

14  A.      Yes.

15  Q.      Does Plaintiff's Exhibit 11 identify any

16  amount associated with your HELOC loan?

17  A.      No.

18  Q.      Does Plaintiff's Exhibit 11 state that the

19  FDIC had actually decided to terminate and accelerate

20  the repayment of your loan?

21  A.      No.

22  Q.      Does Plaintiff's Exhibit 11 state any

23  deadline for action on your part?

24  A.      No.  Oh, wait.  Hold on.  Not that I see, no.

25  Q.      Okay.  Now, did there ever come a time when

1   the FDIC informed you that it was going to sell your

2   loan to Amos Financial LLC?

3   A.      Yes.

4   Q.      Now, turning your attention to Plaintiff's

5   Exhibit 12, you'll see that it's a Notice of

6   Assignment, Sale or Transfer of Servicing Rights; do

7   you see that document?

8   A.      I do.

9   Q.      Okay.  Is it your understanding that Amos

10  claims that you received this letter from the FDIC

11  and Amos that's dated March 28th, 2013?

12  A.      Yes.

13  Q.      Do you have any reason to dispute your

14  receipt of this letter at about the time that it is

15  dated?

16  A.      No.

17  Q.      Is Plaintiff's Exhibit 12 addressed to you

18  and your wife, Alison?

19  A.      No.

20  Q.      Who is it addressed to?

21  A.      Just to me.

22  Q.      Does anyone's physical signature appear on

23  either of the signature blocks for this letter?

24  A.      No.

25  Q.      What's your understanding at the time you

J. TEPPER - DIRECT
28

1  received this communication of what it was trying to

2  tell you?

3  A.     That another bank would be taking over servicing

4  my loan, that there would be some sort of, you know,

5  welcome package, some checks, and I would just pick up

6  the loan with the new bank.

7  Q.     Was there anything in this communication that

8  informed you that Amos was going to take over the

9  loan as a debt collector?

10 A.     No.

11 Q.     Now, other than telling you about the

12 upcoming sale and transfer of the loan to Amos, and

13 providing you with Amos' contact information, does

14 this, Plaintiff's Exhibit 12, provide any specifics

15 regarding your loan such as principal, interest,

16 interest rate, minimum payments and the like?

17 A.     No.

18 Q.     Did you or your wife, Alison, ever receive

19 the type of welcoming letter and replacement HELOC

20 checks or any written communication explaining

21 anything about how you could borrow against the line

22 of credit, like you could when it was with NOVA Bank,

23 at any time after October 2012?

24 A.     No.

25 Q.     Okay.  Now, after Amos Financial LLC became

1  your loan servicer, did you begin receiving any

2  monthly periodic statements, like you did when

3  NOVA Bank was servicing your loan?

4  A.     No.

5  Q.     Turning your attention to Plaintiff's

6  Exhibit 13, is it your understanding that

7  Amos Financial LLC claims that you received the

8  letter dated June 5th, 2013, that is Plaintiff's

9  Exhibit 13?

10  A.     Yes.

11  Q.     Do you have any reason to dispute your

12  receipt of this letter at about that time?

13  A.     No.

14  Q.     Does Plaintiff's Exhibit 13 state that

15  Amos -- and when I say "Amos," sir, I'm referring to

16  Amos Financial LLC; do you understand that?

17  A.     Yes, I do.

18  Q.     Does Plaintiff's Exhibit 13 state that Amos

19  has declared your loan to be in default?

20  A.     I see that it's saying that it's late, but I

21  don't "in default," no.

22  Q.     You don't see the word "default" anywhere in

23  that letter --

24  A.     I do not see the word "default."

25  Q.     -- is that correct?

L. TEPPER - DIRECT

30

1   A.      Right, that's correct.

2   Q.      Okay.   Is there any indication in Plaintiff's

3   Exhibit 13 as to the manner in which any accrued

4   finance charges were calculated?

5   A.      No.

6   Q.      Is any principal identified in Plaintiff's

7   Exhibit 13?

8   A.      No.

9   Q.      Does anything in Plaintiff's Exhibit 13 tell

10  you the period of time during which the alleged past

11  due amount was accruing?

12  A.      No.

13  Q.      Now, looking at the signature block for

14  John Carroll, is there any physical signature in that

15  signature block?

16  A.      No.

17  Q.      Is there anything in this letter that

18  indicates that John Carroll is an attorney for

19  Amos Financial LLC?

20  A.      No.

21  Q.      Is there anything in Plaintiff's Exhibit 13

22  that identifies Mr. Carroll's title or position with

23  Amos?

24  A.      No.

25  Q.      Does Page 2 of Exhibit 13 indicate that Amos

1    is attempting to collect a debt?

2    A.      Yes.

3    Q.      Now, is Plaintiff's Exhibit 13 the first time

4    that you were informed that your loan was assigned a

5    new account identifier of NOVA 7?

6    A.      Yes.

7    Q.      Now, if you could turn to Plaintiff's

8    Exhibit 14, sir, is it your understanding that Amos

9    claims that you received the letter dated July 24th,

10   2013, that is Plaintiff's Exhibit 14?

11   A.      Yes.

12   Q.      Do you have any reason to dispute your

13   receipt of this letter at about that time?

14   A.      No.

15   Q.      Does Plaintiff's Exhibit 14 state that Amos

16   has declared your loan to be in default?

17   A.      No.

18   Q.      Does Plaintiff's Exhibit 14 identify any date

19   of default or the manner in which any accrued finance

20   charges were calculated?

21   A.      No.

22   Q.      Does it state that your loan was terminated

23   and accelerated?

24   A.      No.

25   Q.      Does it tell you what the principal was on

J. TEPPER - DIRECT

32

1    your loan at that time?

2    A.      No.

3    Q.      Does it tell you the period of time during

4    which the alleged past due amount was accruing?

5    A.      No.

6    Q.      Does it tell you where in the Credit

7    agreement, that is Plaintiff's Exhibit 1, that the

8    lender had any right to increase the amount of

9    interest upon any default?

10   A.      No.  In fact, according to that, they were not

11   allowed to go up to 9.49, according to the Credit

12   Agreement.  I can probably find that.

13   Q.      Now, looking at Plaintiff's Exhibit 1, at

14   Page 4, could you read into the record the paragraph

15   that starts with the words "Rate Increase" that is a

16   subparagraph under the "Lender's Rights" section?

17   A.      "Rate Increase.  In addition to other rights

18   during termination and acceleration, we may increase the

19   variable ANNUAL PERCENTAGE RATE under the agreement to

20   5 percentage points over the then applicable ANNUAL

21   PERCENTAGE RATE.  The ANNUAL PERCENTAGE RATE will not

22   exceed the maximum rate permitted by the applicable law.

23   If we do not increase the annual percentage rate upon

24   termination or acceleration of your credit line account,

25   it will continue all the" -- I cannot read, "variable

J. TEPPER - DIRECT

33

1   rate in effect of the date of the termination or

2   acceleration of your credit line account."

3   Q.      Thank you.

4           Do you agree with me that the word "default"

5   does not appear in that paragraph?

6   A.      It does not.

7   Q.      Now, let's go back to Plaintiff's Exhibit 14.

8           Is Mr. Carroll's physical signature on that

9   document?

10  A.      No.

11  Q.      Does that document anywhere indicate that

12  Mr. Carroll an attorney for Amos?

13  A.      No.

14  Q.      Does it identify Mr. Carroll's title or

15  position with Amos?

16  A.      No.

17  Q.      Now, turning to Plaintiff's Exhibit 15, is it

18  your understanding that Amos claims that you received

19  the letter dated September 20th, 20013, that is

20  Plaintiff's Exhibit 15?

21  A.      Yes.

22  Q.      Do you have any reason to dispute your

23  receipt of that letter at about that time?

24  A.      No.

25  Q.      Does Plaintiff's Exhibit 15 state that Amos

Gregg B. Wolfe, RPR, CM
215-460-1511

1    has declared your loan to be in default?

2    A.       No.

3    Q.       I'm sorry, I'm going to direct your attention

4    to the last paragraph on the first page.

5    A.       Okay.  Yes, okay.  Yes.

6    Q.       So let me ask it again so the record is

7    clear.

8            Does Plaintiff's Exhibit 15 state that Amos has

9    declared your loan to be in default?

10   A.       Yes.

11   Q.       Does it identify any date of delinquency or

12   the manner in which any accrued finance charges were

13   calculated?

14   A.       No.

15   Q.       Does it state that your loan was terminated

16   and accelerated?

17   A.       No.

18   Q.       Does it tell you the principal on your loan

19   at that time?

20   A.       No.

21   Q.       Does it tell you the period of time which the

22   allegedly past due amount was accruing?

23   A.       No.

24   Q.       Does it state that Amos had decided to

25   increase your interest rate accruing in quotes "by an

1  additional 5 percent to 9.49 percent"?

2  A.      Yes.

3  Q.      Was it your understanding at that time, then,

4  that as a result of it declaring the loan to be in

5  default, Amos had decided to raise the variable

6  interest rate on your HELOC to a range of 5 percent

7  to 9.49 percent --

8  A.      Yes.

9  Q.      -- without telling you precisely what rate it

10 was applying, without informing you of any decision

11 by it to terminate and accelerate the loan?

12 A.      Yes.  And also, as we looked at the Credit

13 Agreement, it says "pursuant to the terms of the Credit

14 Agreement."  That's not the terms of the Credit

15 Agreement.

16 Q.      Thank you.

17         THE COURT:  What's the last payment that

18 you had made towards this equity loan?  Is that the

19 October 2012?

20         THE WITNESS:  Yes.  That's right before

21 NOVA went out of business.  In fact, I believe I made

22 the payment the day that they went out of business,

23 because I made the payment.  Later that night I was

24 actually out at a Wawa, and my card was turned down.  It

25 said "See financial" -- it was a weird thing.

1          And then when that happened, I had looked and I

2    saw that they were out, that they went under.  But I had

3    made my payment.

4          I made my payment every month.  I used to go to

5    the bank and see them.  I knew all the tellers.  I would

6    get my kids lollipops.

7               THE COURT:  So my question to you, sir, is

8    that there was almost a whole year that it expired that

9    you had made no mortgage payments at all?

10               THE WITNESS:  Yes.

11               THE COURT:  Okay.  Very well.

12               MR. JACKO:  Your Honor, you used the word

13    "expired."

14               THE COURT:  When you say "expired."

15               MR. JACKO:  There was no expiration.  The

16    loan itself would have been in place until 2019.

17               THE COURT:  Yes, it's still an existing

18    loan --

19               MR. JACKO:  Right.

20               THE COURT:  -- but there was a period from

21    October 2012 to September 20th, this last letter that

22    you introduced, that your client made no payment towards

23    any outstanding obligation; is that correct?

24               MR. JACKO:  That is correct, Your Honor.

25               THE COURT:  Continue on.  I asked the

1    question for my own information.

2                    MR. JACKO:  Right, okay.

3    BY MR. JACKO:

4    Q.      Now, again, Mr Tepper, looking at Plaintiff's

5    Exhibit 15, does Mr. Carroll's physical signature

6    appear on that document?

7    A.      Yes.

8    Q.      Does it anywhere indicate that Mr. Carroll is

9    an attorney for Amos?

10   A.      No.

11   Q.      Does it identify Mr. Carroll's title or

12   position with Amos?

13   A.      No.

14   Q.      Did you or your wife sign the receipt for

15   this letter?

16   A.      No.  This is the one that I don't recall

17   getting.  It has a signature saying "AS," and that's not

18   mine or Alison's signature, so I don't recall getting

19   this, and I don't know.

20   Q.      But you have no reason to dispute your

21   receiving this?

22   A.      No, I have no reason to dispute.

23   Q.      Now, did you ever respond to any of the

24   letters that you received from Amos that we've

25   discussed today?

1    A.       That we discussed today so far?  No.

2    Q.       Okay.

3                    THE COURT:  Why not?

4                    THE WITNESS:  I assumed that I was going to

5    get a welcome package.  When they are not showing me an

6    interest or any other things, I was suspect of it.

7                    It was later on that I got a letter from the

8    lawyer, and that I did respond to.  When I responded to

9    that, my answer was not -- they didn't give me

10   statements.  In fact, I was verbally abused.

11                   THE COURT:  So when you say you were

12   suspect, what are you saying, sir?

13                   THE WITNESS:  Well, I'm used to getting an

14   interest and the principal and paying that.

15                   When they are sending me these threatening

16   letters without a welcome letter, I was informed by

17   FDIC -- I know it is hearsay -- that my loan would be

18   bought out and serviced.

19                   THE COURT:  So they told you who that

20   company --

21                   THE WITNESS:  They didn't know at the time.

22   They did not know.

23                   THE COURT:  What identification, if any,

24   did you receive who the person was that was buying the

25   loan?

1          THE WITNESS:  I didn't receive anything.

2    The only thing I received was here when Amos was taken

3    over.

4          THE COURT:  Okay.  What did you do in that

5    regard?  Did you contact them?  Did you sit down with

6    them and go through your obligation that was

7    accumulating because you are not making any payments?

8          THE WITNESS:  Not until later on.

9          THE COURT:  So how long did you wait?

10   Approximately.  Give me a round estimate.  Six months,

11   nine months, a year?

12         THE WITNESS:  November 2014.

13         THE COURT:  So this was not a pressing

14   matter as far as you were concerned?

15         THE WITNESS:  There was nothing coming to

16   me every month.  This wasn't --

17         THE COURT:  I'm not asking about what's

18   coming to you.

19         THE WITNESS:  No, I thought this was almost

20   a scam.

21         THE COURT:  Okay.  Let me ask you this

22   question.  I'm trying to understand your reasoning and

23   your circumstances.

24         THE WITNESS:  Okay, sure.

25         THE COURT:  You entered into this

J. TEPPER - DIRECT

40

1   agreement, and you were making monthly payments on it.

2                   THE WITNESS:  Yes, sir.

3                   THE COURT:  Okay.  Now, you were making

4    approximately -- just round out the payments.

5                   THE WITNESS:  Uh-huh.

6                   THE COURT:  How much were you paying per

7    month, round figures?  Approximately.  Average.

8                   THE WITNESS:  560.

9                   THE COURT:  560.  Let's make it 550.  All

10   right?

11                  THE WITNESS:  Okay.

12                  THE COURT:  You are making 550 payments per

13   month for the period of time until NOVA is no longer a

14   viable bank?

15                  THE WITNESS:  Yes, Your Honor.

16                  THE COURT:  How long was that?

17                  THE WITNESS:  Almost two years.

18                  THE COURT:  Two years.

19                  THE WITNESS:  Yes.

20                  THE COURT:  All right.  So we're talking

21   about 550.  We're talking about 612, maybe $14,000.  All

22   right?

23                  THE WITNESS:  Yes.

24                  THE COURT:  Okay.  So you're paying $14,000

25   during that period of time, and then after you get

1   notice from FDIC, you make one last payment.

2              THE WITNESS:  Uh-huh.

3              THE COURT:  And you make no other payments

4   for another year or two years.

5              THE WITNESS:  Yes.

6              THE COURT:  Very good.  That's what I

7   wanted to know.

8              THE WITNESS:  Okay.

9   BY MR. JACKO:

10  Q.     Do you recall receiving an Act 91 Notice from

11  Amos?

12  A.     I don't recall the one that was sent in the

13  Mr. Carroll letter, but I know they had discussed that.

14  I did receive an Act 91 letter from Mr. Helbing in

15  October of that year.

16  Q.     Now, turning your attention to Plaintiff's

17  Exhibit 16, is that a copy of that notice that you

18  just described?

19  A.     Yes.

20  Q.     And is it your recollection that you received

21  this in November of 2014?

22  A.     Yes.

23  Q.     Does this notice state that a default existed

24  on your mortgage for amounts past due since

25  November 2012 in the amount of $22,445.99?

1    A.       Yes, and I have no idea how that number came

2    about.

3    Q.       Is that because there's no itemization or

4    calculation of that amount?

5    A.       As the judge just said, it was probably around

6    $15,000 and all of a sudden it's up to 22 and without

7    any explanation of how they got to that number.

8    Q.       What kind of details does it provide about

9    your loan?

10   A.       Just the past due amount.  It doesn't even have

11   what my principal was.

12   Q.       Does this notice state that your loan was

13   terminated and accelerated?

14   A.       I don't believe so, no.

15   Q.       Now, after you received this Act 91 Notice,

16   what, if anything, did you do?

17   A.       When I received this, I mailed a letter to them,

18   and the letter was through counsel.  It basically stated

19   that I would like to see the two years of statements, so

20   that we could come to terms on this.

21   Q.       Now, were you ever provided with periodic

22   statements as a result of that communication?

23   A.       No, sir.  They went right to foreclosure.

24   Q.       Were you ever told why you weren't going to

25   be provided with periodic statements?

1   A.      I was told that I did not deserve them.

2   Q.      Who told you that?

3   A.      Mr. Korogluyan.

4   Q.      Was that at a subsequent communication?

5   A.      Yes.  That was in our phone call.

6   Q.      Okay.  Do you recall if Amos filed suit

7   against you in a mortgage foreclosure action?

8   A.      Yes.

9   Q.      You and your wife?

10  A.      Yes.

11  Q.      Do you recall when that was?

12  A.      I made my phone call August 6th, so it was right

13  after that.  They said in the call that they were moving

14  forward with that, but I guess you guys were served with

15  the papers later in August.

16  Q.      I'm sorry, you said August, but do you mean

17  April?

18  A.      I'm sorry, April.  April.  I apologize.

19  Q.      Okay.  Now, turning your attention to

20  plaintiff's exhibited --

21              THE COURT:  Who is "you guys"?

22              THE WITNESS:  My attorneys.  I had them --

23              THE COURT:  So you had hired attorneys by

24  the time that they had served you?

25              THE WITNESS:  Yes.  Well, what happened

Gregg B. Wolfe, RPR, CM
215-460-1511

```
 1    is --

 2                THE COURT:  I just asked --

 3                THE WITNESS:  Okay.

 4                THE COURT:  -- whether or not you hired an

 5    attorney.

 6                THE WITNESS:  After the phone call, I hired

 7    attorneys, yes.

 8                THE COURT:  Very good.

 9    BY MR. JACKO:

10    Q.      At the time of the phone call in April 2015,

11    had you been served with a copy of any Foreclosure

12    Complaint filed against you by Amos?

13    A.      Just the Act 91.

14    Q.      But I'm asking you about a Complaint in

15    litigation that told you that you were being sued in

16    a foreclosure action.

17            Had you received that by a process server from

18    Amos?

19    A.      Not yet.

20    Q.      Okay.  Turning your attention to Plaintiff's

21    Exhibit 17, is that a copy of the Complaint and

22    Mortgage Foreclosure that Amos filed against you and

23    your wife on March 26th, 2015 in the Court of Common

24    Pleas for Philadelphia County, Pennsylvania?

25    A.      Yes.
```

1  Q.      Now, if you would be kind enough, sir, and

2  can turn your attention to Exhibit E of that

3  Complaint, you'll see that there's a letter from

4  Mr. Helbing to you.

5          Is that the letter that you received that

6  originally provided you with the Act 91 Notice that you

7  were talking about?

8  A.      Yes, sir.

9  Q.      Now, and just so we're clear, you didn't

10 retain counsel until after you had this telephone

11 call on April 6th, 2015?

12 A.      Yes, I did not retain counsel until after that.

13 Q.      You didn't have a copy of this Complaint in

14 your possession at that time, correct?

15 A.      No.

16 Q.      Okay.  Now, from the time that the Act 91

17 Notice was received by you in November 2012, until

18 you had this telephone conversation of April 6th,

19 2015, did you have any telephone communications with

20 Amos' lawyer, Mr. Eric Helbing?

21 A.      I tried to contact him prior to that date.  I

22 left a message and some text messages.  He did respond

23 to a text to call Amos, and that's when I called Amos on

24 the 6th.

25 Q.      Okay.  Who did you speak to on April 6th,

1    2015?

2    A.      At first I spoke to Mr. Carroll, John Carroll,

3    who -- it was a pretty bad phone call as far as I -- you

4    know, I identified myself, who I was.  I had explained

5    that I was just calling to see what was going on.  I'd

6    like to get the statements and get to the bottom of

7    this.

8            I'd like to know, you know, how they got to the

9    figure of what I owe.  I told him about the fire.  He

10   really wasn't concerned, except to tell me that, you

11   know, the money that the insurance company gets is

12   theirs, and I owe them that money, too.

13           I then asked if he knew the stats of this, and

14   his line was he's not a lawyer, which I now find out

15   that he's a lawyer.  He said, "I'm not a lawyer.  I

16   don't know."

17           With that, I was, you know, sort of jarred up

18   and like, "What's going on here?"  I gave Mr. Helbing a

19   call back and left him a message and the message was,

20   "Can you please call me?  I'm hoping you're going to

21   treat me a little nicer than they did, you know, I just

22   want to find out what's going on."

23           Later that day is when I got another phone call

24   from Amos Financial, and that is the phone call that was

25   just beyond any phone call that I could ever imagine

47

1  getting.

2  Q.     I'll ask you questions about that phone call.

3  A.     Okay.

4  Q.     But when you were speaking with Mr. Carroll,

5  did he indicate in that conversation whether you had

6  been sued in a Mortgage Foreclosure action?

7  A.     He told me that he didn't know the status of it,

8  and that he wasn't a lawyer and that he would have

9  someone else call me that day.

10  Q.     Okay.  When was the first time that you

11  learned that Mr. Carroll was a lawyer?

12  A.     A few days ago.

13  Q.     Now, you said that you received a telephone

14  call later that day?

15  A.     Yes.

16  Q.     Who was that from?

17  A.     Mr. Korogluyan.

18  Q.     And was that Nareg Korogluyan?

19  A.     Yes.  He identified himself as Nareg Korogluyan,

20  yes.

21  Q.     Did you sit through Mr. Nareg Korogluyan's

22  deposition in this case?

23  A.     Yes.

24  Q.     And is he present in the courtroom today?

25  A.     Yes, he is.

1    Q.       Now, at the time that Amos filed its

2    Complaint and Mortgage Foreclosure on March 26th,

3    2015, do you know if it was registered to do business

4    in Pennsylvania?

5    A.       I now know that they were not.

6    Q.       Do you know if publicly available records

7    with the Pennsylvania Corporations Bureau confirmed

8    that Amos was not registered to do business in

9    Pennsylvania until October 2015?

10   A.       Yes, I do.

11   Q.       Could you please take a look at Plaintiff's

12   Exhibit 32?

13   A.       (Witness complied.)

14   Q.       I'll represent to you, sir, that this is a

15   publicly available document on the Pennsylvania

16   Corporation's Bureau website.

17            Can you please identify the entity to whom it

18   relates?

19   A.       Amos Financial LLC.

20   Q.       Can you please identify the dates of its

21   registration?

22   A.       10-26-2015.

23   Q.       Is that October 26th, 2015?

24   A.       Yes, it is.

25   Q.       Thank you.

1              Does the Foreclosure Complaint, that is
2    Plaintiff's Exhibit 17, provide you with the principal
3    allegedly due on your loan as of March 2015?
4    A.      Yes.
5    Q.      Is that the first time that anyone from Amos
6    identified the amount of alleged principal on your
7    loan to you or your wife?
8    A.      Yes, it is.  Plus I see that it's $38.85 per day
9    in interest fees, which I have no idea how they can get
10   to that figure.
11             If I'm paying $500 a month normally, how do you
12   get to $38.85 a day?  What if I made an interest
13   payment?
14   Q.      Is there any statement in the Foreclosure
15   Complaint, that's Plaintiff's Exhibit 17, to indicate
16   that your loan was terminated and accelerated?
17   A.      No.
18   Q.      Have you ever received any written notice
19   from Amos that it had decided to terminate and
20   accelerate your HELOC loan?
21   A.      No.
22   Q.      What's the status of the Foreclosure action
23   against you?
24   A.      It's pending.  I believe we're July of this
25   year.

1  Q.      For a trial?

2  A.      For a trial, yes, sir.

3  Q.      Now, when Mr. Korogluyan called you on

4  April 6th, 2015, can you explain to the Court what

5  transpired during that telephone conversation?

6  A.      Yes.  So he had called me, and, right off the

7  bat, you know, I said, "Hey, Jim Tepper, how are you?  I

8  got this letter."  I explained the house, and wanted to

9  see what was going on.

10         A little yelling and screaming.  I was sort

11  taken aback from that.

12         Then he said, "We're foreclosing.  We're

13  foreclosing."

14         I said, "Wait.  Can you give me a statement?"

15         "You don't deserve statements.  You don't

16  deserve statements.  We're foreclosing."

17         I said, "Wait.  I have a family."

18         "I don't care about your family."

19         Then it was he kept talking about if I didn't

20  pay on a car, that my car would be taken away and I

21  don't pay my house and they're taking my house.

22         It was like around and around and around.

23         And I said, "Look, Wells Fargo has my loan.

24  What about them?"

25         "That's your problem.  I don't care about Wells

 1    Fargo.  You deal with that."

 2              Again, it was my family, my kids.

 3              "That's on you.  That's on you."

 4              And I just kept trying to -- I felt like they

 5    were in a room, almost like the movie "Boiler Room,"

 6    where everyone is sort of like listening in.

 7              It was like, "How can we get this guy?  How can

 8    we get his family?"

 9              It just sent me into like a tailspin.  I mean,

10    I have never had a conversation before where it's like I

11    acknowledged the loan.  I acknowledged that there are

12    obviously finance charges on the loan.  I had never been

13    given the finance charges.

14              How do you go from, as you said, Your Honor,

15    around $15,000 to all of a sudden it's 30?  And now I'm

16    told I don't deserve a statement?  That I don't deserve

17    my house?  Your house is taken.

18              I mean, you know -- sorry.  Let me compose.

19              It set me into probably the deepest depression,

20    the deepest anything I can ever imagine going through in

21    my life.  I mean, I can't even tell you -- when you want

22    to do something right and you want to do something good

23    and you just want to pay.  All I want to do is pay it.

24    I just want it done.

25              I don't understand this stuff.  I don't

1   understand why someone just doesn't mail a letter saying
2   "Here's your" --
3   Q.      Mr Tepper, I'd really like to keep your
4   testimony focused on.  What occurred in the telephone
5   conversation?
6   A.      Yelling, screaming.  "This is our house.  You
7   don't deserve your house.  You didn't pay your loan.
8   You don't pay your car, your car is ours, not ours.  You
9   don't pay your house.  I don't care about your family.
10  That's up to you."
11          And I kept just talking to him about family.
12  Like, "Do you have kids?  Do you understand?  We just
13  went through a fire and I'm just trying to get my family
14  back.  I just want to make the payment."
15          "That's your problem.  You didn't pay.  You
16  don't deserve a statement."
17          I kept saying, "What do you mean, I don't
18  deserve a statement?"
19          "We don't give statements."
20          Just on and on and on.  It was like 30 to 40
21  minutes of just like around and around.  I felt like I
22  was pleading for my life, and here I am having a family,
23  you know, I just want to -- look, we're not talking
24  about a lot of money here.  We're not talking about
25  something that was a huge loan.  If it was my $3,000 a

1    month mortgage, I get it.

2            You know, like, that's a phone call, "What's

3    going on with this?"

4            This was almost like, "Why aren't they sending

5    me a statement?  Why aren't they giving me this?"

6            When I asked for the letter, it clearly asked

7    for two months of statements.  I don't think that's a

8    big deal.

9            In this conversation, it was like when I'm

10   explaining to him, "I asked for statements.  Can you

11   give me statements?"

12           "You don't deserve it.  Your house is mine.

13   Your house is ours.  We're taking your house.  There is

14   nothing you can do.  You can't do anything."

15           Again, with the car, like "You don't pay your

16   car.  Your car is ours."

17   Q.      You're being a bit repetitious, so I'll stop

18   you there --

19   A.      Sorry.  That was the conversation.

20   Q.      -- unless you have anything more to add?

21   A.      You know what, I can't even think right now.  It

22   was -- everything that I was trying to accomplish and

23   make right, you know.

24           Look, I get it.  He didn't need to tell me that

25   my house is going to foreclosure, there's nothing that I

```
 1   can do.
 2           That's a flat-out lie.  I mean, you don't need
 3   to make someone feel the way that I did.  And after the
 4   conversation he gave me like a sum of money to pay,
 5   28-some-thousand dollars, along with 700-something in
 6   legal fees.  There wasn't even a breakdown of that.  I
 7   still couldn't get my principal.
 8           I still said, "What's my principal?"
 9           He couldn't tell me.  He couldn't tell me my
10   principal.
11           "How did you get this interest?"
12           "You don't deserve that."
13           I was saying, "Well, you know, it's been two
14   years.  I probably owe, you know, let's just say
15   $15,000.  How do you get to 28?"
16           "You don't need to know that.  That's our
17   business.  You didn't pay.  You owe."
18           It was like the mafia.
19   Q.      In that telephone conversation, did
20   Mr. Korogluyan ever suggest to you that there was
21   ever any Amos policy against providing you with a
22   periodic statement?
23   A.      No.  He just told me that I don't deserve a
24   statement.
25   Q.      After this telephone conversation with
```

1  Mr. Korogluyan, did you receive any written

2  communication from Amos in the days after this

3  telephone conversation?

4  A.      After the conversation, he said that they would

5  be mailing me a -- what do they call it -- a

6  reinstatement.  And the reinstatement, I would assume,

7  would be more detailed.

8           The reinstatement just had the interest that

9  they claimed that I owed, and the legal fees that they

10 claimed that I owed.

11 Q.      Turning your attention to Plaintiff's

12 Exhibit 18, is that a copy of the reinstatement

13 communication that you were just describing?

14 A.      Yes.  And can I just draw your attention to the

15 fact that the amount owed on this is even more than the

16 amount owed that they claim that I had when they filed

17 for court.  So I don't know how this is $6,000 more than

18 that is.  It just makes no sense.

19 Q.      When you say "When they filed in court" --

20 A.      Wait, hold on.  I just looked at this now.  I

21 probably should have.  Oh, no, wait, $26,137.

22           So, here, when they filed, which I think was

23 after, $26,137, and all of a sudden it's now up to

24 $28,390.

25 Q.      Well, I apologize.  It's actually higher than

1   that, isn't it?  Doesn't it say 29?

2   A.      Well, 29, but that's with 741 in legal fees.

3   Q.      Mr. Tepper --

4   A.      Okay, I'm sorry.

5   Q.      -- it's really important that we allow each

6   other to finish.

7   A.      I apologize.  I've never done this.

8   Q.      Now, this April 8th, 2015 E-mail that you

9   received from John Carroll at Amos, does it anywhere

10  indicate that Mr. Carroll is an attorney?

11  A.      No, sir.

12  Q.      Does it provide you with the principal amount

13  on your loan?

14  A.      No, sir.

15  Q.      Does it state that your loan was terminated

16  and accelerated?

17  A.      No, sir.

18  Q.      Does it tell you whether the interest would

19  continue to accrue?

20  A.      No, sir.

21  Q.      Other than Plaintiff's Exhibits 12 through

22  16, and Plaintiff's Exhibit 18, did you receive any

23  other written communications from Amos regarding your

24  loan?

25  A.      No.

1    Q.      Have you spent any money defending the

2    Foreclosure action that Amos is prosecuting against

3    you?

4    A.      Absolutely.

5    Q.      Turning your attention to Plaintiff's

6    Exhibit 34, do you recognize that document?

7    A.      Yes, sir.

8    Q.      Can you tell me what it is?

9    A.      That's a statement.  That's a billing statement.

10   Q.      Is it from my law firm to you and your wife?

11   A.      Yes, it is.

12   Q.      Does it reflect the amount of legal fees and

13   costs associated with prosecuting your defense in the

14   Mortgage Foreclosure action that Amos filed against

15   you?

16   A.      Yes.

17   Q.      Have you paid my firm $3,638.04 of the amount

18   owed?

19   A.      Yes.

20   Q.      In total, are you responsible, you and your

21   wife, for paying $27,285.30 for the defense up to the

22   date of March 21st, 2017?

23   A.      Yes.

24   Q.      Will you continue to incur attorneys' fees

25   and costs associated with defending that action and

1    through any trial or appeals of that matter?

2    A.      Yes.

3    Q.      At their normal rates?

4    A.      Yes.

5    Q.      Now, you've described your telephone call

6    with Mr. Korogluyan.

7            What was your reaction to that telephone call?

8    A.      Shock.  Shock.  I've never been put in a

9    situation where someone is attempting to take my house

10   away over what I think is around $15,000, and they're

11   giving me this figure and sort of saying, you know,

12   almost with a gun to your head, "Pay this or your house

13   is ours."

14           I believed my house was theirs.  I went out

15   after that phone call -- and in the deposition we talked

16   about when I went to the doctor.  I actually went to the

17   doctor right after.

18           I forgot that I immediately called my doctor.

19   Immediately, I was put on Ambien CR.  I couldn't -- you

20   just feel that feeling, you know, you just can't sleep.

21           I called my brother, who is an attorney, but I

22   kind of look to him for help with what's going on --

23   Q.      I don't want you to say anything about your

24   communication with your brother.

25   A.      It was just I needed -- I didn't know what to

1  do.  I was at a loss.  It was mentally, physically,

2  family-wise, taking care of the kids, taking care of the

3  family, taking my kids to baseball games.  It became

4  like not fun, a chore.  I mean, having this over me,

5  having this over me for two years has been a chore.

6          When I asked for a simple statement, "Show me

7  how you get to that number.  I'll pay it.  Show me how.

8  If I go to a restaurant and they give me a bill for

9  $150, it's itemized.  Just show me."

10          And the fact that he said, "I'm going to take

11  your house.  Your house is mine."

12          My central nervous system just went on tilt.

13  I'm not a stressed guy.  I'm not this.  I'm not the

14  person that I became.

15  Q.      The day that you went to the doctor, were you

16  scheduled for a normal appointment that day?

17  A.      No.

18  Q.      And you said that the doctor prescribed

19  Ambien CR.

20          Does that "CR" represent Controlled Release?

21  A.      Yes, sir.  That is just to kind of keep you

22  asleep, because I knew that once I went to sleep I would

23  be up all night if I woke up.

24          He also suggested a few other things that I --

25          MR. HELBING:  Objection, hearsay.

1              THE COURT:  Yes, moving on counsel.

2    BY MR. JACKO:

3    Q.      Now, had you previously been prescribed

4    Ambien prior to that telephone call?

5    A.      Yes.

6    Q.      Okay.  Now, how long did you take Ambien CR

7    as a result of this telephone call?

8    A.      A few months.  Three, four months.

9    Q.      I apologize.  I need to have you look at

10   Plaintiff's Exhibit 33, if you don't mind.

11   A.      Yes.

12   Q.      Is that a copy of the letter to Mr. Helbing

13   that you described that you sent in 2014?

14   A.      Yes.

15   Q.      Looking at Plaintiff's Exhibit 35, is that a

16   list of the Ambien CR that you took as prescribed by

17   your physician?

18   A.      Yes.  The CR is on here, yes.

19   Q.      And is another name for Ambien CR Zolpidem

20   Tartrate?

21   A.      Yes, sir.

22   Q.      Over the course of that time, did you take

23   the 240 pills that you were described of Ambien CR?

24   A.      Yes, sir.

25   Q.      Did that cost you $282.62?

```
 1    A.       No.  The insurance covered part of that.

 2    Q.       Was the total cost of the Ambien CR

 3    $1,017.92?

 4    A.       Only a few of these were the CR, actually.  The

 5    others were the normal Ambien.  As you can see, I was

 6    sort of on both.

 7    Q.       Do you continue to take the Ambien CR?

 8    A.       No, sir.

 9    Q.       Why not?

10    A.       I've relaxed enough where I don't need it.

11    Q.       Now, during your telephone conversation with

12    Mr. Korogluyan or Mr. Carroll, did you ever discuss

13    any difficulties associated with dealing with your

14    insurance carrier in rebuilding your home?

15    A.       Yes, sir.

16    Q.       When, by the way, was your home rebuilt in a

17    fashion that you could move back in?

18    A.       Last year at this time, we started construction.

19    At the time of the phone call we had been given offers,

20    and we were sort of back and forth with them, but we had

21    the adjuster --

22    Q.       I only asked you when you moved back in.

23    A.       Oh, okay.  I'd say April of last year.

24    Q.       Okay.  And going back to your telephone

25    conversations with either Mr. Carroll or
```

1    Mr. Korogluyan, you can specify which of the two, if

2    any, did you discuss at all any difficulties you were

3    having with your homeowners policy?

4    A.      Yes, sir.

5    Q.      Okay.  What was your discussion, and why did

6    you have it?

7    A.      I sort of wanted them to understand that I'm

8    going through something, sort of like to humanize this

9    thing and just say, "Hey, I'm dealing with something.

10   Let's just give me a statement.  Let's get this over

11   with.  I'm dealing with a lot here."

12           As I said, Mr. Carroll said that money is his.

13   Mr. Korogluyan said he didn't really care.

14   Q.      Okay.  Now, did the process with the

15   insurance carrier ever result in a lawsuit?

16   A.      No.  There was no lawsuit.  When I had mentioned

17   that -- I guess hiring an adjuster is, they see, as

18   suing your insurance company.  It's not really a

19   lawsuit.

20               MR. HELBING:  Objection as to clarity.  Who

21   is "they"?

22               THE COURT:  Yes.

23               THE WITNESS:  What's that?  I'm sorry.

24               THE COURT:  Who is "they"?  You said "they

25   see" that --

1              THE WITNESS:  Insurance companies claim

2     that when you hire an adjuster, that's like suing --

3     it's not a typical lawsuit, but that's what they --

4     that's what Allstate says.

5              So when I spoke to my agent and he said, "Oh,

6     you're suing."

7              I said, "I'm not suing you."

8              He said, "Well, you have an adjuster."

9              Getting back to what you were saying --

10    actually, I'm sorry, can you repeat the question?

11             THE COURT:  You hired an adjuster, so that

12    you could --

13             THE WITNESS:  Yes, so that we could get

14    everything due to us and get our house built in the way

15    that we wanted it to be built.

16    BY MR. JACKO:

17    Q.      In retrospect, how did you feel about the

18    process in dealing with your insurance carrier and

19    the rebuilding of your home?

20    A.      Once the adjuster goes in full speed, you sort

21    of just sit back, collect the checks, talk to the

22    builder and end up with a better house.

23    Q.      Now, was there any adverse impact on your

24    work life as a result of your telephone conversation

25    with Mr. Korogluyan, April 6th of 2015, and Amos'

```
 1    actions since that time?

 2    A.      Yes, sir.

 3    Q.      Can you describe for us what the impact was?

 4    A.      I was missing reporting to QVC.  I was missing

 5    the airings.  As I said, it sent me into a downward

 6    spiral.  It affected my work life and my home life.  I

 7    wasn't following through.  I wasn't attending.  It was

 8    horrible.

 9    Q.      Do you have business partners that you work

10    with?

11    A.      Yes, sir.

12    Q.      Did they have to do any of your work for you?

13    A.      They had plenty of conversations with me, yes.

14    Q.      Well, what kinds of things were you unable to

15    do at work as a result of all of this?

16    A.      Well, I wasn't following through on calls and

17    E-mails the way that I should have.  The other thing was

18    that I missed a few times when I should have been at

19    work setting up, dealing with the production crew, and I

20    wasn't there, which causes people to have to set up for

21    me, which is not the easiest thing to do.  A lot of

22    people don't know how to do it.

23            I was not performing to my normal self.

24    Q.      Okay.  Do you feel like you're back to

25    performing to your normal self as you sit here today?
```

1   A.     95 percent. Well, let me rephrase that. A few

2   weeks ago I was fine. Now, leading up to this case,

3   it's dipped a little bit, but mostly I would say

4   95 percent.

5   Q.     And how about your home life, how did that

6   change, if at all?

7   A.     I feel horrible for my wife and kids. I mean,

8   you know, when someone is threatening your house and

9   taking it away and you actually believe them and they're

10   not sending you something as simple as a statement, I

11   mean, there were times when I just wasn't there for my

12   kids. I didn't take my son to a baseball game when I

13   should have.

14       I needed a tutor to do homework with my kid,

15   because I was just not there. For better or worse -- I

16   have now understood what it's like to have been bullied,

17   is the way that I'll put it. I felt like, after that

18   phone call, I was bullied.

19       I was made to feel like I was a piece of trash,

20   low, deadbeat, not paying my bills, and that's not

21   really it. You know, it wasn't about paying the bill.

22   It was about giving the correct bill to pay. That's

23   what this is about.

24       So when I'm told that my house is being taken,

25   you know, I'm just in a panic. Whatever happened with

1    the central nervous system, as I call it, it's just a

2    panic.  There's a panic that went on, and my wife had to

3    pick up.

4          My kids had to sort of, "Daddy what's wrong?

5    Daddy, what's going on with the house?"

6          You know, those things, it had an effect on me.

7    It had an effect that I never, ever had with anything

8    else.

9          I've had death, you know, and I'm not comparing

10   this to death.  But it's an uncontrolled feeling.  It's

11   a feeling that someone has something over you, and as

12   much as you just want to take control or just understand

13   the control, you just can't get it.

14         And that just is in me.  It's in me now.  It's

15   in the neck and everything.  I just don't feel like me.

16   You know, going to work -- and my hours are tough.  You

17   know, they are 3:00 a.m.'s.  They are 3:00 p.m.'s.  They

18   are all over the map.  It is following up with people.

19         When you are not straight and your head is not

20   on, it's not good.

21   Q.    Now, with respect to your regular work hours,

22   am I correct in understanding that the times that you

23   would have to show up at QVC to do your work depends

24   on the air times of the vendors?

25   A.    Yes, sir.

J. TEPPER - DIRECT
67

1    Q.      And does that change from week to week?

2    A.      Day to day.

3    Q.      Okay.  And when you were prescribed regular

4    Ambien, was that to address any issues with the

5    regular schedule that you had?

6    A.      Yes.

7    Q.      Did you experience any reduction in your

8    income as a result of the anxiety and sleep issues

9    that you experienced?

10   A.      Yes.

11   Q.      Do you attribute any of the -- strike that.

12          Please take a look at Plaintiff's Exhibit 29.

13   You'll see it's a 2016 1099 Miscellaneous Form for a

14   company called Gold Standing Marketing LLC.

15          Can you tell us what Gold Standard Marketing

16   LLC is?

17   A.      Yes, sir.  So I have two other partners, and we

18   split businesses.  So I have my own company, which is

19   222.  My partner, Scott, has Cranston Inc., and my

20   partner Neil has Neil Plotkin Services.

21          We're each entities, and there are two main

22   companies that make up the pool.  So whatever comes in

23   to the company gets divided three ways.

24          So Gold Standard is what I run.  Champion

25   Marketing is what the two of them run.  There's a few

1    other lines, and we did that for the reason that at the

2    time there were a few other things in Champion that I

3    wasn't a part of, so they didn't want to interfere with

4    their core.

5           Sorry.  So everything in Gold Standard is what

6    I run.  That's directly on me.

7    Q.    So does this document reflect your income in

8    2016 as $158,850?

9    A.    Yes, sir.

10   Q.    And if you would turn the page and look at

11   Plaintiff's Exhibit 30, does that reflect your income

12   in 2015 of $291,300?

13   A.    Yes, sir.

14   Q.    Now, do you attribute the difference in those

15   two numbers as your lost income as a result of your

16   speaking with Mr. Korogluyan and your experience in

17   dealing with Amos in 2015?

18   A.    I do.

19   Q.    And is the difference of those two numbers

20   $132,450?

21   A.    Yes.

22   Q.    And is that the amount of lost income you

23   attribute to that experience?

24   A.    Financially, yes.

25               MR. JACKO:  Your Honor, if I could have a

1    minute?

2                    THE COURT:  A brief minute.  This is a slow

3    process, these questions.

4                    MR. JACKO:  I'm getting ready to wrap up.

5                    THE COURT:  You should be wrapped up.

6                    MR. JACKO:  Yes.

7                    THE COURT:  I'm going to take a 15-minute

8    break now, and you can conclude it, then we'll go on

9    with cross-examination.

10                   MR. HELBING:  Thank you, Your Honor.

11                   MR. JACKO:  Thank you, Your Honor.

12                   THE COURT:  We'll be in recess for 15

13   minutes.

14           (Recess was held at 11:30 a.m.)

15           (The Court resumed the proceedings at

16   11:45 a.m.)

17                   THE COURT:  Are you ready to resume?

18                   MR. JACKO:  Yes, Your Honor.

19                   THE COURT:  Sir, resume the witness stand,

20   please.

21                   THE WITNESS:  Thank you.

22                   THE COURT:  Let's get moving.

23   BY MR. JACKO:

24   Q.      Mr Tepper, would you take a look at

25   Plaintiff's Exhibit 31, and can you tell me if that's

1  a copy of the docket in the Mortgage Foreclosure

2  action that Amos filed against you as of March 7th,

3  2017?

4  A.      Yes, sir.

5  Q.      Okay.  That reflects all the litigation

6  activity in that matter through that date, correct?

7  A.      Yes, it does.

8  Q.      If you could take a look at Plaintiff's

9  Exhibit 36, is that a copy of the Complaint filed on

10 yours and your wife's behalf in this matter?

11 A.      Yes, sir.

12 Q.      Looking at Plaintiff's Exhibit 37 -- strike

13 that.

14         Going back to Plaintiff's Exhibit 1 and the

15 Credit Agreement, do you know if the Credit Agreement

16 states anywhere that the periodic monthly statements

17 that the lender was to prepare were to be the best

18 evidence of what was owed under the loan?

19 A.      Yes, I believe it's in there.

20 Q.      Is that language contained on Page 4 in the

21 paragraph that starts with "Interpretation" at the

22 bottom of the page?

23 A.      Yes, I see that.

24 Q.      Could you read just that paragraph into the

25 record, please?

1    A.       "Interpretation.  You agree that this agreement

2    together with the mortgage is the best evidence of your

3    agreement with us.  If we go to court for any reason, we

4    can use a copy, filmed or electronic or any periodic

5    statement, this agreement, the mortgage, or any other

6    document to prove what you owe or that a transaction has

7    taken place.  The copy, microfilm, microfiche or optical

8    image will have the same validity as the original.  You

9    agree except to the extent you can show that there is a

10   billing error, your most current periodic statement is

11   the best evidence of your obligation to pay."

12                   MR. JACKO:  Thank you very much.

13                   THE WITNESS:  Thank you.

14                   THE COURT:  Cross-examination.

15                       CROSS-EXAMINATION

16   BY MR. HELBING:

17   Q.       Mr Tepper, I want to ask you to look at -- I

18   want to try to use the same exhibit numbers that the

19   plaintiff has used.

20   A.       Okay, thank you.

21   Q.       Look at Exhibit 1 in your binder.

22   A.       Okay.

23   Q.       I want you to look over on the top of Page 3,

24   okay?  It's the periodic rate.

25   A.       Yes.

1    Q.      Do you acknowledge that the periodic rate

2    provides for a floor interest rate?

3    A.      Okay.

4    Q.      And what's the floor rate?

5    A.      Where am I looking?

6    Q.      This periodic rate, that paragraph, third

7    line down, "In no event."

8    A.      I'm sorry, what paragraph?

9    Q.      The first paragraph, Page 3.

10   A.      The periodic rate?

11   Q.      Yes, the third line down.  That "In no

12   event" sentence.

13   A.      "In no event will corresponding annual

14   percentage rate be less than 5.9 or more than least

15   of 18 percent."

16   Q.      5.49, correct?

17   A.      5.49, okay.

18   Q.      Okay.  Are you aware of the mortgage interest

19   rates?  You're aware they are historically low,

20   aren't you?  Correct?

21   A.      Yes.

22   Q.      And you are aware that they have been below

23   5.49 for the entirety of your loan, correct?

24   A.      Okay, sure.

25   Q.      And your interest rate never would have

 1   varied on the floor rate of below the 5.49 percent,

 2   correct?

 3                    MR. JACKO:  Objection, Your Honor.

 4                    THE COURT:  What's your basis for

 5   objection?

 6                    MR. JACKO:  The statement that was provided

 7   as Exhibit 8 --

 8                    THE WITNESS:  Yes, Exhibit 8 states it's

 9   4.49.

10                    MR. JACKO:  That's correct, Your Honor.

11                    THE WITNESS:  Sorry, Your Honor.

12                    THE COURT:  When your attorney is

13   addressing the Court --

14                    THE WITNESS:  I apologize.

15                    THE COURT:  -- you're not to open your

16   mouth, sir.  All right?

17          You wait until someone asks you a question.

18   Counsel is addressing the Court.

19          What's your basis of objection?

20                    MR. JACKO:  The statement, that is

21   Plaintiff's Exhibit 8, manifests the fact that NOVA Bank

22   was identifying a rate less than that.  NOVA Bank was

23   giving a rate less than that at times.

24                    THE COURT:  If that's the form of your

25   objection, it's overruled.

1          He asked specifically about the document.  He

2     didn't ask what NOVA did.  He asked what your client

3     agreed to pursuant to this agreement.

4          And the agreement said that the minimum was

5     5-point something.  You'll have a right to redirect your

6     client.

7               MR. JACKO:  Thank you, Your Honor.

8               THE COURT:  And your answer to counsel for

9     the defendant, Amos', question was what, sir?

10          Does it say that there?

11              THE WITNESS:  Yes, it does.

12              THE COURT:  All right.  Next question.

13              MR. HELBING:  Thank you, Your Honor.

14    BY MR. HELBING:

15    Q.     Also, you made a big deal during your direct

16    testimony of not getting periodic statements from

17    Amos Financial for a period of several years,

18    correct?

19    A.     Yes, sir.

20    Q.     But Amos Financial acquired ownership in

21    April of 2013, correct?

22    A.     Yes.

23    Q.     In April of 2013, you admitted that you

24    didn't call him?  You never requested a statement

25    from him, correct?

J. TEPPER - CROSS

75

1    A.      By phone, no.

2    Q.      But anyway, in the first month that they had

3    the note?

4    A.      Not until my letter to you.

5    Q.      Okay.  So you admit, then, for the period of

6    about a year and a half, 16 months, that even knowing

7    you had an obligation you took no steps to ascertain

8    what the amount due was?

9    A.      Yes.

10   Q.      You also stated that you mailed an amount to

11   the FDIC of $550?

12   A.      Yes.

13   Q.      But you never made that attempt to do it with

14   Amos Financial, correct?

15   A.      No, I did not.

16   Q.      Why not?

17   A.      Because I really was expecting them to take over

18   my loan in such a way that I would get a check, get a

19   statement.  It had just seemed very weird.

20   Q.      I think you used the word "fraudulent" or a

21   "fraud"?

22   A.      Yes.

23   Q.      Okay.  Now, you acknowledged receipt of a

24   letter from the FDIC dated March 28th, 2013 is

25   Plaintiff's Exhibit Number 12, correct?

1    A.      Yes.

2    Q.      In there on the FDIC it clearly states who

3    the new owner of the note is, does it not?

4    A.      Yes.

5    Q.      Then why did you think it was a fraud when

6    Amos reached out to you to collect the money?

7    A.      I was expecting a statement.

8    Q.      When Amos Financial acquired the loan, you

9    already were in default on your obligations, correct?

10   A.      Yes.

11   Q.      The FDIC actually declared you to be in

12   default, correct?

13   A.      Yes.

14            MR. JACKO:  Objection.  I mean, he's asking

15   for legal conclusions, somebody who is a mere fact

16   witness.

17            THE COURT:  Overruled.  He's the part of

18   the agreement that he entered.  He's asking him what he

19   understands.  He says he was in default.  He didn't make

20   payments.  That's his understanding at the time that he

21   was supposed to be making these payments.

22            Next question.  Your objection is noted.  It's

23   overruled.

24            MR. HELBING:  Thank you.

25

1   BY MR. HELBING:

2   Q.      If you were in default, as declared by the

3   FDIC, why would you expect to receive monthly

4   statements still?

5   A.      Why wouldn't I?  When someone has a loan of

6   yours, you receive monthly statements.  I was also

7   forced into default by the lack of statements that I was

8   given.

9          I was not told what -- what if I would -- the

10  way I looked at it, let's say I made the check for

11  $1,000.  Well, wouldn't my monthly finance fee be lower?

12  If no one is mailing me statements, and they are mailing

13  me a few monthly letters every month.

14          If they would have even done it on a monthly

15  basis, I would have said, "Okay, let's see what this is

16  about."

17          There was nothing uniform about this.  There

18  were letters from people without signatures.  There are

19  things saying that I owe between this and this.  It just

20  didn't make sense.

21          But when I did look into this, when this all

22  did come to a head, the response I got was horrible.

23  Would that response have happened if I would have called

24  them immediately?  I would assume so.

25  Q.      But the fact of the matter is that you didn't

J. TEPPER - CROSS

78

1   request the statements.

2   A.      Until I requested it in November of 2014?

3   Q.      Yes.

4   A.      Yes.  So I did request statements.

5   Q.      A year and a half after the fact.

6   A.      But you just said I didn't request statements.

7   I'm saying I did request statements.

8   Q.      Fair point.  You also testified that you were

9   expecting to get checks from Amos Financial?

10  A.      I expected to get checks from the servicing

11  provider, so whoever is going to service the loan.  So

12  it says "Notice of Assignment Sale or Transfer of

13  Servicing Rights."  So, yes, I did expect to get checks.

14  Q.      Okay.  I'm going to ask you to look at

15  Plaintiff's 11.  That's the January 16th, 2013 letter

16  from the FDIC?

17  A.      Yes.

18  Q.      That's where, if you look at the very last

19  paragraph on the first page, does that letter state

20  that they no longer obligate to make further advances

21  on your behalf?

22          THE COURT:  Slow down, counsel.

23  BY MR. HELBING:

24  Q.      Does it state that the receiver, or whoever

25  acquires the receiver presumably, is no longer

Gregg B. Wolfe, RPR, CM
215-460-1511

1   obligated to make any further advancement of funds

2   under the loan commitment because of your default?

3   A.      Yes.

4   Q.      Then why were you waiting for checks?

5   A.      Like any bank that would buy this, usually when

6   you go to a local bank or any bank, you could talk to

7   them and say, "Hey, Jimmy Tepper, how are you doing?

8   This is my loan.  I would like to come full circle on

9   this and full service."

10          That's the way that I do things.  I didn't

11  realize that a debt collector bought this.  I was under

12  the impression that this was a bank.

13  Q.      I understand your point.  But just to circle

14  back, if that's how you do business -- and that's

15  fine, the first thing you should have done was call

16  Amos Financial and ask, "How much do I owe?  What's

17  the payment?"

18  A.      When I did call Amos Financial, I was --

19  Q.      A year and a half later.

20  A.      Okay.  But when I did, I was told that my house

21  was theirs.  I didn't deserve a statement.  So would I

22  have deserved a statement had I called them immediately,

23  or would we have just been doing this a year and a half

24  prior?

25              MR. HELBING:  Objection, conjecture.

1          THE COURT:  Yes, ask another question,

2     counsel.

3          Let me ask you a couple of questions, just out

4     of, I guess, morbid curiosity.

5          You're a business person.

6          THE WITNESS:  Yes, sir.

7          THE COURT:  The agreements that you entered

8     into with your partners -- they're partners or corporate

9     entities?  Are they a corporate entity or a partnership

10    that you have?

11         THE WITNESS:  With my partners?

12         THE COURT:  Yes.

13         THE WITNESS:  Okay.  Well, they're our

14    pass-through companies.

15         THE COURT:  Go ahead, explain it.

16         THE WITNESS:  So we have two entities.

17    There is Gold Standard and Champion.

18         THE COURT:  What is the form of the

19    business?  Is it a partnership or a corporate --

20         THE WITNESS:  No, LLC.

21         THE COURT:  Okay.  All right.

22         THE WITNESS:  Yes.

23         THE COURT:  So you entered into these

24    arrangements with a written agreement?

25         THE WITNESS:  Yes.

```
 1                    THE COURT:  Did you do those agreements
 2   yourself?
 3                    THE WITNESS:  No.
 4                    THE COURT:  You had a lawyer look at them?
 5                    THE WITNESS:  Yes.
 6                    THE COURT:  And when you represent these
 7   clients for QVC, there are documents that need to be
 8   signed and addressed.
 9            Do you use lawyers for those?
10                    THE WITNESS:  Yes, we have a contract.
11                    THE COURT:  Right.  Approximately, how many
12   different agreements have you read and studied and
13   participated in, in your short life on this earth?
14                    THE WITNESS:  Not very many.  We have a
15   blanket form --
16                    THE COURT:  Approximately, give me a
17   number.
18                    THE WITNESS:  Six.
19                    THE COURT:  Six agreements in your whole
20   life.
21                    THE WITNESS:  Probably, yes.
22                    THE COURT:  How many times have you used a
23   lawyer?
24                    THE WITNESS:  Personally?  One.
25                    THE COURT:  One lawyer that you've ever
```

1   used in your life to represent you for anything?

2                THE WITNESS:  Yes, my partners have a

3   lawyer.

4                THE COURT:  So you've handled your

5   mortgages and everything else that you've entered into

6   with a bank?

7                THE WITNESS:  Yes.

8                THE COURT:  Okay.  You feel comfortable in

9   handling your affairs?

10               THE WITNESS:  Then, yes.

11               THE COURT:  Yes.

12               THE WITNESS:  Yes, sir.

13               THE COURT:  I mean, up to this point in

14   time, the only time that you felt the need to get a

15   lawyer to represent you was one time?

16               THE WITNESS:  One time.

17               THE COURT:  Okay.  Now, when did you

18   contact a lawyer to represent you once that telephone

19   call took place?

20               THE WITNESS:  I called my brother, and

21   asked him who to contact.  My brother is a lawyer who

22   knew Alan, who was the head of the firm.  So I'm going

23   to say that I called my brother on the 6th.  I think I

24   got in touch with Alan within the week.  We had

25   breakfast.

1                THE COURT:  And you hired them forthwith?

2                THE WITNESS:  I hired them to just call and

3      see why they were telling me --

4                THE COURT:  I don't need the --

5                THE WITNESS:  Okay, yes.

6                THE COURT:  -- attorney-client --

7                THE WITNESS:  Yes, sir.

8                THE COURT:  -- discussions for me.

9                THE WITNESS:  Okay, sorry.

10               THE COURT:  You retained them?

11               THE WITNESS:  I retained them, yes.

12               THE COURT:  Very well.

13          You may continue with your examination.

14               MR. HELBING:  Thank you, Your Honor.

15     BY MR. HELBING:

16     Q.     We're going to shift gears now to a little

17     bit of your loss of earnings capacity.

18          You went on Ambien CR right after the phone

19     call in April, correct?

20     A.     Yes, sir.

21     Q.     And you were off that when?

22     A.     I think I would July of -- no.  I would say

23     August.

24     Q.     August of '15?

25     A.     Yes.

                   Gregg B. Wolfe, RPR, CM
                      215-460-1511

1    Q.      In August of 2015, when you went off the

2    Ambien CR --

3    A.      Roughly, August.

4    Q.      -- August, September, that time frame --

5    A.      Yes.

6    Q.      -- were you 95 percent then?

7    A.      No.

8    Q.      Where were you at?

9    A.      Then it was like 50 percent.

10   Q.      How long did it take you to get up to

11   75 percent?

12   A.      I would say probably in January of the next

13   year, because in the fourth quarter is the real busy

14   time.  That's like the time that you're working 24

15   hours.

16   Q.      Okay.

17   A.      And just with everything looming over me because

18   we were still going at it trying to make some sort of

19   settlement between us, so there were still phone calls.

20   Bills were coming in.  So I would say 75 percent

21   probably hit me at the new year, the beginning of the

22   new year.

23   Q.      So what, 2016?

24   A.      Yes, sir.

25   Q.      And from there you went very quickly up to

1    95 percent?

2    A.      I wouldn't say very quickly.

3    Q.      Passively?

4    A.      There were still dips.  No, no, I wouldn't say

5    that.  I would stick with about 75 percent through the

6    beginning of the year.  It took awhile.  It took a

7    really long time.  I still feel it.

8            I mean, if you want the honest truth, under

9    oath, I still have sleepless nights.  This still keeps

10   me up.  When I wake up in the morning, if I see an

11   E-mail from a lawyer, it's like a panic.

12           You know, no one wants to be in this situation.

13   Nobody wants to be up here, especially me.  You know,

14   this -- you win.  You guys won.  You destroyed a piece

15   of my life.  You took away a lot of my family time.  You

16   took away my work time.

17                MR. HELBING:  Objection, Your Honor.  He's

18   pejorative.

19                THE COURT:  It's not responsive to the

20   question.

21           Very well. next question.

22                MR. HELBING:  Thank you.

23   BY MR. HELBING:

24   Q.      I'm going to have you look now at Plaintiff's

25   Exhibit 29.  Actually, let's do 30 first.  Let's do

1    the 2015 one first.

2    A.      Okay.

3    Q.      That's your 2015 1099 Misc, correct?

4    A.      Yes.

5    Q.      Is that your only 1099 that you received in

6    2015?

7    A.      No.

8    Q.      Which other ones did you receive?

9    A.      Champion Marketing.

10   Q.      Is this 1099 Misc the basis for your economic

11   claim, your loss of wages?

12   A.      Yes, this is what my company handles.

13   Q.      Okay, got it.

14           If you look at Box Number 7, it says

15   "Non-employee Compensation."   I think it says

16   "291,300"?

17   A.      Yes.

18   Q.      Okay.  Now, that is before expenses come out,

19   correct?

20   A.      Yes.

21   Q.      So what was your net income when you filed

22   your return with the IRS that year?

23   A.      I don't know, because there were other

24   businesses.  But I don't have a lot of expenses.  It's a

25   business that has very little expenses.  I write off my

1   gas.  That's about it.  I don't have to travel.  I don't
2   have to do very much of anything.
3           In fact, it's like a plus and a minus.
4   Expenses in my business are next to nothing.  I
5   basically go.  I can work from home.  I show up to QVC.
6   Vendors take me out.  It's very rare that I have to take
7   someone out.  When a vendor sees me, they want to get on
8   QVC so I get the meal.
9           When they travel, they pay for me to travel.
10  My gas is about it.  So it's a business that is very low
11  on the expenses.
12  Q.      That would hold true in 2016 also then?
13  A.      Absolutely.
14  Q.      Okay.  Now, I'm going to have you just flip
15  real quickly to Exhibit 29.  Then we're going to look
16  there, and we're going to see the same box.
17          What's your income that year?
18  A.      158,850.
19  Q.      I'm sorry, not your income.  What was your
20  reported compensation?
21  A.      Box Number 7?  $158,850.
22  Q.      Okay.  Now, it seems to me that the worst of
23  your depression was in 2015.
24  A.      Yes.
25  Q.      And by the beginning of 2016 you improved

1   substantially?  25 percent by your estimation?

2   A.      Yes, it was probably right around there.

3   Q.      Now, I'm going to ask, because I can't figure

4   it out.

5           Why is the drop in income not in 2015 as

6   opposed to 2016?

7   A.      Very simple.  Because all of the purchase orders

8   are written months in advance.  My purchase orders for

9   this year are done.  We're done.  There's no other

10  purchase order for Christmastime, for fourth quarter,

11  being written that late.

12          What I do this year affects the next year.  So

13  the way that it works is that if 2016 is down, it means

14  that 2015 is when I didn't perform.

15          Right now, I'm working on 2018.  I had a

16  meeting yesterday.  We're talking about the first

17  quarter of next year.

18          I mean, people can't make the goods.  QVC

19  doesn't have the ability to buy anything now for the

20  year.  I showed a product just yesterday, and they said

21  "This is great.  This is fantastic.  I want this

22  product.  I wish we could buy it this year.  How about

23  next June?"

24          That's honestly how things happen.  Their

25  airtime is filled.  The factories are going full tilt.

1    If you want a PO right now, either it can't be made or

2    they can't fit it into their warehouse.  So that's how

3    this business works.  It's very different than any other

4    business you've ever seen, but the business model

5    basically works a full year ahead.

6    Q.      And do you earn commission; is that how that

7    works?

8    A.      Yes.

9    Q.      Okay.  Now, if a product airs, say,

10   December 2015, when would your compensation be

11   reflected?

12   A.      All depends what the terms are on.  I could be

13   paid a few days later.  If their terms are net 45, and

14   the goods hit the warehouse in June, I'll be paid that

15   next day, if I want.

16           You know, so it's different.  Some vendors have

17   different payment terms.  But mostly you are paid right

18   away.  When something goes on air and it sells, you are

19   paid very quickly.

20   Q.      So then let's go back for a second.

21           You missed ten airings, correct?

22   A.      Yes, at least.

23   Q.      Those were airings in 2015?

24   A.      Yes.

25   Q.      So those earnings, the money you would have

1    made off those earnings you reflect in your 2015 tax

2    1099?

3    A.      You're not really getting the point of the

4    business.

5    Q.      Okay.

6    A.      The point of the business is if your airings

7    don't do well, you don't get a reorder.  So what happens

8    is if your airings don't do well, they're saying to you,

9    "We're not reordering this for next year.  You're done."

10   And then you have to start a whole new arsenal.

11          It's a lot of keeping up on your products.

12   It's a very difficult business if you don't know it, and

13   it's tough to explain to people.  If there is an airing

14   tomorrow and it doesn't hit their goal, well, if I'm

15   there and I see it and I know why and I can see what

16   happened in that show, then I can tell you, "Well, hey,

17   we were the best in the show," or "This is what happened

18   to the host," or "This is what the camera angles didn't

19   do."

20          I can give that information to the buying

21   office to sort of smooth things over in order to get

22   more airtime, more purchase orders, more money.

23          If I'm not there and something goes wrong --

24   because things aren't set -- if I set this up, it's

25   going to be completely different than how other people

1  set it up.  I need to talk to the coordinating

2  producers, to the line producers, to the associate

3  producers.

4          I have to talk to people who are going to be in

5  charge of the camera, what angle to get, what to do,

6  when to do it.  It's how to set it up.

7          Every airing means something, and usually it is

8  for the next year.  I have a line of mirrors that I put

9  on.  Whatever we do next week isn't for this year.  It's

10  for next year.

11  Q.      Okay.  That would be all speculation going

12  forward, correct, the numbers that you would have?

13  A.      Well, that's how QVC works.  You go into the

14  buying office.  You see how you did in one area, and

15  they speculate what to do --

16  Q.      I understand how QVC works.  I'm just saying

17  here today we're trying to establish what your actual

18  damages are.  To say what you would do a year from

19  now would be pure speculation.

20  A.      Not necessarily.  Let me tell you about these

21  numbers.  If you do 291, chances are you're on fire.

22  That number should have doubled.  No one does that much

23  money with the lines that I had without at least doing

24  ten percent more a year.

25          Everyone wants to anniversary whatever line you

1  give them.  So if I give them a line and they see what

2  I'm doing, they want to anniversary that to ten percent

3  at least, if not more.

4        To go from 291 to 158 is almost unheard of.

5  Things don't work in that direction.

6  Q.      Okay.

7  A.      Things work in the other direction.  Or if I can

8  sit there and say, "We went from 291 to 250," you don't

9  go from what we did.  You don't get the kind of phone

10  calls that I got from my vendors.  "Where were you?  Why

11  aren't we doing this?  What is going on?"

12  Q.      Okay.  You're not being responsive.

13        Okay.  But you missed the ten shows, you missed

14  the ten airings, but you did say the airings did go on,

15  correct?

16  A.      Yes.

17  Q.      Who was there to set it up?

18  A.      Well, if I'm not there and I don't set up,

19  someone has to set up.

20  Q.      Yeah, so it would be set up by somebody else,

21  and they would go on the air?  It wouldn't be pulled

22  off the air because you're not there?

23  A.      No, but what you're not understanding --

24  Q.      Okay, thank you.

25  A.      -- there's a way to set things up.

1              If the guest has to set it up, well, they are

2    already doing something.  They are already busy doing

3    something else.  If they have to come and set it up

4    themselves, they -- they don't do that.  There's a

5    reason I'm there is my point.

6    Q.      Oh, no, I understand the reason that you're

7    there.

8    A.      There's a big reason that I'm there.

9    Q.      But you can't tell us how many of those

10   products sold in your absence?

11   A.      What I can tell you is that I did not

12   follow-through on several of these lines.  This is a

13   fact.  I'm telling you this as a fact.  I'm telling you

14   this from what my vendor said and from what QVC said.

15   This is fact.  You can question me, but this is fact.

16   Q.      No, but you have to acknowledge product was

17   sold in your absence?

18   A.      Product is always going to be sold.  It's just

19   product, how much is sold and how do I follow-up.

20   Q.      Well, you can't tell us what product was

21   sold, or how much product was sold?

22   A.      $132,000 is -- you don't do those numbers and go

23   down without some sort of issue going on.

24   Q.      Okay.  If I were to ask you the first airing

25   that you missed, whatever date that was --

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.       Uh-huh.

2    Q.       -- what was the product that you missed?  You

3    couldn't tell me, correct?

4    A.       The first one I missed was a product called

5    Perfect Formula.  It's a nail strengthener.  I missed

6    it.  There was model coordination.  They didn't know.  I

7    actually got a text from the model, "Where the hell were

8    you?"

9            It didn't do the numbers, but it was fine.  I

10   smoothed it over.  But, yeah, every airing that I'm not

11   there -- it's not just the airing, it's the

12   follow-through.  If I'm not there, it's not about what

13   sells.  It's about my follow-through.  I need to report

14   on every airing how we did, how the other products did,

15   who the host was, when we went on, when did they get to

16   the models, when did the product shot air?

17           There's so much analytics.  I'm there looking

18   at a screen that's showing me real time data on how

19   things do.  So I know for myself when you show the model

20   and you show a before and after, there's a screen

21   telling me -- the call volume goes up.

22           So when I see that call volume go up, I write

23   it down in my notes.  I go to the guest after the show

24   and say, "Hey, next time you need to do this more.  When

25   you did X, Y and Z, that call volume spiked.  We were in

1    cue.  We did $12,000 a minute because of that.  Do that

2    next time."

3            So, yeah, when I'm not there -- I'm not just a

4    body in a room.  Then I take those results, and I report

5    them to several people.  I report them to the buying

6    office.  I report them to the production crew.  I report

7    them to my vendor.  I report them to my guest.  I report

8    them to my partners.

9    Q.    So going back -- you missed ten showings?

10   A.    Yes.

11   Q.    And I believe you said in the deposition that

12   you averaged three showings per week?

13   A.    Yes, somewhere around there.

14   Q.    Okay.  So that means in any given year how

15   many weeks -- how many weeks do you work a year, 50?

16   A.    Yes, probably 50.  We never really take

17   vacation, so like 50, yeah.

18   Q.    Okay.  So you have 150 showings?

19   A.    More than that.  I cover around three.  But in

20   general, with all the partnership, we have a lot more

21   than that.

22   Q.    Is that reflected on your Gold Standard Misc?

23   A.    No.  I would say about 100 showings for me.

24   Q.    About 100 showings for you.

25            But the ones that the partners do, cover for

Gregg B. Wolfe, RPR, CM
215-460-1511

1  you, or whatever, is that income reflected on your 1099

2  Misc?

3  A.     No, well, they didn't cover for these particular

4  airings.

5  Q.     No, I understand that, but the ones that I

6  do.

7  A.     They don't really cover -- I more covered for

8  them than they covered for me.

9  Q.     Okay.

10  A.     And that's just that my vendors seem to like me

11  more for whatever reason.

12  Q.     So you're responsible, I think you said, for

13  100 airings a year?

14  A.     Yes, more than that, a few more than that.

15  Q.     Okay.

16  A.     I mean, sometimes you get one item that has

17  three airings in one day.  Sometimes you get an item

18  with 8 airings in one day.

19  Q.     So average, we're saying, is about 100?

20  A.     Well, over 100.

21  Q.     Okay.  Say 100.  150?

22  A.     150.

23  Q.     Fair enough.  What I did is I looked at --

24  and this simple person with simple math, your 1099

25  for 2015, the $291,300, I did that and I said 150

J. TEPPER - CROSS

97

1    airings, and I divided that number by 150.

2    A.       Right.

3    Q.       For the average --

4    A.       Well, what you're missing is off-air sales.

5    QVC --

6    Q.       Well, that's not reflected on your 1099?

7    A.       Yes, but you are trying to go by airing, which

8    is not right.  If you do it by airing, that's fine, but

9    you're also selling off air.  You're also selling -- if

10   I go to QVC and buy products, I have products that do

11   hundreds of thousands of dollars off air.

12           I have a product that goes on air and does

13   $2 million -- there's a product that did $2 million in

14   one day, and -- I'm sorry, $2 million in a day.  One and

15   a half million was auto delivery, times that by every

16   six months.  So I get what you're doing, but you're not

17   understanding how QVC works.  So I get it, but there's

18   auto delivery that you're not factoring in.

19   Q.       So my question, then, to you would be, if

20   anything, then, it should be more favorable to you,

21   the auto delivery, that I'm not considering the auto

22   delivery,

23   A.       Right.  Well, it should be more favorable in

24   2016, and it wasn't.  Hence, where 2015 comes into play.

25   Q.       Okay.  Like I said, I did the simple math

                 Gregg B. Wolfe, RPR, CM
                      215-460-1511

1   based on that, and I came to about $1,942 per airing

2   missed.

3   A.      But you're saying missed airing.  What I'm

4   telling you is that those are reorders.  Those are times

5   that I need to get that back in stock.  If you want to

6   go by airing -- I don't get paid by the airing.  I don't

7   get paid by the airing.

8           I get paid by sales.  My sales are what makes

9   me money.  It doesn't matter.  Some of those airings --

10  you want to talk about airings.  If you are on in an

11  airing at 10 o'clock on a Saturday and you don't do

12  $300,000 in sales, you're out.

13          That's the way QVC works.  If you're going to

14  lump airing in, that's not the way to do it.  It's a

15  weird business model.  It's a weird company, and it

16  would take us days of going to the network and looking

17  at the screens for me to explain it.

18              MR. HELBING:  Your Honor, I have my

19  Exhibit binders.  Might I approach?

20              THE COURT:  Yes.

21              MR. HELBING:  Thank you.

22  BY MR. HELBING:

23  Q.      First I'm going to, Mr Tepper, you gave a

24  deposition in this matter June 1st, 2016, correct?

25  A.      Yes.

1    Q.      During the deposition, I asked a question as

2    to whether or not you suffered any other pecuniary

3    losses besides the missed earnings; do you remember

4    that?

5    A.      Not really.

6    Q.      I'm going to ask you to turn to Exhibit

7    Number 9 in the binder I just gave you.

8    A.      Okay.

9    Q.      Once you're there, I'm going to ask you to go

10   to Page 28.  Let me know when you're there.

11   A.      Okay.

12   Q.      At the bottom, look at Line 18.

13   A.      Yes.

14   Q.      Can you read that?

15   A.      "Besides the jobs we just talked about being

16   lost because of stress, have you ever suffered any other

17   loss?"

18   Q.      Mr. Fellheimer asked a question.

19           "Q   Financially?"

20           And I agreed, "Financially."

21           Mr Fellheimer said, Pecuniary?

22           And I said, "Yes."

23           And the witness said --

24   A.      "No."

25                THE COURT:  Next question.

                 Gregg B. Wolfe, RPR, CM
                     215-460-1511

1    BY MR. HELBING:

2    Q.      Are you changing that answer today?

3    A.      Emotionally, I've suffered damages.  If you

4    can't see that, then, I mean, this is even worse than I

5    even thought before today.  If you don't think being

6    told this is going to interfere with my family life,

7    interfere --

8                MR. HELBING:  Objection, not responsive.

9                THE COURT:  Yes.

10   BY MR. HELBING:

11   Q.      The question was, are you changing the answer

12   that you suffered additional financial losses than

13   what you testified to in your deposition?

14   A.      Additional financial losses?

15   Q.      Yes.

16   A.      Yes.

17   Q.      And why are you changing your testimony?

18   A.      I'm thinking about it now, and there was

19   definitely child care that I needed to provide when I

20   wasn't around.

21   Q.      Okay.  Besides the child care, did you suffer

22   any other financial losses relative to your income?

23   A.      No, not that I can think of.

24   Q.      We've already established that you had a fire

25   at your residence in January of 2015, correct?

1   A.      Yes.

2   Q.      And I believed you testified that you lost

3   all your paper records?

4   A.      Yes.

5   Q.      That includes your business records?

6   A.      Yes.

7   Q.      Did losing those records put you behind, to

8   back up a little bit, and not be as responsive or

9   ready to go?

10  A.      No.  I keep everything on E-mail.  Everything

11  has a file.  So when I lost that -- I don't keep much

12  paper.  I don't print much stuff out.  So as far as

13  business records go, everything that I have is on my

14  Gmail.  I just link it up to everyone's address.  So I

15  have everything I need.

16  Q.      And the fire happened early in the morning,

17  correct?

18  A.      Yes.

19  Q.      Six o'clock in the morning?

20  A.      Roughly.

21  Q.      And you were asleep?

22  A.      No.

23  Q.      No?

24  A.      No.  We were just waking up, there was some

25  smoke and we got the kids and got out.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.      Okay.  You testified that you have a general

2    studies degree?

3    A.      Yes.

4    Q.      So you're not a chemist?

5    A.      No.

6    Q.      You're not a pharmacist?

7    A.      No.

8    Q.      Or a doctor?

9    A.      Again, no.

10   Q.      So you can't tell me definitively whether or

11   not there's a medical difference, a pharmacological

12   difference between Ambien and CR, could you?

13   A.      I can tell you when I take it, there's a big

14   difference.

15   Q.      The question wasn't how you feel.  It wasn't

16   a placebo effect.

17           The question was whether or not you could tell

18   me definitively what the difference is?

19   A.      Other than what I've read, no.

20   Q.      You testified previously that you were taking

21   both Ambien and Ambien CR at the same time?  Did I

22   understand correctly?

23   A.      I had the prescription at the same time.  I

24   wasn't necessarily taking them both at the same time.

25   There were times when I would take half of an Ambien and

1   follow it up with a CR, which isn't good, but, yes, I

2   would do it every now and then.

3   Q.      You had prescriptions filled for both of

4   them.

5           Can you tell me how you felt, or how you

6   determined which one you took that day?

7   A.      If I was trying to go to bed and I needed an

8   Ambien and a drink, I would do that.  If I was up

9   tossing and turning thinking about this, and it was

10  weighing heavily on my mind, I would go to the CR, just

11  to put myself to sleep.  Not good times.

12  Q.      You also mentioned in your deposition that

13  you were self-medicating with alcohol?

14  A.      Yes.

15  Q.      And to what extent?

16  A.      Pretty bad.

17  Q.      A beer a day?

18  A.      Oh, no, we're talking there was a bottle of

19  whiskey in the cabinet.  If I needed it to put myself to

20  bed, I would go for it.   It was more of like I could

21  not sleep nights.  I lost my ability because of this to

22  be able to just put myself in a bed and go to sleep with

23  my wife the way that I do, the way that I did for

24  40-some years before this, and the way that I can sort

25  of do now.

1         But, yes, it was embarrassingly bad.

2    Q.     What was your doctor's medical advice

3    concerning the mixture of Ambien and Ambien CR?

4    A.     He didn't like it.  He wanted to put me on a

5    relaxer.  I really didn't want to go that route.  He

6    gave me his cellphone number and told me if I ever

7    needed it to call him.

8    Q.     Okay.

9    A.     I told him that, you know, let me just try to

10   get through this, and, you know, take it from there.

11   Q.     I'm going to ask you to look at Exhibit 35 in

12   the plaintiff's binder, the big one.

13   A.     Okay.

14   Q.     This is a patient history from Rite Aid?

15   A.     Yes.

16   Q.     It was printed, it looks like, on March 23rd

17   of this year?

18   A.     Yes.

19   Q.     Does this show -- it says "Page 2 of 4" up

20   top, correct?

21   A.     Yes.

22   Q.     What was on the other pages?

23   A.     Other Ambiens.

24   Q.     Ambiens?

25   A.     Yes.

1    Q.      How often prior to your telephone call with

2    Mr. Korogluyan would you take Ambien?

3    A.      As needed.  It was basically with the schedule.

4    I would only take it if I needed to get to bed, let's

5    just say, at 3:00 in the afternoon, because there are

6    times when I need to be at QVC at midnight.

7            So if I take an Ambien at 3:00, sleep until

8    10:30, wake up and go to QVC, those were the only times.

9    It wasn't because "I can't sleep, I can't sleep, I can't

10   sleep."

11   Q.      If the other reports are here, how often

12   would they show being refilled?

13   A.      Not very often.  These reports are from --

14   Q.      Did you want to look at 2014?

15           1-1-2014, top center?

16   A.      Yes, 2014.  So there was other stuff on the

17   page.  It didn't go right into the scripts.  There was

18   stuff written on the page, and then it went into the

19   scripts.  So there weren't very many from that time.  I

20   was getting it filled every, I would say, 70 days.

21   Q.      So every two months?

22   A.      Yes.

23   Q.      How many pills were in a bottle?

24   A.      Thirty.

25   Q.      How many pills do you take at one time?

1    A.       If I needed to get to bed, I would take a full

2    pill.  If it's like 12:00 in the afternoon and I have to

3    be at QVC all night long, I used to call it my insurance

4    policy, I would take a full pill.  And every now and

5    then, you know, if I kind of needed to get to bed,

6    mostly a full pill.

7    Q.       So taking one pill at a time, half at some

8    times?

9    A.       Mostly one pill, I'd say.

10   Q.       Every 70 days --

11   A.       That's when I got it refilled.

12   Q.       -- you would go through 30 pills?

13   A.       That's when I would get it refilled.  I would go

14   through pills, I would say, every 90 days.

15   Q.       So you had a balance built up?

16   A.       Yes.

17   Q.       Do you know what the dosage was on the Ambien

18   that you had previously?  It was ten milligrams or

19   12.5?

20   A.       Yes, the 10 milligrams is what I was taking.

21   The 12.5 is the CR.  The CR is a different type of pill.

22   The CR is a circle pill that you can't break.

23   Q.       So it's a little bigger?

24   A.       It's bigger, and it does a lot more.  It's up

25   there.

1    Q.      When you went to get this patient history,

2    did you request the Ambien on it?

3    A.      Yes.

4    Q.      So this reflects this patient history in

5    Exhibit 35, reflects every Ambien prescription that

6    you had, on this page at least, between 4-7-15 and

7    12-9-15, correct?

8    A.      Yes.

9    Q.      I didn't hear what you said, I'm sorry.

10   A.      Yes.

11   Q.      Let's go to Exhibit 34 for a second, which is

12   the invoice from Fellheimer and Eichen?

13   A.      Okay.

14   Q.      It says, fees billed, May 15th, 2015, to

15   2-28, $29,962.50.

16   A.      Yes.

17   Q.      Did you see itemized invoices for that?

18   A.      Not on this.  On the other bills that they sent

19   me, absolutely.

20   Q.      No, this is the summary.

21   A.      Yes.

22   Q.      But you saw the underlying bills --

23   A.      Yes.

24   Q.      -- besides --

25   A.      Yes.

1  Q.     -- that?

2  A.     Yes.

3           MR. HELBING:  Excuse me, just one second,

4  Your Honor.  I'm just reviewing this quickly.

5           THE COURT:  Yes.

6  BY MR. HELBING:

7  Q.     One more thing from your deposition was, how

8  many vendors do you have?

9  A.     In 222 --

10 Q.     Yes, yes.

11 A.     -- at the time there were three.

12 Q.     And did any of the vendors leave you because

13 of your performance?

14 A.     They did.  After the deposition, yes, a company

15 called Go Smile left.

16 Q.     When did they leave?

17 A.     They left -- well, they hadn't received a

18 purchase order.  They didn't formally leave until, I

19 guess, August of last year.

20           No.  I remember it was like a month after the

21 deposition, Go Smile beat it.

22 Q.     How many new products did 222 bring to QVC in

23 2014?

24 A.     There were none brought in 2014.

25 Q.     2015?

1   A.      I had one that I was working on that didn't do

2   anything until very late in the year.

3   Q.      How about 2016?

4   A.      Wait, I'm sorry, 2016 is when I brought the one

5   on that didn't happen until late in the year.

6   Q.      How about 2015 then?

7   A.      2015, I don't recall.  No.  There was one.

8   Viatech came in 2015.

9   Q.      Okay.  Now, once a product appears on QVC for

10  the first time --

11  A.      Yep.

12  Q.      -- does it usually peak the first time and

13  then go down?  How does that work?

14  A.      As far as the lifespan of a product?

15  Q.      Yes, exactly.

16  A.      Typically, no.  Typically it starts off okay,

17  and then with my expertise, what I do, I work with the

18  vendors.  I work with what assets we need.  I work with

19  the production, and I work with the guest, so it peaks

20  after that.  And then what I try and do is run a

21  marathon with the product, not overdo it, not underdo

22  it, have a long life cycle.

23  Q.      Okay.

24  A.      But typically a product's life cycle, if I'm

25  running it, I try to make it last three years.

1    Q.      How many, I'm sorry?

2    A.      Make it last three years.

3    Q.      Three?

4    A.      Yes.

5    Q.      So the first time it airs is when you

6    fine-tune it --

7    A.      Yes.

8    Q.      -- and then it goes up from there.

9            Now, after the second airing, does it keep

10   going up, or does it plateau?

11   A.      It all depends what we're talking about.  Every

12   item is different.  If you're talking to me about the

13   lamb that we just put on for food, for Easter, obviously

14   it's going to peak now, you know, but you replace that

15   with something else.

16           So everything is different.  What you're asking

17   isn't really relevant, and, you know, again, I get into

18   this QVC thing all the time.  It doesn't work the way

19   people think.  It's seasonal.  It's what is right for

20   spring, what is right for summer, what is right for

21   fall.  It's that kind of business.

22           MR. HELBING:  I think I'm done, Your Honor.

23           THE COURT:  Very good.

24       Any redirect?

25           MR. HELBING:  Yes, Your Honor.

1                    REDIRECT EXAMINATION

2    BY MR. JACKO:

3    Q.      Mr Tepper, taking a look at Plaintiff's

4    Exhibit 11, and drawing your attention to the second

5    paragraph, third sentence, do you see where it

6    says --

7    A.      Wait.  Our book, Number 11?

8    Q.      Yes, Plaintiff's Exhibit 11.

9    A.      Yeah, okay.  I'm sorry, I'm sorry, I'm sorry.

10   Q.      Yes, you can close the Defendant's Exhibit

11   book.

12   A.      Yep.

13   Q.      Thank you.

14   A.      Okay.

15   Q.      Looking at the first page of the January 16th

16   letter from the FDIC, the second paragraph, third

17   sentence, do you see where it says that "The receiver

18   hereby advises you that you are in default"; do you

19   see that?  I'm just asking if you see it.

20   A.      No, what paragraph?  I'm sorry.

21   Q.      Second paragraph, third sentence.

22   A.      Okay.

23   Q.      It starts "The receiver hereby advises you

24   that you are in default."

25   A.      Yes.

1    Q.      Okay, and then it goes on.

2           Do you see that it also says, "And that the

3    receiver reserves all rights under the loan documents

4    and under applicable law for any and all remedies,

5    including the acceleration of the outstanding balance

6    and any other sums due"?

7    A.      Yes.

8    Q.      Okay.  But nowhere in this document do you

9    agree with me does it say that the FDIC as receiver

10   was deciding to terminate and accelerate your loan;

11   is that correct?

12   A.      Yes, sir.

13   Q.      Okay.  And looking at the second-to-last

14   paragraph on the next page, where it talks about

15   advising you that the receiver intended to market and

16   sell all the assets of the former bank, including

17   your -- what it described as a defaulted loan

18   beginning approximately 90 days from the date of the

19   closing of the bank.

20          That 90-day period they are talking about was

21   about to begin at or shortly after the time that this

22   letter was written; is that your understanding?

23   A.      Yes.

24               MR. HELBING:  Objection, Your Honor.  How

25   does he know?

1          THE COURT:  It's leading, but I'm going to

2     overrule it.  It's what he believes in his mind.

3          MR. JACKO:  Mr. Tepper, I'd like to thank

4     you.  I don't have any further questions.

5          THE COURT:  Recross?

6          MR. HELBING:  Nothing further, Your Honor.

7          THE COURT:  Very well.  Have a seat.

8          Do you have another witness on; behalf of the

9     plaintiff?

10          MR. JACKO:  Yes, Your Honor.  I'd like to

11     call Mr. Korogluyan as of cross.

12          THE COURT:  We'll go to five of 1:00.  I

13     have a conference call at 1:00, and then we'll pick up

14     at five of 2:00.

15          NAREG KOROGLUYAN, was duly sworn.

16                    DIRECT EXAMINATION

17     BY MR. JACKO:

18     Q.     Mr. Korogluyan, my apologies if I

19     mispronounce your name, but I'll do the best I can,

20     and I hope you'll forgive me.

21     A.     Absolutely.

22     Q.     Are you the operations officer for Amos

23     Financial LLC?

24     A.     I am.

25     Q.     Now, for purposes of discussion, I'm going to

Gregg B. Wolfe, RPR, CM
215-460-1511

1    refer to it as Amos; is that acceptable?

2    A.      It is.

3    Q.      Great.  Now, you're the son of Amos' founder,

4    I believe it's Ohannes Korogluyan; is that correct?

5    A.      That's correct.

6    Q.      You're the second in command in the

7    management hierarchy at Amos; is that correct?

8    A.      That's correct.

9    Q.      You were deposed as a witness in this case on

10   July 15th, 2016, correct?

11   A.      That is correct.

12   Q.      Looking at Plaintiff's Exhibit 21, you

13   recognize that document to contain portions of your

14   deposition testimony from that day; is that correct?

15   A.      That is correct.

16   Q.      Now, prior to participating in the

17   deposition, you met with the attorneys for Amos to

18   prepare for your participation in the deposition; is

19   that correct?

20   A.      Which attorneys?

21   Q.      Mr. Helbing, for instance.

22   A.      I met Mr. Helbing at the deposition.

23   Q.      Now, you're also Amos' custodian of records,

24   correct?

25   A.      I am.

1  Q.      Now, you agree that Amos was not registered

2  to do business in Pennsylvania any time prior to

3  October 26th, 2015, correct?

4  A.      I can't say that for sure.

5  Q.      Well, why don't you take a look at

6  Exhibit 32?  Do you have any reason to dispute that

7  Amos first registered as a foreign limited liability

8  company with the Commonwealth of Pennsylvania on

9  October 26th, 2015?

10 A.      I'm sorry, can you repeat that question?

11 Q.      Sure.  You don't have any reason to dispute

12 that Amos first registered with the Commonwealth of

13 Pennsylvania on October 26th, 2015, do you?

14 A.      I do.  I mean, this document indicates that we

15 did register October 26th, 2015.

16 Q.      Correct, you agree with this document,

17 correct?

18 A.      Your question was if we first registered.

19 Q.      Correct, you first registered on that day,

20 October 26th, 2015, correct?

21 A.      I don't recall.  We may have registered before.

22 I don't think this document concludes that.

23 Q.      You can see that the effective date is

24 October 26th, 2015, correct?

25 A.      Sure.  But there could be a previous

1  registration that may have lapsed, so I can't conclude

2  that.

3  Q.      But you don't know that there was, do you?

4  A.      I don't recall.

5  Q.      And you haven't presented one in this case,

6  correct?

7  A.      I don't think I was asked for one.

8  Q.      But the answer to my question is, you didn't

9  produce one in this case, correct?

10  A.      I personally did not respond to the

11  Interrogatories, so I guess I just don't think I'm

12  qualified to answer the question.

13          MR. HELBING:  Your Honor, I'm going to

14  object to the line of questioning.

15          Amos Financial is not required to register in

16  the Commonwealth of Pennsylvania as a debt collector and

17  is engaged in the collection of debt.

18          THE COURT:  I understand your position.

19  I'm going to overrule your objection.  He's allowed to

20  ask the questions.

21          And your answer was you did not know whether

22  this was the final document that tells you whether you

23  were registered or not?

24          THE WITNESS:  Yes, Your Honor.

25          THE COURT:  Moving on, next question.

Gregg B. Wolfe, RPR, CM
215-460-1511

1          MR. JACKO:  Thank you, Your Honor.

2     BY MR. JACKO:

3     Q.      You understand, sir, that Amos claims to have

4     purchased the HELOC loan that the Teppers had

5     originally with NOVA Bank that we've been discussing

6     all morning, correct?

7     A.      Yes.

8     Q.      And Amos bought that from the FDIC, correct?

9     A.      Yes.

10    Q.      And Amos in purchasing that loan also

11    acquired the Credit Agreement and the mortgage

12    associated with it, correct?

13    A.      Yes.

14    Q.      And you recognize those as Plaintiff's

15    Exhibits 1 and 3, correct?

16    A.      Exhibit 1 is the note.  Exhibit 3 is the

17    mortgage.

18    Q.      And the bill of sale that Amos had for

19    purchase of these documents or this loan is

20    Plaintiff's Exhibit 4.

21           You recognize that, correct?

22    A.      Yes.

23    Q.      You also recognized the allonge that is

24    Plaintiff's Exhibit 5, correct?

25    A.      I'm sorry, what am I acknowledging?

1    Q.      That you recognize the allonge that is

2    Plaintiff's Exhibit 5?

3    A.      Yes.

4    Q.      You agree with me that it's not dated and

5    that it's signed by your in-house counsel at Amos,

6    Brian C. Donegan for Amos as the FDIC

7    Attorney-In-Fact, correct?

8    A.      I'm sorry, there were two questions there.

9            Can you read the first portion?

10   Q.      Okay.  You agree with me that the allonge is

11   not dated, correct?

12   A.      Yes.

13   Q.      And you also agree with me that it's signed

14   by Amos' in-house counsel, Brian C. Donegan, for Amos

15   and as the FDIC's Attorney-In-Fact correct?

16   A.      As customary, yes.

17   Q.      Okay.  And you recognize the assignment of

18   mortgage that is Plaintiff's Exhibit 6, correct?

19   A.      Yes.

20   Q.      And that that document is also signed by

21   Amos' attorney, Brian C. Donegan, for Amos and as the

22   FDIC's Attorney-In-Fact, correct?

23   A.      Correct.

24   Q.      It's even notarized by Mr. Carroll, Amos'

25   employee, correct?

1   A.      Correct.

2   Q.      You've been in the courtroom all morning, and

3   you heard Mr. Carroll's name mentioned previously,

4   correct?

5   A.      I did hear Mr. Carroll's name mentioned this

6   morning.

7   Q.      You know that he's an attorney in the State

8   of Illinois, correct?

9   A.      He has a license to practice law in the state of

10  Illinois.

11  Q.      Now, looking at Exhibit 6, in particular, if

12  you look at Page 2, you agree with me that the

13  assignment of mortgage that is Plaintiff's Exhibit 6

14  was not filed of record --

15  A.      I'm sorry, which Exhibit was that?

16  Q.      Exhibit 6.

17  A.      Okay.

18  Q.      You see that at the top left corner it says,

19  "Prepared by," and after Recording Returned to

20  Brian C. Donegan"?

21  A.      Yes.

22  Q.      And that's Amos' lawyer, correct?

23  A.      In-house counsel.

24  Q.      And if you look at the signature block for

25  Mr. Donegan, it's his signature on behalf of the

1    FDIC, and you would agree with me that it says "Power

2    of Attorney Recorded Commissioner of Records, City of

3    Philadelphia on August 20th, 2013," and it has a

4    Document Identification Number of 52684702."

5              Have I read all of that correctly?

6    A.      Yes.

7    Q.      Okay.  And the document itself was signed on

8    April 15th, 2013; do you see that?

9    A.      Yes.

10   Q.      Then although it states that this was filed

11   on August 20th, 2013, you also agree with me --

12   strike that, let me say it again.

13             Under Mr. Donegan's signature you agree with me

14   that it indicates that this was filed on August 20th,

15   2013.

16             But if you look at the first page of the

17   document, you agree with me, don't you, that the actual

18   filing was not done until October, what appears to be,

19   30th, 2013; is that correct?

20   A.      I'm sorry, there were like three or four

21   questions there.  I think I can clarify, if you'll

22   allow.

23   Q.      I'm just asking you on the first page of this

24   document, it indicates that it actually was not filed

25   of record until October -- the date is a little

N. KOROGLUYAN - DIRECT
121

```
 1   difficult to read.  It's either the 29th or 30th of

 2   2013.  You agree with that --

 3   A.      Yes, but you're referencing --

 4   Q.      -- don't you, sir?

 5   A.      I'm sorry, you started the question with, "The

 6   Power of Attorney."

 7   Q.      I'll rephrase it.

 8   A.      Yeah.

 9   Q.      On Page 1 you agree with me that it indicates

10   that the document was actually filed of record on

11   October, either the 29th or 30th of 2013?

12   A.      Which document?  That's what I'm trying to

13   understand.

14   Q.      Exhibit 6, the one we've been talking about.

15   A.      The assignment of mortgage?

16   Q.      Correct.

17   A.      Okay.  Yes, the assignment of mortgage was

18   recorded.  I agree with you it's hard to read, but

19   10-20-2013 would be my best guess.

20           But you're referring to the Power of Attorney

21   that was recorded on 8-20-2013, so it's not the same

22   document.  There are two different dates.  They are two

23   different documents.

24   Q.      But the fact of the matter is the assignment

25   of mortgage was not filed publicly of record in
```

1    Philadelphia until after Amos sent a September 2013

2    Notice of Default to the Teppers; is that correct?

3    A.    I can't comment on the Notice of Default date.

4    I would need to reference it.  But this document was

5    recorded on 10-29.

6    Q.    Okay.  Of 2013?

7    A.    Of 2013.

8    Q.    If you look at Plaintiff's Exhibit 15, you

9    agree with me that the recordation of the assignment

10   of mortgage occurred about six weeks after you told

11   the Teppers that they were in default, correct?

12   "You" meaning Amos.

13   A.    I can just comment on this --

14   Q.    I just want you to answer my question, sir.

15   A.    Okay.  What was the question?

16          MR. HELBING:  I'm going to object, Your

17   Honor.  It does not have to be in court to be effective.

18          THE COURT:  Overruled.  He's asking a

19   question that specifically the witness is directed to

20   answer.

21          Try it again, counsel because you keep changing

22   the question on the witness.

23          MR. JACKO:  My apologies, Your Honor.

24   BY MR. JACKO:

25   Q.    Sir, looking at Plaintiff's Exhibits 15 and

1    6, you agree with me, don't you, that the assignment

2    of mortgage was not filed of record in Philadelphia

3    County until approximately six weeks after Amos sent

4    to the Teppers Notice of Default on September 20,

5    2013; is that correct?

6    A.     Based on these two documents, that would seem to

7    be correct.

8    Q.     Okay.

9           THE COURT:  We'll take our lunch break now.

10   We will be in recess until five of 2:00.  See you back

11   then.

12          (Luncheon recess was held at 12:55 p.m.)

13          (The Court resumed the proceedings

14   at 1:55 p.m.)

15          THE COURT:  You may be seated.

16          Sir, I'll remind you that you're still under

17   oath from being previously sworn in.

18          THE WITNESS:  Thank you.

19          THE COURT:  You may continue with your

20   examination of this witness, counsel.

21          MR. JACKO:  Thank you, Your Honor.

22   BY MR. JACKO:

23   Q.     Mr. Korogluyan, you recognize that the

24   Teppers' HELOC loan was for personal family or

25   household purposes correct?

1           MR. HELBING:  Objection, Your Honor

2     relevance.

3           THE COURT:  Overruled.

4        Do you know?

5           THE WITNESS:  I assume so.

6     BY MR. JACKO:

7     Q.      Okay.  And turning you to Plaintiff's Exhibit

8     Number 2, you'll see a boarding data sheet that you

9     agree with me Amos received from the FDIC, correct?

10    A.      Yes.

11    Q.      And you agree with me that it identifies in

12    about the middle of the page the purpose of the loan

13    is for personal family household purposes or personal

14    investment purposes, correct?

15    A.      Yes.

16    Q.      Further down it indicates that it's a

17    consumer line of credit on the second line up from

18    the bottom on the column to the left, correct?

19    A.      Correct.

20    Q.      And it also in the next column over indicates

21    that it's a consumer line of credit?

22    A.      Correct.

23    Q.      Okay.  Looking at Plaintiff's Exhibit Number

24    7, you recognize that as the payment history that

25    Amos received from the FDIC on the Tepper loan,

1    correct?

2    A.      Correct.

3    Q.      And you received those documents as part of

4    the sale transaction from the FDIC?

5    A.      Correct.

6    Q.      And they were made available to Amos during

7    the due diligence period when it was considering

8    buying loans from the FDIC?

9    A.      I can't say a specific document, but it may have

10   been.

11   Q.      Now, at no time since Amos acquired the loan

12   from the FDIC did Amos provide to the Teppers any

13   loan history at all before this litigation was filed;

14   is that correct?

15   A.      I'm sorry, can you repeat that?

16   Q.      You agree with me, don't you, that Amos never

17   provided to Teppers any loan history associated with

18   their loan from the time that Amos acquired the loan

19   from the FDIC until this litigation was filed; is

20   that correct?

21   A.      You mean, a history since we held the note, or a

22   history going back?

23   Q.      Any history.

24   A.      Oh, no, Amos did not provide a previous history

25   of that.

1    Q.      You have a degree in finance?

2    A.      I do.

3    Q.      Now, looking at Plaintiff's Exhibit 8, you

4    recognize that as --

5    A.      I'm sorry, you said the Number 8?

6    Q.      Eight, yes. you recognize that document as an

7    early loan account statement that NOVA Bank provided

8    to the Teppers associated with their loan, correct?

9    A.      Yes.

10   Q.      In fact, Amos received that from the FDIC,

11   correct?

12   A.      Correct.

13   Q.      That's the only statement of its kind that

14   Amos produced in this litigation; is that correct?

15   A.      When you say "of its kind," this specific

16   format?

17   Q.      Yes.

18   A.      Yes.

19   Q.      Now, looking at Plaintiff's Exhibit Number 1,

20   it's the Credit Agreement that you identified

21   earlier.

22           Now, do you see in the first introduction

23   paragraph the last sentence it says, the words "We,"

24   "Us," "Our" and "Lender" mean NOVA Bank?  Do you see

25   that?

1    A.      I do.

2    Q.      And since Amos acquired this loan from the

3    FDIC, do you recognize that those words would equally

4    apply to Amos?

5    A.      I do.

6    Q.      And you also agree that since those words and

7    this document apply to Amos, that Amos would step

8    into the shoes of NOVA Bank in performing under the

9    terms of this agreement, correct?

10   A.      That is correct.

11   Q.      And turning your attention to Plaintiff's

12   Exhibit 12, it's a Notice of Assignment, Sale or

13   Transfer of Servicing Rights; do you see that?

14   A.      I do.

15   Q.      And you recognize that as a document that

16   Amos, allonge with the FDIC, forwarded this document

17   to the Teppers, correct?

18   A.      Correct.

19   Q.      And it identifies in this document, it

20   identifies Amos as a servicer, correct?

21   A.      Correct.

22   Q.      And that in this document it doesn't identify

23   Amos as a debt collector, correct?

24   A.      I guess can you define debt collector versus

25   servicer?

1   Q.      Well, there is no definition for servicing --

2   servicing the loan is not defined in this document,

3   correct?

4   A.      It's implied, but, sure.

5   Q.      So you agree with me, correct?

6   A.      No, I'm sorry.  The difference between "debt

7   collector" and "servicer" is where I'm trying to figure

8   out where your question is going.

9   Q.      All I'm asking you, sir, is nowhere in this

10  document does it identify Amos as a debt collector,

11  correct?

12  A.      No, the words "debt collector" are not in this

13  document.

14  Q.      And you agree with me, don't you, looking at

15  Plaintiff's Exhibit 1, the Credit Agreement, that

16  nowhere in that document is there any mention of

17  reinstatement letters or reinstatement notices,

18  correct?

19  A.      I'm sorry, in Number 1?

20  Q.      Correct.

21  A.      You're asking if the word "reinstatement" is in

22  here?

23  Q.      Correct.

24  A.      Can I take a minute to look through?

25  Q.      Sure.

1   A.      I don't think I was able to scan through

2   everything, but I didn't see the word "reinstatement."

3   Q.      But you agree with me, don't you, that

4   nowhere in this document that is Plaintiff's

5   Exhibit 1 is the concept of a reinstatement letter or

6   reinstatement notice discussed?

7   A.      Yes, that's usually required by the state, not

8   the note.

9   Q.      Now, looking at Plaintiff's Exhibits 13 and

10  14, these are the June 5th, 2013 and July 24th, 2013

11  letters from Amos to the Teppers; do you see those?

12  A.      Yes, which one am I looking at first?

13  Q.      You can look at 13.

14  A.      Okay.

15  Q.      You and Amos refer to that communication as a

16  reinstatement letter, correct?

17  A.      Sure.  Yes.

18  Q.      And so the same question for Plaintiff's

19  Exhibit 14.

20  A.      Yes.

21  Q.      Now, when you were deposed in this case, do

22  you remember initially describing the Tepper loan as

23  a simple interest loan?

24  A.      I do.

25  Q.      And do you also remember initially describing

1    it as a fixed-rate loan?

2    A.      I think -- I apologize for perhaps wording, but

3    I think from the deposition what I was trying to say was

4    the rate never actually changed due to the floor never

5    being hit.  Now, the floor was 5.49.

6           So, in practice, the rate had not changed since

7    the beginning of the loan.

8    Q.      So you're trying to -- strike that.  Let me

9    refresh your recollection.

10          Look at Plaintiff's Exhibit 21, if you'll go to

11   Page 20 and you look at Lines 11 and 12, you were asked.

12          "Q     Is this a fixed rate or variable rate?"

13          Your answer,

14          "A     It's a fixed rate."

15          Does that refresh your recollection as to how

16   you initially described this loan?

17   A.      Yes, and I believe I cleared it up, if you read

18   through the next few lines.  I made a mistake.  I

19   acknowledged it in the deposition.

20   Q.      Well, in fact, during the deposition, when

21   you were asked more about the loan, you suggested

22   that it seemed to be a variable rate loan; is that

23   correct?

24   A.      Yes.

25   Q.      Okay.

1    A.      I'm sorry, if I can clarify the loan is a

2    variable rate loan, absolutely.

3    Q.      Yes.

4    A.      It is absolutely a variable rate loan.  However,

5    what I was trying to illustrate, and I probably didn't

6    pick the best words, was that the rate did not actually

7    change.  Mr Fellheimer asked about this.  The prime

8    changed.  Prime went from 3 --

9              MR. JACKO:  Your Honor, I'm going to to

10   move to strike.  He's not answering my question.

11             THE COURT:  Yes, it is a little bit more

12   than what was asked.

13             THE WITNESS:  I'm sorry.

14             THE COURT:  Your counsel can follow-up with

15   any further questions he has.

16             THE WITNESS:  Sure.

17             THE COURT:  Moving allonge.

18             MR. JACKO:  Okay.

19   BY MR. JACKO:

20   Q.      Now, you agree that it was your father,

21   Ohannes Korogluyan, who was the person at Amos who

22   determined that Amos would declare the Teppers to be

23   in default of the loan on or about September 20,

24   2013, correct?

25   A.      Correct.

1  Q.       In fact, you agree with me, don't you, that

2  it was upon your father's declaration of default that

3  Amos claimed that it increased the rate to

4  9.49 percent?

5  A.       Correct.

6  Q.       Yet, Amos never informed the Teppers of that

7  fact as of September 20, 2013, that it was actually

8  being increased by an additional five percent to

9  9.49 percent?

10  A.      It was not.  I'm sorry, the rate was increased

11  to 9.49.

12  Q.       No, but looking at Exhibit 15, you can see

13  where in the bottom paragraph it said that -- and I'm

14  quoting, that the loan would be increased by an

15  additional 5 to 9.49 percent; in other words, it was

16  going to be raised by a range of percentage points?

17  A.       No.  The wording could be unclear.  I could see

18  that.  But what this meant to say was that the rate is

19  4.49.  That was the part I was trying to clarify

20  earlier.  It increased five, from 4.49 plus five to

21  9.49.

22  Q.       But you can see how it wasn't read that way

23  or can be read a different way, correct?

24  A.       Sure.  But not really.  It says by an additional

25  five percent to 9.49, but I'm not an attorney, so I

1    would take your word for it that it could be

2    misinterpreted.

3    Q.     You recognize that neither of the Teppers are

4    attorneys, correct?

5    A.     I understand that.

6    Q.     But the answer to my question is "Yes"?

7    A.     Yes.

8    Q.     Thank you.

9           THE COURT:  Now, this document that is

10   being referenced right now, were you a party to that

11   document when it was signed and created?

12          THE WITNESS:  Generally, it's something

13   that I oversee, so, yes.

14   BY MR. JACKO:

15   Q.     Okay.  If you don't mind, can you look at

16   Plaintiff's Exhibit 17?  It's the Complaint and

17   Mortgage Foreclosure that Amos filed against the

18   Teppers?

19   A.     Okay.

20   Q.     Do you see that document?

21   A.     I do.

22   Q.     Do you agree with me that there is no

23   periodic monthly statement attached to that document?

24          MR. HELBING:  Objection, Your Honor.  The

25   law does not require that to be attached.  It's more of

134

1   a complaint.

2               THE COURT:  He just asked whether there is

3   or not.  He doesn't say whether it was lawful or

4   illegal.

5               The objection is noted.  It's overruled.

6               You can answer that question.

7               Are they attached for the purposes of an answer

8   to this question?

9               THE WITNESS:  In this document, it does

10  not.

11              THE COURT:  Next question.

12  BY MR. JACKO:

13  Q.      You were in court when Mr. Tepper read that

14  portion of the Credit Agreement that talked about the

15  periodic monthly statement as being the best

16  evidence, weren't you?

17  A.      Yes.

18  Q.      Okay.  And you would agree with me that

19  without such a statement attached to the Complaint

20  and Mortgage Foreclosure or having been produced in

21  this litigation, that Amos has not produced the best

22  evidence of what it claims are the amounts owed on

23  this HELOC loan, correct?

24              MR. HELBING:  Objection, Your Honor.  It

25  asks for a legal conclusion.

1          THE COURT:  Yes, that's argumentative.

2          Further, your client should have knowledge

3    about what payments, if any, he made.

4          Your objection is sustained.

5          Next question.

6          MR. JACKO:  Your Honor, that's all.

7    Nothing further.  I'm done.

8          THE COURT:  Now, you can your re-direct on

9    this witness, so we can move on.

10          MR. HELBING:  Thank you, Your Honor.

11                  CROSS-EXAMINATION

12    BY MR. HELBING:

13    Q.     Before we get into the direct's review, what

14    we do on the cross here, what is the business that

15    Amos Financial is engaged in?

16    A.     Amos Financial acquires and services

17    non-performing and semi-performing consumer and

18    commercial loans.

19    Q.     Is that the only business that Amos is

20    engaged in?

21    A.     Yes.

22    Q.     The question was asked whether or not Amos

23    provided a reinstatement notice pursuant to the

24    Credit Agreement -- strike that.

25          The question was, whether or not the Credit

1   Agreement requires reinstatement notices, correct?  You

2   said it does not.

3   A.      The word "reinstatement" --

4           MR. JACKO:  Objection, Your Honor. I'm not

5   sure what the question is.

6           THE COURT:  Why don't we try it again?

7           MR. HELBING:  Okay.  The question was, Your

8   Honor --

9   BY MR. HELBING:

10  Q.      Does the Credit Agreement require

11  reinstatement figures?

12  A.      It does not.

13  Q.      But the Credit Agreement is secured by a

14  mortgage, correct?

15  A.      It is.

16  Q.      That mortgage is attached to the Complaint, I

17  believe -- I'm sorry, attached as Exhibit 3 in the

18  Plaintiff's binder?

19  A.      I'm looking at it.

20  Q.      Turn to Page 12, please.

21  A.      Twelve of the mortgage document?

22  Q.      Yes, please.

23  A.      Okay.

24  Q.      Look at the governing law.

25  A.      I'm looking.

1   Q.      Does it provide that it's governed by the

2   laws of the Commonwealth of Pennsylvania?

3   A.      It does.

4   Q.      Are you aware of whether or not the laws of

5   the Commonwealth of Pennsylvania require a mortgage

6   company to accept the reinstatement?

7   A.      They do.

8              MR. JACKO:  Objection, Your Honor.

9              THE COURT:  What's your objection?

10             MR. JACKO:  He's not an expert to

11  competently testify as to what the law is, and it's

12  really within the purview of the Court.

13             THE COURT:  I'm going to make that

14  determination, counsel.  He asked him whether he knew,

15  and I'm going to allow it.

16             Overruled.  It doesn't make a difference

17  whether he's right or wrong.  I'm going to make the

18  determination.

19             MR. HELBING:  Thank you.

20             THE COURT:  Moving on.

21  BY MR. HELBING:

22  Q.      If you look at Exhibit 1, Page 20, which is

23  the transcript of your deposition --

24  A.      Yes.

25  Q.      -- that's the page that counsel asked you to

Gregg B. Wolfe, RPR, CM
215-460-1511

1    review where you said it was a fixed rate.

2            You wanted to explain what you meant by that.

3    Can you please do so?

4    A.     Yes.  I believe in the deposition I started out

5    by incorrectly saying it was a fixed rate.  I believe I

6    cleared it up, but it was a variable rate loan.

7            However, the rate, no matter how much it

8    fluctuates, unless prime goes above 5.49, the customer's

9    interest rate does not change.  That's all I was trying

10   to clarify.

11   Q.     During the life of the Tepper loan, did the

12   prime ever reach 5.49?

13   A.     It did not.

14            THE COURT:  Now, that Tepper loan, I asked

15   you this before, that document where that statement

16   that's contained in, you were not an original signer to

17   that document, were you?

18            THE WITNESS:  I'm sorry --

19            MR. HELBING:  I'm sorry, Your Honor, what

20   Exhibit is that, sir?

21            THE COURT:  The one where the language is

22   4-point something to 9-point something.

23            THE WITNESS:  Oh, that was our default

24   letter that we sent.

25            THE COURT:  Is that language included in

1    the original mortgage?

2                 THE WITNESS:  I would have to look at it.

3                 MR. HELBING:  If you could look at the

4    Credit Agreement, Exhibit 1 , Your Honor, to answer the

5    question, the witness will look at the default

6    provisions.

7                 THE WITNESS:  Yes, it's on Page 4 in the

8    second paragraph that starts with "Rate Increases."

9    BY MR. HELBING:

10   Q.      Can you please read that for the Court?

11   A.      I guess -- this is part of the lender's rights.

12   It reads, "Rate increases.  In addition to all the

13   rights during termination and acceleration we may

14   increase the variable ANNUAL PERCENTAGE RATE under this

15   agreement to 5 percentage points over the then

16   applicable ANNUAL PERCENTAGE RATE.  The ANNUAL

17   PERCENTAGE RATE will not exceed the maximum permitted by

18   applicable law."

19               Would you like me to continue?

20   Q.      No.

21               THE COURT:  When was that document signed?

22               THE WITNESS:  That's the original note that

23   I'm reading.

24               THE COURT:  That's the original note.

25               And you were not a party to that original note?

1             THE WITNESS:  No.  We purchased it.

2             THE COURT:  And that original note was

3    signed and endorsed by the plaintiff and his wife?

4             THE WITNESS:  Yes.

5             THE COURT:  Moving on.

6    BY MR. HELBING:

7    Q.      Are you able to calculate the amount that was

8    owed as of the date the Foreclosure Complaint was

9    filed?

10   A.      If you will help me with the calculator, I can

11   give you the numbers to do it.

12            MR. HELBING:  Can I give him a calculator,

13   Your Honor?

14            THE COURT:  Sure.

15            MR. HELBING:  It's on my cellphone, but it

16   will be a calculator.

17            THE WITNESS:  Well, I'll give you the

18   numbers, if you'd like to calculate it.

19   BY MR. HELBING:

20   Q.      No, that's fine.

21            THE COURT:  Make a record of this

22   calculation, how you go about it, what figures you use

23   and why.

24   BY MR. HELBING:

25   Q.      Yes, every number you put in, verbalize what

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

1    it is and what it represents.

2              THE WITNESS:  Do you mind if I ask for a

3    piece of paper and a pen?

4              THE COURT:  Sure.

5    BY MR. HELBING:

6    Q.    Actually, I'm going to ask for the

7    calculation to be to the date of April 8th, 2015,

8    which is the day of the John Carroll E-mail.

9    A.    Okay.  So I would start out in Exhibit 7 with

10   the loan payment history.

11             Over there you can see that the loan is paid

12   through the last interest payment when the loan was not

13   in default was February 20th, 2013.

14             The default date of John Carroll's letter

15   was --

16             MR. HELBING:  It wasn't in John Carroll's

17   -- the default was in the -- I'm going to direct him to

18   his attention to Number 15.

19             THE COURT:  You're not testifying.

20             MR. HELBING:  I'm directing his attention

21   to Number 15.

22   BY MR. HELBING:

23   Q.    Does that refresh your recollection when the

24   default date was?

25   A.    Yes, the date of this letter is September 20th,

1    2013, so the one thing I can do with the calculator is

2    calculate the number of days, but I can walk through the

3    -- you would take the number of days from February 20th,

4    2013 to September 20th, 2013, which would be --

5                    THE COURT:  What are the dates you say,

6    February what?

7                    THE WITNESS:  February 20, 2013.

8                    THE COURT:  Hold on.  Let me see if I can

9    assist you here.  February the what?

10                   THE WITNESS:  February 20th.

11                   THE COURT:  That's the 51st day of the

12   year.  And to what date?

13                   THE WITNESS:  September 20th of 2013.

14                   THE COURT:  September the what?

15                   THE WITNESS:  September 20th.

16                   THE COURT:  That's the 263rd day of the

17   year.

18                   THE WITNESS:  If I subtract the two, I get

19   212.  I'm sorry, you gave me the 51st day?

20                   THE COURT:  Yes, and the 263rd.

21                   THE WITNESS:  So there are 212 days.

22                   THE COURT:  212 days that --

23                   THE WITNESS:  Then you have the days

24   from -- you want me to do the math to come up to the

25   number on this letter?

 1    BY MR. HELBING:

 2    Q.      I don't want any preconceptions.  I just want

 3    the math to tell me, as of that date, what was the

 4    reinstatement figure?

 5    A.      Oh, sure.  As of this date, on September 20th.

 6    Q.      No, as of --

 7    A.      The foreclosure date?

 8    Q.      No, as of John Carroll's E-mail date,

 9    April the 8th.

10    A.      Of?

11    Q.      2015.

12    A.      Okay.  So the next step is, is the number of

13    days --

14            THE WITNESS:  I'm sorry, Your Honor --

15    April 8th, 2015.

16         Which day of the year is April 8th?

17            THE COURT:  April 8th is the 98th.  We're

18    almost done the first 100 days of the Trump

19    administration.

20            THE WITNESS:  Okay.  So I'm going to assume

21    the number of days between September 20, 2013 to

22    April 8th, 2015 are -- you have one full year, and then

23    you have -- I'm sorry, it's going to take a few minutes,

24    but we'll get the answer.

25            So for the days I'm getting 563 days between

1    September 20th, 2013 and April 8th, 2015.  I would

2    probably want to recheck my math in Excel, but I should

3    be close.

4           For the first portion, for the 212 days between

5    2-20-2013 and 9-20-2013, we're going to use

6    4.49 percent.

7    BY MR. HELBING:

8    Q.     Why is that?

9    A.     That was the rate that was being charged when we

10   took the loan.  Even though the rate in the note was

11   5.49, NOVA Bank was charging 5.49.  We come into these

12   situations where sometimes banks have loyalty programs

13   where they'll take a percentage off if you bank with

14   them.  We honor those even though we don't carry that

15   banking relationship.

16          We're not a bank, so we'll always take the most

17   favorable rate.  In this case the note rate was 5.49.

18   We honored the 4.49 that was being used.  So 4.49 -- now

19   I have to get the calculator out --

20          The principal balance at the time the interest

21   was paid through was $152,328.56.  We're going to

22   multiply that by 4.49 percent, which is $6,839.55.

23   We'll then divide by 365 to get a per diem interest of

24   18.738.  That 18.738 is the per diem between

25   February 20th, 2013 and September 20th, 2013.

1          There are 212 days that we counted earlier, so

2    we'll multiply by 212, and the interest comes out to

3    $3,972.56.  That's the interest between September 20th,

4    2013 -- I'm sorry, February 20th, 2013 and

5    September 20th, 2013.

6          Now, the interest rate at the time of the

7    default increased from 4.49 to 9.49 in the second leg of

8    this transaction, or, I guess, this loan history.  So

9    the principal balance remained the same.  There are no

10   payments.

11         So you would do $152,328.56 times 9.49 percent,

12   which is $14,455.  Again, we divide by 365 to get a per

13   diem of 39.6.  That 39.6 is the per diem between

14   September 20th, 2013 and April 8th, 2015.

15         We'll then multiply by 563 because that's the

16   number of days between those two dates, and that number

17   is $22,297.85.  We'll then add the interest from the

18   first portion of this equation, which is $3,972.56, and

19   the total comes out to $26,270.41.

20         This number represents the regular loan

21   interest from 2-20-13 to September 20th, 2013, and then

22   the increased interest rate of 9.49 from the time period

23   of September 20th, 2013 and April 8th, 2015.

24         There will be a margin of error here, just

25   because of my limited --

1          THE COURT:  It's in the ballpark.

2          THE WITNESS:  It should be in the ballpark,

3    absolutely.

4          THE COURT:  Moving allonge.

5    BY MR. HELBING:

6    Q.      Do you remember a telephone conversation with

7    Mr. Tepper?

8    A.      Briefly.

9    Q.      And when was that conversation?

10   A.      It was around April of 2015 when there was the

11   fire in the home and he had called asking for two years

12   of statements and wanting to discuss what he needed to

13   do to kind of -- I think it was kind of around insurance

14   proceeds and signing off on checks and whatnot.

15   Q.      You were here this morning when Mr. Tepper

16   testified as to the comments and threats that you

17   made to him.

18   A.      I was.

19   Q.      Do you agree with his characterization of the

20   telephone call?

21   A.      I do not.

22   Q.      Do you agree that you made any threats to

23   him?

24   A.      I did not make any threats.

25   Q.      What do you recall informing him?

1    A.        Again, it didn't stand out as a conversation.

2    You know, from our perspective it, it was that we had

3    started a foreclosure.  You know, we kind of -- it

4    was -- I don't really recall.  I mean, at the time there

5    was nothing extraordinary about it.  Obviously, there

6    was an event.  The home fire, that was extraordinary.

7    But as far as our conversation, there was nothing that,

8    you know, I recall that was extraordinary.

9    Q.        Did he ask you how he can make payments?

10   A.        I don't recall.

11              MR. HELBING:  Just bear with me one minute,

12   sir.

13              THE COURT:  Yes.

14              MR. HELBING:  I have nothing further.

15              THE COURT:  Very well.

16         Before redirect, has Amos ever received any

17   payment at all towards this obligation from the

18   plaintiff?

19              THE WITNESS:  It has not.

20              THE COURT:  Very well.  Redirect.

21                  REDIRECT EXAMINATION

22   BY MR. JACKO:

23   Q.        Going back to your July 15th, 2006 deposition

24   in this case, do you recall being asked if you have

25   no recollection of the call?

1  A.      I really don't.  I mean, we have business

2  records to go off of, but as far as the specifics of the

3  call, I do not.

4  Q.      Referring to Page 65 of your deposition, do

5  you recall that you were asked on Lines 18 and 19 and

6  20?

7  A.      I'm sorry, which section?

8  Q.      You don't have to look at it.  I'm asking if

9  you recall this --

10  A.      Sure.

11  Q.      -- where you were asked, do you -- I'm sorry,

12  the question was,

13         "Q    You have no recollection of the call?"

14         Your answer,

15         "A    I mean, not a lot of specific

16  conversation.  I do not."

17         Do you recall that testimony?

18  A.      Are you asking if I recall my recollection?

19  Q.      I'm asking you if you recall testifying in

20  that way in your deposition.

21  A.      Yes.

22  Q.      And do you also recall that in answer to

23  questioning regarding whether you kept any notes of

24  that telephone conversation with Mr. Tepper, your

25  answer was, "No," that you did not?

1  A.       I did not, no.

2  Q.       Okay.  So you agree with me, that that was

3  your testimony.  You confirmed that there were no

4  notes?

5  A.       I mean, if it's written, I would rather just

6  look at it and confirm, if that's okay.

7  Q.       Now, the mathematical exercise you engaged in

8  for the last ten or 15 minutes --

9  A.       Sure.

10  Q.       -- during the trial, that was not something

11  that Amos ever actually put in writing and ever sent

12  to the Teppers; is that correct?

13  A.       We had provided the interest breakdown.

14  Q.       No, but you didn't do the math, did you?  You

15  didn't provide the mathematical calculation or basis

16  on which you made your calculations, correct?

17  A.       I thought we did, but I'll take your word for

18  it, if you're saying it's not in there.

19  Q.       Okay.  And so when you were just explaining

20  to the judge the principal amount, you identified as

21  $152,328.

22         Yet, you'll agree with me that the amount of

23  principal identified in the Complaint and Foreclosure on

24  Page 2, Paragraph 9 as of --

25  A.       Which section?

1    Q.       Plaintiff's Exhibit 17.

2    A.       Thank you.

3    Q.       The Complaint in Foreclosure, you'll agree

4    with me, identifies a principal balance of

5    $149,437.70, as of February 11th, 2015, correct?

6    A.       I'm sorry, which page is that?

7    Q.       Page 2, paragraph 9.

8    A.       Okay.  Yes, it does.  As I mentioned --

9    Q.       So there is a difference, as you sit here

10   today, and testify that the principal balance was

11   $152,328, that is not what Amos said in court

12   documents that were filed in the Court of Common

13   Pleas in Philadelphia County, correct?

14   A.       Sure.

15   Q.       Okay.  Thank you.

16   A.       I did say there was a margin of error.

17   Q.       No, I'm sorry, sir, you're not answering my

18   question.

19            THE COURT:  He wants to limit your answer,

20   and your counsel may open it back up.

21            Let's move on.

22   BY MR. JACKO:

23   Q.       Now, you recognize that Amos acquired a loan

24   through the FDIC from NOVA Bank where the course of

25   conduct by the lender and the relationship that that

1   lender had with the Teppers was to charge only

2   4.49 percent, correct?

3   A.      Correct.

4   Q.      And you recognized that existed from --

5   A.      The second month of the loan.

6   Q.      If not even the first?

7   A.      Okay.

8   Q.      All the way through to when NOVA Bank stopped

9   doing business as NOVA Bank in October 2012, correct?

10  A.      Correct.

11  Q.      Now, you recognize Amos was acquiring a loan

12  where the course of conduct with the lender and the

13  parties was to do something other than what was

14  stated in the Credit Agreement that's Plaintiff's

15  Exhibit 1; isn't that correct?

16  A.      I'm sorry, can you repeat that one more time?

17  Q.      You recognize that Amos was acquiring a loan

18  that had a three-year interest rate history of

19  4.49 percent being charged, which is something

20  different than what the actual loan documents said,

21  correct?

22  A.      Correct.

23  Q.      Okay.  And yet Amos didn't honor the course

24  of conduct that the parties had where they ignored

25  what the agreement said in that regard, and the

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Teppers had the benefit of a lower interest rate,

2    which, as you say, would actually have carried

3    through to today but for Amos refusing to honor that

4    course of conduct --

5    A.      No.

6    Q.      -- isn't that correct?

7    A.      No.  There are a lot of questions there, but we

8    kept the 4.49, if that's the question.  We kept that

9    4.49 rate.

10   Q.      No, you didn't.  You raised it.

11   A.      Well, the loan was previously not in default, so

12   we added five percent to 4.49.

13   Q.      Neither Amos nor the FDIC ever terminated and

14   accelerated the loan; isn't that correct?

15   A.      No.  I was just looking at the -- I was just

16   looking at the documents, September 20th.  That's what

17   my calculation was.  Yes, September 20th, 2013.

18   Q.      Show me in Plaintiff's Exhibit 15 where Amos

19   specifically told the Teppers that it was terminating

20   and accelerating the loan?

21   A.      The final sentence of it on the first page.

22   "You are hereby notified that Amos Financial LLC has

23   declared your loan to be in default, and that your

24   interest rate under the loan has increased by an

25   additional five percent to 9.49 effective as of the date

1   of this letter."

2   Q.      That does not say that we have decided to

3   terminate and accelerate the loan as of this date; am

4   I correct?

5   A.      I mean, yes, it says "You are hereby notified

6   that it's declared in default."  So, sure, it does not

7   say that's --

8   Q.      Okay.  And it also doesn't say and "You owe

9   principal of a specific amount and interest of a

10  specific amount that we ask you to pay as of this

11  date," correct?

12  A.      Correct.

13  Q.      Okay.  In fact, none of the written

14  communications Amos ever sent to the Teppers suggest

15  that any termination and acceleration was being

16  called on this loan; is that correct?

17  A.      I don't agree with that.

18  Q.      Okay.  Then perhaps since the only

19  communications received by or sent to the Teppers,

20  rather, prior to any litigation, whether it was

21  brought by Amos or the Teppers, is contained in

22  Plaintiff's Exhibits 13, 14, 15, 16, and 18.

23      Perhaps you can show me where Amos ever said it

24  was terminating and accelerating the loan.

25  A.      Your question was about whether we provided

1    figures.

2    Q.      No, sir.

3    A.      I'm sorry, then I misunderstood.  I thought you

4    were asking if figures were ever provided.

5            Your question is whether or not we terminated

6    and accelerated?

7    Q.      Whether you notified the Teppers in any of

8    those exhibits that Amos had made a decision to

9    terminate and accelerate the loan?

10   A.      That would have been in the September 20th, when

11   we say that it's in default.  But the words that you

12   asked are not in that letter, but that's where they

13   should have been.

14   Q.      And, in fact, none of the written

15   communications that are Plaintiff's Exhibits 13

16   through 16 and Exhibit 18 actually ever made a demand

17   to the Teppers to pay the loan in full, including

18   principal and interest; isn't that correct?

19   A.      Yes.  I don't think we accelerated it until the

20   foreclosure.  We were just looking to collect on the

21   interest that was due.

22   Q.      Okay.  Can you show me where in the

23   Foreclosure Complaint, that is Plaintiff's

24   Exhibit 17, it ever says that there was a termination

25   and acceleration of this debt by Amos?

1  A.      Again, in the Foreclosure there's an amount to

2  cure, so I don't think that we --

3  Q.      I don't know what you're pointing to, sir.

4  A.      I'm sorry -- these ones don't have Bates stamps.

5  It's in 17.  In your Appendix 17.  Sorry, there are no

6  Bates stamps, so it's a lot of pages.

7  Q.      Is there a paragraph number that you're

8  looking for?

9  A.      Well, I mean, this is a pretty thick document

10  I'm holding, so I'm just trying to get you a page.

11          THE COURT:  Do you want to come over and

12  look over his shoulder to see what he's looking at?

13          MR. JACKO:  Sure.

14          THE WITNESS:  This is part of the

15  Foreclosure, and this is the -- we're offering the cure,

16  which was the past due interest.

17  Q.      Okay.  So just so I'm clear on the record,

18  you're pointing to a part of Plaintiff's Exhibit 17,

19  which is Exhibit E to the Complaint and Mortgage

20  Foreclosure.  It's a part of the Act 91 Notice behind

21  Mr. Helbing's letter of November 20, 2014.  It's the

22  page that has the title, "How to Cure Your Mortgage

23  Default (Bring it Up-to-date)," correct?

24  A.      Yes, correct.

25  Q.      And what you're saying is it identifies the

1    amount that needed to be paid as $22,445.99, which is

2    strictly, from Amos' perspective, only the interest

3    that was due on the date of this notice, correct?

4    A.      Correct.

5    Q.      And that date is in November of 2014,

6    correct?

7    A.      I'd have to refer to it.

8    Q.      Well, it came with Mr. Helbing's letter dated

9    November 20th, 2014; is that correct?

10   A.      Sure, correct.

11   Q.      So it clearly cannot be noticed to the

12   Teppers that Amos was terminating and accelerating

13   the loan, because it doesn't make a demand for

14   principal, correct?

15   A.      We weren't accelerating is what I'm

16   understanding from this.

17   Q.      So you weren't accelerating as of

18   November 2014, correct?

19   A.      Well, I'm sorry.  I probably misstated that.

20   You're correct.  It does not seem that it asks for an

21   acceleration.

22   Q.      Okay.  So now let's go back to Plaintiff's

23   Exhibit 1, which is the Credit Agreement, and in

24   particular at Page 4, your counsel asked you some

25   questions relating to the Rate Increase paragraph.

1    You started to read it.

2    A.      Sure.

3    Q.      Are you there yet?

4    A.      I am.

5    Q.      Okay.  You'll see that interest -- or, I'm

6    sorry, additional interest to the 4.49-percent rate

7    could only be charged once there's a determination

8    and acceleration, correct?

9    A.      Sure.

10   Q.      Yet, you're -- and when I say "you," I mean,

11   Amos, I apologize.

12           Yet Amos says that it was calling a default,

13   and charging an additional interest rate as of

14   September 20th, 2013, even though it hadn't called a

15   termination and acceleration of the loan as of that

16   date, correct?

17   A.      Sure.

18   Q.      Okay.  And no termination or acceleration was

19   called as of November 2014, more than a year after

20   you, Amos, sent the letter of September 20, 2013,

21   correct?

22   A.      Sure, yes.

23   Q.      Okay.  Yet, Amos says that it was charging to

24   the Teppers an additional five percent, all that

25   time, even though it hadn't called the termination

1   and acceleration that would in any way entitle it to

2   an increased rate, correct?

3   A.      I think that's an assumption.

4   Q.      No, it's not.  We just went through the

5   timeline.

6          There was no termination and acceleration

7   called as of September 20th, 2013.

8          Yet, didn't Amos tell the Teppers it was

9   raising the rate five percent?

10  A.      We defaulted --

11  Q.      Or up to another 9.49, depending on how you

12  read that letter?

13  A.      We sent them a default.  We did default them.

14  I think where you and are differing is the relationship

15  between the word "default" and the word "acceleration."

16  Q.      But there was no acceleration at that time.

17  The only thing that was required or allowed, I should

18  say, an increase in the rate, was a termination and

19  an acceleration.

20         You just said that when we talked about it a

21  few minutes ago.

22  A.      The note did, but the states require the right

23  to cure.  I'm sorry, I shouldn't have -- I'm sorry.

24  Q.      The relationships about what is in the note

25  and what the course of conduct was between the

1    borrower and its lender, correct?

2    A.       The item you had me read, absolutely.

3    Q.       Now, if you could turn back a page, wait a

4    minute, I'm sorry.  Let me get this straight.  My

5    apologies.

6            Let's turn to Plaintiff's Exhibit 173.  It's

7    the mortgage, if you could go to Page 12.

8            Now, in response to your counsel's question,

9    you only testified about Pennsylvania law being

10   applicable, but don't you agree with me that the

11   mortgage was also governed by federal law?

12   A.       Yes.

13   Q.       And that would include the Fair Debt

14   Collection Practices Act that is the subject of this

15   lawsuit, correct?

16   A.       It would.

17   Q.       Okay.

18            MR. JACKO:  With that, Your Honor, I don't

19   have any further questions of this witness.

20            THE COURT:  Any recross?

21                 RECROSS-EXAMINATION

22   BY MR. HELBING:

23   Q.       There was a slight difference between the

24   number you calculated and the number that appeared in

25   the John Carroll E-mail.

1                  Can you explain why the difference was?

2    A.      How much was the difference?

3    Q.      What was the number you gave previously?

4    A.      26,270.

5                  THE COURT:  I think the question was in

6    reference to the principal on the loan.  There was --

7                  THE WITNESS:  149 versus 152, which, again,

8    I was just trying to do this, you know, as more

9    illustrative as the method of calculation.

10                 I probably picked the wrong principal from that

11   statement, so I apologize for that error, but it

12   shouldn't have been more than a plus or minus five

13   percent on the final number.  Was it?

14                 THE COURT:  You don't get to ask the

15   question --

16                 THE WITNESS:  Oh, I'm sorry.

17                 THE COURT:  -- just to answer them.

18             Moving allonge.

19   Q.      Plaintiffs have asked about the course of

20   conduct with the parties and whether or not that's

21   why you varied the terms.

22                 In response, can you look at Page 4 of

23   Exhibit 1?  You read this previously this morning.  I

24   think Mr. Tepper did.  Under "Interpretation"?

25   A.      Yes.

1    Q.        And just read the first sentence.

2    A.        "You agree that in this agreement together with

3    the mortgage is the best evidence of your agreements

4    with us."

5    Q.        Can you read the rest of that paragraph?

6    A.        "If we go to court" --

7    Q.        No, no, I mean, read it to yourself.

8    A.        Oh, okay.

9    Q.        Now, did you also have a chance to skim the

10   entire -- did you have a chance to review the entire

11   Credit Agreement previously?

12   A.        The entire credit review?

13   Q.        Exhibit 1, did you read the whole thing

14   previously?

15   A.        Just now, or in the past?

16   Q.        At any point in the past.

17            Do you remember what it says?

18   A.        I'm sorry, I'm --

19   Q.        At any point in the past, do you remember

20   what it says?  Let me just re-ask the question.

21   A.        Uh-huh.

22   Q.        Anywhere in Exhibit 1, does it make any

23   reference to the course of conduct of the parties?

24   A.        I would have to read through it.  But not from

25   my recollection.BY MR. JACKO:Thank you, Your Honor.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Nothing else.

2              THE COURT:  Very well.

3         You may step down now, sir, and watch your

4    step.

5              THE WITNESS:  Okay.

6              THE COURT:  Any other witnesses on behalf

7    of the plaintiff?

8              MR. JACKO:  No, Your Honor, other than the

9    excerpts of the deposition transcripts we admitted at

10   the beginning.

11             THE COURT:  Very well.  And --

12             MR. JACKO:  I apologize.  Mrs. Tepper.

13   Forgive me.  I'm sorry.

14        ALISON PRICE TEPPER, was duly sworn.

15                  DIRECT EXAMINATION

16   BY MR. JACKO:

17   Q.    Mrs. Tepper, you've been present throughout

18   the course of today's trial, correct?

19   A.    Correct.

20   Q.    Can you tell us where you live and who you

21   live with?

22   A.    2111 Spring Garden Street with my husband and

23   our two kids.

24   Q.    Are you the person primarily responsible for

25   the household finances?

1    A.       No.

2    Q.       Who is?

3    A.       My husband.

4    Q.       Do you have an ownership interest in 222

5    products LLC?

6    A.       Yes.

7    Q.       Do you do any work for that entity?

8    A.       Not really.

9    Q.       Well, can you describe what, if anything, you

10   do for the entity?

11   A.       I deposit checks, and I take care of the person

12   that takes care of the business.

13   Q.       Are you predominantly a homemaker?

14   A.       Yes.

15   Q.       What's your highest level of formal

16   education?

17   A.       I have a Bachelor's of Arts in art history and

18   graphic design.

19   Q.       Did you sign the Credit Agreement that is

20   Plaintiff's Exhibit 1 and the mortgage that is

21   Plaintiff's Exhibit 3?

22   A.       I believe I did, yes.

23   Q.       Now, were you present when your husband

24   described in his testimony his telephone conversation

25   with Nareg Korogluyan?

1   A.      Yes.

2   Q.      Do you remember what happened the day that

3   your husband was on that phone call?

4   A.      Yeah.  What happened that day and after?

5   Q.      Well, I just want to talk about --

6   A.      That day?

7   Q.      I just want to talk about that day.

8           What were you aware of in terms of your

9   husband's reaction to that phone call?

10  A.      He was like beside himself.  He was just blown

11  away that he wasn't able to get anywhere with the

12  conversation that he had just had with this person.  He

13  was just blown away.

14  Q.      Well --

15  A.      Well, we had received this notice that our house

16  was in foreclosure, and we did not know what was going

17  on.  He called to see what was happening, and this

18  person just would not talk with him at all.

19  Q.      Well, was the telephone conversation the

20  first indication that there was a foreclosure action

21  on your home?

22  A.      I don't know.

23  Q.      Did things change at all in terms of your

24  husband's attitude after that telephone call?

25  A.      Yes.

1    Q.      How did it change?

2    A.      He completely just shut down.  He became a shell

3    of himself.  He wasn't able to sleep.  He wasn't able to

4    concentrate.  He just was not himself.  He was, for lack

5    of better words, I think he was depressed, and just not

6    able to function in the way that he had been functioning

7    prior to that conversation.

8    Q.      Well, can you give a compare and contrast of

9    how things were different?

10   A.      He's usually really social.  He's engaging.

11   He's like the life of the party.  Everybody wants to be

12   around him.  He loves going out, and he loves going to

13   work.  He just no longer was that person.  He had

14   stopped sleeping.  I noticed that he just wasn't looking

15   good.  He wasn't as active as he had been.  He didn't

16   want to go out.

17           There was a time when we had two young kids so

18   going out is something that we used to love to do, but

19   haven't been able to do so much with our young children.

20   We had had an opportunity where both kids were sleeping

21   out at my in-laws, and we were looking forward to it all

22   week.  When it came down to it, he just wanted to stay

23   in.

24           I said, "What's going on with you?  You have

25   not been yourself.  Why are you so upset?"

1          Like he usually keeps a lot of this stuff from

2    me.  He just kind of shut down.  With the work, I

3    remember waking up in a panic and knowing that he wasn't

4    supposed to be at home and he was home.

5          I said, "Wake up.  You're not supposed to be

6    here."

7          He was in a panic.

8          He said, "What do you mean?  Oh, my God, what

9    time is it?"

10          That was not him.  He was always very on time,

11    following through what he had to do.  Social, engaging,

12    the life of the party, and he just was no longer that

13    person.  He was no longer performing like the partner

14    that I knew as far as -- and with this currently coming

15    up, he had sort of had gone back to that.

16    Q.     Would he help you with the children before

17    this phone call?

18    A.     Yes.  I mean, every day, you know, "Where do you

19    need me to be?  What do you need me to do?  This is my

20    schedule today," because his schedule constantly changes

21    on a daily basis, so we check in with each other on a

22    daily basis, because he could have to be somewhere at 3

23    o'clock in the morning, and then have to be somewhere at

24    4 o'clock in the afternoon.  So he's running around

25    being busy with work, and I'm at home keeping everything

1    consistent.  And where he is able to fill in, he does

2    fill in, but he was no longer there and.  Able to fill

3    in.

4    Q.    Can you give us some examples of the ways in

5    which it imposed any burden on you?

6    A.    I found myself no longer able to rely on him.

7    Like, "Hey, can you pick Brett up at the field at 4

8    o'clock?"

9              And, "Yeah, sure, I'll be there."

10             And then 4:10, "Where are you?  What's going

11   on?"

12             So after that sort of happens, I recognize

13   that, "Wow, I'm really not able to depend on you like I

14   was."

15             So that left me having to pick up where he

16   wasn't performing up to his duties of being an equal

17   partner.

18   Q.    Did you notice any increase in his drinking?

19   A.    Yes.  I noticed more bottles empty than I had

20   noticed in the past.  But, yet he was still not

21   sleeping.  I'd go to sleep, and he'd say, "I'll be in in

22   ten minutes."

23             Then like an hour later I might wake up and

24   notice that he wasn't there.  I would go out into the

25   living room, and he was just sitting there watching

```
 1    television or on the computer with a drink.

 2              I said, "You know, you need to get to sleep."

 3              He's like, "I can't fall asleep.  I'm not

 4    tired.  I was tossing and turning.  I didn't want to

 5    keep you up, so I came back out here until I got tired."

 6    Q.        Did there come a time when he exhibited

 7    improvement after the circumstances you were just

 8    describing?

 9    A.        It did.  Yes, he did.  It took a little while.

10    Q.        About when did it start to improve?

11    A.        I would say in the fall.  So the phone call

12    happened in the spring.  I would say maybe around the

13    fall.

14    Q.        Is he back to himself, in your view?

15    A.        He was for a little while, I think.  He recently

16    has not been.

17    Q.        What, if any, impact has all this had on you?

18    A.        Well, I'm miserable.  He's making me miserable.

19    He's miserable.  He feels like he's completely stressed

20    out.  This is the only thing he thinks about, and he

21    wakes up in the morning thinking about it.  He goes to

22    sleep thinking about it and he is irritable and

23    argumentative and difficult between the hours of waking

24    up and going to sleep.

25              So I have not been happy.  I don't think he's
```

1    been happy, and our children are not happy.

2                    MR. JACKO:  Mrs. Tepper, thank you very

3    much.

4                    THE WITNESS:  Thank you.

5                    THE COURT:  Cross-examination.

6                        CROSS-EXAMINATION

7    Q.      Mrs. Tepper --

8                    MR. HELBING:  I just want to ask the

9    Court's permission to treat this as a direct as opposed

10   to the cross, or I can recall as a witness in my case.

11                   THE COURT:  Go ahead and ask your

12   questions, counsel.

13                   MR. HELBING:  Thank you.

14   BY MR. HELBING:

15   Q.      I want to really visit the fire that occurred

16   at your residence in January of 2015, okay?

17   A.      Uh-huh.

18   Q.      Explain the fire to us, please, the size of

19   it, what time it was.

20   A.      We woke up to find our house filled with smoke.

21   It was relatively -- I want to say it was a small fire,

22   but the house was completely ruined.  It's not the kind

23   of fire that you would see in the movies where your

24   whole entire house is up in flames.  It was a relatively

25   contained area, but because of the smoke and water that

1  went throughout the house, the house was completely

2  ruined from top to bottom.

3  Q.     So there were no flames shooting --  I'm

4  sorry.

5  A.     There were flames shooting, but the entire home

6  wasn't engulfed.  I think unless you're in a fire, you

7  don't really understand it.  Because when you say your

8  house caught on fire and you lost everything, you think

9  of your entire house burning down.  There was a large

10 portion of the house that was on fire and engulfed in

11 flames, but it was not the entire house.

12 Q.     How smoky was it inside?  Could you see your

13 hand in front of your face?

14 A.     Yes.

15 Q.     Could you see five feet in front of you?

16 A.     I don't remember.

17 Q.     So five feet with your hand?

18 A.     Yes.  I don't know.

19 Q.     Because of the fire you had to relocate,

20 correct --

21 A.     Yes.

22 Q.     -- for 18 months, more or less?

23 A.     Yes.

24 Q.     And when you relocated, did your children

25 have to change schools?

1    A.       No.

2    Q.       It was still the same school district?

3    A.       Yes.

4    Q.       How about your daily routine, like what

5    changed when you moved?

6    A.       Nothing really changed.  We were very lucky.  We

7    got to move down the street from our home.  Everything

8    was still the same.  My food shopping was the same.  I

9    had to maybe drive a minute longer to get my kids to

10   school.  The school was the same.  Nothing changed as

11   far as my daily routine.

12   Q.       Was there a significant difference in the

13   size of the places?

14   A.       Yes.

15   Q.       About how much larger was your home that

16   burned down as opposed -- were you staying in a house

17   or an apartment?

18   A.       We stayed in an apartment.  It was significantly

19   smaller.

20   Q.       Did that have any impact on your kids or --

21   A.       They actually loved being in the apartment.

22   They loved riding up and down in the elevator.  In fact,

23   now that they are back in the house, they miss the

24   apartment.  They liked the fact that they were sharing a

25   room.  There were stores on the ground floor that they

A. TEPPER - CROSS

172

1    could go to themselves.  They loved being in the

2    apartment.

3    Q.      And when you escaped from the fire, did --

4    the fire department came, correct?

5    A.      Uh-huh.

6    Q.      Did you get out before the fire department

7    came?

8    A.      Yes.

9    Q.      So there were no rescues?

10   A.      No.

11   Q.      Okay.  How long did it take you -- strike

12   that.

13           Did the children find their own way out, or did

14   you have to assist them?

15   A.      No.  We woke the kids up.  We were like, "Our

16   house is on fire.  Get up."

17           We called 911, and we were in the house until

18   the fire department came and then they told us to leave

19   the house.  In fact, I got my kids to school on time

20   that day.

21   Q.      So you could barely see five feet in front of

22   you, but you stayed in the house?

23   A.      Yes.  We went downstairs into another room where

24   the fire wasn't there.  The fire was just up in one area

25   of the house.

1   Q.      So when you say "downstairs," you don't mean
2   the basement, you mean the main floor?
3   A.      The main floor.  The fire was on the second
4   floor.
5   Q.      Was it in the walls and the floor?
6   A.      It was in the floor, but we didn't really know
7   where it was.  Like at the time of the fire, it was in
8   the floor and the walls.  We weren't aware of the scope
9   of the fire when we were still in the house.
10  Q.      And how long were you in the house waiting
11  for the fire department to get there?
12  A.      Three minutes.
13  Q.      As a result of the fire, did you personally
14  experience any issues, like you're depressed, you're
15  nervous, you're scared?
16  A.      I don't know.  I don't know where you're
17  going -- we're not here today to talk about the fire.
18  Q.      Well, it's a question.  And if counsel wants
19  to raise an objection, then he could.  But until
20  then, please answer the question.
21  A.      What was the question?
22  Q.      The question was, as a result of the fire,
23  did you personally, "you," Mrs. Tepper, suffer any
24  anxiety or --
25  A.      I suffer from anxiety in general, so I think,

Gregg B. Wolfe, RPR, CM
215-460-1511

1    you know, if your house catches on fire, you're going to

2    suffer to some degree an amount of anxiety.

3    Q.      Do you notice any changes in Mr. Tepper as a

4    result of the fire?

5    A.      I think that he dealt with it just like I was

6    dealing with it.  I think that we had things kind of

7    under control a little bit as far as the fire went.

8    Q.      How long did it take you to get things under

9    control with the fire?

10   A.      Immediately.

11   Q.      So the fire happened -- do you know what date

12   it was in January?

13   A.      January 12th.

14   Q.      So the fire happened on January 12th.

15           Did the kids get to school on January 12th?

16   You pick the kids up, and where do you take the kids

17   when you picked the kids up?

18   A.      To our beach house.

19   Q.      Okay.  How long did you stay at your beach

20   house for?

21   A.      I had already had plane tickets to go to Florida

22   on January 17th, so we stayed there for five nights.  I

23   had spoken with the principal at school.  I actually had

24   a meeting that I was supposed to be at later that night

25   on the HSA Board.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.      SSA?

2    A.      HSA.  I had a prior obligation that I knew I

3    wasn't going to be able to attend to.  I had taken care

4    of that.  Everybody was notified that our home had

5    caught fire, and that we were going to be at our beach

6    house.  I stayed there for four nights, and then flew to

7    Florida on the 17th.

8    Q.      And you were by yourself?

9    A.      No, I was with the kids.  That was already

10   planned.  Those tickets were already purchased.  So

11   while we were gone that's when my husband got

12   everything, found the apartment to live in, contacted

13   the furniture rental people, spoke with our public

14   adjuster.  Everything was moving allonge status quo as

15   far as what happens when your home has a disaster.

16   Q.      So you get back from Florida four days later,

17   five days later, and you move into that apartment?

18   A.      Yes.

19   Q.      Okay.  You said you notified everybody your

20   house was on fire.

21           Who is everybody?

22   A.      The people that you need to like -- if your

23   house catches fire, you call your parents.

24   Q.      Okay.

25   A.      You tell your kids' school teachers.

1  Q.      Did you notify any creditors that the house

2  burned down?

3  A.      No, I don't notify creditors that my house

4  burned down.

5  Q.      Wells Fargo has your first mortgage, correct?

6  A.      Correct.

7  Q.      You notified them that your house burned

8  down?

9  A.      I really have no idea.  I can ask my husband.

10  He knows.

11  Q.      Page 5 of the mortgage, Exhibit 3, in that

12  big binder.  Page 5, Exhibit 3, Tab 3.

13  A.      Okay.

14  Q.      Page 5 of that Exhibit.

15          Is that the mortgage, ma'am?

16  A.      I don't know.

17              MR. HELBING:  May I approach, Your Honor?

18              THE COURT:  Sure.

19              MR. JACKO:  Your Honor, I have to object.

20  There's no claim in this case associated with any

21  insurance regarding the fire.  The only thing that Amos

22  has ever complained about is a failure to pay.  It has

23  nothing to do with any of this.  I've been patient --

24              THE COURT:  Where are we going with this,

25  counsel?BY MR. JACKO:We're going, Your Honor -- there is

1    an obligation under the mortgage that any damage in

2    excess of $1,000 you notify the lender to protect their

3    equity interest in it.

4              THE COURT:  I'll allow it.

5         You can answer the question.

6              THE WITNESS:  That's what I do, anyway.  I

7    wouldn't notify Wells Fargo.  My husband takes care of

8    those things.

9              THE COURT:  So your husband takes care of

10   all business matters?

11             THE WITNESS:  Correct.

12             THE COURT:  And you allow him to do that in

13   your stead?

14             THE WITNESS:  Absolutely.

15             THE COURT:  Moving on.

16   Q.    To the best of your knowledge, did your

17   husband notify the lenders of the fire?

18   A.    Yes.

19   Q.    At the time of the fire?

20   A.    Yes.BY MR. JACKO:No further questions, Your

21   Honor.

22             THE COURT:  Let me ask you a question.

23         Obviously, your husband does all the business

24   work and bill paying and everything related to the

25   house, upkeep, taking care of you and your children.

```
 1                    THE WITNESS:  Yes.

 2                    THE COURT:  And prior to -- I'm not talking

 3       about the fire.

 4                    THE WITNESS:  Right.

 5                    THE COURT:  I'm talking about prior to your

 6       husband having this telephone call --

 7                    THE WITNESS:  Uh-huh.

 8                    THE COURT:  -- was there any conduct or

 9       anything that was going on in your husband's life or in

10       your life that caused him not to make payments?

11                    THE WITNESS:  No.

12                    THE COURT:  Since you're here and since you

13       exposed yourself as far as husband and wife privilege,

14       did he tell you that the mortgage was not being paid?

15                    THE WITNESS:  Our mortgage was always being

16       paid.

17                    THE COURT:  Or the interest on the equity

18       loan was not being paid?

19                    THE WITNESS:  They are two separate

20       matters.

21                    THE COURT:  I'm asking you about one.

22                    THE WITNESS:  No, no, no, no, no.  No, I

23       had no idea.

24                    THE COURT:  You had no idea this was taking

25       place?
```

```
 1                      THE WITNESS:  No.

 2                      THE COURT:  Had he ever done anything like

 3    that before to allow you to be exposed, you and your

 4    children to be exposed to having your house foreclosed

 5    on?

 6                      THE WITNESS:  No.

 7                      THE COURT:  So you find that out of

 8    character?

 9                      THE WITNESS:  Absolutely.

10                      THE COURT:  Do you know why he did that?

11                      THE WITNESS:  He didn't do anything.

12                      THE COURT:  That's what we know.  He didn't

13    make any payments on the interest.

14                      THE WITNESS:  So our bank shut down.  Our

15    bank closed on us.

16                      THE COURT:  But he was making payments on a

17    monthly basis.

18                      THE WITNESS:  He was making payments, yes.

19                      THE COURT:  He stopped making any payments.

20                      THE WITNESS:  No, he tried to make

21    payments.  He contacted the FDIC and said, "Hey, look, I

22    got this mortgage with this bank" --

23                      THE COURT:  One time.

24                      THE WITNESS:  No, not one time.

25                      THE COURT:  He said once.
```

Gregg B. Wolfe, RPR, CM
215-460-1511

1                    THE WITNESS:  With the FDIC was where our

2    home equity loan was going.

3                    THE COURT:  Right.

4                    THE WITNESS:  They said to him, "Hold

5    tight."

6                    THE COURT:  "Hold tight."

7                    THE WITNESS:  "Somebody will get in touch

8    with you."

9                    THE COURT:  Okay.

10                   THE WITNESS:  He tried.

11                   THE COURT:  "He tried."

12                   THE WITNESS:  He paid.

13                   THE COURT:  "He paid."

14                   THE WITNESS:  He found out that they didn't

15   accept the money when we noticed that the money wasn't

16   taken out of our account.  And then he called --

17                   THE COURT:  And so did he do anything else?

18                   THE WITNESS:  No, he called.

19                   THE COURT:  According to his testimony, he

20   didn't do anything else.

21                   THE WITNESS:  No, he said he called.

22                   THE COURT:  Called who?

23                   THE WITNESS:  The FDIC.

24                   THE COURT:  And what did they say?

25                   THE WITNESS:  "Hold tight."

1            THE COURT:  And that's the same

2  conversation that you say they had before.

3            THE WITNESS:  No.  Yeah, only once.

4            THE COURT:  So how long did he hold tight?

5            THE WITNESS:  Until he heard from Amos.

6            THE COURT:  Thank you.

7       You've answered my questions.

8            THE WITNESS:  Okay.

9            THE COURT:  Anything else, counsel?

10                REDIRECT EXAMINATION

11  BY MR. JACKO:

12  Q.     Mrs. Tepper --

13  A.     Yeah.

14  Q.     -- do you know if you or your husband ever

15  had to make a payment to NOVA Bank before NOVA Bank

16  produced a monthly periodic statement?

17  A.     Yes, wait.  Say that again?

18  Q.     All right.

19  A.     Okay.  Did you ask me if he ever paid NOVA Bank?

20  Q.     Are you aware of whether you or your husband

21  ever paid money to NOVA Bank before it issued a

22  monthly periodic statement?  Did you pay in advance

23  of the statement?

24  A.     No.  No.

25  Q.     And --

Gregg B. Wolfe, RPR, CM
215-460-1511

```
 1                THE COURT:  But she doesn't know.  She

 2     doesn't pay bills.

 3                THE WITNESS:  No, but I do know that he was

 4     going to NOVA Bank on a monthly basis, because we were

 5     friends with all the tellers, and that he would make the

 6     payment on the loan.

 7     BY MR. JACKO:

 8     Q.     Okay.  Would it be out of character for your

 9     husband to pay anyone before they actually produced

10     the statement associated with the required payment?

11     A.     Yes.

12     Q.     Does your husband pay a restaurant bill

13     before they deliver the check?

14     A.     No.

15                THE COURT:  Anything else?

16                MR. JACKO:  Okay.  No, Your Honor.

17                THE COURT:  All right, very good.  You may

18     step down now, ma'am, and watch your step.

19                THE WITNESS:  Thank you.

20                THE COURT:  Any other testimony or

21     evidence?

22                MR. JACKO:  Not from the plaintiff, Your

23     Honor.

24                THE COURT:  Defense?BY MR. JACKO:No, Your

25     Honor.
```

183

```
 1                    THE COURT:  Very well.  You both rest?

 2                    MR. JACKO:  Yes, Your Honor.BY MR.

 3    JACKO:Yes, Your Honor.

 4                    MR. JACKO:  Well, we have to admit

 5    evidence, but yes.

 6                    THE COURT:  Yes, move your evidence in,

 7    whatever exhibits you feel that you need to admit for

 8    the purposes of this record.

 9                    MR. JACKO:  Your Honor, Plaintiffs move

10    into evidence Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10,

11    11, 12, 13, 14, 15, 16, 17, 18, 21, 22, 29, 30, 31, 32,

12    33, 34, 35, 36 and 37.

13                    THE COURT:  Any objections?  They were all

14    testified to.BY MR. JACKO:I didn't have 36 and 37 on the

15    list.

16                    MR. JACKO:  Oh, I'm sorry, forgive me.  I

17    didn't mean to say 37.  Only 36.

18                    THE COURT:  They are on the additional

19    page, I thought.

20                    MR. JACKO:  But they are both pleadings in

21    the case, Your Honor.BY MR. JACKO:Your Honor, yes, we

22    object to Exhibits 13, 14, 15.

23                    THE COURT:  What's your basis for

24    objection?BY MR. JACKO:Outside the scope of the

25    pleadings.
```

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

184

```
 1                    THE COURT:  Let me see what they are.
 2   Overruled.
 3           Anything else?BY MR. JACKO:We object -- no
 4   other objection to those, Your Honor.
 5                    THE COURT:  Very well.  Those are the
 6   plaintiff's exhibits.
 7           And you have your portions of the deposition
 8   that you're admitting, also.
 9                    MR. JACKO:  They are in the book.  You have
10   a book of all the exhibits.  I assume you're going to
11   keep them.
12                    THE COURT:  We'll keep them for purposes of
13   ruling in this case ultimately.
14           And Defense exhibits?BY MR. JACKO:We move to
15   admit Numbers 11 and 12, which are the transcripts.
16   Nine and 10, which are the transcripts of James and
17   Alison Tepper that are attached.
18                    MR. JACKO:  No objection to those, Your
19   Honor.
20                    THE COURT:  They are admitted.BY MR.
21   JACKO:We have one motion request.
22                    THE COURT:  Sure.BY MR. JACKO:We request
23   that the count of the Complaint alleged in violation of
24   Act 91 Notice requirement be dismissed.  It was alleged
25   that no notices were given to the plaintiff prior to the
```

1    Act 91 Notice in 2014.

2              THE COURT:  Have you filed this motion in

3    writing, or is this more of a motion that you're

4    making?BY MR. JACKO:There was a motion in limine to

5    exclude evidence as irrelevant, but now there's a basis

6    for their motion here.

7              THE COURT:  Okay.

8              MR. HELBING:  The basis for the motion,

9    Your Honor, is that the Complaint averred that the

10   plaintiffs have not received notice prior to the Act 91

11   Notice of November 2014.  However, the plaintiff's own

12   exhibits and acknowledgment from testimony acknowledges

13   receipt of correspondence dating back to 2013 from Amos

14   Financial, which would place it outside the one-year

15   statute of limitations.

16             THE COURT:  Very well.  That's your

17   position?BY MR. JACKO:Yes.

18             THE COURT:  Very well.

19        Do you want to argue to the contrary at this

20   time or not?

21             MR. JACKO:  Yes, Your Honor.

22             MR. HELBING:  Yes.

23             THE COURT:  I'm going to ask counsel to

24   submit any additional proposed findings of fact and

25   conclusions of law based on the testimony and evidence

1  presented here today.

2          If you don't have any, then I'll proceed on

3  what is before the Court at this time.

4          Yes, sir?

5          MR. JACKO:  I'm a little confused.  We've

6  already submitted findings of fact.  You're saying like

7  a supplemental?

8          THE COURT:  Yes, you presented proposed

9  findings of facts and conclusions of law.  Now, in case

10 there was any testimony that took place today that was

11 outside of your proposed findings of fact and

12 conclusions of law.  Maybe in reference to a question I

13 asked, or maybe in reference to a question you asked,

14 and you might want to supplement the record.

15          MR. JACKO:  Yes, right.

16          THE COURT:  I'm giving you --

17          MR. JACKO:  I appreciate it.

18          THE COURT:  -- the opportunity --

19          MR. JACKO:  Thank you.

20          THE COURT:  -- to do that.

21          MR. JACKO:  I appreciate it.  Thank you.

22          THE COURT:  Was it that hard?

23          MR. JACKO:  No, Your Honor.

24          THE COURT:  You can have two weeks to

25 supplement the record.  You have a daily copy prepared,

1    so you will have a copy of the transcript within a day

2    or so.

3                    MR. JACKO:  Okay.

4                    THE COURT:  You can attach your argument,

5    if you want to supplement your argument, also, to that.

6    I'll consider it once all the papers are filed, and I'll

7    issue a ruling.  All right?BY MR. JACKO:Thank you, Your

8    Honor.

9                    MR. JACKO:  Your Honor, with respect to

10   that supplementation, it's entirely your preference.

11           Would you prefer an amended one that has

12   everything in it, or a supplement depending on how much

13   we want to --

14                   THE COURT:  Just a supplement.  You don't

15   have to kill any more trees --

16                   MR. JACKO:  Yes.

17                   THE COURT:  -- or do anything like that.

18                   MR. JACKO:  Okay.

19                   THE COURT:  You just add a couple more

20   pages to it.  All right?

21                   MR. JACKO:  As a practical matter,

22   Plaintiff's position on seeking its attorneys' fees, in

23   this case, obviously, we thought that if the Court

24   awards attorneys' fees, then there would be the

25   submission of the certifications, and we go back and

1    forth on that.

2         So that's why there's no evidence of that.

3              THE COURT:  Right.  You would have to prove

4    that.  Yes.  All right?

5              MR. JACKO:  All right, yes.

6              THE COURT:  If that's the case.

7              MR. JACKO:  Thank you, Your Honor.

8              THE COURT:  Well, thank you, counsel.  It's

9    been a brief pleasure to have you in court today.

10        This matter is adjourned and good day.

11        (The Court adjourned the proceedings at

12   3:25 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

<pre>
1                            I N D E X

2    WITNESS                  DIRECT  CROSS REDIRECT RECROSS

3    JAMES TEPPER

4      By  Mr. Jacko         8
       By  Mr. Helbing              72
5      By  Mr. Jacko                      112

6    NAREG KOROGLUYAN

7      By  Mr.  Jacko       114
       By  Mr. Helbing             136
8      By  Mr. Jacko                      148
       By  Mr. Helbing                            160
9

10   ALISON PRICE TEPPER

11     By  Mr. Jacko         163
       By  Mr. Helbing             170
12     By   Mr. Jacko                     182

13

14

15                C E R T I F I C A T I O N

16

17

18         I certify that the foregoing is a correct

19   transcript from the record of the proceedings in the

20   above-entitled matter.

21

22

23   _____               _____
       Date                    Gregg B. Wolfe, R.P.R., C.M.
24

25
</pre>

**$**

**$1,000 [2]**   77/11 177/2
**$1,017.92 [1]**   61/3
**$1,942 [1]**   98/1
**$12,000 [1]**   95/1
**$132,000 [1]**   93/22
**$132,000 is [1]**   93/22
**$132,450 [1]**   68/20
**$14,000 [2]**   40/21 40/24
**$14,455 [1]**   145/12
**$149,437.70 [1]**   150/5
**$15,000 [4]**   42/6 51/15 54/15
  58/10
**$150 [1]**   59/9
**$150,000 [1]**   11/10
**$152,328 [2]**   149/21 150/11
**$152,328.56 [2]**   144/21
  145/11
**$158,850 [2]**   68/8 87/21
**$2 [3]**   97/13 97/13 97/14
**$2 million [3]**   97/13 97/13
  97/14
**$22,297.85 [1]**   145/17
**$22,445.99 [2]**   41/25 156/1
**$26,137 [2]**   55/21 55/23
**$26,270.41 [1]**   145/19
**$27,285.30 [1]**   57/21
**$28,390 [1]**   55/24
**$282.62 [1]**   60/25
**$29,962.50 [1]**   107/15
**$291,300 [2]**   68/12 96/25
**$3,000 [1]**   52/25
**$3,638.04 [1]**   57/17
**$3,972.56 [2]**   145/3 145/18
**$300,000 [1]**   98/12
**$38.85 [2]**   49/8 49/12
**$500 [2]**   25/11 49/11
**$550 [1]**   75/11
**$6,000 [1]**   55/17
**$6,839.55 [1]**   144/22

**'**

**'15 [2]**   19/10 83/24

**1**

**1-1-2014 [1]**   105/15
**10 [8]**   22/1 22/9 22/23
  23/13 98/11 106/20 183/10
  184/16
**10-20-2013 [1]**   121/19
**10-26-2015 [1]**   48/22
**10-29 [1]**   122/5
**100 [7]**   95/23 95/24 96/13
  96/19 96/20 96/21 143/18
**1099 [8]**   67/13 86/3 86/5
  86/10 90/2 96/1 96/24 97/6
**10:00 a.m [1]**   2/2
**10:30 [1]**   105/8
**11 [15]**   13/18 23/17 25/23
  26/5 26/8 26/15 26/18 26/22
  78/15 111/4 111/7 111/8
  130/11 183/11 184/15
**11:30 a.m [1]**   69/14
**11:45 a.m [1]**   69/16
**11th [1]**   150/5
**12 [11]**   27/5 27/17 28/14
  56/21 75/25 127/12 130/11
  136/20 159/7 183/11 184/15
**12-2 [1]**   13/17
**12-9-15 [1]**   107/7
**12.5 [2]**   106/19 106/21
**1234 [1]**   1/20
**12:00 [1]**   106/2

**12:55 p.m [1]**   123/12
**12:58 p.m [1]**   123/18
  174/15
**13 [17]**   29/6 29/9 29/14
  29/18 30/3 30/7 30/9 30/21
  30/25 31/3 129/9 129/13
  145/21 153/22 154/15 183/11
  183/22
**1328 [1]**   1/18
**14 [11]**   12/18 31/8 31/10
  31/15 31/18 33/7 129/10
  129/19 153/22 183/11 183/22
**149 [1]**   160/7
**15 [18]**   33/17 33/20 33/25
  34/8 37/5 69/12 107/6 107/7
  122/8 122/25 132/12 141/18
  141/21 149/8 152/18 153/22
  183/11 183/22
**15-5834 [1]**   1/7
**15-minute [1]**   69/7
**150 [5]**   95/18 96/21 96/22
  96/25 97/1
**1511 [1]**   1/21
**152 [1]**   160/7
**158 [1]**   92/4
**158,850 [1]**   87/18
**15th [4]**   107/14 114/10 120/8
  147/23
**16 [6]**   41/17 56/22 75/6
  153/22 154/16 183/11
**16th [4]**   1/15 25/25 78/15
  111/15
**17 [10]**   44/21 49/2 49/15
  133/16 150/1 154/24 155/5
  155/5 155/18 183/11
**173 [1]**   159/6
**17th [2]**   174/22 175/7
**18 [9]**   55/12 56/22 72/15
  99/12 148/5 153/22 154/16
  170/22 183/11
**18.738 [2]**   144/24 144/24
**18603 [1]**   1/18
**19 [1]**   148/5
**19102 [1]**   1/16
**19106 [1]**   1/21
**19130 [1]**   7/6
**1:00 [2]**   113/12 113/13
**1:55 p.m [1]**   123/14
**1st [1]**   98/24

**2**

**2-20-13 [1]**   145/21
**2-20-2013 [1]**   144/5
**2-28 [1]**   107/15
**20 [10]**   123/4 130/11 131/23
  132/7 137/22 142/7 143/21
  148/6 155/21 157/20
**20013 [1]**   33/19
**2006 [1]**   147/23
**2009 [3]**   9/22 13/12 18/20
**2011 [1]**   14/5
**2012 [16]**   14/7 14/24 17/12
  18/7 18/10 20/3 20/16 22/4
  22/20 23/19 28/23 35/19
  36/21 41/25 45/17 151/9
**2013 [50]**   14/5 15/9 25/25
  27/1 29/8 31/10 74/21
  74/23 75/24 78/15 120/3
  120/8 120/11 120/15 120/19
  121/2 121/11 121/19 121/21
  122/1 122/6 122/7 123/5
  129/10 129/10 131/24 132/7
  141/13 142/1 142/4 142/4

  142/7 142/13 143/21 144/1
  144/5 144/17 144/22 144/25
  145/4 145/4 145/5 145/14
  145/21 145/23 152/17 157/14
  157/20 158/7 185/13
**2014 [17]**   19/7 39/12 41/21
  60/13 78/2 105/14 105/15
  105/16 108/23 108/24 155/21
  156/5 156/9 156/18 157/19
  185/1 185/11
**2015 [51]**   19/9 19/10 44/10
  44/23 45/11 45/19 46/1 48/3
  48/9 48/22 48/23 49/3 50/4
  56/8 63/25 68/12 68/17 84/1
  86/1 86/3 86/6 87/23 88/5
  88/14 89/10 89/23 90/1
  96/25 97/24 100/25 107/14
  108/25 109/6 109/7 109/8
  115/3 115/9 115/13 115/15
  115/20 115/24 141/7 143/11
  143/15 143/22 144/1 145/14
  145/23 146/10 150/5 169/16
**2016 [12]**   67/13 68/8 84/23
  87/12 87/25 88/6 88/13
  97/24 98/24 109/3 109/4
  114/10
**2017 [3]**   1/9 57/22 70/3
**2018 [1]**   88/15
**2019 [2]**   11/2 36/16
**20th [27]**   33/19 36/21 120/3
  120/11 120/14 141/13 141/25
  142/3 142/4 142/10 142/25
  143/5 144/1 144/25 144/25
  145/3 145/4 145/5 145/14
  145/21 145/23 152/16 152/17
  154/10 156/9 157/14 158/7
**21 [4]**   5/7 114/12 130/10
  183/11
**2111 [3]**   7/5 7/18 162/22
**2111 Spring [1]**   10/10
**212 [6]**   142/19 142/21
  142/22 144/4 145/1 145/2
**215 [1]**   1/21
**21st [1]**   57/22
**22 [4]**   5/8 5/11 42/6 183/11
**222 [6]**   8/4 8/6 67/19 108/9
  108/22 163/4
**23rd [1]**   104/16
**24 [1]**   84/14
**240 [1]**   60/23
**24th [2]**   31/9 129/10
**25 percent [1]**   88/1
**250 [1]**   92/8
**26,270 [1]**   160/4
**263rd [2]**   142/16 142/20
**26th [9]**   44/23 48/2 48/23
  115/3 115/9 115/13 115/15
  115/20 115/24
**28 [3]**   54/15 99/10 107/15
**28-some-thousand [1]**   54/5
**28th [2]**   27/11 75/24
**29 [7]**   56/1 56/2 67/12
  85/25 87/15 122/5 183/11
**291 [3]**   91/21 92/4 92/8
**291,300 [1]**   86/16
**29th [2]**   121/1 121/11
**2:00 [2]**   113/14 123/10

**3**

**30 [7]**   2/19 51/15 52/20
  68/11 85/25 106/12 183/11
**30th [3]**   20/3 20/15 120/19
**30th of [2]**   121/1 121/11

## 3

**31 [2]**   69/25 183/11
**32 [3]**   48/12 115/6 183/11
**33 [2]**   60/10 183/12
**34 [3]**   57/6 107/11 183/12
**34th [1]**   1/15
**35 [4]**   60/15 104/11 107/5
183/12
**36 [4]**   70/9 183/12 183/14
183/17
**365 [2]**   144/23 145/12
**37 [4]**   70/12 183/12 183/14
183/17
**39.6 [2]**   145/13 145/13
**3:00 [2]**   105/5 105/7
**3:00 a.m.'s [1]**   66/17
**3:00 p.m.'s [1]**   66/17
**3:25 p.m [1]**   188/12

## 4

**4-11 [1]**   13/18
**4-7-15 [1]**   107/6
**4-point [1]**   138/22
**4.49 [9]**   73/9 132/19 132/20
144/18 144/18 145/17 152/8
152/9 152/12
**4.49 percent [4]**   144/6
144/22 151/2 151/19
**4.49-percent [1]**   157/6
**4.90 [1]**   13/18
**40 [1]**   52/20
**40-some [1]**   103/24
**45 [1]**   89/13
**460-1511 [1]**   1/21
**4:10 [1]**   167/10

## 5

**5 percent [1]**   35/6
**5 percentage [1]**   32/20
**5-point [1]**   74/5
**5.49 [11]**   13/17 72/16 72/17
72/23 73/1 130/5 138/8
138/12 144/11 144/11 144/17
**5.9 [1]**   72/14
**50 [4]**   1/15 95/15 95/16
95/17
**50 percent [3]**   8/2 8/7 84/9
**51st [2]**   142/11 142/19
**52684702 [1]**   120/4
**550 [3]**   40/9 40/12 40/21
**560 [2]**   40/8 40/9
**563 [2]**   143/25 145/15
**5834 [1]**   1/7
**5th [4]**   22/4 22/20 29/8
129/10

## 6

**601 [1]**   1/20
**612 [1]**   40/21
**65 [1]**   148/4
**6th [8]**   43/12 45/11 45/18
45/24 45/25 50/4 63/25
82/23

## 7

**70 [2]**   105/20 106/10
**700-something [1]**   54/5
**741 [1]**   56/2
**75 percent [3]**   84/11 84/20
85/5
**7th [1]**   70/2

## 8

**8-20-2013 [1]**   121/21
**8th [10]**   56/8 141/7 143/9
143/15 143/16 143/17 143/22
144/1 145/14 145/23

## 9

**9-20-2013 [1]**   144/5
**9-point [1]**   138/22
**9.49 [8]**   32/11 132/11 132/21
132/25 145/7 145/22 152/25
158/11
**9.49 percent [6]**   35/1 35/7
132/4 132/9 132/15 145/11
**90 [2]**   106/14 112/18
**90-day [1]**   112/20
**91 [10]**   41/10 41/14 42/15
44/13 45/6 45/16 155/20
184/24 185/1 185/10
**911 [1]**   172/17
**95 percent [4]**   65/1 65/4
84/6 85/1
**98th [1]**   143/17

## A

**a.m [3]**   2/2 69/14 69/16
**a.m.'s [1]**   66/17
**aback [1]**   50/11
**ability [3]**   2/18 88/19
103/21
**able [20]**   11/4 11/12 11/15
11/17 11/19 11/21 15/20
103/22 129/1 140/7 164/11
165/3 165/3 165/6 165/19
167/1 167/2 167/6 167/13
175/3
**about [96]**   3/3 3/6 3/13 15/8
18/25 19/2 19/20 20/6 22/7
25/19 26/3 27/14 28/11
28/21 29/12 31/13 33/23
39/17 40/21 40/21 42/2 42/8
44/14 45/7 46/9 47/2 50/18
50/19 50/24 50/25 52/9
52/11 52/24 52/24 58/16
58/23 63/17 65/5 65/21
65/22 65/23 74/1 75/6 77/16
77/17 85/5 87/1 87/10 88/16
88/22 91/20 94/12 94/13
95/23 95/24 96/19 98/1
98/10 99/15 100/18 103/9
109/3 109/6 110/11 110/12
112/14 112/20 112/21 121/14
122/10 124/12 130/21 131/7
131/23 134/14 135/3 140/22
147/5 153/25 158/20 158/24
159/9 160/19 164/5 164/7
168/10 168/20 168/21 168/22
171/4 171/15 173/17 176/22
178/3 178/5 178/21
**above [2]**   138/8 229/20
**above-entitled [1]**   229/20
**absence [2]**   93/10 93/17
**absolutely [10]**   57/4 87/13
107/19 113/21 131/2 131/4
146/3 159/2 177/14 179/9
**abused [1]**   38/10
**accelerate [6]**   26/19 35/11
49/20 112/10 153/3 154/9
**accelerated [8]**   31/23 34/16
42/13 49/16 56/16 152/14
154/6 154/19
**accelerating [5]**   152/20
153/24 156/12 156/15 156/17

**acceleration [16]**   32/18
133/15 139/13
153/15 154/25 156/21 157/8
157/15 157/18 158/1 158/6
158/15 158/16 158/19
**accept [3]**   5/7 137/6 180/15
**acceptable [2]**   6/14 114/1
**accomplish [1]**   53/22
**according [3]**   32/10 32/11
180/19
**account [6]**   23/25 31/5 32/24
33/2 126/7 180/16
**accrue [1]**   56/19
**accrued [3]**   30/3 31/19 34/12
**accruing [4]**   30/11 32/4
34/22 34/25
**accumulating [1]**   39/7
**accurate [1]**   17/13
**acknowledge [2]**   72/1 93/16
**acknowledged [4]**   51/11 51/11
75/23 130/19
**acknowledges [1]**   185/12
**acknowledging [1]**   117/25
**acknowledgment [1]**   185/12
**acquired [7]**   74/20 76/8
117/11 125/11 125/18 127/2
150/23
**acquires [2]**   78/25 135/16
**acquiring [2]**   151/11 151/17
**Act [11]**   41/10 41/14 42/15
44/13 45/6 45/16 155/20
159/14 184/24 185/1 185/10
**action [13]**   1/3 3/18 3/23
26/23 43/7 44/16 47/6 49/22
57/2 57/14 57/25 70/2
164/20
**actions [1]**   64/1
**active [1]**   165/15
**activity [1]**   70/6
**actual [4]**   25/7 91/17 120/17
151/20
**actually [23]**   23/17 26/19
35/24 55/25 58/16 61/4
63/10 65/9 76/11 85/25 94/7
120/24 121/10 130/4 131/6
132/7 141/6 149/11 152/2
154/16 171/21 174/23 182/9
**add [6]**   4/16 4/19 5/3 53/20
145/17 187/19
**added [1]**   152/12
**addition [2]**   32/17 139/12
**additional [12]**   35/1 100/12
100/14 132/8 132/15 132/24
152/25 157/6 157/13 157/24
183/18 185/24
**address [6]**   7/4 7/8 25/15
25/15 67/4 101/14
**addressed [7]**   20/8 22/9 26/5
26/7 27/17 27/20 81/8
**addressing [2]**   73/13 73/18
**adjourned [2]**   188/10 188/11
**adjuster [7]**   61/21 62/17
63/2 63/8 63/11 63/20
175/14
**administration [1]**   143/19
**admissible [1]**   2/16
**admit [4]**   75/5 183/4 183/7
184/15
**admitted [2]**   74/23 162/9
**admitted.BY [1]**   184/20
**admitting [1]**   184/8
**advance [2]**   88/8 181/22
**advancement [1]**   79/1

A

**advances [3]**   20/22 23/1 78/20
**adverse [1]**   63/23
**advice [1]**   104/2
**advises [2]**   111/18 111/23
**advising [1]**   112/15
**affairs [1]**   82/9
**affected [1]**   64/6
**affects [1]**   88/12
**after [37]**   19/12 23/18 23/21 28/23 28/25 40/25 42/15 43/13 44/6 45/10 45/12 54/3 54/25 55/2 55/4 55/23 58/15 58/17 65/17 78/5 83/18 94/20 94/23 108/14 108/20 109/20 110/9 112/21 119/19 122/1 122/10 123/3 157/19 164/4 164/24 167/12 168/7
**afternoon [3]**   105/5 106/2 166/24
**Afterwards [1]**   9/3
**again [16]**   16/4 22/22 34/6 37/4 51/2 53/15 102/9 110/17 120/12 122/21 136/6 145/12 147/1 155/1 160/7 181/17
**against [10]**   28/21 43/7 44/12 44/22 49/23 54/21 57/2 57/14 70/2 133/17
**agent [1]**   63/5
**ago [4]**   4/2 47/12 65/2 158/21
**agree [39]**   21/1 33/4 71/1 71/9 112/9 115/1 115/16 118/4 118/10 118/13 119/12 120/1 120/11 120/13 120/17 121/2 121/9 121/18 122/9 123/1 124/9 124/11 125/16 127/6 128/5 128/14 129/3 131/20 132/1 133/22 134/18 146/19 146/22 149/2 149/22 150/3 153/17 159/10 161/2
**agreed [2]**   74/3 99/20
**agreement [41]**   9/15 10/13 10/16 15/23 20/15 20/23 22/20 23/2 32/7 32/12 32/19 35/13 35/14 35/15 40/1 70/15 70/15 71/1 71/3 71/5 74/3 74/4 76/18 80/24 117/11 126/20 127/9 128/15 134/14 135/24 136/1 136/10 136/13 139/4 139/15 151/14 151/25 156/23 161/2 161/11 163/19
**agreements [5]**   80/7 81/1 81/12 81/19 161/3
**ahead [3]**   80/15 89/5 169/11
**Aid [1]**   104/14
**air [10]**   8/23 66/24 89/18 92/21 92/22 94/16 97/4 97/9 97/11 97/12
**airing [16]**   90/13 91/7 93/24 94/10 94/11 94/14 97/7 97/8 98/1 98/3 98/6 98/6 98/7 98/11 98/14 110/9
**airings [16]**   8/24 9/1 64/5 89/21 89/23 90/6 90/8 92/14 92/14 96/4 96/13 96/17 96/18 97/1 98/9 98/10
**airs [2]**   89/9 110/5
**airtime [2]**   88/25 90/22

**Alan [2]**   82/22 82/24
**ALISON [11]**   1/4 7/14 7/17 7/20 20/8 22/10 26/6 27/18 28/18 162/14 184/17
**Alison's [1]**   37/18
**all [63]**   2/6 2/19 6/2 6/4 19/22 32/25 36/5 36/9 40/9 40/20 40/21 42/6 51/15 51/23 55/23 59/23 62/2 64/15 65/6 66/18 70/5 73/16 74/12 77/21 80/21 88/7 89/12 91/11 95/20 101/3 106/3 110/11 110/18 112/3 112/4 112/16 117/6 119/2 120/5 125/13 128/9 135/6 138/9 139/12 147/17 151/8 157/24 164/18 164/23 165/21 168/17 177/10 177/23 181/18 182/5 182/17 183/13 184/10 187/6 187/7 187/20 188/4 188/5
**alleged [5]**   30/10 32/4 49/6 184/23 184/24
**allegedly [2]**   34/22 49/3
**allonge [8]**   117/23 118/1 118/10 127/16 131/17 146/4 160/18 175/14
**allow [6]**   56/5 120/22 137/15 177/4 177/12 179/3
**allowed [4]**   2/16 32/11 116/19 158/17
**Allstate [1]**   63/4
**almost [11]**   13/18 17/2 19/23 36/8 39/19 40/17 51/5 53/4 58/12 92/4 143/18
**along [2]**   6/6 54/5
**already [9]**   4/12 76/9 93/2 93/2 100/24 174/21 175/9 175/10 186/6
**also [30]**   9/23 10/16 21/3 23/7 35/12 59/24 74/15 75/10 77/6 78/8 87/12 97/9 97/9 103/12 112/2 114/23 117/10 117/23 118/13 118/20 120/11 124/20 127/6 129/25 148/22 153/8 159/11 161/9 184/8 187/5
**although [1]**   120/10
**always [4]**   93/18 144/16 166/10 178/15
**am [10]**   8/21 52/22 66/22 72/5 113/24 114/25 117/25 129/12 153/3 157/4
**Ambien [25]**   58/19 59/19 60/4 60/6 60/16 60/19 60/23 61/2 61/5 61/7 67/4 83/18 84/2 102/12 102/21 102/21 102/25 103/8 104/3 104/3 105/2 105/7 106/17 107/2 107/5
**Ambiens [2]**   104/23 104/24
**amended [1]**   187/11
**AMOS [137]**   1/7 5/12 15/2 17/20 20/1 22/2 25/23 27/2 27/9 27/11 28/8 28/12 28/25 29/7 29/15 29/15 29/16 29/18 30/19 30/23 30/25 31/8 31/15 33/12 33/15 33/18 33/25 34/8 34/24 35/5 37/9 37/12 37/24 39/2 41/11 43/6 44/12 44/18 44/22 45/23 45/23 46/24 48/1 48/8 48/19 49/5 49/19 54/21 55/2

56/9 56/23 57/2 57/14 68/17 69/9 75/14 76/6 76/8 78/9 79/16 79/18 113/22 114/1 114/7 114/17 115/1 115/7 115/12 116/15 117/3 117/8 117/10 117/18 118/5 118/6 118/14 118/21 122/1 122/12 123/3 124/9 124/25 125/6 125/11 125/12 125/16 125/18 125/24 126/10 126/14 127/2 127/4 127/7 127/7 127/16 127/20 127/23 128/10 129/11 129/15 131/21 131/22 132/3 132/6 133/17 134/21 135/15 135/16 135/19 135/22 147/16 149/11 150/11 150/23 151/11 151/17 151/23 152/3 152/13 152/18 152/22 153/14 153/21 153/23 154/8 154/25 156/12 157/11 157/12 157/20 157/23 158/8 176/21 181/5 185/13
**Amos Financial [11]**   5/12 15/2 27/2 28/25 29/7 29/16 30/19 46/24 48/19 74/20 75/14
**Amos' [11]**   28/13 45/20 63/25 74/9 114/3 114/23 118/14 118/21 118/24 119/22 156/2
**amount [30]**   15/16 17/3 21/22 22/16 25/10 26/16 30/11 32/4 32/8 34/22 41/25 42/4 42/10 49/6 55/15 55/16 56/12 57/12 57/17 68/22 75/8 75/10 140/7 149/20 149/22 153/9 153/10 155/1 156/1 174/2
**amount of [1]**   25/10
**amounts [3]**   16/18 41/24 134/22
**an [70]**   3/20 5/12 5/17 5/25 7/25 8/17 9/18 13/15 13/21 17/13 24/20 25/10 30/18 33/12 34/25 36/17 37/9 38/5 38/13 41/10 41/14 44/4 49/12 56/10 58/21 62/17 63/2 63/8 63/11 66/6 66/7 66/10 75/7 75/10 85/10 90/13 96/17 98/10 102/25 103/7 105/7 119/7 126/6 132/8 132/14 132/24 132/25 134/7 137/10 138/16 147/6 152/24 155/1 156/20 157/13 157/24 158/2 158/3 158/18 158/19 163/4 165/20 167/16 167/23 171/17 171/18 173/19 174/2 177/1 187/11
**analytics [1]**   94/17
**and [541]**   1/3 2/14 2/18 3/9 3/14 3/24 3/25 4/9 4/9 4/10 5/7 5/8 6/11 6/24 7/3 7/9 7/10 7/11 7/11 7/17 7/23 7/25 8/7 8/13 8/15 8/19 9/11 9/11 9/20 10/5 10/9 10/13 10/14 10/16 10/25 11/4 11/18 12/10 12/13 12/14 13/14 17/12 17/12 18/17 19/13 19/14 20/8 20/19 21/7 21/9 21/16 22/9 22/14 22/23 24/2 24/3 24/10 24/18 25/8 25/19 26/6 26/19 27/11 27/18 28/5 28/12 28/12 28/16 28/19 29/15 31/23

and... [470]   32/18 34/16
35/11 35/12 35/24 36/1 36/1
36/5 37/17 37/19 38/8 38/14
38/14 38/18 39/6 39/22 40/1
40/25 41/3 41/20 42/1 42/6
42/6 42/13 42/18 43/9 44/21
44/22 45/1 45/9 45/22 45/23
46/6 46/12 46/13 46/18
46/19 46/19 46/24 47/8 47/8
47/18 47/24 48/2 49/16
49/19 50/6 50/8 50/10 50/20
50/21 50/22 50/22 50/23
51/4 51/15 51/22 51/23
52/11 52/13 52/20 52/20
52/21 52/22 53/22 54/3 55/6
55/9 55/14 55/23 56/16
56/22 57/10 57/12 57/20
57/25 57/25 58/10 58/11
58/15 59/8 59/10 59/18
60/19 61/20 61/20 61/24
62/5 62/9 63/5 63/14 63/18
63/22 63/25 64/6 64/16
64/19 65/5 65/7 65/8 65/9
65/9 65/20 66/2 66/9 66/11
66/14 66/15 66/16 66/19
67/1 67/3 67/8 67/17 67/19
67/21 68/1 68/10 68/10
68/16 68/19 68/22 69/8
69/25 70/10 70/14 72/4
72/22 72/25 74/4 74/8 75/6
77/12 77/19 78/5 79/7 79/9
79/14 79/16 79/19 79/23
80/17 81/6 81/8 81/12 81/12
82/5 82/20 83/1 83/2 83/21
84/17 84/25 87/3 87/16
87/25 88/20 89/6 89/13
89/18 90/10 90/12 90/14
90/15 90/15 90/15 90/23
91/7 91/14 92/1 92/8 92/18
92/21 93/3 93/14 93/19
93/22 94/20 94/20 94/24
94/25 95/4 95/11 96/10
96/24 96/25 97/1 97/10
97/12 97/14 97/14 97/24
98/1 98/11 98/15 98/16
99/20 99/22 99/23 100/17
100/18 101/2 101/8 101/16
101/21 101/25 101/25 102/12
102/21 102/25 103/2 103/7
103/8 103/9 103/9 103/15
103/22 103/24 104/3 104/6
104/10 105/8 105/18 106/2
106/4 106/4 106/24 107/6
107/12 108/12 109/12 109/17
109/19 109/20 109/20 110/8
110/17 111/4 112/1 112/2
112/4 112/4 112/6 112/10
112/13 112/15 113/13 113/20
116/5 116/16 116/21 117/8
117/10 117/11 117/14 117/15
117/18 118/4 118/13 118/15
118/17 118/20 118/21 119/2
119/19 119/22 119/24 120/1
120/3 120/7 122/25 124/7
124/11 124/20 125/3 125/6
126/24 127/2 127/6 127/6
127/11 127/15 127/19 127/22
128/7 128/14 129/9 129/10
129/15 129/18 129/25 130/11
130/11 130/17 131/5 132/13
133/11 133/16 134/18 134/20

135/16 135/17 135/17 137/11
138/23 138/23 139/3 140/2
140/3 140/3 140/23 141/1
141/3 142/12 142/20 143/22
144/1 144/5 144/25 145/2
145/4 145/14 145/16 145/18
145/21 145/23 146/9 146/11
146/12 146/14 146/14 146/16
148/5 148/5 148/22 149/6
149/11 149/19 149/23 150/10
150/20 150/25 151/4 151/12
151/23 151/25 152/13 152/20
152/23 153/3 153/8 153/8
153/9 153/15 153/22 153/24
154/6 154/9 154/14 154/16
154/18 154/25 155/11 155/15
155/19 155/25 156/5 156/12
156/23 157/8 157/10 157/13
157/15 157/18 158/1 158/6
158/14 158/15 158/18 158/25
159/1 159/13 159/24 160/20
161/1 162/3 162/11 162/20
162/22 163/11 163/17 163/20
164/4 164/16 164/17 165/5
165/8 165/12 165/21 166/3
166/4 166/12 166/14 166/23
166/25 167/1 167/2 167/9
167/10 167/21 167/23 167/25
168/4 168/20 168/22 168/22
168/23 168/24 169/1 169/11
169/25 170/8 170/10 170/24
171/22 172/3 172/17 172/18
173/5 173/8 173/10 173/18
174/16 175/5 175/6 175/8
175/17 177/12 177/24 177/24
177/25 178/2 178/12 178/13
179/3 179/21 180/16 180/17
180/24 181/1 181/25 182/5
182/18 183/12 183/14 184/7
184/14 184/15 184/16 184/16
185/12 185/24 185/25 186/9
186/11 186/14 187/6 187/25
187/25 188/10
angle [1]   91/5
angles [2]   9/2 90/18
anniversary [2]   91/25 92/2
annual [8]   32/19 32/20 32/21
32/23 72/13 139/14 139/16
139/16
another [8]   28/3 41/4 46/23
60/19 80/1 113/8 158/11
172/23
answer [22]   38/9 74/8 100/2
100/11 116/8 116/12 116/21
122/14 122/20 130/13 133/6
134/6 134/7 139/4 143/24
148/14 148/22 148/25 150/19
160/17 173/20 177/5
answered [1]   181/7
answering [2]   131/10 150/17
anxiety [4]   67/8 173/24
173/25 174/2
any [129]   3/5 5/13 5/20 8/1
13/10 15/18 15/25 16/19
16/22 18/3 20/5 20/10 20/14
20/21 20/22 21/22 22/6
22/12 22/16 22/19 22/24
22/25 26/2 26/15 26/22
27/13 28/14 28/20 28/23
29/1 29/11 30/2 30/3 30/6
31/14 31/18 31/19
32/8 32/9 33/22 34/11 34/12
35/10 36/23 37/23 38/6

38/23 39/7 42/7 44/11 45/19
46/4 46/12 50/7 50/18 54/21
55/71 56/22 57/1 58/1 61/13
62/2 62/2 63/23 64/12 67/4
67/7 67/11 71/3 71/4 71/5
79/1 79/5 79/6 89/3 95/14
99/2 99/16 100/22 108/12
110/24 112/4 112/6 113/4
115/2 115/6 115/11 125/12
125/17 125/23 128/16 131/15
135/3 143/2 146/22 146/24
147/16 148/23 153/15 153/20
154/7 158/1 159/19 159/20
161/16 161/19 161/22 162/6
163/7 167/5 167/18 168/17
171/20 173/14 173/23 174/3
176/1 176/20 176/23 177/1
178/8 179/13 179/19 182/20
183/13 185/24 186/2 186/10
187/15
anyone [3]   7/7 49/5 182/9
anyone's [1]   27/22
anything [33]   3/10 4/13
15/22 20/25 23/4 23/19 28/7
28/21 30/9 30/17 30/21 39/1
42/16 51/20 53/14 53/20
58/23 66/7 82/1 87/2 88/19
97/20 109/2 163/9 178/9
179/2 179/11 180/17 180/20
181/9 182/15 184/3 187/17
anyway [2]   75/2 177/6
anywhere [8]   4/3 29/22 33/11
37/8 56/9 70/16 161/22
164/11
apartment [7]   171/17 171/18
171/21 171/24 172/2 175/12
175/17
apologies [3]   113/18 122/23
159/5
apologize [10]   6/20 43/18
55/25 56/7 60/9 73/14 130/2
157/11 160/11 162/12
apparently [1]   4/3
appeals [1]   58/1
appear [3]   27/22 33/5 37/6
APPEARANCES [1]   1/12
appeared [1]   159/24
appears [2]   109/9 120/18
Appendix [1]   155/5
applicable [7]   16/15 32/20
32/22 112/4 139/16 139/18
159/10
apply [2]   127/4 127/7
applying [1]   35/10
appointment [1]   59/16
appreciate [2]   186/7 186/21
approach [2]   98/19 176/17
appropriate [1]   2/15
approximate [1]   16/25
approximately [7]   39/10 40/4
40/7 81/11 81/16 112/18
123/3
APR [3]   13/17 13/18 13/19
APRIL [26]   1/9 43/17 43/18
43/18 44/10 45/11 45/18
45/25 50/4 56/8 61/23 63/25
74/21 74/23 83/19 120/8
141/7 143/9 143/15 143/16
143/17 143/22 144/1 145/14
145/23 146/10
April 15th [1]   120/8
April 2015 [1]   44/10
April 6th [5]   45/11 45/18

**A**

**April 6th... [3]** 45/25 50/4 63/25
**April 8th [9]** 56/8 141/7 143/15 143/16 143/17 143/22 144/1 145/14 145/23
**April the [1]** 143/9
**arbiter [1]** 2/14
**are [106]** 2/13 3/20 3/25 5/7 7/10 8/19 9/2 9/8 9/10 13/9 13/13 18/25 21/8 38/5 38/12 38/15 39/7 40/12 50/7 51/11 57/20 66/16 66/17 66/17 66/18 66/19 67/21 69/17 72/18 72/19 72/22 77/12 77/18 79/7 80/9 81/7 87/4 88/8 88/9 88/25 89/12 89/13 89/17 89/18 91/4 91/18 91/21 93/1 93/2 97/7 98/4 98/4 98/8 98/10 100/2 100/11 100/17 105/5 105/11 105/13 111/18 111/24 112/20 113/22 121/22 121/22 128/12 129/10 133/3 134/7 134/22 137/4 140/7 142/5 142/21 143/22 145/1 145/9 148/18 152/7 152/22 153/5 154/12 154/15 155/5 157/3 158/14 162/24 163/13 165/25 167/10 169/1 171/23 176/24 178/19 181/20 183/18 183/20 184/1 184/5 184/9 184/15 184/16 184/17 184/20 187/6
**area [3]** 91/14 169/25 172/24
**aren't [5]** 53/4 53/5 72/20 90/24 92/11
**argue [1]** 185/19
**argument [2]** 187/4 187/5
**argumentative [2]** 135/1 168/23
**around [18]** 6/11 42/5 50/22 50/22 50/22 51/15 52/21 52/21 58/10 88/2 95/13 95/19 100/20 146/10 146/13 165/12 166/24 168/12
**arrangements [1]** 80/24
**arsenal [1]** 90/10
**art [1]** 163/17
**Arts [2]** 8/11 163/17
**as [146]** 2/14 3/11 4/21 5/11 5/13 5/21 6/16 6/17 7/21 7/21 11/5 11/5 11/5 13/17 20/11 20/15 21/10 21/11 22/13 22/20 25/6 28/9 28/15 30/3 35/4 35/12 37/17 39/14 39/14 42/5 42/22 46/3 46/3 47/19 49/3 51/14 60/7 60/16 61/5 62/12 62/17 62/20 63/24 64/5 64/15 64/25 65/10 65/10 66/1 66/11 66/12 67/8 68/8 68/15 68/15 70/2 71/8 73/7 77/2 88/5 93/13 99/1 101/8 101/12 101/12 105/3 109/14 109/14 112/9 112/17 113/11 114/1 114/9 115/7 116/16 117/14 118/6 118/15 118/16 118/21 124/24 125/3 126/4 126/6 127/15 127/20 127/23 128/10 129/15 129/22 130/1 130/15 132/7 134/15 136/17 137/11 140/8 143/3 143/5 143/6 143/8 146/16 147/1 147/7 149/24 150/5 150/8 150/9 151/9 152/2 152/25 153/3 153/10 156/1 156/17 157/13 157/15 157/19 158/7 160/8 160/9 165/15 165/15 166/14 166/14 169/9 169/9 169/10 171/10 171/11 171/16 173/13 173/22 174/3 174/7 174/7 175/14 175/15 178/13 178/13 185/5 187/21
**ascertain [1]** 75/7
**ask [34]** 5/6 5/17 12/1 18/17 20/19 22/23 24/20 34/6 39/21 47/2 71/17 74/2 78/14 79/16 80/1 80/3 88/3 93/24 99/6 99/9 104/11 116/20 141/2 141/6 147/9 153/10 160/14 161/20 169/8 169/11 176/9 177/22 181/19 185/23
**asked [31]** 36/25 44/2 46/13 53/6 53/6 53/10 59/6 61/22 74/1 74/2 82/21 99/1 99/18 116/7 130/11 130/21 131/7 131/12 134/2 135/22 137/14 137/25 138/14 147/24 148/5 148/11 154/12 156/24 160/19 186/13 186/13
**asking [16]** 39/17 44/14 76/14 76/18 110/16 111/19 120/23 122/18 128/9 128/21 146/11 148/8 148/18 148/19 154/4 178/21
**asks [3]** 73/17 134/25 156/20
**asleep [3]** 59/22 101/21 168/3
**assets [2]** 109/18 112/16
**assigned [1]** 31/4
**assignment [10]** 27/6 78/12 118/17 119/13 121/15 121/17 121/24 122/9 123/1 127/12
**assist [2]** 142/9 172/14
**associate [1]** 91/2
**associated [10]** 22/16 26/16 57/13 57/25 61/13 117/12 125/17 126/8 176/20 182/10
**assume [5]** 55/6 77/24 124/5 143/20 184/10
**assumed [1]** 38/4
**assumption [1]** 158/3
**at [180]** 2/2 3/21 6/7 7/7 7/18 7/21 10/12 12/12 12/24 13/6 14/9 15/18 15/24 16/4 17/23 18/9 19/16 19/25 20/6 21/7 22/7 23/21 25/22 27/14 27/25 28/23 29/12 30/13 31/13 32/1 32/13 32/13 33/23 34/19 35/3 35/12 35/24 36/9 37/4 38/21 43/4 44/10 45/14 46/2 48/1 48/11 55/20 56/9 58/3 59/1 60/9 60/15 61/18 61/19 62/2 64/15 64/18 65/6 66/23 67/12 68/1 68/10 69/14 69/15 69/24 70/8 70/12 70/21 71/17 71/21 73/23 76/20 77/10 78/14 78/18 81/4 84/8 84/18 84/21 85/24 86/14 89/22 91/23 92/3 94/18 96/23 98/11 98/17 99/12 99/12 100/25 102/21 102/23 102/24 104/11 105/5 105/6 105/6 105/7 105/14 106/7 106/7 107/6 108/11 111/3 111/15 112/13 112/21 113/13 113/14 114/7 114/12 114/22 115/5 118/5 119/11 119/12 119/18 119/24 120/16 122/8 122/25 123/12 123/14 124/23 125/11 125/13 126/3 126/19 128/14 129/9 129/12 129/13 130/10 130/11 131/21 132/12 133/15 136/19 136/24 137/22 139/2 139/3 139/5 144/20 145/6 147/4 147/17 148/8 149/6 152/15 152/16 155/12 156/24 158/16 160/22 161/16 161/19 162/9 164/18 164/23 165/21 166/4 166/22 166/23 166/25 167/7 167/7 169/16 173/7 174/19 174/23 174/24 175/7 177/19 185/19 186/3 188/11
**attach [1]** 187/4
**attached [7]** 133/23 133/25 134/7 134/19 136/16 136/17 184/17
**attempt [1]** 75/13
**attempting [2]** 31/1 58/9
**attend [1]** 175/3
**attending [1]** 64/7
**attention [18]** 17/4 20/18 22/22 23/16 27/4 29/5 34/3 41/16 43/19 44/20 45/2 55/11 55/14 57/5 111/4 127/11 141/18 141/20
**attitude [1]** 164/24
**attorney [17]** 30/18 33/12 37/9 44/5 56/10 58/21 73/12 83/6 118/7 118/15 118/21 118/22 119/7 120/2 121/6 121/20 132/25
**attorney-client [1]** 83/6
**Attorney-In-Fact [3]** 118/7 118/15 118/22
**attorneys [6]** 43/22 43/23 44/7 114/11 114/20 133/4
**attorneys' [4]** 3/3 57/24 187/22 187/24
**attribute [3]** 67/11 68/14 68/23
**August [12]** 43/12 43/15 43/16 83/23 83/24 84/1 84/3 84/4 108/19 120/3 120/11 120/14
**August 20th [3]** 120/3 120/11 120/14
**August 6th [1]** 43/12
**August of [1]** 83/24
**auto [4]** 97/15 97/18 97/21 97/21
**available [3]** 48/6 48/15 125/6
**Avenue [1]** 1/18
**average [3]** 40/7 96/19 97/3
**averaged [1]** 95/12
**averred [1]** 185/9
**awards [1]** 187/24
**aware [7]** 72/18 72/19 72/22 137/4 164/8 173/8 181/20
**away [8]** 50/20 58/10 65/9 85/15 85/16 89/18 164/11 164/13
**awhile [1]** 85/6

**back [34]**    3/15  4/22  15/11
19/14  24/17  33/7  46/19
52/14  61/17  61/20  61/22
61/24  63/9  63/21  64/24
70/14  79/14  89/20  95/9  98/5
101/8  123/10  125/22  147/23
150/20  156/22  159/3  166/15
168/5  168/14  171/23  175/16
185/13  187/25
**bad [3]**    46/3  103/16  104/1
**balance [7]**    15/19  106/15
112/5  144/20  145/9  150/4
150/10
**ballpark [2]**    146/1  146/2
**bank [58]**    7/23  9/15  10/14
10/17  11/11  11/24  12/4
12/15  12/20  12/22  13/3  13/7
13/11  13/22  14/2  14/9  14/10
14/23  15/15  15/25  17/1  18/2
23/19  24/3  24/15  28/3  28/6
28/22  29/3  36/5  40/14  73/21
73/22  79/5  79/6  79/6  79/12
82/6  112/16  112/19  117/5
126/7  126/24  127/8  144/11
144/13  144/16  150/24  151/8
151/9  179/14  179/15  179/22
181/15  181/15  181/19  181/21
182/4
**banking [2]**    12/20  144/15
**banks [1]**    144/12
**barely [1]**    172/21
**baseball [2]**    59/3  65/12
**based [3]**    98/1  123/6  185/25
**basement [1]**    173/2
**basic [1]**    19/6
**basically [4]**    42/18  87/5
89/5  105/3
**basis [16]**    12/22  13/19  16/2
17/2  73/4  73/19  77/15  86/10
149/15  166/21  166/22  179/17
182/4  183/23  185/5  185/8
**bat [1]**    50/7
**Bates [2]**    155/4  155/6
**be [98]**    2/16  3/19  3/21  6/11
6/14  6/20  12/1  13/20  15/20
17/13  24/10  24/16  26/9  28/3
28/4  29/19  31/16  34/1  34/9
35/4  38/17  42/25  45/1  50/20
55/5  55/7  59/23  63/15  69/5
69/12  70/17  72/14  76/11
76/21  77/11  81/7  85/12
85/13  89/1  89/10  89/12
89/14  90/25  91/4  91/11
91/19  92/20  92/21  93/18
97/19  97/20  97/23  101/8
103/22  105/6  106/3  115/25
120/18  121/19  122/17  122/17
123/7  123/10  123/15  130/22
131/22  132/14  132/16  132/17
132/23  133/1  133/25  140/16
141/7  142/4  144/3  145/24
146/2  152/23  156/1  156/11
157/7  165/11  166/4  166/5
166/19  166/22  166/23  167/9
167/21  174/24  175/3  175/5
179/3  179/4  182/8  184/24
187/24
**beach [3]**    174/18  174/19
175/5
**bear [1]**    147/11
**beat [1]**    108/21

**became [4]**    28/25  59/3  59/14
88/21  90/21  65/22
117/18  177/24  182/12
**because [34]**    3/6  3/10  3/17
3/22  35/23  39/7  42/3  59/22
65/15  75/17  79/2  84/13
84/17  86/23  88/3  88/7  90/24
92/22  95/1  99/16  103/21
105/5  105/9  108/12  122/21
145/15  145/25  156/13  166/20
166/22  169/25  170/7  170/19
182/4
**bed [6]**    103/7  103/20  103/22
105/4  106/1  106/5
**been [35]**    2/18  3/22  19/20
25/10  36/16  44/11  47/6
51/12  54/13  58/8  59/5  60/3
61/19  64/18  65/16  72/22
79/23  117/5  119/2  121/14
125/10  134/20  154/10  154/13
160/12  162/17  165/6  165/15
165/19  165/25  168/16  168/25
169/1  176/23  188/9
**beer [1]**    103/17
**before [24]**    1/10  3/6  17/17
23/23  35/20  51/10  86/18
94/20  100/5  103/24  115/21
125/13  135/13  138/15  147/16
166/16  172/6  179/3  181/2
181/15  181/21  182/9  182/13
186/3
**began [1]**    2/1
**begin [2]**    29/1  112/21
**beginning [7]**    13/6  84/21
85/6  87/25  112/18  130/7
162/10
**behalf [5]**    70/10  78/21  113/8
119/25  162/6
**behind [2]**    101/7  155/20
**being [29]**    6/18  8/25  15/14
44/15  53/17  65/24  88/11
92/12  99/15  100/5  105/12
123/17  130/5  132/8  133/10
134/15  144/9  144/18  147/24
151/19  153/15  159/9  166/25
167/16  171/21  172/1  178/14
178/15  178/18
**believe [17]**    10/20  17/13
23/23  24/2  25/14  35/21
42/14  49/24  65/9  70/19
95/11  114/4  130/17  136/17
138/4  138/5  163/22
**believed [2]**    58/14  101/2
**believes [1]**    113/2
**below [2]**    72/22  73/1
**benefit [1]**    152/1
**Berwick [1]**    1/18
**Berwyn [1]**    25/15
**beside [1]**    164/10
**besides [4]**    99/3  99/15
100/21  107/24
**best [13]**    8/22  9/5  70/17
71/2  71/11  90/17  113/19
121/19  131/6  134/15  134/21
161/3  177/16
**better [3]**    63/22  65/15  165/5
**between [16]**    77/19  84/19
102/12  107/6  128/6  143/21
143/25  144/4  144/24  145/3
145/13  145/16  158/15  158/25
159/23  168/23
**beyond [1]**    46/25
**big [6]**    53/8  74/15  93/8
102/13  104/12  176/12

**bigger [2]**    106/23  106/24
**Pagill [195 of 229**
**billed [1]**    107/14
**billing [2]**    57/9  71/10
**bills [5]**    65/20  84/20  107/18
107/22  182/2
**binder [5]**    71/21  99/7  104/12
136/18  176/12
**binders [1]**    98/19
**bit [7]**    23/25  53/17  65/3
83/17  101/8  131/11  174/7
**blanket [1]**    81/15
**block [3]**    30/13  30/15  119/24
**blocks [2]**    21/7  27/23
**blown [2]**    164/10  164/13
**Board [1]**    174/25
**boarding [1]**    124/8
**body [1]**    95/4
**Boiler [1]**    51/5
**book [5]**    6/24  111/7  111/11
184/9  184/10
**books [1]**    6/23
**borrow [1]**    28/21
**borrower [1]**    159/1
**borrowers [2]**    21/13  21/15
**both [9]**    7/11  19/2  61/6
102/21  102/24  103/3  165/20
183/1  183/20
**bottle [2]**    103/18  105/23
**bottles [1]**    167/19
**bottom [6]**    46/6  70/22  99/12
124/18  132/13  170/2
**bought [4]**    24/16  38/18  79/11
117/8
**box [4]**    6/11  86/14  87/16
87/21
**break [3]**    69/8  106/22  123/9
**breakdown [2]**    54/6  149/13
**breakfast [1]**    82/25
**BRETT [3]**    6/13  7/11  167/7
**Brian [4]**    118/6  118/14
118/21  119/20
**Brian C [2]**    118/21  119/20
**brief [4]**    2/25  4/6  69/2
188/9
**briefly [1]**    4/2  146/8
**bring [3]**    8/21  108/22  155/23
**brother [5]**    58/21  58/24
82/20  82/21  82/23
**brought [3]**    108/24  109/4
153/21
**builder [1]**    63/22
**built [4]**    19/14  63/14  63/15
106/15
**bullied [2]**    65/16  65/18
**burden [1]**    167/5
**Bureau [2]**    48/7  48/16
**burned [4]**    171/16  176/2
176/4  176/7
**burning [2]**    19/13  170/9
**business [31]**    7/22  35/21
35/22  48/3  48/8  54/17  64/9
79/14  80/5  80/19  86/25  87/4
87/10  89/3  89/4  89/4  90/4
90/6  90/12  98/15  101/5
101/13  110/21  115/2  135/14
135/19  148/1  151/9  163/12
177/10  177/23
**businesses [2]**    67/18  86/24
**busy [3]**    84/13  93/2  166/25
**but [109]**    3/12  4/23  15/7
25/4  29/20  36/2  36/20  37/20

**B**

but... [101]   41/13 43/14
43/16 44/14 47/4 56/2 58/21
61/20 63/3 65/3 66/10 74/20
75/2 75/13 77/21 77/25 78/6
79/13 79/20 86/24 89/4
89/17 92/13 92/14 92/23
93/9 93/15 93/16 94/9 94/10
95/19 95/25 96/5 97/7 97/8
97/16 97/17 98/3 103/1
104/1 107/22 109/24 110/14
112/8 113/1 113/19 115/25
116/3 116/8 120/16 121/3
121/18 121/20 121/24 122/4
125/9 128/4 129/2 129/3
130/2 132/12 132/18 132/22
132/24 132/25 133/6 136/13
138/6 140/15 142/2 143/24
144/2 147/7 148/2 149/14
149/17 152/3 152/7 154/11
154/12 158/16 158/22 159/10
160/11 161/24 165/18 167/2
167/20 169/22 169/25 170/5
170/11 172/22 173/6 173/19
179/16 182/1 182/3 183/5
183/20 185/5
buy [4]   79/5 88/19 88/22
97/10
buying [7]   8/23 9/3 38/24
90/20 91/14 95/5 125/8
by [87]   1/14 5/14 9/8 10/5
10/16 11/12 11/15 11/17
11/19 13/22 15/14 17/11
21/4 21/19 23/8 23/13 32/22
34/25 35/11 38/16 43/23
44/12 44/17 45/17 60/16
61/16 75/1 77/2 77/7 87/25
88/1 92/20 97/1 97/7 97/8
97/15 98/6 98/6 98/7 98/8
118/5 118/14 118/20 118/24
119/19 129/7 132/8 132/14
132/16 132/24 136/13 137/1
138/2 138/5 139/17 140/3
144/22 144/23 145/2 145/12
145/15 147/22 150/25 152/24
153/19 153/21 154/25 159/11
175/8 176/25 182/24 183/24
184/3 184/14 185/4 185/17
187/7 229/4 229/4 229/5
229/7 229/7 229/8 229/8
229/11 229/11 229/12

**C**

C.M [1]   229/23
cabinet [1]   103/19
calculate [4]   16/16 140/7
140/18 142/2
calculated [5]   13/16 30/4
31/20 34/13 159/24
calculation [6]   42/4 140/22
141/7 149/15 152/17 160/9
calculations [2]   13/23
149/16
calculator [5]   140/10 140/12
140/16 142/1 144/19
call [54]   6/8 9/23 14/14
43/5 43/12 43/13 44/6 44/10
45/11 45/23 46/3 46/19
46/20 46/23 46/24 46/25
47/2 47/9 47/14 53/2 55/5
58/5 58/7 58/15 60/4 60/7
61/19 65/18 66/1 74/24
79/15 79/18 82/19 83/2
104/7 105/1 106/3 113/11
113/13 146/20 147/25 148/3
148/13 164/3 164/9 164/24
166/17 168/11 175/23 178/6
called [25]   24/2 45/23 50/3
50/6 58/18 58/21 67/14
77/23 79/22 82/20 82/23
94/4 108/15 146/11 153/16
157/14 157/19 157/25 158/7
164/17 172/17 180/16 180/18
180/21 180/22
calling [2]   46/5 157/12
calls [3]   64/16 84/19 92/10
came [9]   42/1 98/1 109/8
156/8 165/22 168/5 172/4
172/7 172/18
camera [3]   9/1 90/18 91/5
can [97]   2/15 3/12 5/3 6/17
8/5 9/4 9/5 9/23 12/12
12/24 13/9 13/17 15/6 18/22
24/9 32/12 45/2 46/20 48/17
48/20 49/9 50/4 50/14 51/7
51/7 51/20 53/10 53/14 54/1
55/14 57/8 61/5 62/1 63/10
64/3 67/15 69/8 69/25 71/4
71/9 87/5 90/15 90/16 90/20
92/7 93/11 93/15 99/14
100/23 102/13 103/5 103/24
111/10 113/19 115/10 115/23
118/9 120/21 122/13 125/15
127/24 128/24 129/13 131/1
131/14 132/12 132/22 132/23
133/15 134/6 135/8 135/9
138/3 139/10 140/10 140/12
141/11 142/1 142/2 142/8
147/9 151/16 153/23 154/22
160/1 160/22 161/5 162/20
163/9 165/8 167/4 167/7
169/10 176/9 177/5 186/24
187/4
can't [24]   4/3 15/6 51/21
53/14 53/21 58/20 66/13
88/3 88/18 89/1 89/2 93/9
93/20 100/4 102/10 105/9
105/9 105/9 106/22 115/4
116/1 122/3 125/9 168/3
cannot [2]   32/25 156/11
capacity [1]   83/17
car [7]   50/20 50/20 52/8
52/8 53/15 53/16 53/16
card [1]   35/24
care [14]   50/18 50/25 52/9
59/2 59/2 62/13 100/19
100/21 163/11 163/12 175/3
177/7 177/9 177/25
carried [1]   152/2
carrier [3]   61/14 62/15
63/18
Carroll [17]   30/14 30/18
33/12 37/8 41/13 46/2 46/2
47/4 47/11 56/9 56/10 61/12
61/25 62/12 118/24 141/8
159/25
Carroll's [10]   30/22 33/8
33/14 37/5 37/11 119/3
43/5 43/14 141/14 141/16 143/8
carry [1]   144/14
case [21]   3/2 3/12 4/7 4/10
17/17 17/25 47/22 65/2
114/9 116/5 116/9 129/21
144/17 147/24 169/10 176/20
183/21 184/13 186/9 187/23
cashed [1]   23/24
catches [2]   174/1 175/23
caught [2]   170/8 175/5
caused [2]   3/22 178/10
causes [1]   64/20
cellphone [2]   104/6 140/15
center [1]   105/15
central [2]   59/12 66/1
certifications [1]   187/25
certify [1]   229/18
cetera [1]   9/7
Champion [4]   67/24 68/2
80/17 86/9
chance [2]   161/9 161/10
chances [1]   91/21
change [9]   13/19 16/25 65/6
67/1 131/7 138/9 164/23
165/1 170/25
changed [7]   13/18 130/4
130/6 131/8 171/5 171/6
171/10
changes [3]   16/11 166/20
174/3
changing [4]   100/2 100/11
100/17 122/21
character [3]   4/7 179/8
182/8
characterization [1]   146/19
charge [7]   13/14 13/15 13/20
25/7 25/8 91/5 151/1
charged [4]   16/25 144/9
151/19 157/7
charges [6]   16/21 30/4 31/20
34/12 51/12 51/13
charging [3]   144/11 157/13
157/23
check [8]   23/22 24/1 24/24
25/1 75/18 77/10 166/21
182/13
checks [14]   7/23 11/4 11/13
13/13 13/14 28/5 28/20
63/21 78/9 78/10 78/13 79/4
146/14 163/11
chemist [1]   102/4
child [2]   100/19 100/21
children [8]   7/9 165/19
166/16 169/1 170/24 172/13
177/25 179/4
chore [2]   59/4 59/5
Christmastime [1]   88/10
circle [3]   79/8 79/13 106/22
circumstances [2]   39/23
168/7
City [1]   120/2
CIVIL [1]   1/3
claim [5]   3/20 55/16 63/1
86/11 176/20
claimed [3]   55/9 55/10 132/3
claims [9]   20/1 22/2 25/24
27/10 29/7 31/9 33/18 117/3
134/22
clarify [4]   120/21 131/1
132/19 138/10
clarity [1]   62/20
clear [3]   34/7 45/9 155/17
cleared [2]   130/17 138/6
clearly [3]   53/6 76/2 156/11
client [5]   36/22 74/2 74/6
83/6 135/2
clients [1]   81/7
close [2]   111/10 144/3

**closed [1]**   179/15
**closing [1]**   112/19
**CM [1]**   1/19
**collect [4]**   31/1 63/21 76/6
154/20
**collection [2]**   116/17 159/14
**collector [8]**   28/9 79/11
116/16 127/23 127/24 128/7
128/10 128/12
**column [2]**   124/18 124/20
**come [14]**   6/10 9/14 14/1
15/1 26/25 42/20 77/22 79/8
86/18 93/3 142/24 144/11
155/11 168/6
**comes [4]**   67/22 97/24 145/2
145/19
**comfortable [1]**   82/8
**coming [5]**   6/11 39/15 39/18
84/20 166/14
**command [1]**   114/6
**comment [2]**   122/3 122/13
**comments [1]**   146/16
**commercial [1]**   135/18
**commission [1]**   89/6
**Commissioner [1]**   120/2
**commitment [1]**   79/2
**Common [2]**   44/23 150/12
**Commonwealth [5]**   115/8
115/12 116/16 137/2 137/5
**communication [9]**   28/1 28/7
28/20 42/22 43/4 55/2 55/13
58/24 129/15
**communications [5]**   45/19
56/23 153/14 153/19 154/15
**companies [4]**   8/1 63/1 67/22
80/14
**company [11]**   38/20 46/11
62/18 67/14 67/18 67/23
86/12 98/15 108/14 115/8
137/6
**compare [1]**   165/8
**comparing [1]**   66/9
**compensation [3]**   86/15 87/20
89/10
**competently [1]**   137/11
**complained [1]**   176/22
**complaint [20]**   44/12 44/14
44/21 45/3 45/13 48/2 49/1
49/15 70/9 133/16 134/1
134/19 136/16 140/8 149/23
150/3 154/23 155/19 184/23
185/9
**complete [1]**   12/2
**completely [6]**   19/13 90/25
165/2 168/19 169/22 170/1
**complied [1]**   48/13
**compose [1]**   51/18
**computer [1]**   168/1
**concentrate [1]**   165/4
**concept [1]**   129/5
**concerned [2]**   39/14 46/10
**concerning [1]**   104/3
**conclude [2]**   69/8 116/1
**concludes [1]**   115/22
**conclusion [1]**   134/25
**conclusions [5]**   4/9 76/15
185/25 186/9 186/12
**conclusions of [1]**   186/12
**conduct [8]**   150/25 151/12
151/24 152/4 158/25 160/20
161/23 178/8

**conference [1]**   113/13
**conferences [2]**   15 115/6
**confirmed [2]**   48/7 149/3
**confused [1]**   186/5
**conjecture [1]**   79/25
**consent [2]**   21/4 23/8
**consider [1]**   187/6
**considering [3]**   2/17 97/21
125/7
**consistent [1]**   167/1
**constantly [1]**   166/20
**construction [1]**   61/18
**consumer [3]**   124/17 124/21
135/17
**contact [5]**   28/13 39/5 45/21
82/18 82/21
**contacted [2]**   175/12 179/21
**contain [1]**   114/13
**contained [5]**   26/11 70/20
138/16 153/21 169/25
**continue [8]**   32/25 36/25
56/19 57/24 61/7 83/13
123/19 139/19
**contract [1]**   81/10
**contractor [1]**   8/17
**contrary [1]**   185/19
**contrast [1]**   165/8
**control [4]**   66/12 66/13
174/7 174/9
**Controlled [1]**   59/20
**conversation [27]**   24/7 24/21
45/18 47/5 50/5 51/10 52/5
52/9 53/19 54/4 54/19 55/25
55/3 55/4 61/11 63/24 146/6
146/9 147/1 147/7 148/16
148/24 163/24 164/12 164/19
165/7 181/2
**conversations [2]**   61/25
64/13
**coordinating [1]**   91/1
**coordination [1]**   94/6
**copy [17]**   10/13 12/13 13/2
17/16 17/19 41/17 44/11
44/21 45/13 55/12 60/12
70/1 70/9 71/4 71/7 186/25
187/1
**core [1]**   68/4
**corner [1]**   119/18
**corporate [3]**   80/8 80/9
80/19
**Corporation [1]**   14/12
**Corporation's [1]**   48/16
**Corporations [1]**   48/7
**correct [154]**   29/25 30/1
36/23 36/24 45/14 65/22
66/22 70/6 72/16 72/20
72/23 73/2 73/10 74/18
74/21 74/25 75/14 75/25
76/9 76/12 83/19 86/3 86/19
89/21 91/12 92/15 94/3
98/24 100/25 101/17 104/20
107/7 112/11 114/4 114/5
114/7 114/8 114/10 114/11
114/14 114/15 114/19 114/24
115/3 115/16 115/17 115/19
115/20 115/24 116/6 116/9
117/6 117/8 117/12 117/15
117/21 117/24 118/7 118/11
118/15 118/18 118/22 118/23
118/25 119/1 119/4 119/8
119/22 120/19 121/16 122/2
122/11 123/5 123/7 123/25
124/9 124/14 124/18 124/19

124/22 125/1 125/2 125/5
125/12 125/16 125/23 126/8 126/11
126/12 126/14 127/9 127/10
127/17 127/18 127/20 127/21
127/23 128/3 128/5 128/11
128/18 128/20 128/23 129/16
130/23 131/24 131/25 132/5
132/23 133/4 134/23 136/1
136/14 149/12 149/16 150/5
150/13 151/2 151/3 151/9
151/10 151/15 151/21 151/22
152/6 152/14 153/4 153/11
153/12 153/16 154/18 155/23
155/24 156/3 156/4 156/6
156/9 156/10 156/14 156/18
156/20 157/8 157/16 157/21
158/2 159/1 159/15 162/18
162/19 170/20 172/4 176/5
176/6 177/11 229/18
**correctly [2]**   102/22 120/5
**correspondence [2]**   18/14
185/13
**corresponding [1]**   72/13
**cost [2]**   60/25 61/2
**costs [2]**   57/13 57/25
**could [23]**   7/3 11/8 25/19
28/21 28/22 31/7 32/14
42/20 46/25 48/11 61/17
63/12 63/13 68/25 70/8
70/24 79/6 88/22 89/12
102/12 102/17 103/20 115/25
132/17 132/17 133/1 139/3
157/7 159/3 159/7 166/22
170/12 170/15 172/1 172/21
173/19
**couldn't [8]**   3/9 3/9 3/19
54/7 54/9 54/9 58/19 94/3
**counsel [32]**   2/6 2/24 3/1
5/12 6/15 6/16 6/24 24/6
42/18 45/10 45/12 60/1
73/18 74/8 78/22 80/2 118/5
118/14 119/23 122/21 123/20
131/14 137/14 137/25 150/20
156/24 169/12 173/18 176/25
181/9 185/23 188/8
**counsel's [1]**   159/8
**count [1]**   184/23
**counted [1]**   145/1
**County [3]**   44/24 123/3
150/13
**couple [2]**   80/3 187/19
**course [9]**   60/22 150/24
151/12 151/23 152/4 158/25
160/19 161/23 162/18
**court [27]**   1/1 1/20 2/1 2/14
3/18 5/6 6/17 44/23 50/4
55/17 55/19 69/15 71/3
73/13 73/18 122/17 123/13
134/13 137/12 139/10 150/11
150/12 161/6 186/3 187/23
188/9 188/11
**Court's [1]**   169/9
**courtroom [2]**   47/24 119/2
**cover [4]**   95/19 95/25 96/3
96/7
**cover for [1]**   96/3
**covered [3]**   61/1 96/7 96/8
**covers [1]**   4/13
**CR [21]**   58/19 59/19 59/20
60/6 60/16 60/18 60/19
60/23 61/2 61/4 61/7 83/18
84/2 102/12 102/21 103/1
103/10 104/3 106/21 106/21

**C**

CR... **[1]**   106/22
**Cranston [1]**   67/19
**created [1]**   133/11
**credit [39]**   9/18 9/21 10/13
  10/21 11/5 11/6 11/12 15/22
  20/15 20/23 22/20 23/1
  25/20 28/22 32/6 32/11
  32/24 33/2 35/12 35/13
  35/14 70/15 70/15 117/11
  124/17 124/21 126/20 128/15
  134/14 135/24 135/25 136/10
  136/13 139/4 151/14 156/23
  161/11 161/12 163/19
**creditors [2]**   176/1 176/3
**crew [2]**   64/19 95/6
**cross [10]**   69/9 71/14 71/15
  113/11 135/11 135/14 169/5
  169/6 169/10 229/2
**cross-examination [6]**   69/9
  71/14 71/15 135/11 169/5
  169/6
**cue [1]**   95/1
**cure [4]**   155/2 155/15 155/22
  158/23
**curiosity [2]**   3/3 80/4
**current [1]**   71/10
**currently [1]**   166/14
**CURTIS [1]**   1/10
**custodian [1]**   114/23
**customary [1]**   118/16
**customer's [1]**   138/8
**cycle [2]**   109/22 109/24

**D**

**Daddy [2]**   66/4 66/5
**daily [5]**   166/21 166/22
  171/4 171/11 186/25
**damage [2]**   19/12 177/1
**damages [3]**   3/25 91/18 100/3
**data [2]**   94/18 124/8
**date [31]**   15/6 31/18 33/1
  34/11 45/21 57/22 70/6
  93/25 112/18 115/23 120/25
  122/3 140/8 141/7 141/14
  141/24 141/25 142/12 143/3
  143/5 143/7 143/8 152/25
  153/3 153/11 155/23 156/3
  156/5 157/16 174/11 229/23
**dated [12]**   20/2 22/3 25/25
  27/11 27/15 29/8 31/9 33/19
  75/24 118/4 118/11 156/8
**dates [4]**   48/20 121/22 142/5
  145/16
**dating [1]**   185/13
**day [35]**   3/21 8/24 35/22
  46/23 47/9 47/14 49/8 49/12
  59/15 59/16 67/2 67/2 89/15
  96/17 96/18 97/14 97/14
  103/6 103/17 112/20 114/14
  115/19 141/8 142/11 142/16
  142/19 143/16 164/2 164/4
  164/6 164/7 166/18 172/20
  187/1 188/10
**days [24]**   16/14 47/12 55/2
  89/13 98/16 105/20 106/10
  106/14 112/18 142/2 142/3
  142/21 142/22 142/23 143/13
  143/18 143/21 143/25 143/25
  144/4 145/1 145/16 175/16
  175/17
**deadbeat [1]**   65/20

**deadline [1]**   26/23
**deadlines [1]**   26/17
**deal [2]**   34/14 63/19
  74/15
**dealing [8]**   24/16 61/13 62/9
  62/11 63/18 64/19 68/17
  174/6
**deals [1]**   8/22
**dealt [1]**   174/5
**death [2]**   66/9 66/10
**debt [12]**   29/9 31/1 79/11
  116/16 116/17 127/23 127/24
  128/6 128/10 128/12 154/25
  159/13
**December [5]**   11/2 13/12 22/4
  22/20 89/10
**December 2015 [1]**   89/10
**December 2019 [1]**   11/2
**December 5th [2]**   22/4 22/20
**decided [5]**   26/19 34/24 35/5
  49/19 153/2
**deciding [1]**   112/10
**decision [2]**   35/10 154/8
**declaration [2]**   26/11 132/2
**declare [2]**   26/8 131/22
**declared [8]**   29/19 31/16
  34/1 34/9 76/11 77/2 152/23
  153/6
**declaring [1]**   35/4
**deepest [2]**   51/19 51/20
**default [47]**   20/15 22/19
  24/4 26/9 26/11 29/19 29/21
  29/22 29/24 31/16 31/19
  32/9 33/4 34/1 34/9 35/5
  41/23 76/9 76/12 76/19 77/2
  77/7 79/2 111/18 111/24
  122/2 122/3 122/11 123/4
  131/23 132/2 138/23 139/5
  141/13 141/14 141/17 141/24
  145/7 152/11 152/23 153/6
  154/11 155/23 157/12 158/13
  158/13 158/15
**defaulted [2]**   112/17 158/10
**defend [1]**   3/23
**defendant [4]**   1/17 2/11
  17/20 74/9
**Defendant's [1]**   111/10
**defending [2]**   57/1 57/25
**defense [7]**   3/16 5/1 6/24
  57/13 57/21 182/24 184/14
**define [1]**   127/24
**defined [1]**   128/2
**definitely [1]**   100/19
**definition [1]**   128/1
**definitively [2]**   102/10
  102/18
**degree [4]**   8/14 102/2 126/1
  174/2
**delinquency [1]**   34/11
**deliver [1]**   182/13
**delivery [4]**   97/15 97/18
  97/21 97/22
**demand [2]**   154/16 156/13
**denied [1]**   2/13
**department [4]**   172/4 172/6
  172/18 173/11
**depend [1]**   167/13
**depending [2]**   158/11 187/12
**depends [3]**   66/23 89/12
  110/11
**deposed [4]**   5/15 5/16 114/9
  129/21
**deposit [2]**   14/12 163/11
**deposition [29]**   4/20 5/5 6/1

  17/23 17/25 47/22 58/15
  58/21 59/1 100/13
  103/12 108/7 108/14 108/21
  114/14 114/17 114/18 114/22
  130/3 130/19 130/20 137/23
  138/4 147/23 148/4 148/20
  162/9 184/7
**depressed [2]**   165/5 173/14
**depression [2]**   51/19 87/23
**describe [3]**   18/22 64/3
  163/9
**described [7]**   41/18 58/5
  60/13 60/23 112/17 130/16
  163/24
**describing [4]**   55/13 129/22
  129/25 168/8
**deserve [12]**   43/1 50/15
  50/16 51/16 51/16 52/7
  52/16 52/18 53/12 54/12
  54/23 79/21
**deserved [1]**   79/22
**design [1]**   163/18
**destroyed [1]**   85/14
**detailed [1]**   55/7
**details [1]**   42/8
**determination [3]**   137/14
  137/18 157/7
**determined [2]**   103/6 131/22
**did [166]**   9/14 9/20 10/7
  10/23 10/24 12/21 14/1
  14/18 15/1 16/5 16/8 16/11
  16/14 16/18 16/21 16/24
  17/19 18/6 19/19 20/19
  21/16 22/23 23/11 23/19
  24/8 24/13 24/14 24/20
  24/22 24/23 25/1 25/7 25/18
  26/25 28/18 29/1 29/2 37/14
  37/23 38/8 38/22 38/24 39/4
  39/5 39/5 39/9 41/14 42/16
  43/1 45/12 45/19 45/22
  45/25 46/21 47/5 47/21 54/3
  54/11 54/19 55/1 56/22 60/6
  60/22 60/25 61/12 62/2 62/5
  62/14 63/17 64/12 65/5 67/7
  68/1 74/2 75/15 76/5 77/21
  77/22 78/4 78/7 78/13 79/18
  79/20 81/1 82/17 84/10 86/8
  91/14 92/9 92/14 92/14
  93/11 94/14 94/14 94/15
  94/16 94/25 95/1 96/23
  96/25 97/13 97/25 100/21
  101/7 102/21 103/23 105/14
  107/2 107/17 108/12 108/14
  108/16 108/22 115/15 116/10
  116/21 119/5 125/12 125/24
  131/6 138/11 138/13 146/24
  147/9 148/25 149/1 149/14
  149/17 150/16 158/13 158/22
  160/24 161/9 161/10 161/13
  163/19 163/22 164/16 164/23
  165/1 167/18 168/6 168/9
  168/9 168/10 170/24 171/20
  172/3 172/6 172/11 172/13
  172/13 173/13 173/23 174/8
  174/15 174/19 176/1 177/16
  178/14 179/10 180/17 180/24
  181/4 181/19 181/22
**didn't [54]**   25/6 38/9 38/21
  39/1 45/9 45/13 47/7 50/19
  52/7 52/15 53/24 54/17
  58/25 62/13 65/12 68/3 74/2
  74/24 76/19 77/20 77/25
  78/6 79/10 79/21 88/14

**didn't... [29]**   90/18 94/6
94/9 96/3 104/4 104/5
105/17 107/9 108/18 109/1
109/5 116/8 129/2 131/5
147/1 149/14 149/15 151/23
152/10 158/8 165/15 168/4
173/6 179/11 179/12 180/14
180/20 183/14 183/17
**diem [4]**   144/23 144/24
145/13 145/13
**difference [13]**   68/14 68/19
102/11 102/12 102/14 102/18
128/6 137/16 150/9 159/23
160/1 160/2 171/12
**different [17]**   13/20 17/3
18/19 18/23 81/12 89/3
89/16 89/17 90/25 106/21
110/12 110/16 121/22 121/23
132/23 151/20 165/9
**differing [1]**   158/14
**difficult [3]**   90/12 121/1
168/23
**difficulties [2]**   61/13 62/2
**diligence [1]**   125/7
**dipped [1]**   65/3
**dips [1]**   85/4
**direct [9]**   7/1 34/3 74/15
113/16 135/8 141/17 162/15
169/9 229/2
**direct's [1]**   135/13
**directed [1]**   122/19
**directing [3]**   20/18 22/22
141/20
**direction [2]**   92/5 92/7
**directly [1]**   68/6
**disaster [1]**   175/15
**disclose [1]**   3/9
**Disclosure [1]**   10/13
**discontinue [1]**   16/1
**discuss [3]**   61/12 62/2
146/12
**discussed [4]**   37/25 38/1
41/13 129/6
**discussing [1]**   117/5
**discussion [3]**   3/6 62/5
113/25
**discussions [3]**   3/13 3/20
83/8
**dismissed [1]**   184/24
**dispute [11]**   20/5 22/6 26/2
27/13 29/11 31/12 33/22
37/20 37/22 115/6 115/11
**disrespect [1]**   2/21
**district [3]**   1/1 1/1 171/2
**divide [2]**   144/23 145/12
**divided [2]**   67/23 97/1
**do [213]**   2/18 5/20 7/7 7/9
7/17 7/19 7/20 8/7 8/8 8/15
8/15 8/16 9/5 11/6 11/15
11/17 11/19 11/21 13/21
14/6 15/5 15/8 17/5 17/7
17/8 17/13 18/14 19/9 20/5
22/6 23/20 24/8 24/10 26/2
27/6 27/8 27/13 29/11 29/16
29/17 29/24 31/12 32/23
33/4 33/22 39/4 41/10 42/16
43/6 43/11 43/16 48/3 48/3
48/6 48/8 48/10 49/11 51/14
51/22 51/22 51/23 52/12
52/12 52/17 53/14 53/14
54/1 54/15 55/5 57/6 59/1

61/7 64/9 64/12 64/15 64/21
67/11 68/14 68/18 70/15
72/1 75/13 79/10 79/14
79/16 81/1 81/9 85/25 85/25
87/2 88/12 89/6 90/7 90/8
90/19 91/5 91/6 91/9 91/15
91/18 91/21 93/4 93/19
93/22 94/9 94/19 94/24 95/1
95/15 95/25 96/6 97/8 97/10
98/11 98/14 99/3 103/2
103/8 103/23 103/25 105/25
106/17 108/8 109/1 109/17
109/20 111/5 111/17 111/18
112/2 112/8 113/8 113/19
115/2 115/6 115/13 115/14
116/3 120/8 124/4 126/2
126/22 126/24 127/1 127/3
127/5 127/13 127/14 129/11
129/21 129/24 129/25 133/20
133/21 133/22 135/14 137/7
138/3 140/11 141/2 142/1
142/24 145/11 146/6 146/13
146/19 146/21 146/22 146/25
147/24 148/3 148/4 148/11
148/16 148/17 148/22 149/14
151/13 155/11 160/8 161/17
161/19 163/4 163/7 163/7
163/10 164/2 165/18 165/19
166/8 166/11 166/18 166/19
166/19 174/3 174/11 174/16
176/23 177/6 177/12 179/10
179/11 180/17 180/20 181/14
182/3 185/19 186/20 187/17
**docket [1]**   70/1
**doctor [6]**   58/16 58/17 58/18
59/15 59/18 102/8
**doctor's [1]**   104/2
**document [52]**   13/5 13/10
17/5 17/7 17/17 17/19 27/7
33/9 33/11 37/6 48/15 57/6
68/7 71/6 74/1 112/8 114/13
115/14 115/16 115/22 116/22
118/20 120/4 120/7 120/17
120/24 121/10 121/12 121/22
122/4 125/9 126/6 127/7
127/15 127/16 127/19 127/22
128/2 128/10 128/13 128/16
129/4 133/9 133/11 133/20
133/23 134/9 136/21 138/15
138/17 139/21 155/9
**documentation [1]**   19/19
**documents [9]**   81/7 112/3
117/19 121/23 123/6 125/3
150/12 151/20 152/16
**does [94]**   7/20 7/25 8/2 18/9
18/13 20/10 20/14 20/25
21/3 21/8 22/12 22/16 22/19
23/4 23/7 26/8 26/15 26/18
26/22 27/22 28/13 29/14
29/18 30/9 30/25 31/15
31/18 31/22 31/25 32/3 32/6
33/5 33/6 33/11 33/14 33/25
34/8 34/11 34/15 34/18
34/21 34/24 37/5 37/8 37/11
41/23 42/8 42/12 49/1 56/9
56/12 56/15 56/18 57/12
59/20 67/1 68/7 68/11 70/7
74/10 74/11 76/3 78/19
78/24 91/22 97/12 104/19
106/24 109/12 109/13 110/9
110/10 112/9 112/25 122/17
128/10 130/15 133/25 134/9

136/2 136/10 136/12 137/1
150/23 150/23 150/8
153/2 153/6 156/20 161/22
167/1 177/23 182/12
**doesn't [15]**   9/5 42/10 52/1
56/1 88/19 90/14 98/9
110/18 127/22 134/3 137/16
153/8 156/13 182/1 182/2
**doing [11]**   2/19 10/2 79/7
79/23 91/23 92/2 92/11 93/2
93/2 97/16 151/9
**dollars [2]**   54/5 97/11
**don't [113]**   2/10 3/5 3/13
6/18 12/16 23/22 24/12 25/4
29/21 29/22 37/16 37/18
37/19 41/12 42/14 46/16
50/15 50/15 50/18 50/21
50/25 51/16 51/16 51/25
51/25 52/7 52/8 52/9 52/9
52/16 52/17 52/19 53/7
53/12 53/15 54/2 54/12
54/16 54/23 55/17 58/23
60/10 61/10 64/22 66/15
83/4 86/23 86/24 87/1 87/1
90/7 90/7 90/8 90/12 92/5
92/8 92/9 92/18 93/4 93/22
96/7 98/6 98/6 98/11 100/5
101/11 101/12 109/7 113/4
115/5 115/11 115/21 115/22
116/3 116/4 116/7 116/11
120/17 121/4 123/1 125/16
128/14 129/1 129/3 132/1
133/15 136/6 143/2 144/14
147/4 147/10 148/1 148/8
153/17 154/19 155/2 155/3
155/4 159/10 159/18 160/14
164/22 168/25 170/7 170/16
170/18 173/1 173/16 173/16
176/3 176/16 186/2 187/14
**done [12]**   51/24 56/7 77/14
79/15 88/9 88/9 90/9 110/22
120/18 135/7 143/18 179/2
**Donegan [6]**   5/11 118/6
118/14 118/21 119/20 119/25
**Donegan's [1]**   120/13
**dosage [1]**   106/17
**doubled [1]**   91/22
**down [24]**   24/3 35/24 39/5
72/7 72/11 78/22 88/13
93/23 94/23 109/13 124/16
162/3 165/2 165/22 166/2
170/9 171/7 171/16 171/22
176/2 176/4 176/8 179/14
182/18
**downstairs [2]**   172/23 173/1
**downward [1]**   64/5
**draw [2]**   11/12 55/14
**drawing [2]**   25/19 111/4
**draws [2]**   20/22 23/1
**drink [2]**   103/8 168/1
**drinking [1]**   167/18
**drive [1]**   171/9
**drop [1]**   88/5
**due [17]**   15/14 16/9 16/18
30/11 32/4 34/22 41/24
42/10 49/3 63/14 75/8 112/6
125/7 130/4 154/21 155/16
156/3
**duly [3]**   6/13 113/15 162/14
**during [19]**   14/19 16/12
16/15 16/25 18/2 25/17
30/10 32/3 32/18 40/25 50/5
61/11 74/15 99/1 125/6

**during... [4]**  130/20 138/11
139/13 149/10
**duties [1]**  167/16

**E**

**E-mail [6]**  56/8 85/11 101/10
141/8 143/8 159/25
**E-mails [1]**  64/17
**each [5]**  11/25 13/20 56/5
67/21 166/21
**earlier [3]**  126/21 132/20
145/1
**early [2]**  101/16 126/7
**earn [1]**  89/6
**earnings [4]**  83/17 89/25
90/1 99/3
**earth [1]**  81/13
**easier [1]**  12/1
**easiest [1]**  64/21
**Easter [1]**  110/13
**EASTERN [1]**  1/1
**economic [1]**  86/10
**education [2]**  8/10 163/16
**effect [5]**  3/10 33/1 66/6
66/7 102/16
**effective [3]**  115/23 122/17
152/25
**EICHEN [2]**  1/14 107/12
**Eight [1]**  126/6
**either [9]**  9/6 15/20 21/19
23/13 27/23 61/25 89/1
121/1 121/11
**electronic [1]**  71/4
**elevator [1]**  171/22
**else [15]**  3/10 4/16 7/7 47/9
66/8 82/5 92/20 93/3 110/15
162/1 180/17 180/20 181/9
182/15 184/3
**embarrassingly [1]**  104/1
**Emotionally [1]**  100/3
**employee [2]**  86/15 118/25
**empty [1]**  167/19
**end [2]**  3/21 63/22
**endorsed [1]**  140/3
**engaged [4]**  116/17 135/15
135/20 149/7
**engaging [2]**  165/10 166/11
**engulfed [2]**  170/6 170/10
**enough [4]**  4/9 45/1 61/10
96/23
**enter [1]**  9/20
**entered [6]**  9/15 39/25 76/18
80/7 80/23 82/5
**entertain [1]**  4/17
**entire [7]**  161/10 161/10
161/12 169/24 170/5 170/9
170/11
**entirely [1]**  187/10
**entirety [1]**  72/23
**entities [3]**  67/21 80/9
80/16
**entitle [1]**  158/1
**entitled [2]**  3/25 229/20
**entity [5]**  8/5 48/17 80/9
163/7 163/10
**equal [1]**  167/16
**equally [1]**  127/3
**equation [1]**  145/18
**equity [4]**  35/18 177/3
178/17 180/2
**Eric [1]**  45/20

**ERIK [1]**  1/17
**escaped [1]**  150/16 160/11
**escaped [1]**  172/3
**especially [1]**  85/13
**ESQUIRE [2]**  1/14 1/17
**establish [1]**  91/17
**established [1]**  100/24
**estimate [1]**  39/10
**estimation [1]**  88/1
**et [1]**  9/7
**even [15]**  42/10 51/21 53/21
54/6 55/15 75/6 77/14 100/4
100/5 118/24 144/10 144/14
151/6 157/14 157/25
**event [4]**  72/7 72/12 72/13
147/6
**ever [41]**  9/14 14/1 14/18
15/1 17/16 21/16 23/11
24/23 25/18 26/25 28/18
37/23 42/21 42/24 46/25
49/18 51/20 54/20 54/21
61/12 62/15 66/7 81/25 89/4
99/16 104/6 138/12 147/16
149/11 149/11 152/13 153/14
153/23 154/4 154/16 154/24
176/22 179/2 181/14 181/19
181/21
**every [18]**  17/2 36/4 39/16
77/13 91/7 94/10 94/14
97/15 103/2 105/20 105/21
106/4 106/10 106/14 107/5
110/11 140/25 166/18
**everybody [4]**  165/11 175/4
175/19 175/21
**everyone [2]**  51/6 91/25
**everyone's [1]**  101/14
**everything [20]**  19/22 53/22
63/14 66/15 68/5 82/5 84/17
101/10 101/10 101/13 101/15
110/16 129/2 166/25 170/8
171/7 175/12 175/14 177/24
187/12
**evidence [15]**  2/15 5/7 70/18
71/2 71/11 134/16 134/22
161/3 182/21 183/5 183/6
183/10 185/5 185/25 188/2
**exactly [2]**  25/6 109/15
**examination [15]**  7/1 69/9
71/14 71/15 83/13 111/1
113/16 123/20 135/11 147/21
159/21 162/15 169/5 169/6
181/10
**examples [1]**  167/4
**exceed [2]**  32/22 139/17
**Excel [1]**  144/2
**except [2]**  46/10 71/9
**excerpts [4]**  4/21 5/6 6/1
162/9
**excess [2]**  18/11 177/2
**exclude [1]**  185/5
**Excuse [1]**  108/3
**exercise [1]**  149/7
**exhibit [134]**  5/11 6/23
10/12 12/6 12/13 12/16
12/24 15/23 16/5 17/5 18/9
19/25 20/14 20/19 21/8 21/9
21/19 21/23 22/1 22/9 22/23
23/13 23/17 25/23 26/5 26/8
26/15 26/18 26/22 27/5
27/17 28/14 29/6 29/9 29/14
29/18 30/3 30/7 30/9 30/21
30/25 31/3 31/8 31/10 31/15

31/18 32/7 32/13 33/7 33/17
34/17 34/18 35/5 37/5 41/17
44/21 45/2 48/12 49/2 49/15
55/12 56/22 57/6 60/10
60/15 67/12 68/11 69/25
70/9 70/12 70/12 71/18
71/21 73/7 73/8 73/21 75/25
85/25 87/15 98/19 99/6
104/11 107/5 107/11 111/4
111/8 111/10 114/12 115/6
117/16 117/16 117/20 117/24
118/2 118/18 119/11 119/13
119/15 119/16 121/14 122/8
124/7 124/23 126/3 126/19
127/12 128/15 129/5 129/19
130/10 132/12 133/16 136/17
137/22 138/20 139/4 141/9
150/1 151/15 152/18 154/16
154/24 155/18 155/19 156/23
159/6 160/23 161/13 161/22
163/20 163/21 176/11 176/12
176/14
**Exhibit 1 [12]**  10/12 12/6
15/23 32/7 71/21 117/16
129/5 139/4 160/23 161/13
161/22 163/20
**Exhibit 10 [3]**  22/9 22/23
23/13
**Exhibit 11 [2]**  23/17 26/15
**Exhibit 13 [8]**  26/9 29/18
30/3 30/7 30/9 30/21 30/25
31/3
**Exhibit 14 [4]**  31/8 31/10
31/18 33/7
**Exhibit 15 [1]**  132/12
**Exhibit 17 [2]**  154/24 155/18
**Exhibit 173 [1]**  159/6
**Exhibit 18 [2]**  55/12 154/16
**Exhibit 3 [6]**  12/16 117/16
136/17 163/21 176/11 176/12
**Exhibit 32 [1]**  115/6
**Exhibit 34 [2]**  57/6 107/11
**Exhibit 35 [2]**  104/11 107/5
**Exhibit 6 [3]**  119/11 119/16
121/14
**Exhibit 7 [2]**  17/5 141/9
**Exhibit 8 [2]**  16/5 73/8
**Exhibit 9 [6]**  20/14 20/19
21/8 21/9 21/19 21/23
**Exhibit binders [1]**  98/19
**Exhibit E [2]**  45/2 155/19
**Exhibit is [1]**  138/20
**Exhibit Number [2]**  5/11
19/25
**Exhibit Number 11 [1]**  25/23
**exhibit numbers [1]**  71/18
**Exhibit was [1]**  119/15
**exhibited [2]**  43/20 168/6
**exhibits [16]**  4/21 5/7 56/21
117/15 122/25 129/9 153/22
154/8 154/15 183/7 183/10
183/22 184/6 184/10 184/14
185/12
**existed [2]**  41/23 151/4
**existing [1]**  36/17
**expect [2]**  77/3 78/13
**expected [1]**  78/10
**expecting [3]**  75/17 76/7
78/9
**expense [1]**  19/16
**expenses [5]**  86/18 86/24
86/25 87/4 87/11
**experience [4]**  67/7 68/16

# E

**experience... [2]** 68/23
173/14
**experienced [1]** 67/9
**expert [1]** 137/10
**expertise [1]** 109/17
**expiration [1]** 36/15
**expire [1]** 11/2
**expired [3]** 36/8 36/13 36/14
**explain [7]** 50/4 80/15 90/13
98/17 138/2 160/1 169/18
**explained [2]** 46/4 50/8
**explaining [3]** 28/20 53/10
149/19
**explanation [2]** 13/15 42/7
**exposed [3]** 178/13 179/3
179/4
**extent [2]** 71/9 103/15
**extraordinary [3]** 147/5
147/6 147/8

# F

**face [1]** 170/13
**fact [34]** 2/14 4/9 5/21 5/23
32/10 35/21 38/10 55/15
59/10 73/21 76/15 77/25
78/5 87/3 93/13 93/13 93/15
93/15 118/7 118/15 118/22
121/24 126/10 130/20 132/1
132/7 153/13 154/14 171/22
171/24 172/19 185/24 186/6
186/11
**fact-finder [1]** 2/14
**factories [1]** 88/25
**factoring [1]** 97/18
**facts [1]** 186/9
**failure [1]** 176/22
**Fair [3]** 78/8 96/23 159/13
**fall [4]** 110/21 168/3 168/11
168/13
**familiar [1]** 4/7
**family [14]** 50/17 50/18 51/2
51/8 52/9 52/11 52/13 52/22
59/2 59/3 85/15 100/6
123/24 124/13 124/13
**family-wise [1]** 59/2
**fantastic [1]** 88/21
**far [12]** 38/1 39/14 46/3
101/12 109/14 147/7 148/2
166/14 171/11 174/7 175/15
178/13
**Fargo [4]** 50/23 51/1 176/5
177/7
**fashion [1]** 61/17
**father [1]** 131/20
**father's [1]** 132/2
**favorable [3]** 97/20 97/23
144/17
**favors [1]** 6/1
**fax [1]** 11/19
**FDCPA [2]** 3/20 3/24
**FDIC [48]** 14/11 14/15 14/18
15/2 18/15 20/2 20/19 22/3
22/23 23/21 23/22 24/2
24/20 24/23 25/14 25/17
25/18 25/24 26/19 27/1
27/10 38/17 41/1 75/11
75/24 76/2 76/11 77/3 78/16
111/16 112/9 117/8 118/6
120/1 124/9 124/25 125/4
125/8 125/12 125/19 126/10
127/3 127/16 150/24 152/13

179/21 180/1 180/23
**February [9]** 141/13 142/3
142/6 142/7 142/9 142/10
144/25 145/4 150/5
**February 11th [1]** 150/5
**February 20th [5]** 141/13
142/3 142/10 144/25 145/4
**federal [2]** 14/12 159/11
**fee [1]** 77/11
**feel [11]** 54/3 58/20 63/17
64/24 65/7 65/19 66/15 82/8
85/7 102/15 183/7
**feeling [3]** 58/20 66/10
66/11
**feels [1]** 168/19
**fees [10]** 3/3 49/9 54/6 55/9
56/2 57/12 57/24 107/14
187/22 187/24
**feet [3]** 170/15 170/17
172/21
**FELLHEIMER [5]** 1/14 99/18
99/21 107/12 131/7
**felt [5]** 51/4 52/21 65/17
82/14 103/5
**few [16]** 4/2 7/22 47/12
59/24 60/8 61/4 64/18 65/1
67/25 68/2 77/13 89/13
96/14 130/18 143/23 158/21
**field [1]** 167/7
**figure [6]** 46/9 49/10 58/11
88/3 128/7 143/4
**figures [6]** 3/10 40/7 136/11
140/22 154/1 154/4
**file [1]** 101/11
**filed [28]** 2/11 3/23 4/8
43/6 44/12 44/22 48/1 55/16
55/19 55/22 57/14 70/2 70/9
86/21 119/14 120/10 120/14
120/24 121/10 121/25 123/2
125/13 125/19 133/17 140/9
150/12 185/2 187/6
**filing [1]** 120/18
**fill [3]** 167/1 167/2 167/2
**filled [4]** 88/25 103/3
105/20 169/20
**filmed [1]** 71/4
**final [3]** 116/22 152/21
160/13
**finance [12]** 13/14 13/15
13/20 25/7 25/8 30/4 31/19
34/12 51/12 51/13 77/11
126/1
**finances [1]** 162/25
**financial [28]** 1/7 5/12 15/2
17/20 27/2 28/25 29/7 29/16
30/19 35/25 46/24 48/19
74/17 74/20 75/14 76/8 78/9
79/16 79/18 100/12 100/14
100/22 113/23 116/15 135/15
135/16 152/22 185/14
**Financially [3]** 68/24 99/19
99/20
**find [6]** 32/12 46/14 46/22
169/20 172/13 179/7
**finder [1]** 2/14
**findings [5]** 4/8 185/24
186/6 186/9 186/11
**fine [7]** 4/15 65/2 79/15
94/9 97/8 110/6 140/20
**fine-tune [1]** 110/6
**finish [1]** 56/6
**fire [46]** 19/1 19/8 19/11

19/21 46/9 52/13 91/21
93/18 104/11 146/11 147/6
169/15 169/18 169/21 169/23
170/6 170/8 170/10 170/19
172/3 172/4 172/6 172/16
172/18 172/24 172/24 173/3
173/7 173/9 173/11 173/13
173/17 173/22 174/1 174/4
174/7 174/9 174/11 174/14
175/5 175/20 175/23 176/21
177/17 177/19 178/3
**firm [3]** 57/10 57/17 82/22
**first [38]** 17/23 17/24 31/3
34/4 46/2 47/10 49/5 72/9
75/2 78/19 79/15 85/25 86/1
88/16 93/24 94/4 98/23
109/10 109/12 110/5 111/15
115/7 115/12 115/18 115/19
118/9 120/16 120/23 126/22
129/12 143/18 144/4 145/18
151/6 152/21 161/1 164/20
176/5
**fit [1]** 89/2
**five [17]** 113/12 113/14
123/10 132/8 132/20 132/20
132/25 152/12 152/25 157/24
158/9 160/12 170/15 170/17
172/21 174/22 175/17
**fix [2]** 19/5 19/7
**fixed [5]** 130/1 130/12
130/14 138/1 138/5
**fixed-rate [1]** 130/1
**flames [4]** 169/24 170/3
170/5 170/11
**flat [1]** 54/2
**flat-out [1]** 54/2
**flew [1]** 175/6
**flip [1]** 87/14
**floor [13]** 1/15 72/2 72/4
73/1 130/4 130/5 171/25
173/2 173/3 173/4 173/5
173/6 173/8
**Florida [3]** 174/21 175/7
175/16
**flow [1]** 3/21
**fluctuates [1]** 138/8
**focused [1]** 52/4
**follow [6]** 93/12 93/19 94/12
94/13 103/1 131/14
**follow-through [3]** 93/12
94/12 94/13
**follow-up [2]** 93/19 131/14
**following [5]** 9/3 64/7 64/16
66/18 166/11
**food [2]** 110/13 171/8
**for [165]** 1/1 1/14 1/17 2/19
3/16 5/12 6/23 8/15 8/16
8/16 8/21 9/10 9/18 10/1
10/7 10/25 12/1 13/10 13/11
14/9 14/14 14/23 15/11
18/17 18/22 21/22 24/21
25/2 25/3 25/10 26/23 27/23
30/13 30/18 33/12 37/1 37/9
37/14 40/13 41/4 41/24
44/24 50/1 50/2 52/22 53/6
53/7 53/10 55/17 57/21
57/21 58/22 59/5 59/6 59/8
59/16 60/19 64/3 64/12
64/20 65/7 65/11 65/15
67/13 68/1 69/12 71/3 72/2
72/23 73/4 74/8 74/17 75/5
76/15 77/10 79/4 81/7 81/9
82/1 83/8 86/10 87/9 88/8

**F**

**for... [82]**   88/10 88/10
88/19 89/20 90/9 91/8 91/9
91/10 94/19 95/23 95/24
95/25 96/3 96/7 96/8 96/11
96/12 96/25 97/3 98/17
103/3 103/20 103/23 107/11
107/17 109/9 110/13 110/13
110/19 110/20 110/20 112/4
113/22 113/25 114/17 114/18
114/21 115/4 116/7 117/18
118/6 118/14 118/21 119/24
123/24 124/13 128/1 129/18
130/2 133/1 134/7 134/25
139/10 141/2 141/6 143/25
144/4 144/4 146/11 149/8
149/17 152/3 155/8 156/13
156/20 160/11 162/24 163/7
163/10 165/4 168/15 170/22
173/11 174/20 174/22 175/6
182/8 183/7 183/23 184/12
185/6 185/8
**forced [1]**   77/7
**foreclosed [1]**   179/4
**foreclosing [3]**   50/12 50/13
50/16
**foreclosure [30]**   3/18 3/23
42/23 43/7 44/11 44/16
44/22 47/6 48/2 49/1 49/14
49/22 53/25 57/2 57/14 70/1
133/17 134/20 140/8 143/7
147/3 149/23 150/3 154/20
154/23 155/1 155/15 155/20
164/16 164/20
**foregoing [1]**   229/18
**foreign [1]**   115/7
**forgive [3]**   113/20 162/13
183/16
**forgot [1]**   58/18
**form [5]**   4/16 67/13 73/24
80/18 81/15
**formal [3]**   8/5 8/9 163/15
**formally [1]**   108/18
**format [1]**   126/16
**former [1]**   112/16
**Formula [1]**   94/5
**forth [3]**   4/1 61/20 188/1
**forthwith [1]**   83/1
**forward [3]**   43/14 91/12
165/21
**forwarded [1]**   127/16
**found [5]**   12/9 24/9 167/6
175/12 180/14
**founder [1]**   114/3
**four [5]**   12/9 60/8 120/20
175/6 175/16
**fourth [4]**   20/18 22/22 84/13
88/10
**frame [1]**   84/4
**fraud [2]**   75/21 76/5
**fraudulent [1]**   75/20
**frequently [1]**   11/23
**friends [1]**   182/5
**from [109]**   3/17 6/1 6/15
12/22 13/3 13/5 13/11 14/23
15/2 17/19 18/15 18/25
18/25 19/3 20/2 22/3 23/19
24/15 25/24 27/10 36/20
37/24 38/7 41/1 41/10 41/14
44/17 45/3 45/16 46/24
47/16 49/5 49/19 50/11
51/14 55/2 56/9 56/23 57/10

67/1 74/16 74/25 75/24
84/25 85/11 87/5 91/18 92/4
92/8 92/9 92/10 93/14 93/14
94/7 104/10 104/14 105/13
105/19 107/12 108/7 110/8
111/16 112/18 114/14 117/8
123/17 124/9 124/17 124/25
125/4 125/8 125/12 125/18
125/19 126/10 127/2 129/11
130/3 131/8 132/20 142/3
142/24 145/7 145/17 145/21
145/22 147/2 147/17 150/24
151/4 156/2 156/16 160/10
161/24 166/1 170/2 171/7
172/3 173/25 175/16 181/5
182/22 185/12 185/13 229/19
**front [5]**   3/15 6/25 170/13
170/15 172/21
**full [10]**   63/20 79/8 79/9
88/25 89/5 106/1 106/4
106/6 143/22 154/17
**fun [1]**   59/4
**function [1]**   165/6
**functioning [1]**   165/6
**fund [2]**   20/22 22/25
**fundamentally [1]**   18/23
**funds [1]**   79/1
**furniture [1]**   175/13
**further [14]**   5/3 20/22 23/1
78/20 79/1 113/4 113/6
124/16 131/15 135/2 135/7
147/14 159/19 177/20

**G**

**game [1]**   65/12
**games [1]**   59/3
**Garden [5]**   7/5 7/18 10/10
18/18 162/22
**gas [2]**   87/1 87/10
**gave [7]**   46/18 54/4 98/23
99/7 104/6 142/19 160/3
**gears [1]**   83/16
**general [5]**   8/11 8/14 95/20
102/1 173/25
**Generally [1]**   133/12
**get [78]**   2/6 4/3 8/23 9/4
9/6 10/7 23/25 24/15 24/17
36/6 38/5 40/25 46/6 46/6
49/9 49/12 51/7 51/8 52/13
53/1 53/24 54/7 54/11 54/15
59/7 62/10 63/13 63/14
66/13 69/22 75/18 75/18
78/9 78/10 78/13 82/14
84/10 87/7 87/8 90/7 90/21
91/5 92/9 94/15 96/16 96/17
97/16 97/17 98/5 98/6 98/7
98/8 104/10 105/4 106/1
106/5 106/13 107/1 110/17
135/13 142/18 143/24 144/19
144/23 145/12 155/10 159/4
160/14 164/11 168/2 171/9
172/6 172/16 173/11 174/8
174/15 175/16 180/7
**gets [2]**   46/11 67/23
**getting [11]**   15/11 37/17
37/18 38/13 47/1 63/9 69/4
74/16 90/3 105/20 143/25
**give [20]**   5/25 6/1 8/5 15/6
38/9 39/10 50/14 52/19
53/11 59/8 62/10 81/16
90/20 92/1 92/1 140/11
140/12 140/17 165/8 167/4

**given [7]**   15/14 25/4 51/13
139/16 172/24 184/25
**giving [5]**   53/5 58/11 65/22
73/23 186/16
**Gmail [1]**   101/14
**go [58]**   4/22 12/10 12/18
15/16 25/19 32/11 33/7 36/4
39/6 51/14 59/8 69/8 71/3
79/6 80/15 87/5 89/20 91/13
92/4 92/9 92/14 92/21 93/22
94/22 94/23 97/7 97/10 98/6
99/9 101/9 101/13 103/7
103/10 103/20 103/22 104/5
105/8 105/17 106/12 106/13
107/11 108/15 108/21 109/13
113/12 130/10 140/22 148/2
156/22 159/7 161/6 165/16
167/21 167/24 169/11 172/1
174/21 187/25
**goal [1]**   90/14
**God [1]**   166/8
**goes [10]**   8/24 63/20 89/18
90/23 94/21 97/12 110/8
112/1 138/8 168/21
**going [87]**   12/1 24/17 27/1
28/8 34/3 38/4 42/24 46/5
46/18 46/20 46/22 50/9
51/20 53/3 53/25 58/22
59/10 61/24 62/8 66/5 66/16
69/7 70/14 78/11 78/14
82/22 83/16 84/18 85/24
87/14 87/15 87/16 88/3
89/7 90/25 91/4 91/11
92/11 93/18 93/23 95/9
98/13 98/16 98/23 99/6 99/9
100/6 104/11 110/10 110/14
113/1 113/25 116/13 116/19
122/16 125/22 128/8 131/9
132/16 137/13 137/15 137/17
141/6 141/17 143/20 143/23
144/5 144/21 147/23 164/16
165/12 165/12 165/18 165/24
167/10 168/24 173/17 174/1
175/3 175/5 176/24 176/25
178/9 180/2 182/4 184/10
185/23
**Gold [6]**   67/14 67/15 67/24
68/5 80/17 95/22
**gone [2]**   166/15 175/11
**good [14]**   2/3 2/4 2/5 5/4
41/6 44/8 51/22 66/20 103/1
103/11 110/23 165/15 182/17
188/10
**goods [2]**   88/18 89/14
**got [18]**   38/7 42/7 46/8
46/23 50/8 77/22 82/24
86/13 92/10 94/7 101/25
101/25 106/11 168/5 171/7
172/19 175/11 179/22
**governed [2]**   137/1 159/11
**governing [1]**   136/24
**graphic [1]**   163/18
**great [4]**   4/23 19/6 88/21
114/3
**GREGG [2]**   1/19 229/23
**ground [1]**   171/25
**Guarantors [2]**   21/10 21/12
**guess [11]**   10/6 13/18 43/14
62/17 80/4 108/19 116/11
121/19 127/24 139/11 145/8
**guest [4]**   93/1 94/23 95/7
109/19
**gun [1]**   58/12

**G**

**gutted [1]**  19/14

**guy [2]**  51/7 59/13

**guys [3]**  43/14 43/21 85/14

**H**

**had [108]**  3/6 3/24 5/17
10/21 11/11 15/25 19/4 19/4
19/5 19/7 19/11 23/24 23/25
24/2 24/7 25/3 26/19 32/8
34/24 35/5 35/18 36/1 36/2
36/9 41/13 43/22 43/23
43/24 44/11 44/17 45/10
45/18 46/4 47/5 49/19 50/6
51/10 51/12 55/8 55/16 60/3
61/19 61/20 62/16 64/13
66/2 66/4 66/6 66/7 66/7
66/9 67/5 75/2 75/7 75/19
79/22 81/4 82/24 88/15
91/23 100/24 102/23 103/3
106/15 106/18 107/6 109/1
117/4 117/18 130/6 146/11
147/2 149/13 151/1 151/18
151/24 152/1 154/8 159/2
164/12 164/12 164/15 165/6
165/13 165/15 165/17 165/20
165/20 166/11 166/15 166/15
167/19 168/17 170/19 171/9
174/6 174/21 174/21 174/23
174/23 175/2 175/3 175/4
178/23 178/24 179/2 181/2
181/15

**hadn't [3]**  108/17 157/14
157/25

**half [7]**  75/6 78/5 79/19
79/23 97/15 102/25 106/7

**hand [2]**  170/13 170/17

**handled [1]**  82/4

**handles [1]**  86/12

**handling [1]**  82/9

**happen [4]**  15/12 15/17 88/24
109/5

**happened [13]**  18/22 36/1
43/25 65/25 77/23 90/16
90/17 101/16 164/2 164/4
168/12 174/11 174/14

**happening [1]**  164/17

**happens [3]**  90/7 167/12
175/15

**happy [3]**  168/25 169/1 169/1

**hard [2]**  121/18 186/22

**has [35]**  3/21 29/19 31/16
34/1 34/8 37/17 50/23 59/5
66/11 67/19 67/20 71/6
71/19 77/5 86/25 92/19 93/1
96/16 101/11 119/9 120/3
131/15 134/21 147/16 147/19
152/22 152/24 155/22 168/16
168/17 175/15 176/5 176/22
176/22 187/11

**hasn't [2]**  3/2 3/12

**have [163]**  2/18 3/22 3/23
4/9 4/14 6/23 7/25 9/12
10/23 13/21 13/25 19/6 19/6
20/5 22/6 25/10 26/2 27/13
29/11 31/12 33/22 36/16
37/20 37/22 42/1 42/10
45/13 45/19 47/8 49/9 49/18
50/17 51/10 52/12 53/20
55/21 57/1 57/17 60/9 62/6
63/8 64/9 64/12 64/17 64/18
64/20 65/13 65/16 65/16

66/23 67/17 67/18 68/25
77/15 77/23 77/23 79/15
79/22 79/23 80/10 80/16
81/10 81/12 81/14 81/22
82/2 85/9 85/24 86/24 87/1
87/2 87/6 87/14 88/19 89/16
89/25 90/10 91/4 91/8 91/12
91/22 93/3 93/16 95/18
97/10 97/10 97/12 98/18
99/16 101/13 101/15 102/1
106/2 108/8 109/22 113/4
113/7 113/8 113/13 115/6
115/11 115/21 116/1 117/3
120/5 122/17 125/9 126/1
135/2 139/2 142/23 143/22
143/23 144/12 144/19 147/14
147/24 148/1 148/8 148/13
152/2 153/2 154/10 154/13
155/4 156/7 158/23 159/19
160/12 160/19 161/9 161/10
161/24 163/4 163/17 165/24
166/22 166/23 168/25 170/25
171/20 172/14 176/9 176/19
183/4 183/14 184/7 184/9
184/21 185/2 185/10 186/2
186/24 186/25 187/1 187/15
188/3 188/9

**haven't [2]**  116/5 165/19

**having [8]**  52/22 59/4 59/5
62/3 134/20 167/15 178/6
179/4

**he [140]**  3/9 5/13 5/15 5/16
5/21 45/22 46/9 46/13 46/15
47/5 47/7 47/7 47/8 47/8
47/19 47/24 47/25 50/6
50/12 50/19 53/24 54/4 54/9
54/9 54/23 55/4 59/10 59/24
62/13 63/5 63/8 74/1 74/1
74/2 76/18 76/18 76/19
76/19 76/19 76/20 104/4
104/4 104/5 112/25 113/2
119/9 131/15 134/2 134/3
135/3 137/14 137/14 146/11
146/12 147/9 147/9 150/19
164/10 164/10 164/11 164/12
164/12 164/17 165/2 165/2
165/3 165/3 165/4 165/4
165/5 165/6 165/12 165/12
165/13 165/13 165/14 165/15
165/15 165/15 165/22 166/1
166/2 166/3 166/4 166/7
166/8 166/10 166/11 166/12
166/13 166/15 166/16 166/22
167/1 167/1 167/2 167/15
167/20 167/24 167/25 168/6
168/9 168/14 168/15 168/15
168/19 168/20 168/20 168/21
168/22 173/19 174/5 176/10
178/14 179/2 179/10 179/11
179/12 179/16 179/18 179/19
179/20 179/21 179/25 180/10
180/11 180/12 180/13 180/14
180/16 180/17 180/18 180/19
180/21 180/21 181/4 181/5
181/19 182/3 182/5

**he'd [1]**  167/21

**he's [24]**  5/12 5/23 46/14
46/15 76/14 76/17 76/18
85/17 116/19 119/7 122/18
131/10 137/10 137/17 155/12
165/10 165/10 165/11 166/24
168/3 168/18 168/19 168/19

168/25
82/22  186/22  186/6/19 77/22
82/22

**hear [6]**  3/5 3/13 4/4 6/17
107/9 119/5

**heard [6]**  6/18 119/3 181/5

**hearsay [5]**  24/5 24/6 24/11
38/17 59/25

**heavily [1]**  103/10

**HELBING [12]**  1/17 41/14 45/4
45/20 46/18 60/12 114/21
114/22 229/4 229/7 229/8
229/11

**Helbing's [2]**  155/21 156/8

**held [3]**  69/14 123/12 125/21

**hell [1]**  94/7

**HELOC [19]**  9/23 12/15 14/2
14/19 15/1 15/12 17/14
18/20 21/22 24/21 25/18
26/9 26/16 28/19 35/6 49/20
117/4 123/24 134/23

**help [3]**  58/22 140/10 166/16

**helps [1]**  7/21

**Hence [1]**  97/24

**here [31]**  3/20 5/23 6/10
7/15 12/16 23/24 25/6 25/15
39/2 46/18 52/22 52/24
55/22 60/18 62/11 64/25
85/13 91/17 105/11 128/22
135/14 142/9 145/24 146/15
150/9 166/6 168/5 173/17
178/12 185/6 186/1

**Here's [1]**  52/2

**hereby [4]**  111/18 111/23
152/22 153/5

**hey [7]**  50/7 62/9 79/7
90/16 94/24 167/7 179/21

**hierarchy [1]**  114/7

**higher [1]**  55/25

**highest [2]**  8/9 163/15

**him [26]**  5/18 45/21 46/9
46/19 52/11 53/10 58/22
74/24 74/25 76/18 82/21
104/7 104/9 137/14 140/12
141/17 146/17 146/23 146/25
164/18 165/12 166/10 167/6
177/12 178/10 180/4

**himself [5]**  47/19 164/10
165/3 165/4 168/14

**hire [1]**  63/2

**hired [6]**  43/23 44/4 44/6
63/11 83/1 83/2

**hiring [1]**  62/17

**his [19]**  6/1 46/14 51/8
62/12 76/20 104/6 113/2
119/25 140/3 141/18 141/20
146/19 155/12 163/24 163/24
166/20 167/16 167/18 180/19

**historically [1]**  72/19

**history [15]**  17/13 104/14
107/1 107/4 124/24 125/13
125/17 125/21 125/22 125/23
125/24 141/10 145/8 151/18
163/17

**hit [4]**  84/21 89/14 90/14
130/5

**hold [8]**  26/24 55/20 87/12
142/8 180/4 180/6 180/25
181/4

**holding [1]**  155/10

**home [23]**  7/17 7/21 9/19
10/2 18/23 61/14 61/16
63/19 64/6 65/5 87/5 146/11

## H

**home... [11]**  147/6 164/21
166/4 166/4 166/25 170/5
171/7 171/15 175/4 175/15
180/2
**homemaker [1]**  163/13
**homeowner's [1]**  19/17
**homeowners [1]**  62/3
**homework [1]**  65/14
**honest [1]**  85/8
**honestly [1]**  88/24
**honor [76]**  2/4 2/8 2/10 2/20
2/23 4/6 4/18 5/2 5/10 6/7
6/24 36/12 36/24 40/15
51/14 68/25 69/10 69/11
69/18 73/3 73/10 73/11 74/7
74/13 83/14 85/17 98/18
108/4 110/22 110/25 112/24
113/6 113/10 116/13 116/24
117/1 122/17 122/23 123/21
124/1 131/9 133/24 134/24
135/6 135/10 136/4 136/8
137/8 138/19 139/4 140/13
143/14 144/14 151/23 152/3
159/18 161/25 162/8 176/17
176/19 176/25 177/21 182/16
182/23 182/25 183/3 183/9
183/21 184/4 184/19 185/9
185/21 186/23 187/8 187/9
188/7
**Honor.BY [2]**  183/2 183/21
**HONORABLE [1]**  1/10
**honored [1]**  144/18
**hope [1]**  113/20
**hoping [1]**  46/20
**horrible [3]**  64/8 65/7 77/22
**host [2]**  90/18 94/15
**hour [1]**  167/23
**hours [4]**  66/16 66/21 84/15
168/23
**house [67]**  5/12 10/1 10/6
18/18 19/4 19/5 19/7 19/12
19/13 19/14 19/23 50/8
50/21 50/21 51/17 51/17
52/6 52/7 52/9 53/12 53/13
53/13 53/25 58/9 58/12
58/14 59/11 59/11 63/14
63/22 65/8 65/24 66/5 79/20
118/5 118/14 119/23 164/15
169/20 169/22 169/24 170/1
170/1 170/8 170/9 170/10
170/11 171/16 171/23 172/16
172/17 172/19 172/22 172/25
173/9 173/10 174/1 174/18
174/20 175/6 175/20 175/23
176/1 176/3 176/7 177/25
179/4
**household [3]**  123/25 124/13
162/25
**how [87]**  11/23 13/15 13/21
14/17 25/1 25/18 28/21 39/9
40/6 40/16 42/1 42/7 46/8
49/9 49/11 50/7 51/7 51/7
51/14 54/11 54/15 55/17
59/7 59/7 60/6 63/17 64/22
65/5 65/5 79/7 79/14 79/16
81/11 81/22 84/10 88/22
88/24 89/2 89/6 90/25 91/6
91/13 91/14 91/16 93/9
93/19 93/19 93/21 94/14
94/14 94/18 95/14 95/15
97/17 102/15 103/5 103/5

105/1 105/11 105/23 105/25
109/13 110/1 112/24 130/15
132/22 138/7 140/22 147/9
155/22 158/11 160/2 165/1
165/9 170/12 171/4 171/15
172/11 173/10 174/8 174/19
181/4 187/12
**However [3]**  131/4 138/7
185/11
**HSA [2]**  174/25 175/2
**huge [1]**  52/25
**huh [7]**  40/5 41/2 94/1
161/21 169/17 172/5 178/7
**humanize [1]**  62/8
**hundreds [1]**  97/11
**husband [16]**  162/22 163/3
163/23 164/3 175/11 176/9
177/7 177/9 177/17 177/23
178/6 178/13 181/14 181/20
182/9 182/12
**husband's [3]**  164/9 164/24
178/9

## I

**I'd [10]**  17/4 46/5 46/8 52/3
61/23 106/9 113/3 113/10
156/7 167/21
**I'll [22]**  4/4 4/6 4/16 4/22
5/25 47/2 48/14 53/17 59/7
65/17 89/14 113/19 121/7
123/16 140/17 149/17 167/9
167/21 177/4 186/2 187/6
187/6
**I'm [164]**  3/10 6/18 7/23
8/16 8/17 10/21 12/3 14/6
19/10 20/20 26/12 29/15
34/3 34/3 38/13 39/17 39/22
43/16 43/18 44/14 46/15
46/20 49/11 51/15 52/13
53/9 56/4 59/10 59/13 59/13
59/13 62/7 62/9 62/11 62/23
63/7 63/10 65/24 65/25 66/9
69/4 69/7 72/8 78/7 78/14
82/22 85/24 87/14 87/19
88/3 88/15 90/14 90/23
91/16 92/2 92/18 93/5 93/8
93/13 93/13 94/10 94/12
94/17 95/3 95/3 97/14 97/21
98/3 98/23 99/6 99/9 100/18
104/11 107/9 108/4 109/4
109/24 110/1 110/22 111/9
111/9 111/9 111/19 111/20
113/1 113/25 115/10 116/11
116/13 116/19 117/25 118/8
119/15 120/20 120/23 121/5
121/12 122/16 125/15 126/5
128/6 128/7 128/9 128/19
131/1 131/9 131/13 132/10
132/13 132/25 135/7 136/4
136/17 136/19 136/25 137/13
137/15 137/17 138/18 138/19
139/23 141/6 141/17 141/20
142/19 143/14 143/20 143/23
143/25 145/4 148/7 148/8
148/11 148/19 150/6 150/17
151/16 154/3 155/4 155/10
155/10 155/17 156/15 156/19
157/5 158/23 158/23 159/4
160/16 161/18 161/18 162/13
166/25 167/13 168/3 168/18
170/3 178/2 178/5 178/21
183/16 185/23 186/5 186/16

**I've [8]**  2/18 56/7 58/8
86/24 96/23 102/13 102/19
176/22
**idea [6]**  13/25 42/1 49/9
176/9 178/23 178/24
**identification [2]**  38/23
120/4
**identified [8]**  21/8 30/6
46/4 47/19 49/6 126/20
149/20 149/23
**identifier [1]**  31/5
**identifies [6]**  30/22 124/11
127/19 127/20 150/4 155/25
**identify [12]**  4/22 7/3 21/9
26/15 31/18 33/14 34/11
37/11 48/17 48/20 127/22
128/10
**identifying [2]**  21/11 73/22
**if [143]**  2/10 3/12 4/12 4/14
4/15 4/19 5/2 5/20 6/18 9/5
12/2 12/13 14/6 15/6 15/8
15/12 15/18 16/19 16/21
19/9 23/19 31/7 32/23 38/23
42/16 43/6 45/1 46/13 48/3
48/6 49/11 49/12 50/19
52/25 59/8 59/23 60/10 62/1
65/6 68/10 68/25 69/25 70/8
70/15 71/3 73/24 77/2 77/9
77/12 77/14 77/23 78/18
79/14 85/8 85/10 86/14
88/13 89/1 89/9 89/13 89/15
90/6 90/8 90/12 90/13 90/14
90/23 90/24 91/21 92/1 92/3
92/7 92/18 93/1 93/3 93/24
94/12 97/8 97/9 97/19 98/5
98/10 98/13 100/3 100/5
103/7 103/8 103/19 104/6
105/4 105/7 105/11 106/1
106/2 106/5 109/24 110/12
111/19 113/18 115/18 119/11
119/24 120/16 120/21 122/8
128/21 130/10 130/17 131/1
133/15 135/3 137/22 139/3
140/10 140/18 141/2 142/8
142/18 144/13 147/24 148/8
148/18 148/19 149/5 149/6
149/18 151/6 152/8 154/4
159/3 159/7 161/6 163/9
168/17 173/18 174/1 175/22
181/14 181/19 186/2 187/5
187/23 188/6
**ignored [1]**  151/24
**III [1]**  1/14
**illegal [1]**  134/4
**Illinois [2]**  119/8 119/10
**illustrate [1]**  131/5
**illustrative [1]**  160/9
**image [1]**  71/8
**imagine [2]**  46/25 51/20
**immediately [6]**  19/24 58/18
58/19 77/24 79/22 174/10
**impact [4]**  63/23 64/3 168/17
171/20
**implied [1]**  128/4
**important [1]**  56/5
**imposed [1]**  167/5
**impression [1]**  79/12
**improve [1]**  168/10
**improved [1]**  87/25
**improvement [1]**  168/7
**improvements [2]**  10/2 19/4
**in [428]**  1/1 2/9 2/12 3/15
3/15 3/18 3/19 4/16 5/12

**in... [419]**   6/12 6/24 7/22
8/1 8/19 11/2 11/21 12/9
12/14 13/9 13/10 13/11
13/19 14/6 14/6 15/8 15/14
15/22 16/11 17/17 17/25
18/11 18/18 18/20 19/7
19/21 19/22 20/25 21/3
21/23 22/24 23/4 23/7 23/19
24/3 24/17 24/21 26/9 26/11
28/7 29/19 29/21 29/22 30/2
30/3 30/6 30/9 30/14 30/17
30/21 31/16 31/19 32/6
32/10 32/17 33/1 33/5 34/1
34/9 34/12 34/25 35/4 35/21
36/16 38/10 39/4 41/12
41/14 41/21 41/25 43/5 43/7
43/13 43/15 44/10 44/14
44/15 44/23 45/13 45/17
47/5 47/6 47/22 47/24 48/4
48/8 49/9 49/14 51/5 51/6
51/20 52/4 53/9 54/5 54/19
55/2 55/19 56/2 57/13 57/20
58/8 58/15 60/13 61/14
61/16 61/17 61/22 62/15
63/14 63/17 63/18 63/20
65/25 66/14 66/14 66/15
66/22 67/7 67/22 68/2 68/5
68/7 68/12 68/14 68/16
68/17 69/12 70/1 70/6 70/10
70/19 70/20 71/21 72/7
72/11 72/13 74/20 74/23
75/2 75/18 76/2 76/9 76/11
76/19 77/2 78/2 81/13 81/13
81/19 82/1 82/8 82/13 82/24
83/19 84/1 84/12 84/13
84/20 85/10 85/12 86/5 87/3
87/4 87/12 87/23 88/5 88/5
88/8 89/14 89/23 90/1 90/16
90/17 90/21 91/4 91/14 92/5
92/7 93/10 93/17 94/23
94/25 95/4 95/11 95/14
95/19 96/17 96/18 97/13
97/14 97/18 97/23 98/5
98/10 98/12 98/14 98/24
99/7 100/13 100/25 101/16
101/19 103/12 103/19 103/22
104/11 105/5 105/23 106/2
107/4 108/9 108/22 108/24
109/2 109/5 109/8 111/18
111/24 112/8 113/2 114/6
114/6 114/9 114/16 114/18
115/2 116/5 116/9 116/15
116/17 117/10 118/5 118/7
118/14 118/15 118/22 119/2
119/7 119/9 119/11 119/23
121/25 122/11 122/17 123/2
123/10 123/17 124/11 124/20
126/1 126/10 126/14 126/22
127/8 127/19 127/22 128/2
128/9 128/12 128/16 128/19
128/21 129/4 129/21 130/6
130/19 130/20 131/23 132/1
132/13 132/15 134/9 134/13
134/20 135/15 135/20 136/17
138/4 138/16 138/25 139/7
139/12 140/25 141/9 141/13
141/16 141/17 144/2 144/10
144/17 145/7 146/1 146/2
146/11 147/24 148/19 148/20
148/22 149/7 149/11 149/18
149/23 150/3 150/11 150/12

150/13 151/9 151/14 151/25
153/13 153/21 154/7 154/10
154/11 154/12 154/14 154/17
154/22 155/1 155/5 155/5
156/5 156/23 158/1 158/18
158/24 159/8 159/24 160/5
160/22 161/2 161/15 161/16
161/19 161/22 163/4 163/17
163/24 164/8 164/16 164/23
165/6 165/21 165/23 166/3
166/7 166/21 166/23 166/24
167/1 167/2 167/3 167/4
167/18 167/20 167/21 167/21
168/11 168/12 168/14 168/21
169/10 169/16 169/23 169/24
170/6 170/10 170/13 170/15
171/12 171/16 171/18 171/21
171/22 171/22 171/23 172/1
172/17 172/19 172/21 172/22
172/24 173/5 173/6 173/7
173/9 173/10 173/25 174/3
174/12 175/12 176/11 176/20
177/1 177/3 177/12 178/9
178/9 180/7 181/22 183/6
183/20 184/9 184/13 184/23
185/1 185/2 185/4 186/9
186/12 186/13 187/12 187/22
188/9 229/19

**in-house [4]**   5/12 118/5
118/14 119/23

**in-laws [1]**   165/21

**Inc [1]**   67/19

**include [1]**   159/13

**included [1]**   138/25

**includes [1]**   101/5

**including [3]**   112/5 112/16
154/17

**income [11]**   67/8 68/7 68/11
68/15 68/22 86/21 87/17
87/19 88/5 96/1 100/22

**incorrectly [3]**   21/9 21/11
138/5

**increase [10]**   32/8 32/15
32/17 32/18 32/23 34/25
139/14 156/25 158/18 167/18

**increased [9]**   132/3 132/8
132/10 132/14 132/20 145/7
145/22 152/24 158/2

**increases [2]**   139/8 139/12

**incur [1]**   57/24

**independent [1]**   8/17

**indicate [8]**   21/4 23/8 30/25
33/11 37/8 47/5 49/15 56/10

**indicates [7]**   30/18 115/14
120/14 120/24 121/9 124/16
124/20

**indicating [1]**   3/8

**indication [2]**   30/2 164/20

**information [3]**   28/13 37/1
90/20

**informed [5]**   27/1 28/8 31/4
38/16 132/6

**informing [2]**   35/10 146/25

**initially [3]**   129/22 129/25
130/16

**inside [1]**   170/12

**instance [1]**   114/21

**instances [1]**   18/10

**insurance [11]**   14/12 46/11
61/1 61/14 62/15 62/18 63/1
63/18 106/3 146/13 176/21

**insurer [1]**   19/17

**intended [2]**   2/21 112/15
**intends [2]**   5/21 9/18 10/20
10/22 10/23 13/23 15/13
16/12 16/15 16/24 20/11
20/11 22/13 22/13 28/15
28/16 32/9 34/25 35/6 38/6
38/14 49/9 49/12 54/11 55/8
56/18 72/2 72/18 72/25
129/23 138/9 141/12 144/20
144/23 145/2 145/3 145/6
145/17 145/21 145/22 149/13
151/18 152/1 152/24 153/9
154/18 154/21 155/16 156/2
157/5 157/6 157/13 163/4
177/3 178/17 179/13

**interest-only [2]**   9/18 10/20

**interface [1]**   9/10

**interfere [3]**   68/3 100/6
100/7

**Interpretation [3]**   70/21
71/1 160/24

**Interrogatories [1]**   116/11

**into [29]**   5/7 8/25 9/15 9/20
19/14 32/14 39/25 51/9
51/19 64/5 70/24 77/7 77/21
80/8 80/23 82/5 89/2 91/13
97/24 105/17 105/18 110/17
127/8 135/13 144/11 167/24
172/23 175/17 183/10

**introduced [1]**   36/22

**introduction [1]**   126/22

**investment [1]**   124/14

**invoice [1]**   107/12

**invoices [1]**   107/17

**irrelevant [1]**   185/5

**irritable [1]**   168/22

**IRS [1]**   86/22

**is [348]**   3/3 3/15 4/11 4/20
6/24 7/13 7/15 7/16 8/3
10/13 12/6 12/8 12/13 13/2
13/5 13/17 14/15 15/22
15/23 17/7 17/9 17/10 17/23
18/18 19/15 20/1 20/8 20/9
21/11 21/19 21/22 21/23
22/2 22/9 23/13 24/3 24/6
25/23 26/5 26/11 27/9 27/14
27/17 27/20 29/6 29/8 29/25
30/2 30/6 30/14 30/17 30/18
30/21 31/1 31/3 31/8 31/10
32/7 32/15 33/8 33/17 33/19
34/6 35/18 36/7 36/23 36/24
37/8 37/16 38/17 40/13
41/17 41/20 42/3 43/21 44/1
44/21 45/5 46/11 46/23
46/24 47/24 47/25 48/14
48/23 48/24 49/1 49/5 49/8
49/14 51/6 51/17 51/23 52/6
52/8 53/12 53/13 53/13
53/16 53/25 55/12 55/15
55/17 55/18 56/10 57/2 57/8
57/10 57/11 58/9 58/10
58/13 58/21 59/11 59/21
60/12 60/15 60/18 60/19
62/12 62/17 62/21 62/24
64/21 65/8 65/17 65/23
65/24 66/14 66/18 66/19
67/16 67/18 67/24 67/25
68/5 68/19 68/22 69/2 70/9
70/20 71/2 71/9 71/10 73/12
73/18 73/20 75/24 76/3
76/15 76/22 77/12 77/15
77/25 78/11 78/25 79/8
80/17 80/18 80/19 82/21

**is... [187]**  84/13 86/5 86/10
86/12 86/18 87/10 87/10
88/5 88/13 88/13 88/14
88/21 88/21 88/25 89/6 90/6
90/8 90/13 90/17 90/18 91/7
92/4 92/11 93/5 93/11 93/12
93/15 93/15 93/18 93/19
93/22 95/22 96/1 96/19
96/23 97/4 97/8 98/4 100/4
100/6 101/13 102/18 104/14
106/20 106/21 106/21 106/22
107/11 107/20 109/4 109/20
110/5 110/12 110/16 110/19
110/20 110/20 112/11 112/22
114/1 114/2 114/4 114/7
114/11 114/14 114/15 114/18
115/23 116/8 116/15 116/17
117/16 117/16 117/19 117/23
118/1 118/10 118/18 118/20
119/13 120/19 120/25 121/24
122/2 122/19 123/5 124/13
125/14 125/19 126/14 127/10
128/1 128/2 128/7 128/8
128/9 128/16 128/21 129/4
129/5 130/12 130/22 131/1
131/4 131/11 132/18 133/6
133/9 133/22 134/2 134/5
135/4 135/14 135/15 135/19
135/19 136/5 136/13 136/15
136/16 137/11 137/22 138/20
138/21 138/25 139/11 141/1
141/8 141/11 141/25 142/1
143/12 143/12 143/16 143/17
144/8 144/22 144/24 145/12
145/13 145/17 145/18 149/12
150/6 150/9 150/11 151/19
153/16 153/21 154/5 154/23
155/7 155/9 155/14 155/15
155/19 155/25 156/1 156/5
156/9 156/15 156/23 158/14
158/24 159/14 161/3 163/2
163/19 163/20 165/18 166/9
166/19 167/1 168/14 168/20
168/22 169/24 172/16 175/21
176/15 176/22 176/25 185/3
185/9 186/3 188/10 229/18
**isn't [8]**  56/1 91/9 103/1
110/17 151/15 152/6 152/14
154/18
**issue [2]**  93/23 187/7
**issued [1]**  181/21
**issues [3]**  67/4 67/8 173/14
**it [443]**  3/15 3/21 4/4 4/6
4/17 6/14 6/20 9/2 9/6 9/6
9/18 10/5 10/11 10/20 10/23
10/24 10/25 13/23 14/6
14/14 14/20 15/14 15/16
16/5 16/8 16/11 16/14 16/18
16/21 17/9 18/1 18/13 18/19
18/23 19/7 19/9 19/14 20/1
20/8 20/9 20/10 20/25 21/3
22/2 22/12 22/16 22/19 23/4
23/7 23/23 24/6 24/10 25/3
25/9 25/13 25/14 25/23 27/1
27/9 27/14 27/20 28/1 28/22
29/6 31/8 31/22 31/25 32/3
32/6 32/25 33/6 33/14 33/17
34/6 34/11 34/15 34/18
34/21 34/24 35/3 35/4 35/9
35/11 35/13 35/24 35/25
36/8 37/8 37/11 37/17 38/6

38/7 38/17 40/1 40/9 41/20
46/3 47/7 48/3 48/17 48/24
49/8 49/19 50/19 50/22 51/2
51/7 51/9 51/19 51/23 51/24
52/20 52/25 53/1 53/6 53/9
53/12 53/21 53/24 54/18
55/5 55/18 56/1 56/1 56/9
56/12 56/15 56/18 57/8
57/10 57/11 57/12 58/25
59/1 59/3 59/7 61/10 62/6
63/15 64/5 64/6 64/7 64/22
65/9 65/17 65/21 65/21
65/22 66/1 66/6 66/7 66/13
66/18 69/8 70/7 74/10 74/11
75/13 75/19 76/2 76/3 76/5
77/10 77/14 77/19 78/2
78/12 78/24 80/15 80/19
84/9 84/10 84/18 85/6 85/6
85/7 86/13 86/14 86/15 87/1
87/10 87/22 88/2 88/4 88/13
88/13 88/22 89/1 89/2 89/18
90/12 90/14 90/15 91/1 91/6
91/6 91/7 92/17 92/20 92/21
93/1 93/3 94/6 94/9 94/9
94/10 94/23 97/8 97/17
97/20 97/23 97/24 98/9
98/14 98/15 98/17 100/18
101/14 102/13 102/15 103/1
103/2 103/9 103/19 103/20
103/20 104/1 104/4 104/7
104/10 104/16 104/16 104/19
105/3 105/4 105/9 105/17
105/18 105/20 106/3 106/11
106/13 106/18 106/24 107/2
107/14 108/20 108/21 109/12
109/16 109/19 109/21 109/22
109/25 109/25 110/2 110/5
110/6 110/8 110/9 110/10
110/11 110/18 111/5 111/17
111/19 111/23 112/1 112/2
112/9 112/14 112/17 113/2
114/1 114/2 117/12 119/18
120/1 120/3 120/10 120/12
120/14 120/24 120/24 121/7
121/9 122/4 122/17 122/21
124/11 124/16 124/20 125/7
125/9 126/23 127/19 127/19
127/22 128/10 130/1 130/17
130/19 130/22 131/4 131/11
131/20 132/2 132/3 132/7
132/10 132/13 132/15 132/20
132/22 132/24 133/1 133/1
133/11 134/3 134/9 134/22
134/24 136/2 136/6 136/12
136/15 136/19 137/1 137/3
137/15 137/16 138/1 138/5
138/6 138/6 138/7 138/13
139/2 139/12 140/1 140/11
140/15 140/18 140/22 141/1
141/1 141/16 146/2 146/10
146/13 147/1 147/2 147/2
147/3 147/5 147/19 148/8
149/6 149/18 150/8 150/20
152/10 152/19 152/21 153/5
153/6 153/8 153/20 153/23
154/19 154/24 155/23 155/25
156/7 156/8 156/11 156/13
156/20 156/20 157/1 157/12
157/14 157/23 157/25 158/1
158/8 158/20 159/16 160/11
160/13 161/7 161/17 161/20
161/22 161/24 165/1 165/21

165/22 165/22 166/9 167/5
167/10 168/21
168/22 169/19 169/19 169/21
169/21 169/24 170/7 170/11
170/12 171/2 171/18 172/11
173/5 173/6 173/7 173/7
174/5 174/6 174/8 174/12
176/22 177/3 177/4 181/21
182/8 184/24 185/14 186/17
186/21 186/22 187/6 187/12
187/20
**it's [103]**  12/1 26/7 27/5
29/20 29/20 36/17 42/6 49/8
49/24 51/10 51/15 54/13
55/23 55/25 56/5 59/9 62/18
63/3 65/3 65/16 66/1 66/10
66/10 66/14 66/14 66/20
67/13 70/19 71/24 73/8
73/25 76/22 85/11 85/19
86/24 87/3 87/6 87/10 89/3
89/16 90/11 90/12 90/13
90/24 91/6 91/9 93/18 94/5
94/11 94/11 94/12 94/13
98/14 98/15 106/2 106/23
106/24 106/24 110/14 110/19
110/19 110/21 113/1 113/2
114/4 118/4 118/5 118/13
118/24 119/25 121/1 121/18
121/21 124/16 124/21 126/20
127/12 128/4 130/14 133/12
133/16 133/25 134/5 137/1
137/11 139/7 140/15 143/23
146/1 149/5 149/18 153/6
154/11 155/5 155/6 155/20
155/21 158/4 159/6 169/22
173/18 187/10 188/8
**item [4]**  96/16 96/17 110/12
159/2
**itemization [3]**  13/10 24/21
42/3
**itemized [2]**  59/9 107/17
**items [1]**  13/9
**its [6]**  48/1 48/20 126/13
126/15 159/1 187/22
**itself [2]**  36/16 120/7

---

**J**

**JACKO [8]**  1/14 147/22 229/4
229/5 229/7 229/8 229/11
229/12
**JACKO:I [1]**  183/14
**JACKO:No [2]**  177/20 182/24
**JACKO:Outside [1]**  183/24
**JACKO:Thank [2]**  161/25 187/7
**JACKO:There [1]**  185/4
**JACKO:We [4]**  184/3 184/14
184/21 184/22
**JACKO:We're [1]**  176/25
**JACKO:Yes [2]**  183/3 185/17
**JACKO:Your [1]**  183/21
**JAMES [5]**  1/3 6/8 6/13 7/5
184/16
**January [14]**  19/7 19/9 19/10
25/25 78/15 84/12 100/25
111/15 169/16 174/12 174/13
174/14 174/15 174/22
**January 12th [3]**  174/13
174/14 174/15
**January 16th [3]**  25/25 78/15
111/15
**January 17th [1]**  174/22
**January 2015 [1]**  19/10
**jarred [1]**  46/17

**J**

**Jim [1]** 50/7
**Jimmy [1]** 79/7
**jobs [1]** 99/15
**JOHN [10]** 1/14 30/14 30/18
46/2 56/9 141/8 141/14
141/16 143/8 159/25
**John Carroll [6]** 30/14 30/18
46/2 56/9 141/8 159/25
**John Carroll's [2]** 141/14
143/8
**Josette [1]** 7/11
**JOYNER [1]** 1/10
**judge [6]** 3/7 3/8 3/11 3/16
42/5 149/20
**judicial [1]** 5/6
**July [6]** 31/9 49/24 83/22
114/10 129/10 147/23
**July 15th [2]** 114/10 147/23
**July 24th [2]** 31/9 129/10
**June [5]** 29/8 88/23 89/14
98/24 129/10
**June 1st [1]** 98/24
**June 5th [2]** 29/8 129/10
**jury [2]** 1/11 3/11
**just [127]** 3/2 7/22 8/14
12/17 19/4 19/5 26/7 27/21
28/5 40/4 41/18 42/5 42/10
44/2 44/13 45/9 46/5 46/21
46/25 51/4 51/9 51/23 51/24
52/1 52/11 52/12 52/13
52/14 52/20 52/21 52/23
54/14 54/23 55/8 55/13
55/14 55/18 55/20 58/20
58/20 58/25 59/9 59/12
59/21 62/9 62/10 63/21
65/11 65/15 65/25 66/1
66/12 66/12 66/13 66/14
66/15 70/24 75/19 77/19
78/6 79/13 79/23 80/3 83/2
84/17 87/14 88/20 91/16
93/18 94/11 95/3 96/10 99/7
99/15 101/14 101/24 103/10
103/22 104/9 105/5 108/3
108/4 110/13 111/19 116/11
120/23 122/13 122/14 134/2
143/2 145/24 147/11 149/5
149/19 152/15 152/15 154/20
155/10 155/17 158/4 158/20
160/8 160/17 161/1 161/15
161/20 164/5 164/7 164/10
164/12 164/13 164/18 165/2
165/4 165/5 165/13 165/14
165/22 166/2 166/12 167/25
168/7 169/8 172/24 174/5
187/14 187/19

**K**

**keep [10]** 4/6 52/3 59/21
101/10 101/11 110/9 122/21
168/5 184/11 184/12
**keeping [2]** 90/11 166/25
**keeps [2]** 85/9 166/1
**kept [8]** 19/22 50/19 51/4
52/11 52/17 148/23 152/8
152/8
**kid [1]** 65/14
**kids [22]** 19/4 36/6 51/2
52/12 59/2 59/3 65/7 65/12
66/4 101/25 162/23 165/17
165/20 171/9 171/20 172/15
172/19 174/15 174/16 174/16

174/17 175/9
**kill [1]** 187/15
**kind [16]** 9/17 42/8 45/1
58/22 59/21 92/9 106/5
110/21 126/13 126/15 146/13
146/13 147/3 166/2 169/22
174/6
**kinds [1]** 64/14
**knew [7]** 36/5 46/13 59/22
82/22 137/14 166/14 175/2
**know [94]** 2/10 4/7 4/10 6/18
7/23 14/6 17/7 19/5 19/6
19/9 23/22 25/6 25/6 28/4
37/19 38/17 38/21 38/22
41/7 41/13 46/4 46/8 46/8
46/11 46/16 46/17 46/21
47/7 48/3 48/5 48/6 50/7
51/18 52/23 53/2 53/21
53/23 54/13 54/14 54/16
55/17 58/11 58/20 58/25
64/22 65/8 65/21 65/25 66/6
66/9 66/16 66/17 70/15
85/12 85/13 86/23 89/16
90/12 90/15 94/6 94/19
99/10 104/9 104/10 106/5
106/17 110/14 110/17 112/25
116/3 116/21 119/7 124/4
147/2 147/3 147/8 155/3
160/8 164/16 164/22 166/18
168/2 170/18 173/6 173/16
173/16 174/1 174/11 176/16
179/10 179/12 181/14 182/1
182/3
**know if [1]** 2/10
**knowing [2]** 75/6 166/3
**knowledge [2]** 135/2 177/16
**knows [1]** 176/10
**Korogluyan [21]** 43/3 47/17
47/18 47/19 50/3 54/20 55/1
58/6 61/12 62/1 62/13 63/25
68/16 105/2 113/11 113/15
113/18 114/4 123/23 131/21
163/25
**Korogluyan's [1]** 47/21

**L**

**lack [2]** 77/7 165/4
**lamb [1]** 110/13
**language [4]** 12/8 70/20
138/21 138/25
**lapsed [1]** 116/1
**large [1]** 170/9
**larger [1]** 171/15
**last [19]** 12/9 14/22 23/23
25/3 25/4 34/4 35/17 36/21
41/1 61/18 61/23 78/18
108/19 109/25 110/2 112/13
126/23 141/12 149/8
**late [5]** 16/21 29/20 88/11
109/2 109/5
**later [12]** 35/23 38/7 39/8
43/15 46/23 47/14 79/19
89/13 167/23 174/24 175/16
175/17
**law [15]** 2/15 4/9 32/22
57/10 112/4 119/9 133/25
136/24 137/11 139/18 159/9
159/11 185/25 186/9 186/12
**lawful [1]** 134/3
**laws [3]** 137/2 137/4 165/21
**lawsuit [5]** 62/15 62/16
62/19 63/3 159/15

**lawyer [16]** 38/8 45/20 46/14
45/23 47/8 47/11 81/4
81/23 81/25 82/3 82/15
82/18 82/21 85/11 119/22
**lawyer who [1]** 82/21
**lawyers [1]** 81/9
**leading [2]** 65/2 113/1
**learned [1]** 47/11
**least [6]** 18/9 72/14 89/22
91/23 92/3 107/6
**leave [4]** 108/12 108/16
108/18 172/18
**left [8]** 15/19 45/22 46/19
108/15 108/17 119/18 124/18
167/15
**leg [1]** 145/7
**legal [6]** 54/6 55/9 56/2
57/12 76/15 134/25
**lender [9]** 15/24 32/8 70/17
126/24 150/25 151/1 151/2
159/1 177/2
**lender's [2]** 32/16 139/11
**lenders [1]** 177/17
**less [4]** 72/14 73/22 73/23
170/22
**let [17]** 2/22 18/17 34/6
39/21 51/18 65/1 80/3 91/20
99/10 104/9 120/12 130/8
142/8 159/4 161/20 177/22
184/1
**let's [21]** 2/6 4/5 12/10
18/17 19/2 33/7 40/9 54/14
62/10 62/10 69/22 77/10
77/15 85/25 85/25 89/20
105/4 107/11 150/21 156/22
159/6
**letter [57]** 20/2 20/6 21/5
21/17 21/23 22/3 22/7 23/9
23/11 23/21 23/23 25/24
26/3 27/10 27/14 27/23
28/19 29/8 29/12 29/23
30/17 31/9 31/13 33/19
33/23 36/21 37/15 38/7
38/16 41/13 41/14 42/17
42/18 45/3 45/5 50/8 52/1
53/6 60/12 75/4 75/24 78/15
78/19 111/16 112/22 129/5
129/16 138/24 141/14 141/25
142/25 153/1 154/12 155/21
156/8 157/20 158/12
**letters [6]** 37/24 38/16
77/13 77/18 128/17 129/11
**level [2]** 8/9 163/15
**liability [1]** 115/7
**Liberty [1]** 1/15
**license [1]** 119/9
**lie [1]** 54/2
**life [18]** 51/21 52/22 63/24
64/6 64/6 65/5 81/13 81/20
82/1 85/15 100/6 109/22
109/24 138/11 165/11 166/12
178/9 178/10
**lifespan [1]** 109/14
**like [72]** 17/4 22/14 28/16
28/22 29/2 42/19 46/6 46/8
46/18 50/22 51/4 51/5 51/6
51/7 51/9 51/10 52/3 52/12
52/20 52/21 52/21 53/2 53/4
53/9 53/15 54/4 54/18 59/4
62/8 63/2 64/24 65/16 65/17
65/19 66/15 79/5 79/8 84/9
84/14 85/11 87/3 95/17
96/10 97/25 103/20 104/4

**L**

**like... [26]** 104/16 106/2
108/20 113/3 113/10 120/20
139/19 140/18 164/10 165/11
166/1 166/13 167/7 167/13
167/23 168/3 168/19 171/4
172/15 173/7 173/14 174/5
175/22 179/12 186/6 187/17
**liked [1]** 171/24
**limine [3]** 2/9 2/12 185/4
**limit [1]** 150/19
**limitations [1]** 185/15
**limited [2]** 115/7 145/25
**line [21]** 9/18 9/20 11/5
11/6 11/12 25/19 28/21
32/24 33/2 46/14 72/7 72/11
91/2 91/8 91/25 92/1 99/12
116/14 124/17 124/17 124/21
**lines [6]** 68/1 91/23 93/12
130/11 130/18 148/5
**link [1]** 101/14
**list [5]** 5/13 17/10 22/16
60/16 183/15
**listed [5]** 5/11 5/13 5/21
13/9 21/22
**listening [1]** 51/6
**litigation [10]** 17/17 17/21
17/22 44/15 70/5 125/13
125/19 126/14 134/21 153/20
**little [15]** 23/25 25/11
46/21 50/10 65/3 83/16
86/25 101/8 106/23 120/25
131/11 168/9 168/15 174/7
186/5
**live [4]** 18/18 162/20 162/21
175/12
**living [2]** 8/15 167/25
**LLC [16]** 1/7 8/6 15/3 17/20
27/2 28/25 29/7 29/16 30/19
48/19 67/14 67/16 80/20
113/23 152/22 163/5
**LLP [1]** 1/14
**loan [148]** 9/15 9/17 9/25
10/1 10/3 10/7 10/19 10/20
11/9 11/11 11/24 12/6 12/15
13/6 14/2 14/19 14/20 14/23
15/2 15/12 15/19 15/21 17/1
17/11 17/14 18/3 18/20 19/1
19/3 19/20 20/11 21/14
21/23 22/13 22/17 24/16
24/21 25/5 26/9 26/16 26/20
27/2 28/4 28/6 28/9 28/12
28/15 29/1 29/3 29/19 31/4
31/16 31/22 32/1 34/1 34/9
34/15 34/18 35/4 35/11
35/18 36/16 36/18 38/17
38/25 42/9 42/12 49/3 49/7
49/16 49/20 50/23 51/11
51/12 52/7 52/25 56/13
56/15 56/24 70/18 72/23
75/18 76/8 77/5 78/11 79/2
79/8 112/3 112/10 112/17
117/4 117/10 117/19 123/24
124/12 124/25 125/11 125/13
125/17 125/18 125/18 126/7
126/8 127/2 128/2 129/22
129/23 130/1 130/7 130/16
130/21 130/22 131/1 131/2
131/4 131/23 132/14 134/23
138/6 138/11 138/14 141/10
141/11 141/12 144/10 145/8
145/20 150/23 151/5 151/11
151/17 151/20 152/11 152/14
152/23 153/8 153/13 154/12
153/16 153/24 154/9 154/17
156/13 157/15 160/6 178/18
180/2 182/6
**loans [3]** 24/16 125/8 135/18
**local [1]** 79/6
**lollipops [1]** 36/6
**long [16]** 3/14 6/17 11/5
14/17 39/9 40/16 60/6 84/10
85/7 106/3 109/22 172/11
173/10 174/8 174/19 181/4
**longer [9]** 40/13 78/20 78/25
165/13 166/12 166/13 167/2
167/6 171/9
**look [46]** 12/12 12/24 48/11
50/23 52/23 53/24 58/22
60/9 67/12 68/10 69/24 70/8
71/17 71/21 71/23 77/21
78/14 78/18 81/4 85/24
86/14 87/15 99/12 104/11
105/14 111/3 115/5 119/12
119/24 120/16 122/8 128/24
129/13 130/10 130/11 133/15
136/24 137/22 139/2 139/3
139/5 148/8 149/6 155/12
160/22 179/21
**looked [5]** 35/12 36/1 55/20
77/10 96/23
**looking [36]** 3/16 10/12
13/11 16/4 19/25 21/7 25/22
30/13 32/13 37/4 60/15
70/12 72/5 94/17 98/16
111/15 112/13 114/12 119/11
122/25 124/23 126/3 126/19
128/14 129/9 129/12 132/12
136/19 136/25 152/15 152/16
154/20 155/8 155/12 165/14
165/21
**looks [2]** 8/21 104/16
**looming [1]** 84/17
**lose [1]** 19/19
**losing [1]** 101/7
**loss [4]** 59/1 83/17 86/11
99/17
**losses [4]** 99/3 100/12
100/14 100/22
**lost [7]** 68/15 68/22 99/16
101/2 101/11 103/21 170/8
**lot [15]** 8/24 9/2 19/13
52/24 62/11 64/21 85/15
86/24 90/1 95/20 106/24
148/15 152/7 155/6 166/1
**love [1]** 165/18
**loved [3]** 171/21 171/22
172/1
**loves [2]** 165/12 165/12
**low [3]** 65/20 72/19 87/10
**lower [2]** 77/11 152/1
**loyalty [1]** 144/12
**lucky [1]** 171/6
**lump [1]** 98/14
**lunch [1]** 123/9
**Luncheon [1]** 123/12

**M**

**ma'am [2]** 176/15 182/18
**made [26]** 17/10 18/10 25/3
35/18 35/21 35/23 36/3 36/4
36/9 36/22 43/12 49/12
65/19 74/15 75/13 77/10
89/1 90/1 125/6 130/18
135/3 146/17 146/22 149/16
154/8 154/16
**mail [8]** 11/17 52/1 56/8
85/11 101/10 141/8 143/8
159/25
**mailed [5]** 24/1 25/5 25/8
42/17 75/10
**mailing [3]** 55/5 77/12 77/12
**mails [1]** 64/17
**main [3]** 67/21 173/2 173/3
**major [1]** 8/13
**make [36]** 9/1 11/24 13/22
18/6 18/22 20/22 22/25 25/1
40/9 41/1 41/3 52/14 53/23
54/3 67/22 76/19 77/20
78/20 79/1 84/18 88/18
109/25 110/2 137/13 137/16
137/17 140/21 146/24 147/9
156/13 161/22 178/10 179/13
179/20 181/15 182/5
**makes [2]** 55/18 98/8
**making [13]** 8/23 9/4 24/18
39/7 40/1 40/3 40/12 76/21
168/18 179/16 179/18 179/19
185/4
**management [1]** 114/7
**manifests [1]** 73/21
**manner [3]** 30/3 31/19 34/12
**many [12]** 81/11 81/14 81/22
93/9 95/15 95/15 105/19
105/23 105/25 108/8 108/22
110/1
**map [1]** 66/18
**marathon [1]** 109/21
**March [9]** 15/9 27/11 44/23
48/2 49/3 57/22 70/2 75/24
104/16
**March 2013 [1]** 15/9
**March 2015 [1]** 49/3
**March 21st [1]** 57/22
**March 23rd [1]** 104/16
**March 26th [2]** 44/23 48/2
**March 28th [2]** 27/11 75/24
**March 7th [1]** 70/2
**margin [2]** 145/24 150/16
**market [2]** 1/20 112/15
**Marketing [4]** 67/14 67/15
67/25 86/9
**marriage [1]** 19/6
**math [6]** 96/24 97/25 142/24
143/3 144/2 149/14
**mathematical [2]** 149/7
149/15
**matter [12]** 39/14 58/1 70/6
70/10 77/25 98/9 98/24
121/24 138/7 187/21 188/10
229/20
**matters [2]** 177/10 178/20
**maturity [1]** 15/18
**maximum [3]** 11/8 32/22
139/17
**may [13]** 32/18 83/13 107/14
115/21 116/1 123/15 123/19
125/9 139/13 150/20 162/3
176/17 182/17
**May 15th [1]** 107/14
**maybe [5]** 40/21 168/12 171/9
186/12 186/13
**me [143]** 3/8 3/13 7/21 12/1
12/13 13/9 15/6 18/17 18/22
26/7 27/21 33/4 34/6 38/5
38/9 38/15 39/10 39/16
39/21 46/10 46/20 46/21

**me... [121]** 4/7 47/9 50/6 50/14 51/9 51/18 51/19 53/5 53/5 53/11 53/24 54/4 54/9 54/9 54/23 55/5 57/8 58/11 59/4 59/5 59/6 59/7 59/8 59/9 62/10 64/5 64/13 64/21 65/1 66/6 66/14 66/14 66/15 68/6 69/25 77/12 77/13 80/3 81/16 83/3 83/8 84/17 84/21 85/10 85/13 87/6 87/7 87/9 87/22 91/20 93/15 94/3 94/18 94/21 95/23 96/8 96/10 98/9 98/17 99/10 102/10 102/18 103/5 104/4 104/6 104/6 104/9 107/19 108/3 110/12 112/9 113/20 118/4 118/10 118/13 119/12 120/1 120/11 120/12 120/13 120/17 121/9 122/9 123/1 124/9 124/11 125/16 128/5 128/14 129/3 130/8 132/1 133/22 134/18 139/19 140/10 142/8 142/19 142/24 143/3 147/11 149/2 149/22 150/4 152/18 153/23 154/22 159/2 159/4 159/10 161/20 162/13 166/2 166/19 166/19 167/15 168/18 177/22 181/19 183/16 184/1

**meal [1]** 87/8
**mean [31]** 43/16 51/9 51/18 51/21 52/17 54/2 59/4 65/7 65/11 76/14 82/13 85/8 88/18 96/16 100/4 115/14 125/21 126/24 147/4 148/1 148/15 149/5 153/5 155/9 157/10 161/7 166/8 166/18 173/1 173/2 183/17
**meaning [2]** 17/23 122/12
**means [3]** 88/13 91/7 95/14
**meant [2]** 132/18 138/2
**medical [2]** 102/11 104/2
**medicating [1]** 103/13
**meeting [2]** 88/16 174/24
**memo [1]** 3/8
**mentally [1]** 59/1
**mention [1]** 128/16
**mentioned [5]** 62/16 103/12 119/3 119/5 150/8
**mere [2]** 5/21 76/15
**message [3]** 45/22 46/19 46/19
**messages [1]** 45/22
**met [2]** 114/17 114/22
**method [1]** 160/9
**microfiche [1]** 71/7
**microfilm [1]** 71/7
**microphone [1]** 6/19
**middle [1]** 124/12
**midnight [1]** 105/6
**might [3]** 98/19 167/23 186/14
**milligrams [2]** 106/18 106/20
**million [4]** 97/13 97/13 97/14 97/15
**mind [5]** 60/10 103/10 113/2 133/15 141/2
**mine [3]** 37/18 53/12 59/11
**minimum [9]** 15/13 16/8 16/16 18/4 18/11 20/12 22/14 28/16 74/4

**minor [1]** 8/13
**minute [8]** 69/1 69/2 69/7 95/1 128/24 147/11 159/4 171/9
**minutes [8]** 4/2 52/21 69/13 143/23 149/8 158/21 167/22 173/12
**mirrors [1]** 91/8
**Misc [4]** 86/3 86/10 95/22 96/2
**Miscellaneous [1]** 67/13
**miserable [3]** 168/18 168/18 168/19
**misinterpreted [1]** 133/2
**mispronounce [1]** 113/19
**miss [1]** 171/23
**missed [12]** 64/18 89/21 92/13 92/13 93/25 94/2 94/4 94/5 95/9 98/2 98/3 99/3
**missing [3]** 64/4 64/4 97/4
**misstated [1]** 156/19
**mistake [1]** 130/18
**misunderstood [1]** 154/3
**mixture [1]** 104/3
**model [5]** 89/4 94/6 94/7 94/19 98/15
**models [1]** 94/16
**moment [1]** 15/11
**money [17]** 18/25 19/3 19/5 46/11 46/12 52/24 54/4 57/1 62/12 76/6 89/25 90/22 91/23 98/9 180/15 180/15 181/21
**month [15]** 11/25 13/20 15/14 16/12 17/11 36/4 39/16 40/7 40/13 49/11 53/1 75/2 77/13 108/20 151/5
**monthly [19]** 12/21 16/2 16/16 18/6 18/11 29/2 40/1 70/16 77/3 77/6 77/11 77/13 77/14 133/23 134/15 179/17 181/16 181/22 182/4
**months [11]** 18/3 39/10 39/11 53/7 60/8 60/8 75/6 88/8 97/16 105/21 170/22
**morbid [1]** 80/4
**more [36]** 15/13 25/11 53/20 55/7 55/15 55/17 72/14 90/22 90/22 90/22 91/24 92/3 94/24 95/19 95/20 96/7 96/11 96/14 96/14 97/20 97/23 103/20 106/24 108/7 130/21 131/11 133/25 151/16 157/19 160/8 160/12 167/19 170/22 185/3 187/15 187/19
**morning [13]** 2/3 2/4 2/5 85/10 101/16 101/19 117/6 119/2 119/6 146/15 160/23 166/23 168/21
**mortgage [46]** 10/7 10/9 10/11 12/14 12/18 36/9 41/24 43/7 44/22 47/6 48/2 53/1 57/14 70/1 71/2 71/5 72/18 117/11 117/17 118/18 119/13 121/15 121/17 121/25 122/10 123/2 133/17 134/20 136/14 136/16 136/21 137/5 139/1 155/19 155/22 159/7 159/11 161/3 163/20 176/5 176/11 176/15 177/1 178/14 178/15 179/22
**mortgages [1]** 82/5

**most [3]** 4/13 71/10 144/16
**mostly [1]** 19/12 65/3
**mother [1]** 7/21
**motion [6]** 184/21 185/2 185/3 185/4 185/6 185/8
**motions [3]** 2/9 2/12 2/13
**mouth [1]** 73/16
**move [9]** 61/17 131/10 135/9 150/21 171/7 175/17 183/6 183/9 184/14
**moved [2]** 61/22 171/5
**movie [1]** 51/5
**movies [1]** 169/23
**moving [12]** 6/6 43/13 60/1 69/22 116/25 131/17 137/20 140/5 146/4 160/18 175/14 177/15
**Mr [40]** 7/3 37/4 46/18 47/17 47/21 52/3 56/3 69/24 71/17 98/23 99/18 99/21 111/3 131/7 147/22 161/25 176/25 177/20 182/24 183/2 183/14 183/21 183/24 184/3 184/14 184/20 184/22 185/4 185/17 187/7 229/4 229/4 229/5 229/7 229/7 229/8 229/8 229/11 229/11 229/12
**Mr. [50]** 5/11 30/22 33/8 33/12 33/14 37/5 37/8 37/11 41/13 41/14 43/3 45/4 45/20 46/2 47/4 47/11 50/3 54/20 55/1 56/10 58/6 60/12 61/12 61/12 61/25 62/1 62/12 62/13 63/25 68/16 105/2 113/3 113/11 113/18 114/21 114/22 118/24 119/3 119/5 119/25 120/13 123/23 134/13 146/7 146/15 148/24 155/21 156/8 160/24 174/3
**Mr. Carroll [11]** 33/12 37/8 41/13 46/2 47/4 47/11 56/10 61/12 61/25 62/12 118/24
**Mr. Carroll's [7]** 30/22 33/8 33/14 37/5 37/11 119/3 119/5
**Mr. Donegan [2]** 5/11 119/25
**Mr. Donegan's [1]** 120/13
**Mr. Eric [1]** 45/20
**Mr. Helbing [5]** 41/14 45/4 60/12 114/21 114/22
**Mr. Helbing's [2]** 155/21 156/8
**Mr. Korogluyan [14]** 43/3 50/3 54/20 55/1 58/6 61/12 62/1 62/13 63/25 68/16 105/2 113/11 113/18 123/23
**Mr. Tepper [7]** 113/3 134/13 146/7 146/15 148/24 160/24 174/3
**Mrs. [6]** 162/12 162/17 169/2 169/7 173/23 181/12
**Mrs. Tepper [6]** 162/12 162/17 169/2 169/7 173/23 181/12
**much [18]** 25/1 40/6 66/12 71/12 79/16 87/2 91/22 93/19 93/21 94/17 101/11 101/12 138/7 160/2 165/19 169/3 171/15 187/12
**multiply [3]** 144/22 145/2 145/15
**my [124]** 3/15 7/9 9/18 15/16

# M

**my... [120]**   15/21 19/22 28/4
35/24 36/3 36/4 36/6 36/7
37/1 38/9 38/17 42/11 43/12
43/22 50/20 50/21 50/21
50/23 51/2 51/2 51/17 51/21
52/13 52/22 52/25 53/25
54/7 54/8 54/9 57/10 57/17
58/9 58/14 58/18 58/21 59/3
59/12 63/5 64/6 64/6 64/23
65/7 65/11 65/12 65/14
65/20 65/24 66/2 66/4 66/16
67/18 67/19 67/19 75/4
75/18 77/11 79/8 79/20
80/11 82/2 82/20 82/21
82/23 85/15 85/15 85/16
86/12 86/25 87/4 87/10 88/8
92/10 93/5 93/14 94/13
94/23 95/7 95/7 95/8 96/10
97/19 98/8 98/18 100/6
101/13 103/10 103/21 103/23
106/3 109/17 113/18 116/8
121/19 122/14 122/23 131/10
133/6 140/15 144/2 145/25
148/18 150/17 152/17 159/4
161/25 162/22 163/3 165/21
166/8 166/19 169/10 171/8
171/9 171/11 172/19 175/11
176/3 176/9 177/7 181/7
**my limited [1]**   145/25
**myself [6]**   46/4 94/19 103/11
103/19 103/22 167/6

# N

**nail [1]**   94/5
**name [6]**   7/13 8/5 60/19
113/19 119/3 119/5
**names [1]**   7/10
**Nareg [5]**   47/18 47/19 47/21
113/15 163/25
**Nareg Korogluyan [2]**   47/18
47/19
**necessarily [2]**   91/20 102/24
**neck [1]**   66/15
**need [24]**   9/4 9/6 9/7 53/24
54/2 54/16 60/9 61/10 81/7
82/14 83/4 91/1 94/13 94/24
98/5 101/15 105/6 109/18
122/4 166/19 166/19 168/2
175/22 183/7
**needed [13]**   11/5 58/25 65/14
100/19 103/7 103/19 104/7
105/3 105/4 106/1 106/5
146/12 156/1
**negotiating [1]**   8/22
**Neil [2]**   67/20 67/20
**neither [2]**   133/3 152/13
**nervous [3]**   59/12 66/1
173/15
**net [4]**   3/16 3/21 86/21
89/13
**network [1]**   98/16
**never [15]**   5/11 5/13 51/10
51/12 56/7 58/8 66/7 72/25
74/24 75/13 95/16 125/16
130/4 130/4 132/6
**new [7]**   28/6 31/5 76/3
84/21 84/22 90/10 108/22
**next [26]**   24/8 24/9 24/15
74/12 76/22 84/12 85/21
87/4 88/12 88/17 88/23
89/15 90/9 91/8 91/9 91/10

94/24 95/2 99/25 112/14
135/5 143/12
**nicer [1]**   46/21
**night [4]**   35/23 59/23 106/3
174/24
**nights [4]**   85/9 103/21
174/22 175/6
**nine [3]**   7/12 39/11 184/16
**no [216]**   1/7 2/20 4/18 5/2
13/25 14/21 15/6 16/3 17/18
17/22 18/5 20/7 20/13 20/17
21/2 21/18 21/21 21/24 22/8
22/15 22/15 22/18 22/21
23/6 23/12 23/15 24/25
25/21 26/4 26/7 26/17 26/21
26/24 26/24 27/16 27/19
27/24 28/10 28/17 28/24
29/4 29/13 29/21 30/5 30/8
30/12 30/16 30/20 30/24
31/14 31/17 31/21 31/24
32/2 32/5 32/10 33/10 33/13
33/16 33/24 34/2 34/14
34/17 34/20 34/23 36/9
36/15 36/22 37/10 37/13
37/16 37/20 37/22 37/22
38/1 39/19 40/13 41/3 42/1
42/3 42/14 42/23 45/15 49/9
49/17 49/21 54/23 55/18
55/21 56/11 56/14 56/17
56/20 56/25 59/17 61/1 61/8
62/16 62/16 72/7 72/11
72/13 75/1 75/7 75/15 77/12
78/20 78/25 80/20 81/3
83/22 84/7 85/4 85/4 85/12
86/7 88/9 91/22 92/23 93/6
93/16 95/23 96/3 96/5 99/24
100/23 101/10 101/22 101/23
101/24 102/5 102/7 102/9
102/19 103/18 107/20 108/20
109/7 109/16 111/20 125/11
125/24 128/1 128/6 128/12
132/12 132/17 133/22 138/7
139/20 140/1 140/20 143/6
143/8 145/9 147/25 148/13
148/25 149/1 149/3 149/14
150/17 152/5 152/7 152/10
152/15 154/2 155/5 157/18
158/4 158/6 158/16 161/7
161/7 162/8 163/1 165/13
166/12 166/13 167/2 167/6
170/3 171/1 172/9 172/10
172/15 175/9 176/3 176/9
176/20 178/11 178/22 178/22
178/22 178/22 178/22 178/22
178/23 178/24 179/1 179/6
179/20 179/24 180/18 180/21
181/3 181/24 181/24 182/3
182/14 182/16 184/3 184/18
184/25 186/23 188/2
**Nobody [1]**   85/13
**non [3]**   1/11 86/15 135/17
**Non-employee [1]**   86/15
**NON-JURY [1]**   1/11
**non-performing [1]**   135/17
**none [3]**   108/24 153/13
154/14
**nor [1]**   152/13
**normal [5]**   58/3 59/16 61/5
64/23 64/25
**normally [1]**   49/11
**not [190]**   2/16 4/16 5/23
8/16 23/24 24/22 26/24

29/24 32/10 32/21 32/23
37/17 38/3
38/5 38/9 38/22 39/7 39/8
39/13 39/17 43/1 44/4 44/19
45/12 46/14 46/15 48/5 48/8
52/8 52/23 52/24 59/4 59/13
59/13 59/13 61/9 62/18 63/3
63/7 64/21 64/23 65/10
65/15 65/20 65/20 66/9
66/19 66/19 66/20 73/15
74/16 75/4 75/15 75/16 76/3
77/9 81/14 85/19 87/19 88/5
90/3 90/9 90/23 91/20 92/3
92/12 92/18 92/22 92/23
93/11 94/10 94/11 94/12
94/12 95/3 95/3 97/6 97/8
97/16 97/18 97/21 98/14
99/2 99/5 100/8 100/23
101/8 102/4 102/6 102/11
102/17 103/11 103/21 105/13
107/18 109/21 109/21 115/1
116/10 116/15 116/21 116/23
118/4 118/11 119/14 120/18
120/24 121/21 121/25 122/17
123/2 125/24 128/2 128/12
129/7 130/6 131/6 131/10
132/10 132/24 132/25 133/25
134/3 134/10 134/21 135/22
135/25 136/2 136/4 136/12
137/4 137/10 138/9 138/13
138/16 139/17 139/25 141/12
141/19 144/16 146/21 146/24
147/19 148/3 148/15 148/16
148/25 149/1 149/10 149/18
150/11 150/17 151/6 152/11
153/2 153/6 154/5 154/12
156/20 158/4 160/20 161/24
163/8 164/16 164/18 165/4
165/5 165/25 166/5 166/10
167/13 167/20 168/3 168/16
168/25 169/1 169/22 170/11
173/17 178/2 178/10 178/14
178/18 179/24 182/22 185/10
185/20
**notarized [1]**   118/24
**note [13]**   75/3 76/3 117/16
125/21 129/8 139/22 139/24
139/25 140/2 144/10 144/17
158/22 158/24
**noted [2]**   76/22 134/5
**notes [3]**   94/23 148/23 149/4
**nothing [15]**   5/3 39/15 53/14
53/25 77/17 87/4 113/6
135/7 147/5 147/7 147/14
162/1 171/6 171/10 176/23
**notice [28]**   5/6 27/5 41/1
41/10 41/17 41/23 42/12
42/15 45/6 45/17 49/18
78/12 122/2 122/3 123/4
127/12 129/6 135/23 155/20
156/3 164/15 167/18 167/24
174/3 184/24 185/1 185/10
185/11
**noticed [5]**   156/11 165/14
167/19 167/20 180/15
**notices [3]**   128/17 136/1
184/25
**notified [6]**   152/22 153/5
154/7 175/4 175/19 176/7
**notify [5]**   176/1 176/3 177/2
177/7 177/17
**NOVA [43]**   9/15 10/14 10/17
11/11 11/24 12/4 12/15

**NOVA... [36]** 12/20 12/22
13/3 13/7 13/11 13/22 14/2
14/9 14/10 14/23 15/15
15/25 17/1 18/2 23/19 28/22
29/3 31/5 35/21 40/13 73/21
73/22 74/2 117/5 126/7
126/24 127/8 144/11 150/24
151/8 151/9 181/15 181/15
181/19 181/21 182/4
**NOVA Bank [36]** 10/17 11/11
11/24 12/4 12/15 12/20
12/22 13/3 13/7 13/11 13/22
14/2 14/9 14/10 14/23 15/15
15/25 17/1 18/2 23/19 28/22
29/3 73/21 73/22 117/5
126/7 126/24 127/8 144/11
150/24 151/8 151/9 181/15
181/15 181/21 182/4
**November [13]** 20/3 20/15
39/12 41/21 41/25 45/17
78/2 155/21 156/5 156/9
156/18 157/19 185/11
**November 2012 [2]** 41/25
45/17
**November 2014 [3]** 39/12
156/18 157/19
**November 20th [1]** 156/9
**November 30th [2]** 20/3 20/15
**now [120]** 2/19 9/25 10/12
11/23 12/4 12/12 12/20 13/9
14/1 14/9 14/17 15/11 15/17
15/22 16/4 18/14 19/19
19/25 20/18 24/23 25/1
25/17 25/22 26/25 27/4
28/11 28/25 30/13 31/3 31/7
32/13 33/7 33/17 37/4 37/23
40/3 41/16 42/15 42/21
43/19 45/1 45/9 45/16 46/14
47/13 48/1 48/5 50/3 51/15
53/21 55/20 55/23 56/8 58/5
60/3 60/6 61/11 62/14 63/23
65/2 65/16 66/14 66/21
68/14 69/8 75/23 82/17
83/16 85/24 86/18 87/14
87/22 88/3 88/15 88/19 89/1
89/9 91/19 100/18 103/2
103/25 106/4 109/9 110/9
110/14 113/25 114/3 114/16
114/23 115/1 119/11 123/9
125/11 126/3 126/19 126/22
129/9 129/21 130/5 131/20
133/9 133/10 135/8 138/14
144/18 145/6 149/7 150/23
151/11 156/22 159/3 159/8
161/9 161/15 162/3 163/23
171/23 182/18 185/5 186/9
**nowhere [4]** 112/8 128/9
128/16 129/4
**number [38]** 5/11 16/14 19/25
25/23 42/1 42/7 59/7 75/25
81/17 86/14 87/21 91/22
97/1 99/7 104/6 111/7 120/4
124/8 124/23 126/5 126/19
128/19 140/25 141/18 141/21
142/2 142/3 142/25 143/12
143/21 145/16 145/16 145/20
155/7 159/24 159/24 160/3
160/13
**Number 1 [2]** 126/19 128/19
**numbers [10]** 68/15 68/19
71/18 91/12 91/21 93/22

**o'clock [5]** 98/11 101/19
166/23 166/24 167/8
**oath [2]** 85/9 123/17
**object [6]** 5/10 116/14
122/16 176/19 183/22 184/3
**objection [27]** 24/5 24/11
59/25 62/20 73/3 73/5 73/19
73/25 76/14 76/22 79/25
85/17 100/8 112/24 116/19
124/1 133/24 134/5 134/24
135/4 136/4 137/8 137/9
173/19 183/24 184/4 184/18
**objections [1]** 183/13
**obligate [1]** 78/20
**obligated [1]** 79/1
**obligation [9]** 20/21 22/25
36/23 39/6 71/11 75/7
147/17 175/2 177/1
**obligations [1]** 76/9
**obviously [5]** 51/12 110/13
147/5 177/23 187/23
**occurred [3]** 52/4 122/10
169/15
**October [22]** 14/7 14/23
17/12 18/7 18/10 23/19
28/23 35/19 36/21 41/15
48/9 48/23 115/3 115/9
115/13 115/15 115/20 115/24
120/18 120/25 121/11 151/9
**October 2012 [7]** 18/7 18/10
23/19 28/23 35/19 36/21
151/9
**October 2015 [1]** 48/9
**October 26th [7]** 48/23 115/3
115/9 115/13 115/15 115/20
115/24
**of [552]** 1/1 2/15 3/2 3/15
3/15 3/17 3/21 4/7 4/9 4/9
4/10 5/7 6/25 7/4 8/1 8/5
8/9 8/11 8/11 8/24 8/24 9/6
9/17 9/18 9/21 9/25 10/1
10/13 10/19 11/5 11/6 11/12
12/5 12/10 12/13 12/14
12/18 13/2 13/2 13/6 13/6
13/10 13/12 13/15 13/21
13/23 14/7 14/14 14/24
15/12 15/18 16/14 17/10
17/11 17/12 17/14 17/16
17/19 18/11 19/2 19/7 19/9
19/13 19/16 19/23 20/6
20/15 20/15 20/19 20/21
21/13 22/7 22/19 22/20
22/23 22/25 25/5 25/10
25/19 26/3 26/11 26/12
26/20 27/5 27/6 27/14 27/23
28/1 28/4 28/12 28/19 28/22
29/12 30/10 30/25 31/5
31/13 31/19 32/3 32/8 32/24
33/1 33/1 33/2 33/23 34/11
34/21 35/4 35/6 35/10 35/13
35/14 35/21 35/22 37/23
38/6 40/13 40/25 41/15
41/17 41/21 41/25 42/4 42/6
42/7 42/8 42/19 42/22 44/10
44/11 44/21 44/23 45/2
45/13 45/18 46/6 46/9 46/13
46/17 47/7 48/20 49/3 49/6
49/22 49/24 51/6 51/15
52/21 52/24 53/7 54/4 54/6
55/12 55/23 57/12 57/17

57/22 58/1 58/11 58/22 59/2
60/12 60/16
60/22 60/23 61/1 61/2 61/4
61/6 61/19 61/20 61/23 62/1
62/7 62/8 63/19 63/21 63/24
63/25 64/12 64/13 64/14
64/15 64/15 64/21 65/19
66/4 66/24 67/8 67/11 67/25
68/3 68/12 68/15 68/19
68/22 70/1 70/2 70/9 70/18
70/22 71/2 71/11 71/23
72/15 72/18 72/23 73/1
73/19 73/24 74/16 74/17
74/21 74/23 75/5 75/11
75/23 76/3 76/17 77/5 77/7
77/25 78/2 78/12 78/12 79/1
79/2 80/3 80/4 80/18 82/22
83/17 83/17 83/22 83/24
84/1 84/12 84/18 84/21 85/6
85/15 85/15 86/11 86/24
87/2 87/22 87/25 88/7 88/17
90/3 90/6 90/11 90/21 91/5
91/8 92/4 92/9 93/9 93/12
93/23 95/1 97/11 97/11 98/9
98/16 99/16 100/23 100/25
102/25 103/3 103/18 103/20
103/21 103/25 104/3 104/17
104/19 106/5 106/21 108/12
108/13 108/19 109/14 110/21
111/15 112/5 112/16 112/18
112/19 113/8 113/11 113/12
113/14 113/25 114/3 114/13
114/23 115/8 115/12 116/14
116/16 116/17 117/18 117/19
118/17 119/8 119/9 119/13
119/14 119/25 120/2 120/2
120/2 120/4 120/5 120/16
120/23 120/25 121/1 121/6
121/10 121/11 121/15 121/17
121/20 121/24 121/25 121/25
122/2 122/3 122/6 122/7
122/9 122/10 123/2 123/2
123/4 123/10 123/20 124/12
124/12 124/17 124/21 125/3
125/25 126/13 126/15 127/8
127/9 127/12 127/13 128/16
129/5 130/7 131/23 132/2
132/6 132/7 132/16 133/3
133/25 134/7 134/14 134/22
136/21 137/2 137/2 137/4
137/4 137/5 137/12 137/23
138/11 139/11 140/8 140/21
141/3 141/7 141/8 141/14
141/25 142/2 142/3 142/11
142/13 142/16 143/3 143/5
143/6 143/8 143/10 143/12
143/16 143/18 143/21 144/23
145/6 145/7 145/13 145/16
145/18 145/22 145/23 145/24
145/25 146/10 146/12 146/13
146/13 146/19 147/3 147/25
148/2 148/2 148/4 148/13
148/15 148/23 149/22 149/24
150/4 150/5 150/12 150/16
150/24 151/5 151/12 151/18
151/24 152/1 152/4 152/7
152/21 152/25 153/1 153/3
153/9 153/9 153/10 153/13
154/7 154/14 154/25 155/6
155/14 155/18 155/20 155/21
153/6 156/5 156/17 157/13
157/15 157/15 157/19 157/20
158/7 158/25 159/14 159/19

94/9 140/11 140/18 184/15

**of...** **[89]**   160/9 160/19
160/22 161/3 161/5 161/23
161/23 162/7 162/9 162/18
163/11 163/12 163/15 163/17
164/8 164/8 164/23 165/3
165/5 165/8 165/11 166/1
166/2 166/12 166/15 167/4
167/12 167/16 168/23 169/16
169/18 169/23 169/25 170/9
170/10 170/13 170/15 170/19
171/13 172/21 172/25 173/7
173/8 173/9 173/13 173/22
174/2 174/4 174/6 175/4
176/11 176/14 176/23 177/2
177/7 177/9 177/16 177/17
177/19 177/25 179/7 180/16
181/20 181/23 182/8 183/8
183/24 184/7 184/10 184/12
184/16 184/23 184/23 185/3
185/11 185/13 185/15 185/24
185/25 186/6 186/9 186/9
186/11 186/11 186/12 187/1
187/25 188/2 229/19
**of 18 [1]**   72/15
**off [17]**   2/16 24/1 25/9
25/13 50/6 83/21 84/1 86/25
90/1 92/22 97/4 97/9 97/11
109/16 144/13 146/14 148/2
**off-air [1]**   97/4
**offer [2]**   20/25 23/4
**offering [1]**   155/15
**offers [1]**   61/19
**office [4]**   19/22 90/21 91/14
95/6
**officer [1]**   113/22
**offices [2]**   8/23 9/4
**Official [1]**   1/20
**often [3]**   105/1 105/11
105/13
**Oh [15]**   4/12 19/10 26/24
55/21 61/23 63/5 93/6
103/18 125/24 138/23 143/5
160/16 161/8 166/8 183/16
**Ohannes [2]**   114/4 131/21
**okay [188]**   2/8 3/14 4/12
5/22 6/20 6/22 7/7 7/10
7/17 7/24 7/25 8/7 8/15
9/10 9/14 9/20 9/25 10/3
10/9 10/12 10/25 11/23 12/4
12/8 13/1 14/4 14/8 14/9
14/15 14/17 14/22 15/8
15/11 15/22 16/24 17/4
17/12 17/16 18/2 19/3 19/19
21/16 21/25 23/16 24/14
24/23 25/10 26/25 27/9
28/25 30/2 34/5 34/5 36/11
37/2 38/2 39/4 39/21 39/24
40/3 40/11 40/24 41/8 43/6
43/19 44/3 44/20 45/16
45/25 47/3 47/10 56/4 60/6
61/23 61/24 62/5 62/14
64/24 67/3 70/5 71/20 71/22
71/24 72/3 72/17 72/18
72/24 75/5 75/23 77/15
78/14 79/20 80/13 80/21
82/8 82/17 83/5 83/9 84/16
86/2 86/13 86/18 87/14
87/22 89/9 90/5 91/11 92/6
92/12 92/13 92/24 93/24
95/14 95/18 96/9 96/15
96/21 97/25 99/8 99/11

100/21 102/1 104/8 104/13
111/9 111/14 111/22 112/1
112/8 112/13 118/10 118/17
119/17 120/7 121/17 122/6
122/15 123/8 124/7 124/23
129/14 130/25 131/18 133/15
133/19 134/18 136/7 136/23
141/9 143/12 143/20 149/2
149/6 149/19 150/8 150/15
151/7 151/23 153/8 153/13
153/18 154/22 155/17 156/22
157/5 157/18 157/23 159/17
161/8 162/5 169/16 172/11
174/19 175/19 175/24 176/13
180/9 181/8 181/19 182/8
182/16 185/7 187/3 187/18
**on [232]**   5/13 6/10 6/19 8/18
8/23 9/7 10/9 11/4 11/9
11/12 11/24 12/9 12/10
12/16 12/21 13/17 13/18
13/18 13/19 14/23 15/24
16/1 17/2 18/18 21/8 21/13
23/24 24/17 25/19 26/23
26/24 27/22 31/25 33/8 34/4
34/18 35/6 36/25 37/6 38/7
39/8 40/1 41/24 42/20 44/23
45/11 45/23 45/25 46/5
46/18 46/22 48/2 48/15 49/3
49/6 50/3 50/9 50/20 51/3
51/3 51/12 52/4 52/20 52/20
52/20 53/3 55/15 55/20
56/13 58/19 58/22 59/12
60/1 60/18 61/6 63/23 64/16
66/2 66/5 66/6 66/20 66/24
68/6 69/8 70/9 70/20 71/23
73/1 76/2 76/9 77/14 78/19
78/21 79/8 81/13 82/23
83/18 87/7 87/11 88/15
89/12 89/18 90/11 91/9
91/21 92/11 92/14 92/21
93/12 93/23 94/14 94/15
94/18 95/22 96/1 97/6 97/12
98/1 98/10 98/11 101/10
101/13 103/10 104/4 104/16
104/22 105/16 105/18 106/17
107/2 107/6 107/18 107/18
109/1 109/5 109/9 110/13
112/1 112/14 113/8 114/9
115/8 115/13 115/19 116/25
125/9 120/3 120/7 120/11
120/14 120/23 121/9 121/10
121/21 122/3 122/5 122/13
122/22 123/4 123/6 124/17
124/18 124/25 131/23 134/22
135/8 135/9 135/14 137/20
139/7 140/5 140/15 142/8
142/25 143/5 146/14 148/5
149/16 149/23 150/21 152/21
153/16 154/20 155/17 156/3
158/11 160/6 160/13 162/6
164/3 164/17 164/21 165/24
166/10 166/21 166/21 167/5
167/6 167/11 167/13 168/1
168/17 170/8 170/10 171/20
171/25 172/16 172/19 173/3
174/1 174/14 174/15 174/22
174/25 175/7 175/20 177/15
178/9 178/17 179/5 179/13
179/15 179/16 182/4 182/6
183/14 183/18 185/25 186/2
187/12 187/22 188/1
**once [11]**   8/22 23/25 59/22

63/20 82/18 99/9 109/9
185/20 186/1 187/1/3 187/6
**one [49]**   8/3 8/21 13/2 23/21
37/16 41/1 41/12 77/12
81/24 81/25 82/15 82/16
85/12 86/1 91/14 91/22 94/4
96/16 96/17 96/18 97/14
97/14 103/6 104/12 105/25
106/7 106/9 108/3 108/7
109/1 109/4 109/7 116/5
116/7 116/9 121/14 129/12
138/21 142/1 143/22 147/11
151/16 172/24 178/21 179/23
179/24 184/21 185/14 187/11
**one-year [1]**   185/14
**ones [4]**   86/8 95/25 96/5
155/4
**only [22]**   4/19 9/18 10/20
39/2 61/4 61/22 82/14 86/5
105/4 105/8 126/13 135/19
151/1 153/18 156/2 157/7
158/17 159/9 168/20 176/21
181/3 183/17
**open [2]**   73/15 150/20
**opening [2]**   2/24 2/25
**operations [1]**   113/22
**opportunity [4]**   5/17 5/25
165/20 186/18
**opposed [3]**   88/6 169/9
171/16
**optical [1]**   71/7
**option [1]**   15/25
**or [124]**   3/3 3/10 9/4 9/6
9/7 13/21 15/8 15/20 19/1
20/22 20/22 20/25 21/19
22/25 23/1 23/4 23/11 23/13
26/3 27/6 28/18 28/20 30/22
31/19 32/24 33/1 33/14
34/11 37/11 37/14 37/18
38/6 41/4 42/3 44/4 49/7
58/1 58/12 61/12 61/25
65/15 66/12 71/4 71/4 71/5
71/6 71/7 72/14 75/20 78/12
78/24 79/6 79/23 80/8 80/9
80/19 89/1 90/17 90/18 92/7
93/21 96/1 99/2 101/8 102/8
102/10 102/17 103/5 106/18
110/10 112/21 116/23 117/19
120/20 121/1 121/11 123/24
124/13 125/21 127/12 128/17
129/5 130/12 131/23 132/23
134/3 134/3 134/20 135/22
135/25 137/4 137/17 145/8
149/8 149/15 153/19 153/21
154/5 157/5 157/18 158/11
158/17 160/12 160/20 161/15
168/1 169/10 170/22 171/17
171/20 172/13 173/24 178/8
178/9 178/17 181/14 181/20
182/20 185/3 185/20 186/13
187/2 187/12 187/17
**order [5]**   13/20 24/17 88/10
90/21 108/18
**orders [3]**   88/7 88/8 90/22
**original [7]**   71/8 138/16
139/1 139/22 139/24 139/25
140/2
**originally [2]**   45/6 117/5
**other [38]**   8/7 28/11 32/17
38/6 41/3 56/6 56/21 56/23
59/24 64/17 67/17 68/1 68/2
71/5 86/8 86/23 88/9 89/3
90/25 92/7 94/14 99/2 99/16

# O

**other... [15]**  100/22 102/19
104/22 104/23 105/11 105/16
107/18 112/6 132/15 151/13
162/6 162/8 166/21 182/20
184/4
**others [1]**  61/5
**otherwise [1]**  3/24
**our [30]**  19/4 19/5 23/25
43/5 52/6 54/16 63/14 80/13
111/7 123/9 126/24 138/23
147/2 147/7 162/23 164/15
165/19 169/1 169/20 171/7
172/15 174/18 175/4 175/5
175/13 178/15 179/14 179/14
180/1 180/16
**ours [5]**  52/8 52/8 53/13
53/16 58/13
**out [49]**  3/2 3/19 7/22 8/11
11/9 18/19 19/23 24/9 25/1
25/3 35/21 35/22 35/24 36/2
38/18 40/4 46/14 46/22 54/2
58/14 76/6 80/3 86/18 87/6
87/7 88/4 98/12 101/12
101/25 128/8 138/4 141/9
144/19 145/2 145/19 147/1
165/12 165/16 165/18 165/21
167/24 168/5 168/20 172/6
172/13 179/7 180/14 180/16
182/8
**outside [2]**  185/14 186/11
**outstanding [2]**  36/23 112/5
**over [23]**  14/9 28/3 28/8
32/20 39/3 58/10 59/4 59/5
60/22 62/10 66/11 66/18
71/23 75/17 84/17 90/21
94/10 96/20 124/20 139/15
141/11 155/11 155/12
**overdo [1]**  109/21
**overrule [2]**  113/2 116/19
**overruled [8]**  73/25 76/17
76/23 122/18 124/3 134/5
137/16 184/2
**oversee [1]**  133/13
**overseeing [1]**  7/23
**owe [8]**  46/9 46/12 54/14
54/17 71/6 77/19 79/16
153/8
**owed [8]**  55/9 55/10 55/15
55/16 57/18 70/18 134/22
140/8
**own [6]**  7/17 8/7 37/1 67/18
172/13 185/11
**owner [1]**  76/3
**ownership [3]**  7/25 74/20
163/4

# P

**p.m [3]**  123/12 123/14
188/12
**p.m.'s [1]**  66/17
**PA [1]**  7/6
**package [2]**  28/5 38/5
**page [47]**  12/10 12/10 12/10
12/18 21/7 21/25 30/25
32/14 34/4 68/10 70/20
70/22 71/23 72/9 78/19
99/10 104/19 105/17 105/18
107/6 111/15 112/14 119/12
120/16 120/23 121/9 124/12
130/11 136/20 137/22 137/25
139/7 148/4 149/24 150/6

150/7 152/21 155/10 155/22
176/11 176/12 176/14 183/19
**Page 1 [1]**  121/9
**Page 12 [2]**  136/20 159/7
**Page 2 [7]**  12/10 21/7 30/25
104/19 119/12 149/24 150/7
**Page 20 [2]**  130/11 137/22
**Page 28 [1]**  99/10
**Page 3 [3]**  12/10 71/23 72/9
**Page 4 [3]**  32/14 139/7
156/24
**Page 5 [3]**  176/11 176/12
176/14
**Page 65 [1]**  148/4
**pages [3]**  104/22 155/6
187/20
**paid [20]**  15/13 25/8 57/17
89/13 89/14 89/17 89/19
98/6 98/7 98/8 141/11
144/21 156/1 178/14 178/16
178/18 180/12 180/13 181/19
181/21
**panic [6]**  65/25 66/2 66/2
85/11 166/3 166/7
**paper [4]**  19/23 101/3 101/12
141/3
**papers [2]**  43/15 187/6
**paperwork [1]**  4/10
**paragraph [27]**  20/19 21/3
22/23 23/7 26/13 32/14 33/5
34/4 70/21 70/24 72/6 72/8
72/9 78/19 111/5 111/16
111/20 111/21 112/14 126/23
132/13 139/8 149/24 150/7
155/7 156/25 161/5
**paragraphs [1]**  12/9
**parents [1]**  175/23
**part [10]**  26/23 61/1 68/3
76/17 125/3 132/19 139/11
155/14 155/18 155/20
**participated [1]**  81/13
**participating [1]**  114/16
**participation [1]**  114/18
**particular [3]**  96/3 119/11
156/24
**parties [4]**  151/13 151/24
160/20 161/23
**partner [4]**  67/19 67/20
166/13 167/17
**partners [8]**  64/9 67/17 80/8
80/8 80/11 82/2 95/8 95/25
**partnership [3]**  80/9 80/19
95/20
**party [4]**  133/10 139/25
165/11 166/12
**pass [1]**  80/14
**pass-through [1]**  80/14
**Passively [1]**  85/3
**past [11]**  16/18 30/10 32/4
34/22 41/24 42/10 155/16
161/15 161/16 161/19 167/20
**patient [4]**  104/14 107/1
107/4 176/23
**pay [23]**  50/20 50/21 51/23
51/23 52/7 52/8 52/9 52/15
53/15 54/4 54/17 58/12 59/7
65/22 71/11 87/9 153/10
154/17 176/22 181/22 182/2
182/9 182/12
**paying [8]**  38/14 40/6 40/24
49/11 57/21 65/20 65/21
177/24

**payment [27]**  3/17 13/11 16/8
16/23 17/7 18/1 18/4 18/12 25/3
25/4 35/17 35/22 35/23 36/3
36/4 36/22 41/1 49/13 52/14
79/17 89/17 124/24 141/10
141/12 147/17 181/15 182/6
182/10
**payments [25]**  11/24 17/10
18/6 18/11 20/12 22/14
24/18 28/16 36/9 39/7 40/1
40/4 40/12 41/3 76/20 76/21
135/3 145/10 147/9 178/10
179/13 179/16 179/18 179/19
179/21
**peak [2]**  109/12 110/14
**peaks [1]**  109/19
**pecuniary [2]**  99/2 99/21
**pejorative [1]**  85/18
**pen [1]**  141/3
**pending [3]**  2/9 3/17 49/24
**PENNSYLVANIA [17]**  1/1 1/9
1/16 1/18 1/21 44/24 48/4
48/7 48/9 48/15 115/2 115/8
115/13 116/16 137/2 137/5
159/9
**people [14]**  8/25 9/1 64/20
64/22 66/18 77/18 88/18
90/13 90/25 91/4 95/5
110/19 175/13 175/22
**per [9]**  40/6 40/12 49/8
95/12 98/1 144/23 144/24
145/12 145/13
**percent [35]**  8/2 8/7 35/1
35/1 35/6 35/7 65/1 65/4
72/15 73/1 84/6 84/9 84/11
84/20 85/1 85/5 88/1 91/24
92/2 132/4 132/8 132/9
132/15 132/25 144/6 144/22
145/11 151/2 151/19 152/12
152/25 157/6 157/24 158/9
160/13
**percentage [12]**  32/19 32/20
32/21 32/21 32/23 72/14
132/16 139/14 139/15 139/16
139/17 144/13
**Perfect [1]**  94/5
**perform [1]**  88/14
**performance [1]**  108/13
**performing [7]**  64/23 64/25
127/8 135/17 135/17 166/13
167/16
**perhaps [3]**  130/2 153/18
153/23
**period [13]**  13/6 17/1 30/10
32/3 34/21 36/20 40/13
40/25 74/17 75/5 112/20
125/7 145/22
**periodic [25]**  12/5 12/21
13/2 13/24 14/19 14/22 16/1
16/5 23/18 29/2 42/21 42/25
54/22 70/16 71/4 71/10
72/24 72/1 72/6 72/10 74/16
133/23 134/15 181/16 181/22
**permission [1]**  169/9
**permitted [2]**  32/22 139/17
**person [12]**  11/21 38/24
59/14 80/5 96/24 131/21
162/24 163/11 164/12 164/18
165/13 166/13
**personal [3]**  123/24 124/13
124/13
**personally [4]**  81/24 116/10
173/13 173/23

# P

**perspective [2]**   147/2 156/2
**pharmacist [1]**   102/6
**pharmacological [1]**   102/11
**PHILADELPHIA [9]**   1/9 1/16
  1/21 7/6 44/24 120/3 122/1
  123/2 150/13
**phone [21]**   43/5 43/12 44/6
  44/10 46/3 46/23 46/24
  46/25 47/2 53/2 58/15 61/19
  65/18 75/1 83/18 84/19 92/9
  164/3 164/9 166/17 168/11
**physical [4]**   27/22 30/14
  33/8 37/5
**physically [1]**   59/1
**physician [1]**   60/17
**pick [7]**   28/5 66/3 113/13
  131/6 167/7 167/15 174/16
**picked [2]**   160/10 174/17
**piece [6]**   65/19 85/14 141/3
**pill [7]**   106/2 106/4 106/6
  106/7 106/9 106/21 106/22
**pills [5]**   60/23 105/23
  105/25 106/12 106/14
**place [7]**   1/15 36/16 71/7
  82/19 178/25 185/14 186/10
**placebo [1]**   102/16
**places [1]**   171/13
**plaintiff [9]**   1/14 5/14
  71/19 113/9 140/3 147/18
  162/7 182/22 184/25
**plaintiff's [105]**   4/21 5/7
  10/12 12/6 12/12 12/24
  15/23 16/4 17/5 18/9 19/25
  21/9 21/23 21/25 23/16
  25/22 26/5 26/8 26/15 26/18
  26/22 27/4 27/17 28/14 29/5
  29/8 29/14 29/18 30/2 30/6
  30/9 30/21 31/3 31/7 31/10
  31/15 31/18 32/7 32/13 33/7
  33/17 33/20 33/25 34/8 37/4
  41/16 43/20 44/20 48/11
  49/2 49/15 55/11 56/21
  56/22 57/5 60/10 60/15
  67/12 68/11 69/25 70/8
  70/12 70/14 73/21 75/25
  78/15 85/24 104/12 111/3
  111/8 114/12 117/14 117/20
  117/24 118/2 118/18 119/13
  122/8 122/25 124/7 124/23
  126/3 126/19 127/11 128/15
  129/4 129/9 129/18 130/10
  133/16 136/18 150/1 151/14
  152/18 153/22 154/15 154/23
  155/18 156/22 159/6 163/20
  163/21 184/6 185/11 187/22
**plaintiffs [4]**   6/8 160/19
  183/9 185/10
**plane [1]**   174/21
**planned [1]**   175/10
**plateau [1]**   110/10
**play [1]**   97/24
**pleading [1]**   52/22
**pleadings [3]**   5/3 183/20
  183/25
**Pleas [2]**   44/24 150/13
**please [15]**   7/4 12/25 46/20
  48/11 48/17 48/20 67/12
  69/20 70/25 136/20 136/22
  138/3 139/10 169/18 173/20
**pleasure [1]**   188/9
**plenty [1]**   64/13

Plotkin [1]   67/20
Document 45   Filed 05/16/17
  160/12
**PNC [1]**   23/25
**PO [1]**   89/1
**point [12]**   23/21 74/5 78/8
  79/13 82/13 90/3 90/6 93/5
  138/22 138/22 161/16 161/19
**pointing [2]**   155/3 155/18
**points [3]**   32/20 132/16
  139/15
**policy [3]**   54/21 62/3 106/4
**pool [1]**   67/22
**portion [5]**   118/9 134/14
  144/4 145/18 170/10
**portions [2]**   114/13 184/7
**position [8]**   6/2 8/20 30/22
  33/15 37/12 116/18 185/17
  187/22
**possession [1]**   45/14
**Power [3]**   120/1 121/6 121/20
**practical [1]**   187/21
**practice [2]**   119/9 130/6
**Practices [1]**   159/14
**precisely [1]**   35/9
**preconceptions [1]**   143/2
**predominantly [2]**   19/16
  163/13
**prefer [1]**   187/11
**preference [1]**   187/10
**prejudice [1]**   5/20
**prepare [2]**   70/17 114/18
**prepared [2]**   119/19 186/25
**prescribed [4]**   59/18 60/3
  60/16 67/3
**prescription [2]**   102/23
  107/5
**prescriptions [1]**   103/3
**present [3]**   47/24 162/17
  163/23
**presented [3]**   116/5 186/1
  186/8
**pressing [1]**   39/13
**presumably [1]**   78/25
**pretty [3]**   46/3 103/16 155/9
**previous [3]**   25/8 115/25
  125/24
**previously [10]**   60/3 102/20
  106/18 119/3 123/17 152/11
  160/3 160/23 161/11 161/14
**PRICE [1]**   162/14
**pricing [1]**   9/7
**primarily [1]**   162/24
**prime [4]**   131/7 131/8 138/8
  138/12
**principal [31]**   11/8 15/16
  15/18 15/20 16/6 20/11
  22/13 28/15 30/6 31/25
  34/18 38/14 42/11 49/2 49/6
  54/7 54/8 54/10 56/12
  144/20 145/9 149/20 149/23
  150/4 150/10 153/9 154/18
  156/14 160/6 160/10 174/23
**print [1]**   101/12
**printed [1]**   104/16
**prior [13]**   45/21 60/4 79/24
  105/1 114/16 115/2 153/20
  165/7 175/2 178/2 178/5
  184/25 185/10
**privilege [1]**   178/13
**probably [14]**   32/12 42/5
  51/19 54/14 55/21 81/21
  84/12 84/21 88/2 95/16

  131/5 144/2 156/19 160/10
  168/24 169/25 52/15
**procedures [1]**   9/11
**proceed [2]**   2/22 4/5 186/2
**proceedings [5]**   2/1 69/15
  123/13 188/11 229/19
**proceeds [1]**   146/14
**process [5]**   13/22 44/17
  62/14 63/18 69/3
**processes [1]**   9/11
**produce [1]**   116/9
**produced [7]**   5/14 13/23
  126/14 134/20 134/21 181/16
  182/9
**producers [3]**   91/2 91/2 91/3
**product [17]**   9/5 88/20 88/22
  89/9 93/16 93/18 93/19
  93/20 93/21 94/2 94/4 94/16
  97/12 97/13 109/9 109/14
  109/21
**product's [1]**   109/24
**production [3]**   64/19 95/6
  109/19
**products [11]**   8/4 8/6 8/17
  8/21 90/11 93/10 94/14
  97/10 97/10 108/22 163/5
**programs [1]**   144/12
**property [1]**   10/10
**proposed [3]**   185/24 186/8
  186/11
**prosecuting [2]**   57/2 57/13
**protect [1]**   177/2
**prove [2]**   71/6 188/3
**provide [22]**   12/4 14/18 16/5
  16/8 16/11 16/14 16/18
  16/21 20/10 21/1 22/12 23/5
  24/20 28/14 42/8 49/2 56/12
  100/19 125/12 125/24 137/1
  149/15
**provided [12]**   6/23 17/16
  42/21 42/25 45/6 73/6
  125/17 126/7 135/23 149/13
  153/25 154/4
**provider [1]**   78/11
**provides [1]**   72/2
**providing [2]**   28/13 54/21
**provisions [1]**   139/6
**public [1]**   175/13
**publicly [3]**   48/6 48/15
  121/25
**pulled [1]**   92/21
**purchase [6]**   88/7 88/8 88/10
  90/22 108/18 117/19
**purchased [3]**   117/4 140/1
  175/10
**purchasing [1]**   117/10
**pure [1]**   91/19
**purpose [3]**   9/25 10/1 124/12
**purposes [8]**   14/14 113/25
  123/25 124/13 124/14 134/7
  183/8 184/12
**pursuant [4]**   24/7 35/13 74/3
  135/23
**purview [1]**   137/12
**push [1]**   2/15
**put [12]**   58/8 58/19 65/17
  91/8 101/7 103/11 103/19
  103/22 104/4 110/13 140/25
  149/11
**puts [1]**   8/17

# Q

**qualified [1]**   116/12

## Q

**quarter [3]** 84/13 88/10 88/17

**question [60]** 6/15 36/7 37/1 39/22 63/10 73/17 74/9 74/12 76/22 80/1 85/20 85/21 93/15 97/19 99/1 99/18 99/25 100/11 102/15 102/17 115/10 115/18 116/8 116/12 116/25 121/5 122/14 122/15 122/19 122/22 128/8 129/18 131/10 133/6 134/6 134/8 134/11 135/5 135/22 135/25 136/5 136/7 139/5 148/12 150/18 152/8 153/25 154/5 159/8 160/5 160/15 161/20 173/18 173/20 173/21 173/22 177/5 177/22 186/12 186/13

**questioning [2]** 116/14 148/23

**questions [17]** 5/18 6/17 12/2 47/2 69/3 80/3 113/4 116/20 118/8 120/21 131/15 152/7 156/25 159/19 169/12 177/20 181/7

**quick [1]** 12/12

**quickly [5]** 84/25 85/2 87/15 89/19 108/4

**quo [1]** 175/14

**quotes [2]** 22/24 34/25

**quoting [2]** 20/20 132/14

**QVC [22]** 8/16 8/22 9/11 64/4 66/23 81/7 87/5 87/8 88/18 91/13 91/16 93/14 97/5 97/10 97/17 98/13 105/6 105/8 106/3 108/22 109/9 110/18

## R

**R.P.R [1]** 229/23

**raise [2]** 35/5 173/19

**raised [2]** 132/16 152/10

**raising [1]** 158/9

**range [2]** 35/6 132/16

**rare [1]** 87/6

**rate [68]** 10/22 10/23 16/12 16/24 20/11 22/13 28/16 32/15 32/17 32/19 32/21 32/21 32/22 32/23 33/1 34/25 35/6 35/9 71/24 72/1 72/2 72/4 72/6 72/10 72/14 72/25 73/1 73/22 73/23 130/1 130/4 130/6 130/12 130/12 130/14 130/22 131/2 131/4 131/6 132/3 132/10 132/18 138/1 138/5 138/6 138/7 138/9 139/8 139/12 139/14 139/16 139/17 144/9 144/10 144/17 144/17 145/6 145/22 151/18 152/1 152/9 152/24 155/26 157/6 157/13 158/2 158/9 158/18

**rates [3]** 16/15 58/3 72/19

**rather [2]** 149/5 153/20

**re [2]** 135/8 161/20

**re-ask [1]** 161/20

**re-direct [1]** 135/8

**reach [1]** 138/12

**reached [1]** 76/6

**reaction [2]** 58/7 164/9

**read [28]** 4/13 4/14 4/19 5/2 32/14 32/25 70/24 81/12 121/1 121/18 130/17 132/22 132/23 134/13 139/10 157/1 158/12 159/2 160/23 161/1 161/5 161/7 161/13 161/24

**reading [1]** 139/23

**reads [1]** 139/12

**ready [3]** 69/4 69/17 101/9

**real [3]** 84/13 87/15 94/18

**realize [1]** 79/11

**really [26]** 46/10 52/3 56/5 62/13 62/18 65/21 75/17 85/7 90/3 95/16 96/7 99/5 104/5 110/17 132/24 137/12 147/4 148/1 163/8 165/10 167/13 169/15 170/7 171/6 173/6 176/9

**reason [17]** 20/5 22/6 26/2 27/13 29/11 31/12 33/22 37/20 37/22 68/1 71/3 93/5 93/6 93/8 96/11 115/6 115/11

**reasoning [1]** 39/22

**rebuilding [2]** 61/14 63/19

**rebuilt [1]** 61/16

**recall [25]** 15/5 15/8 18/14 25/4 37/16 37/18 41/10 41/12 43/6 43/11 109/7 115/21 116/4 146/25 147/4 147/8 147/10 147/24 148/5 148/9 148/17 148/18 148/19 148/22 148/24

**receipt [10]** 20/5 22/7 26/2 27/14 29/12 31/13 33/23 37/14 75/23 185/13

**receive [11]** 12/21 17/19 28/18 38/24 39/1 41/14 55/1 56/22 77/3 77/6 86/8

**received [33]** 13/3 13/24 14/23 17/23 20/2 22/3 25/24 27/10 28/1 29/7 31/9 33/18 37/24 39/2 41/20 42/15 42/17 44/17 45/5 45/17 47/13 49/18 56/9 86/5 108/17 124/9 124/25 125/3 126/10 147/16 153/19 164/15 185/10

**receiver [9]** 20/21 22/25 78/24 78/25 111/17 111/23 112/3 112/9 112/15

**receiving [6]** 18/14 23/18 23/21 29/1 37/21 41/10

**recently [1]** 168/15

**recess [4]** 69/12 69/14 123/10 123/12

**recheck [1]** 144/2

**recognize [17]** 57/6 114/13 117/14 117/21 118/1 118/17 123/23 124/24 126/4 126/6 127/3 127/15 133/3 150/23 151/11 151/17 167/12

**recognized [2]** 117/23 151/4

**recollection [7]** 41/20 130/9 130/15 141/23 147/25 148/13 148/18

**recollection.BY [1]** 161/25

**record [14]** 32/14 34/6 70/25 119/14 120/25 121/10 121/25 123/2 140/21 155/17 183/8 186/14 186/25 229/19

**recordation [1]** 122/9

**recorded [4]** 120/2 121/18

**121/21 122/5**

**Reporter [1]** 229/19

**records [8]** 48/6 101/3 101/5 101/7 101/13 114/23 120/2 148/2

**recover [1]** 3/25

**recross [4]** 113/5 159/20 159/21 229/2

**RECROSS-EXAMINATION [1]** 159/21

**redirect [8]** 74/5 110/24 111/1 147/16 147/20 147/21 181/10 229/2

**redone [1]** 19/14

**reduction [1]** 67/7

**refer [3]** 114/1 129/15 156/7

**reference [5]** 122/4 160/6 161/23 186/12 186/13

**referenced [1]** 133/10

**referencing [1]** 121/3

**referring [3]** 29/15 121/20 148/4

**refilled [3]** 105/12 106/11 106/13

**refinance [1]** 15/21

**reflect [5]** 18/10 57/12 68/7 68/11 90/1

**reflected [4]** 89/11 95/22 96/1 97/6

**reflects [3]** 70/5 107/4 107/5

**refresh [3]** 130/9 130/15 141/23

**refusing [1]** 152/3

**regard [2]** 39/5 151/25

**regarding [7]** 14/19 20/10 22/12 28/15 56/23 148/23 176/21

**register [2]** 115/15 116/15

**registered [9]** 48/3 48/8 115/1 115/7 115/12 115/18 115/19 115/21 116/23

**registration [2]** 48/21 116/1

**regular [4]** 66/21 67/3 67/5 145/20

**reinstatement [17]** 55/6 55/6 55/8 55/12 128/17 128/17 128/21 129/2 129/5 129/6 129/16 135/23 136/1 136/3 136/11 137/6 143/4

**related [1]** 177/24

**relates [1]** 48/18

**relating [3]** 12/8 19/20 156/25

**relationship [3]** 144/15 150/25 158/14

**relationships [1]** 158/24

**relative [1]** 100/22

**relatively [2]** 169/21 169/24

**relaxed [1]** 61/10

**relaxer [1]** 104/5

**Release [1]** 59/20

**relevance [1]** 124/2

**relevant [1]** 110/17

**relocate [1]** 170/19

**relocated [1]** 170/24

**rely [1]** 167/6

**Remain [1]** 6/11

**remained [1]** 145/9

**remedies [1]** 112/4

**remember [10]** 99/3 108/20 129/22 129/25 146/6 161/17 161/19 164/2 166/3 170/16

**remind [1]** 123/16
**rental [1]** 175/13
**reorder [1]** 90/7
**reordering [1]** 90/9
**reorders [2]** 9/4 98/4
**rep [1]** 8/16
**repay [1]** 15/20
**repayment [1]** 26/20
**repeat [4]** 63/10 115/10
 125/15 151/16
**repetitious [1]** 53/17
**rephrase [2]** 65/1 121/7
**replace [1]** 110/14
**replacement [1]** 28/19
**report [7]** 94/13 95/4 95/5
 95/6 95/6 95/7 95/7
**reported [1]** 87/20
**reporter [1]** 6/17
**Reporters [1]** 1/20
**reporting [1]** 64/4
**reports [2]** 105/11 105/13
**represent [6]** 48/14 59/20
 81/6 82/1 82/15 82/18
**represents [2]** 141/1 145/20
**request [9]** 21/3 23/7 78/1
 78/4 78/6 78/7 107/2 184/21
 184/22
**requested [2]** 74/24 78/2
**require [4]** 133/25 136/10
 137/5 158/22
**required [6]** 11/23 12/4
 116/15 129/7 158/17 182/10
**requirement [2]** 12/9 184/24
**requires [1]** 136/1
**rescues [1]** 172/9
**reserves [1]** 112/3
**reside [1]** 7/7
**residence [3]** 7/4 100/25
 169/16
**respect [3]** 13/5 66/21 187/9
**respond [4]** 37/23 38/8 45/22
 116/10
**responded [1]** 38/8
**response [4]** 77/22 77/23
 159/8 160/22
**responsibilities [1]** 8/19
**responsible [3]** 57/20 96/12
 162/24
**responsive [4]** 85/19 92/12
 100/8 101/8
**rest [2]** 161/5 183/1
**restaurant [2]** 59/8 182/12
**result [11]** 35/4 42/22 60/7
 62/15 63/24 64/15 67/8
 68/15 173/13 173/22 174/4
**results [1]** 95/4
**resume [2]** 69/17 69/19
**resumed [2]** 69/15 123/13
**retain [2]** 45/10 45/12
**retained [3]** 9/8 83/10 83/11
**retrospect [1]** 63/17
**return [5]** 9/6 21/1 23/5
 24/23 86/22
**Returned [1]** 3/7
**Reuter [3]** 3/7 3/8 3/16
**review [4]** 135/13 138/1
 161/10 161/12
**reviewing [1]** 108/4
**revolving [2]** 10/21 10/21
**rid [1]** 9/6
**riding [1]** 171/22

**right [53]** 2/6 2/19 5/22 6/2
 32/8 35/20 36/19 37/2 40/10
 40/20 40/22 42/23 43/12
 50/6 51/22 53/21 53/23
 58/17 73/16 74/5 74/12
 80/21 81/11 83/18 88/2
 88/15 89/1 89/17 97/2 97/8
 97/23 105/17 110/19 110/20
 110/20 133/10 137/17 158/22
 178/4 180/3 181/18 182/17
 186/15 187/7 187/20 188/3
 188/4 188/5
**rights [9]** 3/24 27/6 32/16
 32/17 78/13 112/3 127/13
 139/11 139/13
**Rite [1]** 104/14
**room [8]** 1/20 11/6 51/5 51/5
 95/4 167/25 171/25 172/23
**Roughly [2]** 84/3 101/20
**round [3]** 39/10 40/4 40/7
**route [1]** 104/5
**routine [2]** 171/4 171/11
**RPR [1]** 1/19
**ruined [2]** 169/22 170/2
**ruling [2]** 184/13 187/7
**run [4]** 67/24 67/25 68/6
 109/20
**running [2]** 109/25 166/24

**S**

**S.J [1]** 1/10
**said [59]** 24/3 24/10 24/12
 35/25 42/5 43/13 43/16
 46/15 47/13 50/7 50/12
 50/14 50/17 50/23 51/14
 54/8 55/4 59/10 59/18 62/12
 62/12 62/13 62/24 63/5 63/7
 63/8 64/5 74/4 77/15 78/6
 88/20 93/14 93/14 95/11
 96/12 96/25 97/25 99/21
 99/22 99/23 107/9 126/5
 132/13 136/2 138/1 150/11
 151/20 151/25 153/23 158/20
 165/24 166/5 166/8 168/2
 175/19 179/21 179/25 180/4
 180/21
**said that [1]** 24/10
**sale [6]** 27/6 28/12 78/12
 117/18 125/4 127/12
**sales [4]** 97/4 98/8 98/8
 98/12
**same [17]** 18/4 21/3 23/7
 71/8 71/18 87/16 102/21
 102/23 102/24 121/21 129/18
 145/9 171/2 171/8 171/8
 171/10 181/1
**Saturday [1]** 98/11
**saw [3]** 17/24 36/2 107/22
**say [60]** 4/14 10/6 17/22
 29/15 36/14 38/11 54/14
 55/19 56/1 58/23 61/23 62/9
 65/3 74/10 77/10 79/7 82/23
 83/22 84/12 84/20 85/2 85/4
 89/9 91/18 92/8 92/14 94/24
 95/23 96/21 105/5 105/20
 106/9 106/14 112/9 115/4
 120/12 125/9 126/15 130/3
 132/18 134/3 142/5 150/16
 152/2 153/2 153/7 153/8
 154/11 157/10 158/18 167/21
 168/11 168/12 169/21 170/7
 173/1 180/24 181/2 181/17

 183/17
**saying [18]** 29/20 37/17
 38/12 52/1 52/17 54/13
 58/11 63/9 77/19 78/7 90/8
 91/16 96/19 98/3 138/5
 149/18 155/25 186/6
**says [21]** 35/13 63/4 76/19
 78/12 86/14 86/15 104/19
 107/14 111/6 111/17 112/2
 119/18 120/1 126/23 132/24
 153/5 154/24 157/12 157/23
 161/17 161/20
**scam [1]** 39/20
**scan [1]** 129/1
**scared [1]** 173/15
**schedule [4]** 67/5 105/3
 166/20 166/20
**scheduled [1]** 59/16
**school [7]** 171/2 171/10
 171/10 172/19 174/15 174/23
 175/25
**schools [1]** 170/25
**scope [2]** 173/8 183/24
**Scott [1]** 67/19
**screaming [2]** 50/10 52/6
**screen [2]** 94/18 94/20
**screens [1]** 98/17
**scripts [2]** 105/17 105/19
**scrolled [1]** 24/3
**seasonal [1]** 110/19
**seat [1]** 113/7
**seated [1]** 123/15
**second [19]** 1/18 10/11 18/17
 26/12 26/13 89/20 107/11
 108/3 110/9 111/4 111/16
 111/21 112/13 114/6 124/17
 139/8 145/7 151/5 173/3
**second-to-last [1]** 112/13
**section [3]** 32/16 148/7
 149/25
**secured [4]** 10/3 10/5 10/6
 136/13
**see [61]** 12/16 13/17 17/5
 26/24 27/5 27/7 29/20 29/22
 29/24 35/25 36/5 42/19 45/3
 46/5 49/8 50/9 61/5 62/17
 62/25 67/13 70/23 77/15
 83/3 85/10 87/16 90/15
 90/15 91/14 92/1 94/22
 100/4 107/17 111/5 111/17
 111/19 111/19 112/2 115/23
 119/18 120/8 123/10 124/8
 126/22 126/24 127/13 129/2
 129/11 132/12 132/17 132/22
 133/20 141/11 142/8 155/12
 157/5 164/17 169/23 170/12
 170/15 172/21 184/1
**seeking [1]** 187/22
**seem [3]** 96/10 123/6 156/20
**seemed [2]** 75/19 130/22
**seems [1]** 87/22
**seen [1]** 89/4
**sees [1]** 87/7
**self [3]** 64/23 64/25 103/13
**self-medicating [1]** 103/13
**sell [2]** 27/1 112/16
**selling [2]** 97/9 97/9
**sells [2]** 89/18 94/13
**semi [1]** 135/17
**semi-performing [1]** 135/17
**send [1]** 23/22
**sending [4]** 16/1 38/15 53/4

**sending... [1]** 65/10
**sense [2]** 55/18 77/20
**sent [18]** 3/8 24/24 25/9
 25/13 25/15 41/12 51/9
 60/13 64/5 107/18 122/1
 123/3 138/24 149/11 153/14
 153/19 157/20 158/13
**sentence [8]** 26/12 72/12
 111/5 111/17 111/21 126/23
 152/21 161/1
**separate [1]** 178/19
**September [27]** 33/19 36/21
 84/4 122/1 123/4 131/23
 132/7 141/25 142/4 142/13
 142/14 142/15 143/5 143/21
 144/1 144/25 145/3 145/5
 145/14 145/21 145/23 152/16
 152/17 154/10 157/14 157/20
 158/7
**September 20 [1]** 123/4
**September 2013 [1]** 122/1
**September 20th [17]** 33/19
 36/21 141/25 142/4 142/15
 143/5 144/25 145/3 145/5
 145/14 145/21 145/23 152/16
 152/17 154/10 157/14 158/7
**September 20th of [1]** 142/13
**served [3]** 43/14 43/24 44/11
**server [1]** 44/17
**service [2]** 78/11 79/9
**serviced [3]** 15/14 18/3
 38/18
**servicer [4]** 29/1 127/20
 127/25 128/7
**services [2]** 67/20 135/16
**servicing [12]** 14/2 14/20
 17/1 25/18 27/6 28/3 29/3
 78/10 78/13 127/13 128/1
 128/2
**set [14]** 8/25 51/19 64/20
 90/24 90/24 91/1 91/6 92/17
 92/18 92/19 92/20 92/25
 93/1 93/3
**setting [1]** 64/19
**settle [1]** 3/9
**settled [2]** 3/2 3/12
**settlement [1]** 84/19
**several [3]** 74/17 93/12 95/5
**sharing [1]** 171/24
**she [6]** 7/15 7/16 7/25 8/2
 182/1 182/1
**She's [2]** 7/21 8/2
**sheet [1]** 124/8
**shell [1]** 165/2
**shift [1]** 83/16
**Shock [2]** 58/8 58/8
**shoes [1]** 127/8
**shooting [2]** 170/3 170/5
**shopping [1]** 171/8
**short [2]** 3/14 81/13
**shortly [1]** 112/21
**shot [1]** 94/16
**should [14]** 55/21 64/17
 64/18 65/13 69/5 79/15
 91/22 97/20 97/23 135/2
 144/2 146/2 154/13 158/17
**shoulder [1]** 155/12
**shouldn't [3]** 2/16 158/23
 160/12
**show [16]** 59/6 59/7 59/9
 66/23 71/9 87/5 90/16 90/17

**showed [1]** 88/20
**showing [2]** 38/5 94/18
**showings [5]** 95/9 95/12
 95/18 95/23 95/24
**shows [1]** 92/13
**shut [3]** 165/2 166/2 179/14
**side [1]** 2/17
**sign [4]** 21/16 23/11 37/14
 163/19
**signature [14]** 12/16 21/7
 27/22 27/23 30/13 30/14
 30/15 33/8 37/5 37/17 37/18
 119/24 119/25 120/13
**signatures [1]** 77/18
**signed [14]** 10/14 10/16
 12/14 15/25 21/19 23/13
 81/8 118/5 118/13 118/20
 120/7 133/11 139/21 140/3
**signer [1]** 138/16
**significant [1]** 171/12
**significantly [1]** 171/18
**signing [3]** 21/5 23/9 146/14
**simple [7]** 59/6 65/10 88/7
 96/24 96/24 97/25 129/23
**since [10]** 41/24 64/1 125/11
 125/21 127/2 127/6 130/6
 153/18 178/12 178/12
**sir [58]** 6/3 6/5 6/10 8/10
 18/18 22/8 29/15 31/8 36/7
 38/12 40/2 42/23 45/1 45/8
 48/14 50/2 56/11 56/14
 56/17 56/20 57/7 59/21
 60/21 60/24 61/8 61/15 62/4
 64/2 64/11 66/25 67/17 68/9
 68/13 69/19 70/4 70/11
 73/16 74/9 74/19 80/6 82/12
 83/7 83/20 84/24 112/12
 117/3 121/4 122/14 122/25
 123/16 128/9 138/20 147/12
 150/17 154/2 155/3 162/3
 186/4
**sit [7]** 6/20 39/5 47/21
 63/21 64/25 92/8 150/9
**sitting [2]** 3/11 167/25
**situation [2]** 58/9 85/12
**situations [1]** 144/12
**six [7]** 39/10 81/18 81/19
 97/16 101/19 122/10 123/3
**Six o'clock [1]** 101/19
**size [2]** 169/18 171/13
**skim [1]** 161/9
**sleep [15]** 58/20 59/22 67/8
 103/11 103/21 103/22 105/7
 105/9 105/9 105/10 165/3
 167/21 168/2 168/22 168/24
**sleeping [3]** 165/14 165/20
 167/21
**sleepless [1]** 85/9
**slight [1]** 159/23
**slow [2]** 69/2 78/22
**small [1]** 169/21
**smaller [1]** 171/19
**Smile [2]** 108/15 108/21
**smoke [4]** 19/12 101/25
 169/20 169/25
**smoky [1]** 170/12
**smooth [1]** 90/21
**smoothed [1]** 94/10
**so [169]** 3/25 8/19 9/8 9/14
 11/6 11/15 11/17 11/19
 11/21 13/18 14/14 16/4 19/3

 94/19 94/20 94/23 104/19
 104/24 105/8 164/18 176/11
 19/13 19/13 24/16 25/4 25/7
 34/23 35/13 36/25 37/18 38/1
 38/11 38/19 39/9 39/13
 40/20 40/24 42/14 42/19
 43/12 43/23 45/9 50/6 53/17
 55/17 55/22 63/5 67/17 67/18
 63/13 65/24 67/17 67/18
 67/24 68/3 68/5 68/5 68/7
 75/5 77/24 78/4 78/11 78/11
 78/13 79/21 80/16 80/23
 82/4 82/22 84/19 84/20
 84/23 86/21 87/8 87/10
 88/12 89/2 89/16 89/20
 89/25 90/7 92/1 92/20 94/17
 94/19 94/22 95/3 95/9 95/14
 95/17 95/18 96/12 96/19
 97/16 97/17 97/19 101/11
 101/12 101/14 102/4 102/10
 105/7 105/16 105/19 105/21
 106/7 106/15 106/23 107/4
 109/19 110/5 110/16 116/1
 116/11 121/21 124/5 128/5
 129/18 130/6 130/8 132/25
 133/13 135/9 138/3 141/9
 142/1 142/21 143/12 143/20
 143/25 144/16 144/18 145/1
 145/8 145/11 149/2 149/19
 150/9 152/11 153/6 155/2
 155/6 155/10 155/17 155/17
 156/11 156/17 156/22 160/11
 165/17 165/19 165/25 166/21
 166/24 167/12 167/15 168/5
 168/11 168/25 170/3 170/17
 172/9 172/21 173/1 173/25
 174/11 174/14 174/22 175/10
 175/16 177/9 179/7 179/14
 180/17 181/4 187/1 187/2
 188/2
**so I [1]** 116/11
**social [2]** 165/10 166/11
**sold [6]** 93/10 93/17 93/18
 93/19 93/21 93/21
**some [15]** 5/18 28/4 28/5
 45/22 54/5 84/18 89/16
 93/23 98/9 101/24 103/24
 106/7 156/24 167/4 174/2
**somebody [3]** 76/15 92/20
 180/7
**someone [10]** 47/9 52/1 54/3
 58/9 65/8 66/11 73/17 77/5
 87/7 92/19
**something [23]** 4/16 51/22
 51/22 52/25 54/5 62/8 62/9
 65/10 66/11 74/5 89/18
 90/23 91/7 93/2 93/3 110/15
 133/12 138/22 138/22 149/10
 151/13 151/19 165/18
**sometimes [3]** 96/16 96/17
 144/12
**somewhere [3]** 95/13 166/22
 166/23
**son [2]** 65/12 114/3
**sorry [64]** 10/21 12/3 14/6
 19/10 26/12 34/3 43/16
 43/18 51/18 53/19 56/4
 62/23 63/10 68/5 72/8 73/11
 83/9 87/19 97/14 107/9
 109/4 110/1 111/9 111/9
 111/9 111/20 115/10 117/25
 118/8 119/15 120/20 121/5
 125/15 126/5 128/6 128/19
 131/1 131/13 132/10 136/17
 138/18 138/19 142/19 143/14

## S

**sorry... [20]**   143/23 145/4 148/7 148/11 150/6 150/17 151/16 154/3 154/4 155/5 156/19 157/6 158/23 158/23 159/4 160/16 161/18 162/13 170/4 183/16
**sort [17]**   28/4 46/17 50/10 51/6 58/11 61/6 61/20 62/7 62/8 63/20 66/4 84/18 90/21 93/23 103/24 166/15 167/12
**South [1]**   1/15
**speak [1]**   45/25
**speaking [3]**   4/2 47/4 68/16
**specific [5]**   125/9 126/15 148/15 153/9 153/10
**specifically [3]**   74/1 122/19 152/19
**specifics [4]**   20/10 22/12 28/14 148/2
**specify [1]**   62/1
**speculate [1]**   91/15
**speculation [2]**   91/11 91/19
**speed [1]**   63/20
**spent [1]**   57/1
**spiked [1]**   94/25
**spiral [1]**   64/6
**split [1]**   67/18
**spoke [3]**   46/2 63/5 175/13
**spoken [1]**   174/23
**spring [7]**   7/5 7/18 10/10 18/18 110/20 162/22 168/12
**SSA [1]**   175/1
**stamps [2]**   155/4 155/6
**stand [3]**   6/8 69/19 147/1
**Standard [5]**   67/15 67/24 68/5 80/17 95/22
**standing [2]**   6/11 67/14
**start [4]**   24/18 90/10 141/9 168/10
**started [6]**   2/7 61/18 121/5 138/4 147/3 157/1
**starts [5]**   32/15 70/21 109/16 111/23 139/8
**state [21]**   3/18 20/14 22/19 26/18 26/22 29/14 29/18 31/15 31/22 33/25 34/8 34/15 34/24 41/23 42/12 56/15 78/19 78/24 119/7 119/9 129/7
**stated [3]**   42/18 75/10 151/14
**statement [38]**   2/25 14/22 16/5 17/2 24/15 49/14 50/14 51/16 52/16 52/18 53/5 54/22 54/24 57/9 57/9 59/6 62/10 65/10 71/5 71/10 73/6 73/20 74/24 75/19 76/7 79/21 79/22 126/7 126/13 133/23 134/15 134/19 138/15 160/11 181/16 181/22 181/23 182/10
**statements [32]**   2/24 12/5 12/21 13/3 13/19 13/24 14/19 16/1 23/18 29/2 38/10 42/19 42/22 42/25 46/6 50/15 50/16 52/19 53/7 53/10 53/11 70/16 74/16 77/4 77/6 77/7 77/12 78/1 78/4 78/6 78/7 146/12
**states [6]**   1/1 70/16 73/8 76/2 120/10 158/22

**stats [1]**   46/13
**status [1]**   57/7
**statute [1]**   185/15
**stay [3]**   7/21 165/22 174/19
**stay-at-home [1]**   7/21
**stayed [4]**   171/18 172/22 174/22 175/6
**staying [1]**   171/16
**stead [1]**   177/13
**step [7]**   6/10 127/7 143/12 162/3 162/4 182/18 182/18
**steps [1]**   75/7
**stick [1]**   85/5
**still [15]**   36/17 54/7 54/8 77/4 84/18 84/19 85/4 85/7 85/9 85/9 123/16 167/20 171/2 171/8 173/9
**stock [1]**   98/5
**stop [2]**   18/17 53/17
**stopped [5]**   14/2 23/18 151/8 165/14 179/19
**stores [1]**   171/25
**straight [2]**   66/19 159/4
**street [8]**   1/15 1/20 7/5 7/18 10/10 18/19 162/22 171/7
**strengthener [1]**   94/5
**stress [1]**   99/16
**stressed [2]**   59/13 168/19
**strictly [1]**   156/2
**strike [9]**   14/17 23/17 67/11 70/12 120/12 130/8 131/10 135/24 172/11
**studied [1]**   81/12
**studies [3]**   8/11 8/14 102/2
**stuff [7]**   8/24 19/13 51/25 101/12 105/16 105/18 166/1
**subject [1]**   159/14
**submission [1]**   187/25
**submit [1]**   185/24
**submitted [1]**   186/6
**submitting [1]**   4/20
**subparagraph [1]**   32/16
**subsequent [1]**   43/4
**substance [1]**   4/10
**substantially [1]**   88/1
**subtract [1]**   142/18
**such [9]**   20/11 21/1 21/4 22/13 23/5 23/8 28/15 75/18 134/19
**sudden [3]**   42/6 51/15 55/23
**sued [2]**   44/15 47/6
**suffer [5]**   5/21 100/21 173/23 173/25 174/2
**suffered [4]**   99/2 99/16 100/3 100/12
**suggest [2]**   54/20 153/14
**suggested [2]**   59/24 130/21
**suggests [1]**   15/24
**suing [4]**   62/18 63/2 63/6 63/7
**suit [1]**   43/6
**sum [2]**   4/10 54/4
**summary [1]**   107/20
**summer [1]**   110/20
**sums [1]**   112/6
**supplement [5]**   186/14 186/25 187/5 187/12 187/14
**supplement depending [1]**   187/12
**supplemental [1]**   186/7
**supplementation [1]**   187/10
**support [1]**   12/14

**supposed [4]**   76/21 166/4
**sure [29]**   8/23 9/1 9/4 39/24 72/24 115/4 115/11 115/25 128/4 128/25 129/17 131/16 132/24 136/5 140/14 141/4 143/5 148/10 149/9 150/14 153/6 155/13 156/10 157/2 157/9 157/17 157/22 167/9 176/18
**Sure.BY [1]**   184/22
**suspect [2]**   38/6 38/12
**sustained [1]**   135/4
**sworn [5]**   6/12 6/13 113/15 123/17 162/14
**system [2]**   59/12 66/1

## T

**Tab [1]**   176/12
**table [2]**   4/22 6/15
**tailspin [1]**   51/9
**take [47]**   2/23 5/6 11/9 12/12 12/24 28/8 48/11 58/9 59/10 60/6 60/22 61/7 65/12 66/12 67/12 69/7 69/24 70/8 75/17 84/10 87/6 87/6 95/4 95/16 98/16 102/13 102/25 104/10 105/2 105/4 105/7 105/25 106/1 106/4 115/5 123/9 128/24 133/1 142/3 143/23 144/13 144/16 149/17 163/11 172/11 174/8 174/16 175/3 180/16
**taken [9]**   19/23 39/2 50/11 50/20 51/17 65/24 71/7 175/3 180/16
**takes [3]**   163/12 177/7 177/9
**taking [15]**   7/23 28/3 50/21 53/13 59/2 59/2 59/3 65/9 102/20 102/24 106/7 106/20 111/3 177/25 178/24
**talk [10]**   19/2 63/21 79/6 91/1 91/4 98/10 164/5 164/7 164/18 173/17
**talked [4]**   58/15 99/15 134/14 158/20
**talking [17]**   18/25 19/20 40/20 40/21 45/7 50/19 52/11 52/23 52/24 88/16 103/18 110/11 110/12 112/20 121/14 178/2 178/5
**talking there [1]**   103/18
**talks [1]**   112/14
**Tartrate [1]**   60/20
**tax [1]**   90/1
**teachers [1]**   175/25
**telephone [26]**   11/15 45/10 45/18 45/19 47/13 50/5 52/4 54/19 54/25 55/3 58/5 58/7 60/4 60/7 61/11 61/24 63/24 82/18 105/1 146/6 146/20 148/24 163/24 164/19 164/24 178/6
**television [1]**   168/1
**tell [37]**   3/13 12/13 13/9 24/12 24/13 25/18 28/2 30/9 31/25 32/3 32/6 34/18 34/21 46/10 51/21 53/24 54/9 54/9 56/18 57/8 67/15 69/25 90/16 91/20 93/9 93/11 93/20 94/3 102/10 102/13 102/17 103/5 143/3 158/8 162/20 175/25 178/14
**tellers [2]**   36/5 182/5

**T**

**telling [7]** 28/11 35/9 83/3
93/13 93/13 94/21 98/4
**telling me [1]** 83/3
**tells [1]** 116/22
**ten [11]** 10/20 10/25 89/21
91/24 92/2 92/13 92/14 95/9
106/18 149/8 167/22
**ten-year [2]** 10/20 10/25
**TEPPER [38]** 1/3 1/4 6/8 6/13
7/3 7/5 7/11 7/11 7/14 7/17
37/4 50/7 52/3 56/3 69/24
71/17 79/7 98/23 111/3
113/3 124/25 129/22 134/13
138/11 138/14 146/7 146/15
148/24 160/24 162/12 162/14
162/17 169/2 169/7 173/23
174/3 181/12 184/17
**Teppers [27]** 3/17 3/22 117/4
122/2 122/11 123/4 125/12
125/17 126/8 127/17 129/11
131/22 132/6 133/3 133/18
149/12 151/1 152/1 152/19
153/14 153/19 153/21 154/7
154/17 156/12 157/24 158/8
**Teppers' [1]** 123/24
**term [4]** 10/19 10/25 11/2
17/11
**terminate [6]** 26/19 35/11
49/19 112/10 153/3 154/9
**terminated [7]** 31/22 34/15
42/13 49/16 56/15 152/13
154/5
**terminating [3]** 152/19
153/24 156/12
**termination [11]** 32/18 32/24
33/1 139/13 153/15 154/24
157/15 157/18 157/25 158/6
158/18
**terms [13]** 12/5 13/10 15/12
35/13 35/14 42/20 89/12
89/13 89/17 127/9 160/21
164/8 164/23
**testified [8]** 78/8 100/13
101/2 102/1 102/20 146/16
159/9 183/14
**testify [2]** 137/11 150/10
**testifying [2]** 141/19 148/19
**testimony [12]** 52/4 74/16
100/17 114/14 148/17 149/3
163/24 180/19 182/20 185/12
185/25 186/10
**text [3]** 45/22 45/23 94/7
**than [31]** 15/13 18/19 18/23
25/11 28/11 46/21 55/15
55/17 55/25 56/21 72/14
72/14 73/22 73/23 89/3
90/25 95/19 95/21 96/8
96/14 96/14 100/4 100/12
102/19 131/12 151/13 151/20
157/19 160/12 162/8 167/19
**thank [38]** 2/8 4/25 6/22
33/3 35/16 48/25 69/10
69/11 69/21 71/12 71/13
71/20 74/7 74/13 76/24
83/14 85/22 92/24 98/21
111/13 113/3 117/1 123/18
123/21 133/8 135/10 137/19
150/2 150/15 169/2 169/4
169/13 181/6 182/19 186/19
186/21 188/7 188/8
**that [901]** 2/16 2/18 2/19

3/8 3/10 3/15 3/19 4/18
5/21 5/23 6/1 7/7 7/23 8/3
8/5 8/17 8/19 9/5 9/20 10/3
10/7 10/9 10/13 10/14 10/16
10/19 10/21 11/2 11/4 11/9
11/11 11/24 12/6 12/8 12/13
12/14 13/2 13/5 13/5 13/10
13/11 13/13 13/17 14/4 14/5
14/10 14/15 14/17 14/20
14/22 15/5 15/8 15/13 15/23
15/23 15/24 16/24 17/1 17/5
17/7 17/25 18/2 18/18 18/23
19/12 19/14 19/16 19/20
19/21 19/22 20/1 20/1 20/6
20/14 21/4 21/8 21/8 21/11
21/23 22/2 22/2 22/7 22/19
23/8 23/17 23/24 24/1 24/7
24/10 24/15 24/21 24/21
24/24 25/1 25/3 25/5 25/8
25/10 25/15 25/17 25/23
25/24 26/3 26/11 26/18
26/24 27/1 27/5 27/7 27/9
27/10 27/14 28/3 28/4 28/7
28/8 29/6 29/7 29/8 29/12
29/14 29/16 29/18 29/20
29/20 29/23 29/25 30/14
30/17 30/18 30/22 30/25
31/4 31/4 31/8 31/9 31/10
31/13 31/15 31/22 32/1 32/7
32/7 32/10 32/12 32/15
32/15 33/4 33/5 33/8 33/11
33/11 33/18 33/18 33/19
33/23 33/23 33/25 34/8
34/15 34/19 34/24 35/3 35/4
35/17 35/18 35/22 35/23
36/1 36/2 36/2 36/8 36/8
36/8 36/21 36/22 36/23
36/24 37/6 37/8 37/16 37/24
37/24 38/1 38/4 38/7 38/8
38/9 38/14 38/17 38/19
38/24 39/4 39/6 40/16 40/25
41/12 41/13 41/15 41/17
41/17 41/17 41/20 41/23
42/1 42/3 42/4 42/7 42/12
42/19 42/20 42/22 43/1 43/2
43/4 43/5 43/11 43/13 43/13
43/14 43/24 44/15 44/15
44/17 44/21 44/22 45/2 45/3
45/5 45/5 45/5 45/6 45/12
45/15 45/16 45/21 46/5
46/10 46/11 46/12 46/15
46/17 46/23 46/24 46/24
46/25 47/2 47/5 47/7 47/8
47/8 47/9 47/10 47/11 47/13
47/14 47/16 47/18 48/1 48/5
48/8 48/14 48/23 49/1 49/5
49/5 49/8 49/10 49/16 49/19
50/5 50/11 50/20 51/1 51/11
51/16 52/25 53/19 53/22
53/24 53/25 54/3 54/6 54/12
54/16 54/19 54/20 54/23
55/4 55/8 55/9 55/9 55/10
55/12 55/13 55/15 55/16
55/16 55/18 56/1 56/5 56/8
56/10 56/15 57/2 57/6 57/14
57/25 58/1 58/7 58/15 58/18
58/20 59/7 59/10 59/14
59/15 59/16 59/18 59/20
59/21 59/22 59/24 60/4
60/12 60/13 60/13 60/15
60/16 60/20 60/23 60/25
61/1 61/17 62/7 62/12 62/17

62/23 62/25 63/2 63/11
64/9 64/17
64/18 65/1 65/5 65/17 65/17
65/24 66/2 66/7 66/11 66/14
66/22 66/22 67/1 67/4 67/5
67/9 67/11 67/22 68/1 68/1
68/2 68/11 68/22 68/23 70/2
70/5 70/6 70/6 70/9 70/13
70/16 70/17 70/20 70/21
70/23 70/24 71/1 71/6 71/9
71/18 72/1 72/6 72/11 72/22
73/6 73/20 73/21 73/22
73/23 74/4 74/10 74/23 75/2
75/6 75/10 75/13 75/18
76/18 76/20 77/7 77/19
77/23 77/25 78/8 78/19
78/20 78/24 79/5 79/10
79/11 79/12 79/20 80/7
80/10 81/7 81/25 82/5 82/14
82/18 82/23 83/21 84/4
84/14 85/5 86/5 86/5 86/18
86/22 86/25 87/6 87/10
87/12 87/17 87/22 88/11
88/13 88/13 88/14 89/6 89/6
89/14 90/16 90/20 91/8
91/11 91/12 91/22 91/22
91/23 92/2 92/5 92/10 93/4
93/6 93/8 93/11 93/25 93/25
94/2 94/10 94/22 94/25 95/1
95/1 95/11 95/14 95/19
95/21 95/22 95/25 96/1 96/5
96/5 96/10 96/14 96/14
96/16 96/25 97/1 97/10
97/12 97/13 97/15 97/18
97/21 98/1 98/4 98/5 98/5
99/4 99/14 100/2 100/4
100/12 100/19 100/23 100/24
101/2 101/5 101/11 101/13
102/1 102/20 103/6 103/8
103/12 103/23 103/23 103/24
104/5 104/9 105/19 106/18
106/22 107/5 107/17 107/18
108/1 109/1 109/1 109/5
109/13 109/20 110/13 110/14
110/21 111/17 111/18 111/19
111/24 112/2 112/2 112/9
112/11 112/15 112/20 112/21
112/22 114/1 114/4 114/7
114/11 114/13 114/14 114/14
114/15 114/19 115/1 115/4
115/6 115/10 115/12 115/14
115/19 115/22 115/23 116/1
116/2 116/3 116/22 117/3
117/4 117/5 117/8 117/10
117/18 117/21 117/23 118/1
118/1 118/4 118/5 118/10
118/13 118/18 118/20 118/20
119/7 119/12 119/13 119/15
119/18 120/1 120/5 120/8
120/10 120/12 120/14 120/14
120/17 120/19 120/24 121/2
121/9 121/10 121/21 122/2
122/9 122/11 122/19 123/1
123/5 123/6 123/16 123/23
124/8 124/11 124/16 124/21
124/24 124/24 125/14 125/15
125/16 125/18 125/20 125/25
126/4 126/6 126/7 126/10
126/13 126/14 126/20 126/25
127/3 127/6 127/7 127/10
127/13 127/15 127/15 127/22
128/15 128/16 129/3 129/4
129/15 130/8 130/15 130/22

**T**

**that... [249]**  130/22 131/6
131/20 131/22 132/1 132/2
132/3 132/6 132/7 132/13
132/14 132/18 132/22 132/19
132/22 133/1 133/3 133/5
133/9 133/10 133/13 133/17
133/20 133/22 133/23 133/25
134/6 134/13 134/14 134/18
134/21 135/14 135/19 135/19
135/24 136/16 137/1 137/13
137/25 138/2 138/14 138/15
138/15 138/17 138/20 138/23
138/24 138/25 139/8 139/10
139/21 139/22 139/25 140/2
140/7 141/11 141/23 142/22
143/3 144/8 144/9 144/9
144/14 144/18 144/22 144/24
145/1 145/13 145/16 146/9
146/16 146/22 147/2 147/6
147/7 147/8 148/5 148/17
148/20 148/22 148/24 148/25
149/2 149/2 149/3 149/10
149/11 149/12 149/22 150/6
150/10 150/11 150/12 150/23
150/25 150/25 151/4 151/15
151/16 151/17 151/18 151/24
151/25 152/3 152/6 152/8
152/14 152/19 152/22 152/23
153/2 153/2 153/6 153/10
153/15 153/16 153/17 154/8
154/10 154/11 154/11 154/12
154/15 154/18 154/21 154/23
154/24 155/2 155/7 155/22
156/1 156/3 156/5 156/9
156/12 156/19 156/20 157/5
157/12 157/15 157/23 157/24
158/1 158/12 158/16 158/17
158/20 159/10 159/13 159/14
159/18 159/24 160/10 160/11
161/2 161/5 163/7 163/12
163/19 163/20 164/2 164/3
164/4 164/6 164/7 164/9
164/11 164/12 164/15 164/20
164/24 165/6 165/7 165/13
165/14 165/18 166/3 166/10
166/12 166/14 166/15 167/12
167/13 167/15 167/24 169/15
169/23 169/25 170/10 171/15
171/20 171/23 171/24 171/25
172/12 172/20 174/5 174/6
174/24 174/24 175/2 175/4
175/4 175/5 175/9 175/17
175/22 176/1 176/3 176/7
176/11 176/14 176/15 176/21
177/1 177/12 178/9 178/10
178/14 179/3 179/7 179/10
180/14 180/15 181/2 181/17
182/3 182/5 183/7 184/8
184/17 184/23 184/25 185/3
185/9 185/9 186/10 186/10
186/20 186/22 187/5 187/10
187/11 187/17 187/23 188/1
188/2 188/4 229/18

**that's [87]**  2/16 4/15 4/16
4/23 23/24 27/11 30/1 35/14
35/20 37/17 41/6 45/23
49/15 50/25 51/3 51/3 52/10
52/15 53/2 53/7 54/2 54/16
56/2 57/9 57/9 63/2 63/3
63/4 65/20 65/22 68/6 69/25
73/10 73/24 76/20 78/15

78/18 79/10 79/14 79/14
91/13 94/18 96/10 97/6 97/8
98/13 98/14 106/11 106/13
114/5 114/8 119/22 121/12
126/13 129/7 135/1 135/6
137/25 138/9 138/16 139/22
139/24 140/20 142/11 142/16
145/3 145/15 149/6 151/14
152/8 152/16 153/7 154/12
158/3 160/20 175/11 177/6
179/12 181/1 185/16 188/2
188/6

**the [1361]**  1/1 1/1 1/14 1/17
2/1 2/1 2/11 2/14 2/14 2/15
2/17 2/18 3/9 3/13 3/14
3/16 3/17 3/17 3/21 3/21
3/22 3/24 4/7 4/7 4/10 4/10
4/19 4/22 5/3 5/5 5/6 5/14
5/21 5/23 6/7 6/8 6/11 6/15
6/17 6/19 6/23 6/24 6/24
7/17 7/22 7/23 8/5 8/7 8/21
8/22 8/23 8/24 8/24 8/25
8/25 9/1 9/3 9/4 9/5 9/5
9/8 9/10 9/10 9/25 9/25
10/1 10/1 10/1 10/3 10/6
10/9 10/11 10/13 10/19 11/6
11/8 11/12 12/5 12/5 12/8
12/9 12/10 12/13 12/15
12/18 13/2 13/6 13/6 13/10
13/13 13/15 13/17 13/19
13/19 13/21 13/22 13/23
14/10 14/11 14/12 14/14
14/18 14/19 14/22 15/1 15/2
15/11 15/12 15/13 15/18
15/19 15/20 15/22 15/24
15/24 16/6 16/8 16/11 16/11
16/12 16/14 16/15 16/16
16/18 16/21 16/24 16/25
17/10 17/11 17/17 17/20
17/23 17/24 18/2 18/4 18/4
18/6 18/11 18/15 18/18
18/20 18/25 18/25 19/1 19/3
19/3 19/5 19/11 19/12 19/13
19/14 19/16 19/23 19/23
20/2 20/5 20/15 20/18 20/19
20/21 20/23 21/3 21/5 21/7
21/13 21/13 21/13 21/15
21/25 22/3 22/14 22/19
22/22 22/23 22/25 23/1 23/7
23/9 23/11 23/21 23/22
23/22 23/23 24/1 24/2 24/7
24/15 24/16 24/16 24/20
24/23 24/23 25/3 25/4 25/5
25/7 25/8 25/14 25/15 25/15
25/17 25/17 25/24 26/2
26/12 26/12 26/12 26/18
26/20 27/1 27/10 27/14
27/23 27/25 28/6 28/6 28/8
28/11 28/12 28/16 28/19
28/21 29/7 29/22 29/24 30/3
30/10 30/10 30/13 31/3 31/9
31/19 31/25 32/3 32/4 32/6
32/7 32/8 32/11 32/14 32/14
32/15 32/16 32/18 32/19
32/20 32/21 32/22 32/22
32/23 32/25 33/1 33/1 33/4
33/19 34/4 34/4 34/6 34/12
34/18 34/21 34/21 35/4 35/5
35/11 35/12 35/13 35/13
35/14 35/14 35/17 35/18
35/22 35/22 35/23 36/5 36/5
36/12 36/15 36/25 37/14

37/16 37/23 38/7 38/14
40/13 41/12 41/12 41/25
42/5 42/10 42/18 42/19
43/13 43/15 43/24 44/6
44/10 44/10 44/13 44/21
44/23 45/5 45/6 45/16 45/16
45/24 46/6 46/6 46/8 46/9
46/11 46/11 46/13 46/19
46/24 47/7 47/10 47/24 48/1
48/7 48/15 48/17 48/20 49/1
49/2 49/5 49/6 49/14 49/22
49/22 50/4 50/6 50/8 51/5
51/11 51/12 51/13 51/19
51/20 52/4 52/14 53/6 53/15
53/19 54/3 54/3 54/18 55/2
55/4 55/6 55/8 55/8 55/9
55/12 55/14 55/15 55/15
56/12 56/18 57/1 57/12
57/13 57/17 57/21 57/21
58/15 58/16 58/16 59/2 59/2
59/10 59/13 59/15 59/15
59/18 60/12 60/16 60/18
60/22 60/23 61/1 61/2 61/2
61/4 61/4 61/5 61/7 61/16
61/19 61/19 61/21 62/1
62/14 62/14 63/10 63/14
63/17 63/19 63/20 63/21
63/21 64/3 64/5 64/17 64/17
64/19 64/21 65/17 65/21
65/22 66/1 66/5 66/13 66/15
66/18 66/22 66/24 66/24
67/4 67/8 67/11 67/22 67/23
67/25 68/1 68/1 68/10 68/14
68/19 68/22 69/15 69/15
69/19 70/1 70/1 70/5 70/9
70/14 70/15 70/16 70/17
70/17 70/18 70/20 70/21
70/22 70/24 71/2 71/2 71/5
71/7 71/8 71/8 71/9 71/11
71/18 71/18 71/23 71/24
72/1 72/4 72/9 72/10 72/11
72/18 72/23 73/1 73/1 73/6
73/13 73/18 73/20 73/21
73/24 74/1 74/4 74/4 74/9
75/2 75/3 75/5 75/8 75/11
75/20 75/24 76/2 76/3 76/3
76/6 76/8 76/11 76/17 76/18
76/20 77/2 77/7 77/9 77/10
77/22 77/25 77/25 78/1 78/5
78/10 78/11 78/15 78/16
78/18 78/19 78/24 78/25
79/2 79/10 79/12 79/15
79/17 80/7 80/18 80/18
82/14 82/14 82/22 82/22
82/23 82/24 83/4 83/18 84/1
84/12 84/13 84/13 84/14
84/21 84/21 84/21 85/5 85/6
85/8 85/10 85/19 86/1 86/10
86/22 87/8 87/11 87/16
87/22 87/25 88/5 88/7 88/12
88/13 88/16 88/18 88/19
88/19 88/25 89/4 89/12
89/12 89/14 89/25 90/3 90/3
90/6 90/6 90/17 90/17 90/18
90/18 90/20 91/1 91/2 91/2
91/5 91/8 91/12 91/13 91/23
92/7 92/9 92/13 92/14 92/14
92/21 92/22 93/1 93/6 93/24
94/2 94/4 94/7 94/7 94/9
94/11 94/11 94/14 94/15
94/16 94/16 94/19 94/21
94/23 94/23 95/5 95/6 95/11

**the... [748]**  95/20 95/25
95/25 96/5 96/25 97/3 97/21
97/21 97/25 98/6 98/7 98/13
98/14 98/16 98/17 99/1 99/3
99/7 99/12 99/15 99/23
100/11 100/11 100/21 101/16
101/16 101/19 101/25 102/15
102/17 102/18 102/21 102/23
102/23 102/24 103/10 103/19
103/23 103/23 103/24 104/3
104/12 104/12 104/22 105/3
105/5 105/8 105/11 105/16
105/17 105/18 105/18 106/2
106/17 106/17 106/20 106/21
106/21 106/21 106/22 107/2
107/12 107/18 107/20 107/22
108/11 108/12 108/14 108/20
109/2 109/4 109/5 109/10
109/12 109/14 109/17 109/19
109/19 109/21 110/5 110/9
110/12 110/18 110/18 111/4
111/10 111/15 111/15 111/16
111/16 111/17 111/23 112/2
112/3 112/5 112/5 112/9
112/13 112/14 112/15 112/16
112/16 112/18 112/18 112/19
112/21 113/8 113/19 113/22
114/3 114/6 114/6 114/16
114/17 114/18 114/22 115/8
115/12 115/23 116/8 116/10
116/12 116/14 116/16 116/17
116/20 116/22 117/4 117/4
117/8 117/11 117/11 117/16
117/16 117/18 117/23 118/1
118/6 118/9 118/10 118/15
118/17 118/21 119/2 119/7
119/9 119/12 119/18 119/24
119/25 120/7 120/16 120/16
120/17 120/23 120/25 121/1
121/5 121/5 121/10 121/11
121/14 121/15 121/17 121/20
121/21 121/24 121/24 121/24
122/2 122/3 122/9 122/9
122/11 122/15 122/19 122/22
122/22 123/1 123/4 123/13
123/13 123/23 124/9 124/12
124/12 124/12 124/12 124/17
124/18 124/18 124/18 124/20
124/24 124/25 124/25 125/4
125/4 125/7 125/8 125/11
125/12 125/12 125/18 125/18
125/19 125/21 126/5 126/8
126/10 126/13 126/20 126/22
126/23 126/23 127/2 127/8
127/8 127/16 127/17 128/2
128/6 128/12 128/15 128/21
129/2 129/5 129/7 129/8
129/10 129/11 129/18 129/22
130/3 130/4 130/4 130/5
130/6 130/7 130/7 130/18
130/19 130/20 130/21 131/1
131/6 131/6 131/7 131/21
131/22 131/23 132/3 132/6
132/10 132/13 132/14 132/17
132/18 132/19 133/3 133/6
133/16 133/17 133/24 134/5
134/7 134/14 134/14 134/15
134/19 134/21 134/22 135/13
135/14 135/14 135/19 135/22
135/23 135/25 135/25 136/3
136/5 136/7 136/10 136/13

136/16 136/17 136/24 136/24
137/6 137/11 137/12 137/12
137/17 137/23 137/25 138/4
138/7 138/8 138/11 138/11
138/21 138/21 138/21 139/1
139/3 139/4 139/5 139/5
139/7 139/10 139/11 139/12
139/14 139/15 139/16 139/17
139/22 139/24 140/3 140/7
140/8 140/8 140/10 140/11
140/17 141/6 141/7 141/8
141/8 141/10 141/11 141/12
141/12 141/14 141/17 141/17
141/23 141/25 142/1 142/1
142/2 142/2 142/3 142/5
142/9 142/11 142/11 142/14
142/16 142/16 142/18 142/19
142/20 142/23 142/24 142/24
143/3 143/3 143/7 143/9
143/12 143/12 143/16 143/17
143/18 143/18 143/21 143/24
143/25 144/4 144/4 144/9
144/10 144/10 144/10 144/16
144/17 144/18 144/19 144/20
144/20 144/20 144/24 145/2
145/3 145/6 145/6 145/6
145/7 145/9 145/9 145/13
145/15 145/17 145/17 145/19
145/20 145/22 145/22 146/1
146/2 146/10 146/11 146/16
146/19 147/4 147/6 147/17
147/25 148/2 148/2 148/12
148/13 149/7 149/8 149/10
149/12 149/13 149/14 149/15
149/20 149/20 149/22 149/23
150/3 150/10 150/12 150/24
150/24 150/25 150/25 151/1
151/5 151/5 151/6 151/8
151/12 151/12 151/12 151/14
151/20 151/23 151/24 151/25
151/25 152/1 152/8 152/8
152/11 152/13 152/14 152/15
152/16 152/19 152/20 152/21
152/21 152/24 152/25 153/3
153/13 153/14 153/18 153/19
153/21 153/24 154/7 154/9
154/10 154/11 154/14 154/17
154/17 154/19 154/20 154/22
155/1 155/14 155/15 155/15
155/16 155/17 155/19 155/20
155/21 155/22 155/25 156/2
156/3 156/11 156/13 156/23
156/25 157/6 157/15 157/20
157/24 157/25 158/4 158/8
158/9 158/14 158/15 158/15
158/17 158/18 158/22 158/22
158/22 158/24 158/24 158/25
158/25 159/2 159/7 159/10
159/13 159/14 159/23 159/24
159/25 160/1 160/2 160/3
160/5 160/6 160/6 160/9
160/10 160/13 160/14 160/19
160/20 160/21 161/1 161/3
161/3 161/5 161/9 161/10
161/12 161/13 161/15 161/16
161/19 161/20 161/23 161/23
162/7 162/8 162/9 162/10
162/18 162/24 162/25 163/10
163/11 163/12 163/19 163/20
164/2 164/11 164/19 164/19
165/6 165/11 165/11 166/2
166/12 166/12 166/13 166/16

166/23 166/24 167/4 167/7
167/7 168/1 168/1 168/7
168/11 168/11 168/12 168/12
168/20 168/21 168/23 169/8
169/10 169/15 169/18 169/18
169/24 169/22 169/23 169/25
170/1 170/1 170/5 170/10
170/11 170/19 171/2 171/7
171/8 171/8 171/10 171/10
171/12 171/13 171/21 171/22
171/23 171/23 171/24 171/25
172/1 172/3 172/4 172/6
172/13 172/15 172/17 172/18
172/19 172/22 172/24 172/24
172/25 173/2 173/2 173/3
173/3 173/3 173/5 173/5
173/6 173/7 173/7 173/8
173/8 173/8 173/9 173/9
173/10 173/11 173/13 173/17
173/20 173/21 173/22 173/22
174/4 174/7 174/9 174/11
174/14 174/15 174/16 174/16
174/17 174/23 174/25 175/7
175/9 175/12 175/13 175/22
176/1 176/11 176/15 176/21
176/21 177/1 177/2 177/5
177/16 177/17 177/17 177/19
177/19 177/23 177/24 178/3
178/14 178/17 178/17 179/13
179/21 180/1 180/15 180/15
180/23 181/1 181/23 182/5
182/5 182/6 182/10 182/10
182/13 182/22 183/8 183/14
183/18 183/21 183/24 183/24
184/5 184/7 184/9 184/10
184/15 184/16 184/23 184/23
184/25 184/25 185/8 185/8
185/9 185/9 185/10 185/11
185/14 185/19 185/25 186/3
186/14 186/18 186/25 187/1
187/6 187/23 187/24 187/25
188/6 188/11 188/11 229/18
229/19 229/19 229/19

**their [14]**  3/24 3/25 7/10
58/3 68/4 88/24 89/2 89/13
90/14 125/18 126/8 172/13
177/2 185/6

**theirs [3]**  46/12 58/14 79/21

**them [47]**  3/17 4/22 6/25
8/17 12/2 24/17 24/24 36/5
39/5 39/6 42/17 43/1 43/22
46/12 50/24 61/20 62/7 65/9
67/25 75/17 77/24 79/7
79/22 81/4 83/1 83/2 83/10
83/11 92/1 92/1 95/5 95/5
95/6 95/7 95/7 95/8 96/8
102/24 103/4 144/14 158/13
158/13 160/17 172/14 176/7
184/11 184/12

**themselves [2]**  93/4 172/1

**then [60]**  4/13 5/3 13/15
18/24 19/7 23/24 32/20 35/3
36/1 40/25 46/13 50/12
50/19 69/8 75/5 76/5 79/4
82/10 84/6 84/9 87/12 87/15
89/20 90/10 90/16 95/4
97/19 97/20 100/4 103/2
105/18 106/5 109/6 109/13
109/17 109/20 110/8 112/1
113/13 120/10 123/11 139/15
142/23 143/22 144/23 145/15
145/17 145/21 153/18 154/3
166/23 167/10 167/23 172/18

**then...** **[6]**   173/19 173/20
175/6 180/16 186/2 187/24
**there** **[140]**   2/9 8/22 8/25
9/14 11/5 13/13 14/1 15/1
15/18 15/22 18/3 20/14
21/22 26/25 28/4 28/7 30/2
30/14 30/17 30/21 36/8
36/15 36/20 39/15 49/14
51/11 53/13 53/18 54/6
54/20 62/16 63/23 64/20
65/11 65/11 65/15 67/21
68/2 70/19 71/9 74/10 76/2
77/17 77/17 77/18 80/17
81/7 84/19 84/25 85/4 86/23
87/16 88/2 90/13 90/15
90/23 92/8 92/17 92/18
92/22 93/5 93/7 93/8 94/6
94/11 94/12 94/17 95/3
95/13 99/9 99/10 100/18
101/24 102/25 103/18 104/10
105/5 105/16 105/17 105/19
106/25 108/11 108/24 109/7
110/8 115/25 116/3 118/8
118/8 120/20 120/21 121/22
128/1 128/16 133/22 134/2
141/11 142/21 145/1 145/9
145/24 146/10 147/4 147/5
147/7 149/3 149/18 150/9
150/16 152/7 152/7 154/24
155/5 155/7 157/3 158/6
158/16 159/23 160/6 164/20
165/17 167/2 167/9 167/24
167/25 168/6 170/3 170/5
170/9 171/12 171/25 172/9
172/24 173/11 174/22 175/6
176/25 178/8 186/10 187/24
**there's** **[23]**   9/2 13/14 22/19
42/3 45/3 53/25 66/2 67/25
88/9 92/25 93/4 93/8 94/17
94/20 97/13 97/17 102/11
102/13 155/1 157/7 176/20
185/5 188/2
**these** **[15]**   38/15 61/4 69/3
76/21 80/23 81/6 91/20
93/12 96/3 105/13 117/19
123/6 129/10 144/11 155/4
**they** **[118]**   3/9 3/22 3/24
3/25 9/11 12/7 14/3 24/3
24/3 24/10 24/12 32/10
35/22 36/2 36/2 38/5 38/9
38/15 38/19 38/21 38/22
41/13 42/7 42/23 43/13
43/13 43/24 46/8 46/21 48/5
49/9 51/4 53/4 53/5 55/4
55/5 55/9 55/9 55/16 55/16
55/19 55/22 59/8 62/17
62/21 62/24 62/24 63/3
64/12 64/13 66/17 66/17
66/17 68/3 72/19 72/22 75/2
77/12 77/14 78/20 80/9 83/3
87/7 87/9 87/9 88/20 89/2
91/15 92/1 92/2 92/21 93/1
93/2 93/3 93/4 93/4 94/6
94/15 96/3 96/7 96/8 105/12
107/18 108/14 108/16 108/17
108/17 108/18 112/20 121/22
122/11 125/6 134/7 137/7
151/24 154/12 171/21 171/22
171/23 171/23 171/24 171/24
171/25 172/1 172/18 178/19
180/4 180/14 180/24 181/2

**they'll** **[1]**   144/13
**they're** **[8]**   7/11 7/12 50/21
58/10 65/9 80/8 80/13 90/8
**thick** **[1]**   155/9
**thing** **[14]**   4/19 35/25 39/2
62/9 64/17 64/21 79/15
108/7 110/18 142/1 158/17
161/13 168/20 176/21
**things** **[20]**   7/22 38/6 59/24
64/14 66/6 68/2 77/19 79/10
88/24 90/21 90/24 92/5 92/7
92/25 94/19 164/23 165/9
174/6 174/8 177/8
**things aren't** **[1]**   90/24
**things that** **[1]**   59/24
**think** **[36]**   53/7 53/21 55/22
58/10 75/20 76/5 82/23
83/22 86/15 96/12 100/5
100/23 110/19 110/22 115/22
116/7 116/11 120/21 129/1
130/2 130/3 146/13 154/19
155/2 158/3 158/14 160/5
160/24 165/5 168/15 168/25
170/6 170/8 173/25 174/5
174/6
**thinking** **[4]**   100/18 103/9
168/21 168/22
**thinks** **[1]**   168/20
**third** **[6]**   26/12 72/6 72/11
111/5 111/16 111/21
**Thirty** **[1]**   105/24
**this** **[258]**   2/14 3/2 3/3 3/6
3/12 6/7 14/2 14/23 15/25
16/5 17/10 17/13 17/17
17/17 17/19 17/20 17/22
17/23 17/24 17/25 18/3
19/20 20/2 20/6 21/16 21/23
22/3 22/7 24/3 25/24 26/3
27/10 27/14 27/23 28/1 28/7
28/14 29/12 30/17 31/13
35/18 36/21 37/15 37/16
37/19 37/21 39/13 39/16
39/19 39/21 39/25 41/21
41/23 42/12 42/15 42/17
42/20 45/10 45/13 45/18
46/7 46/13 47/22 48/14
49/24 50/8 51/7 51/25 52/6
53/3 53/4 53/5 53/9 54/11
54/25 55/2 55/15 55/17
55/20 56/7 56/8 58/11 58/12
59/4 59/5 59/13 60/7 61/18
62/8 62/10 64/15 65/2 65/23
66/10 68/7 69/2 70/10 71/1
71/5 72/6 74/3 77/15 77/17
77/19 77/19 77/21 77/21
79/5 79/8 79/9 79/11 79/12
79/23 81/13 82/13 85/9
85/12 85/14 86/10 86/12
88/9 88/12 88/21 88/21
88/21 88/22 89/3 90/9 90/17
90/18 90/24 91/9 92/11
93/12 93/13 93/14 93/15
93/15 94/24 96/24 98/24
100/4 100/6 103/9 103/21
103/24 104/10 104/14 104/17
104/19 107/1 107/4 107/4
107/6 107/18 107/20 108/4
110/18 112/8 112/21 114/9
115/14 115/16 115/22 116/5
116/9 116/22 117/19 119/5
120/10 120/14 120/23 122/4

122/13 123/20 125/13 125/19
127/2 127/2 127/7
127/9 127/16 127/19 127/22
128/2 128/9 128/12 129/4
129/21 130/12 130/16 131/7
132/18 133/9 134/8 134/9
134/21 134/23 135/9 138/15
139/11 139/14 140/21 141/25
142/25 143/5 144/17 145/8
145/8 145/18 145/20 146/15
147/17 147/24 148/9 153/1
153/3 153/10 153/16 154/25
155/9 155/14 155/15 156/3
156/16 159/4 159/14 159/19
160/8 160/23 160/23 161/2
164/12 164/15 164/17 166/1
166/14 166/17 166/19 166/17
168/20 169/9 176/20 176/23
176/24 178/6 178/24 179/22
179/22 183/8 184/13 185/2
185/3 185/19 186/3 187/23
188/10
**this a** **[1]**   79/23
**those** **[33]**   2/13 3/19 4/13
19/2 66/6 68/14 68/19 81/1
81/9 89/23 89/25 90/1 93/9
93/22 95/4 98/4 98/4 98/9
101/7 105/8 117/14 125/3
127/3 127/6 129/11 144/14
145/16 154/8 175/10 177/8
184/4 184/5 184/18
**though** **[4]**   144/10 144/14
157/14 157/25
**thought** **[6]**   39/19 100/5
149/17 154/3 183/19 187/23
**thousand** **[1]**   54/5
**thousands** **[1]**   97/11
**threatening** **[2]**   38/15 65/8
**threats** **[3]**   146/16 146/22
146/24
**three** **[13]**   16/25 60/8 67/23
95/12 95/19 96/17 108/11
109/25 110/2 110/3 120/20
151/18 173/12
**three-year** **[2]**   16/25 151/18
**through** **[39]**   4/14 13/22
17/12 17/20 17/22 18/6 18/9
39/6 42/18 47/21 51/20
52/13 56/21 58/1 62/8 64/7
64/16 70/6 80/14 85/5 93/12
94/12 94/13 104/10 106/12
106/14 128/24 129/1 130/18
141/12 142/2 144/21 150/24
151/8 152/3 154/16 158/4
161/24 166/11
**through the** **[1]**   142/2
**throughout** **[3]**   17/10 162/17
170/1
**tickets** **[2]**   174/21 175/10
**tight** **[4]**   180/5 180/6 180/25
181/4
**tilt** **[2]**   59/12 88/25
**time** **[93]**   6/7 9/14 13/6 14/1
14/10 14/20 15/1 15/18
15/24 17/24 18/2 20/6 22/7
22/23 25/17 26/3 26/25
27/14 27/25 28/23 29/12
30/10 31/3 31/13 32/1 32/3
32/23 34/19 34/21 35/3
38/21 40/13 40/25 43/24
44/10 45/14 45/14 45/16 47/10
48/1 49/5 60/22 61/18 61/19
64/1 68/2 76/20 82/14 82/14

**time...** **[45]** 82/15 82/16
84/4 84/14 84/14 85/7 85/15
85/16 94/18 94/24 95/2
102/21 102/23 102/24 105/19
105/25 106/7 108/11 109/10
109/12 110/5 110/18 112/21
115/2 125/11 125/18 144/20
145/6 145/22 147/4 151/16
157/25 158/16 165/17 166/9
166/10 168/6 169/19 172/19
173/7 177/19 179/23 179/24
185/20 186/3

**timeline** **[1]** 158/5

**times** **[14]** 64/18 65/11 66/22
66/24 73/23 81/22 97/15
98/4 102/25 103/11 105/6
105/8 106/8 145/11

**tired** **[2]** 168/4 168/5

**title** **[4]** 30/22 33/14 37/11
155/22

**to** **[796]** 2/16 2/18 3/5 3/10
3/13 3/17 3/21 3/21 3/22
3/23 3/24 3/25 4/10 4/14
4/15 4/22 5/6 5/10 5/17
5/25 6/8 6/14 6/20 7/23
8/21 8/21 8/25 9/1 9/2 9/6
9/7 11/2 11/4 11/6 11/12
11/15 11/17 11/19 11/21
11/24 12/1 12/1 12/4 12/8
12/10 12/17 12/18 13/5
13/18 13/20 13/22 15/2
15/11 15/16 15/20 15/24
15/25 16/16 17/4 17/4 17/12
17/13 18/22 19/4 19/5 19/20
20/5 20/8 20/18 20/20 20/21
20/22 21/1 21/1 21/4 21/25
22/6 22/9 22/22 22/24 22/25
23/5 23/8 23/16 23/22 23/22
23/25 24/7 24/15 24/17
24/17 24/20 25/13 25/15
26/2 26/5 26/7 26/9 26/19
27/1 27/2 27/4 27/13 27/17
27/20 27/21 28/1 28/8 28/12
29/5 29/11 29/15 29/19 30/3
31/1 31/7 31/12 31/16 32/8
32/10 32/11 32/11 32/11
32/17 32/19 33/7 33/17
33/22 34/1 34/3 34/4 34/9
34/24 35/1 35/4 35/5 35/6
35/7 35/11 35/13 36/4 36/4
36/7 36/21 37/20 37/22
37/23 38/4 38/8 38/8 38/13
39/15 39/18 39/22 41/7
41/16 42/6 42/7 42/17 42/19
42/20 42/23 42/24 43/19
44/20 45/2 45/4 45/21 45/21
45/23 45/23 45/25 46/2 46/5
46/6 46/6 46/8 46/8 46/10
46/20 46/22 48/3 48/8 48/14
48/17 49/7 49/10 49/12
49/15 49/19 50/4 50/8 51/4
51/15 51/22 51/22 51/23
51/23 52/3 52/10 52/11
52/13 52/14 52/20 52/23
53/10 53/20 53/22 53/24
53/25 54/3 54/4 54/15 54/16
54/20 55/11 55/14 55/23
56/6 56/19 57/5 57/10 57/21
57/24 58/7 58/9 58/12 58/16
58/16 58/22 58/23 58/25
59/3 59/7 59/8 59/10 59/15

59/21 59/22 60/4 60/9 60/12
63/5 63/9 63/14 63/15 63/21
64/4 64/12 64/14 64/20
64/20 64/21 64/22 64/23
64/24 64/25 65/2 65/12
65/14 65/16 65/19 65/22
66/2 66/4 66/10 66/12 66/16
66/21 66/23 66/23 67/1 67/2
67/4 67/23 68/3 68/23 69/4
69/7 69/17 70/14 70/17
70/17 71/3 71/6 71/9 71/11
71/17 71/17 71/18 71/18
71/23 73/15 74/3 74/3 74/5
74/8 75/4 75/7 75/10 75/13
75/17 76/6 76/6 76/11 76/21
77/3 77/22 78/9 78/10 78/11
78/13 78/14 78/14 78/20
79/1 79/6 79/6 79/8 79/13
81/7 82/1 82/13 82/14 82/15
82/18 82/21 82/23 83/2
83/16 83/16 84/10 84/10
84/18 84/25 85/12 85/13
85/19 85/24 87/1 87/2 87/4
87/5 87/6 87/7 87/9 87/14
87/15 87/15 87/16 87/22
88/3 88/6 88/19 90/8 90/10
90/13 90/13 90/18 90/20
90/21 90/21 90/25 91/1 91/1
91/2 91/2 91/4 91/4 91/4
91/5 91/5 91/6 91/6 91/15
91/17 91/18 91/25 92/2 92/2
92/4 92/4 92/8 92/17 92/19
92/25 93/1 93/3 93/16 93/18
93/24 94/13 94/15 94/23
94/24 95/5 95/5 95/6 95/7
95/7 95/8 96/10 97/7 97/10
97/19 97/20 98/1 98/5 98/5
98/10 98/13 98/14 98/16
98/17 98/23 99/2 99/6 99/6
99/6 99/9 99/9 99/10 100/6
100/13 100/19 100/22 101/7
101/9 101/14 103/7 103/7
103/10 103/11 103/11 103/15
103/19 103/19 103/21 103/22
103/22 104/4 104/5 104/7
104/9 104/11 104/11 105/1
105/4 105/4 105/6 105/8
105/14 106/1 106/1 106/2
106/3 106/5 106/5 107/1
107/11 107/14 108/22 109/25
110/12 110/14 111/4 112/10
112/13 112/15 112/21 113/1
113/3 113/10 113/12 113/25
114/1 114/13 114/16 114/17
115/2 115/2 115/6 115/11
116/8 116/10 116/12 116/13
116/14 116/15 116/19 116/19
117/3 119/9 119/19 120/18
121/1 121/12 121/18 121/20
122/2 122/4 122/14 122/16
122/17 122/17 122/19 123/4
123/6 124/7 124/18 125/6
125/12 125/17 126/8 127/4
127/7 127/11 127/17 128/7
128/24 129/1 129/11 129/15
130/3 130/4 130/8 130/10
130/15 130/22 131/5 131/9
131/9 131/10 131/22 132/3
132/8 132/11 132/15 132/16
132/18 132/19 132/20 132/25
133/6 133/10 133/23 133/25
134/8 134/19 135/23 136/16

136/20 137/6 137/10 137/11
137/17 137/17 137/17 137/25
138/2 138/10 138/16 138/22
139/2 139/4 139/12 139/15
139/19 139/25 140/7 140/11
140/18 141/6 141/7 141/7
141/17 141/17 141/18 141/21
142/4 142/12 142/24 142/24
142/24 143/3 143/20 143/21
143/23 144/2 144/5 144/19
144/21 144/23 145/2 145/7
145/12 145/19 145/21 146/12
146/12 146/13 146/16 146/17
146/22 147/23 148/2 148/4
148/8 148/22 149/12 149/20
150/19 151/1 151/8 151/13
152/3 152/3 152/12 152/23
152/25 153/2 153/10 153/14
153/19 153/20 154/8 154/17
154/17 154/20 155/1 155/3
155/10 155/11 155/12 155/18
155/19 155/22 155/23 156/1
156/7 156/7 156/11 156/22
156/25 157/1 157/6 157/23
158/1 158/11 158/23 159/6
159/7 159/8 160/6 160/8
160/14 160/17 161/6 161/7
161/9 161/10 161/23 161/24
164/5 164/7 164/9 164/11
164/17 165/3 165/3 165/6
165/7 165/11 165/12 165/16
165/18 165/18 165/19 165/21
165/22 165/22 166/4 166/5
166/11 166/15 166/19 166/19
166/22 166/23 167/1 167/2
167/6 167/13 167/15 167/16
167/21 168/2 168/2 168/4
168/10 168/14 168/21 168/24
169/8 169/9 169/10 169/15
169/18 169/20 169/21 170/2
170/19 170/25 171/7 171/9
171/9 171/9 172/1 172/14
172/18 172/19 173/11 173/17
173/19 174/1 174/2 174/8
174/15 174/18 174/21 174/21
174/24 175/3 175/3 175/3
175/5 175/6 175/12 175/22
176/19 176/22 176/23 177/2
177/12 177/16 177/24 178/2
178/5 178/10 179/3 179/3
179/4 179/4 179/20 180/4
180/19 181/15 181/15 181/21
182/4 182/9 183/4 183/7
183/17 183/22 184/4 184/10
184/14 184/18 184/25 184/25
185/4 185/10 185/13 185/19
185/19 185/23 185/23 186/12
186/13 186/14 186/20 186/24
187/5 187/5 187/9 187/13
187/15 187/20 188/3 188/9

**to like** **[1]** 175/22

**to.BY** **[1]** 183/14

**today** **[22]** 3/20 5/24 7/15
14/14 18/19 18/23 19/15
25/7 37/25 38/1 47/24 64/25
91/17 100/2 100/5 150/10
152/3 166/20 173/17 186/1
186/10 188/9

**today's** **[1]** 162/18

**together** **[2]** 71/2 161/2

**told** **[18]** 38/19 42/24 43/1
43/2 44/15 46/9 47/7 51/16
54/23 65/24 77/9 79/20

**T**

**told... [6]**  100/6 104/6
104/9 122/10 152/19 172/18
**tomorrow [1]**  90/14
**too [1]**  46/12
**took [13]**  14/9 18/19 60/16
75/7 82/19 85/6 85/6 85/15
85/16 103/6 144/10 168/9
186/10
**top [6]**  12/10 71/23 104/20
105/15 119/18 170/2
**tossing [2]**  103/9 168/4
**total [3]**  57/20 61/2 145/19
**touch [2]**  82/24 180/7
**tough [2]**  66/16 90/13
**towards [3]**  35/18 36/22
147/17
**track [1]**  24/18
**transaction [3]**  71/6 125/4
145/8
**transcript [5]**  4/20 5/5
137/23 187/1 229/19
**transcripts [3]**  162/9 184/15
184/16
**transfer [4]**  27/6 28/12
78/12 127/13
**transferred [1]**  15/2
**transpired [1]**  50/5
**trash [1]**  65/19
**travel [3]**  87/1 87/9 87/9
**treat [2]**  46/21 169/9
**trees [1]**  187/15
**trial [6]**  1/11 50/1 50/2
58/1 149/10 162/18
**tried [5]**  23/22 45/21 179/20
180/10 180/11
**true [1]**  87/12
**Trump [1]**  143/18
**truth [1]**  85/8
**try [6]**  71/18 104/9 109/20
109/25 122/21 136/6
**trying [19]**  3/20 28/1 39/22
51/4 52/13 53/22 84/18
91/17 97/7 103/7 121/12
128/7 130/3 130/8 131/5
132/19 138/9 155/10 160/8
**tune [1]**  110/6
**turn [8]**  17/4 31/7 45/2
68/10 99/6 136/20 159/3
159/6
**turned [1]**  35/24
**turning [14]**  21/25 23/16
27/4 29/5 33/17 41/16 43/19
44/20 55/11 57/5 103/9
124/7 127/11 168/4
**tutor [1]**  65/14
**Twelve [1]**  136/21
**twins [2]**  7/12 19/6
**two [33]**  1/15 2/11 4/20 7/9
13/14 18/3 21/13 40/17
40/18 41/4 42/19 53/7 54/13
59/5 62/1 67/17 67/21 67/25
68/15 68/19 80/16 105/21
118/8 121/22 121/22 123/6
142/18 145/16 146/11 162/23
165/17 178/19 186/24
**type [2]**  28/19 106/21
**typical [1]**  63/3
**typically [3]**  109/16 109/16
109/24

**U**

**Uh [7]**  40/5 41/2 94/1

161/21 169/17 172/5 178/7
161/21 169/17 172/5 178/7
**ultimately [1]**  184/13
**unable [1]**  64/14
**unclear [1]**  132/17
**uncontrolled [1]**  66/10
**under [24]**  3/24 12/5 14/3
14/10 20/22 23/1 32/16
32/19 36/2 70/18 79/2 79/11
85/8 112/3 112/4 120/13
123/16 127/18 139/14 152/24
160/24 174/7 174/8 177/1
**underdo [1]**  109/21
**underlying [1]**  107/22
**understand [17]**  29/16 39/22
51/25 52/1 52/12 62/7 66/12
79/13 91/16 93/6 96/5
102/22 116/18 117/3 121/13
133/5 170/7
**understanding [17]**  13/21
15/17 20/1 22/2 25/23 27/9
27/25 29/6 31/8 33/18 35/3
66/22 76/20 92/23 97/17
112/22 156/16
**understands [1]**  76/19
**understood [1]**  65/16
**unfairly [1]**  3/22
**unheard [1]**  92/4
**uniform [1]**  77/17
**UNITED [1]**  1/1
**university [1]**  8/12
**unless [3]**  53/20 138/8 170/6
**until [26]**  12/2 36/16 39/8
40/13 45/10 45/12 45/17
48/9 73/17 75/4 78/2 105/7
108/18 109/2 109/5 120/18
120/25 122/1 123/3 123/10
125/19 154/19 168/5 172/17
173/19 181/5
**up [85]**  6/10 8/25 9/3 17/12
19/5 19/7 19/14 28/5 32/11
42/6 46/17 52/10 55/23
57/21 59/23 59/23 63/22
64/19 64/20 65/2 66/3 66/18
66/23 67/22 69/4 69/5 82/13
84/10 84/25 85/10 85/10
85/13 87/5 90/11 90/24 91/1
91/6 92/17 92/18 92/19
92/20 92/25 93/1 93/3 93/19
94/21 94/22 101/8 101/14
101/24 103/1 103/8 104/19
105/8 106/15 106/24 110/8
110/10 113/13 124/17 130/17
131/14 138/6 142/24 150/20
155/23 158/11 166/3 166/5
166/15 167/7 167/15 167/16
167/23 168/5 168/21 168/24
169/20 169/24 171/22 172/15
172/16 172/24 174/16 174/17
**Up-to-date [1]**  155/23
**upcoming [1]**  28/12
**upkeep [1]**  177/25
**upon [3]**  32/9 32/23 132/2
**upset [1]**  165/25
**us [19]**  2/22 21/11 24/12
24/13 63/14 64/3 67/15 71/3
84/19 93/9 93/20 98/16
126/24 161/4 162/20 167/4
169/18 172/18 179/15
**use [5]**  71/4 71/18 81/9
140/22 144/5
**used [12]**  16/15 19/5 36/4

36/12 38/13 71/19 75/20
75/24 76/10 139/3 144/18
165/18
**usually [6]**  79/5 91/7 109/12
129/7 165/10 166/1

**V**

**vacation [1]**  95/17
**validity [1]**  71/8
**variable [12]**  10/23 15/13
18/11 32/19 32/25 35/5
130/12 130/22 131/2 131/4
138/6 139/14
**varied [2]**  73/1 160/21
**vendor [6]**  8/16 9/8 9/10
87/7 93/14 95/7
**vendors [8]**  66/24 87/6 89/16
92/10 96/10 108/8 108/12
109/18
**verbalize [1]**  140/25
**verbally [1]**  38/10
**verify [1]**  12/17
**versus [2]**  127/24 160/7
**very [42]**  2/22 4/4 4/24 5/4
5/9 6/9 36/11 41/6 44/8
71/12 75/19 78/18 81/14
83/12 84/25 85/2 85/21
86/25 87/2 87/6 87/10 88/7
89/3 89/19 90/12 105/13
105/19 109/2 110/23 113/7
147/15 147/20 162/2 162/11
166/10 169/2 171/6 182/17
183/1 184/5 185/16 185/18
**viable [1]**  40/14
**Viatech [1]**  109/8
**view [2]**  3/15 168/14
**violation [1]**  184/23
**Virginia [1]**  8/12
**visit [1]**  169/15
**volume [3]**  94/1 94/22 94/25
**voluntarily [3]**  20/20 20/21
22/24
**vs [1]**  1/6

**W**

**wages [1]**  86/11
**wait [12]**  12/2 26/24 39/9
50/14 50/17 55/20 55/21
73/17 109/4 111/7 159/3
181/17
**waited [2]**  23/25 24/15
**waiting [2]**  79/4 173/10
**waive [2]**  20/20 20/21 22/24
**waiver [4]**  21/1 21/4 23/5
23/8
**wake [4]**  85/10 105/8 166/5
167/23
**wakes [1]**  168/21
**waking [3]**  101/24 166/3
168/23
**walk [1]**  142/2
**walls [2]**  173/5 173/8
**want [45]**  3/5 3/13 6/16
12/17 46/22 51/21 51/22
51/23 51/23 51/21 51/22
51/23 51/23 52/14 54/14
52/23 58/23 66/12 68/3
71/17 71/18 71/23 85/8 87/7
88/21 89/1 89/15 92/2 98/5
98/10 104/5 105/14 122/14
142/24 143/2 143/2 144/2
155/11 164/5 164/7 165/16
168/4 169/8 169/15 169/21
185/19 186/14 187/5 187/13

**wanted [8]**   4/15  41/7  50/8
62/7  63/15  104/4  138/2
165/22

**wanting [1]**  146/12

**wants [6]**   85/12  85/13  91/25
150/19  165/11  173/18

**warehouse [2]**   89/2  89/14

**was [444]**   3/6  3/16  3/16  5/11
5/13  5/14  5/15  5/16  6/13
8/13  9/18  9/25  10/1  10/3
10/5  10/9  10/11  10/16  10/19
10/20  10/25  11/2  11/5  11/7
11/8  12/4  13/11  13/15  14/4
14/5  14/6  14/20  14/22  15/2
15/5  15/8  15/13  15/14  15/17
15/18  15/25  17/1  17/3  17/25
18/1  18/4  18/19  18/23  19/9
19/13  19/16  19/22  19/23
20/14  23/23  23/24  24/14
24/17  25/5  25/7  25/8  25/13
25/14  25/15  25/17  27/1  28/1
28/7  28/8  28/22  29/3  30/11
31/4  31/22  31/25  32/4  34/15
34/22  35/3  35/10  35/23
35/24  35/25  36/8  36/15
36/20  38/4  38/6  38/7  38/9
38/10  38/16  38/24  38/24
39/2  39/2  39/6  39/13  39/15
39/19  40/16  41/12  42/5
42/11  42/12  42/18  43/1  43/4
43/5  43/11  43/12  45/17  46/3
46/4  46/5  46/5  46/14  46/17
46/19  46/24  47/10  47/11
47/16  47/18  48/3  48/8  49/16
50/9  50/10  50/19  50/22  51/2
51/7  52/20  52/22  52/25
52/25  53/4  53/9  53/19  53/22
53/22  54/13  54/18  54/20
55/22  56/15  58/7  58/14
58/19  58/25  59/1  59/1  61/2
61/5  61/16  62/5  62/16  63/23
64/3  64/4  64/4  64/7  64/17
64/23  65/2  65/15  65/18
65/19  65/19  65/22  67/4
69/14  70/17  70/18  73/6
73/22  73/22  74/4  74/9  75/8
75/17  76/5  76/7  76/19  76/21
77/6  77/7  77/9  77/17  77/22
79/11  79/12  79/15  79/18
79/20  79/21  82/15  82/22
84/9  86/21  87/19  87/23  88/2
92/17  93/16  93/20  93/21
93/25  94/2  94/4  94/6  94/9
94/15  97/15  100/11  100/18
101/24  102/17  103/7  103/8
103/9  103/18  103/20  104/1
104/2  104/16  104/22  105/3
105/16  105/17  105/20  106/17
106/18  106/20  108/7  108/20
109/1  109/7  112/10  112/20
112/22  113/15  115/1  115/18
116/3  116/7  116/21  116/22
119/14  119/15  120/7  120/10
120/14  120/18  120/24  121/10
121/17  121/21  121/25  122/4
122/15  123/2  123/12  123/24
125/7  125/13  125/19  129/1
130/3  130/3  130/5  131/5
131/6  131/12  131/20  131/21
132/2  132/7  132/10  132/10
132/15  132/18  132/19  132/19

133/11  134/3  135/22  135/25
138/9  138/23  139/21  140/2
140/7  140/8  141/12  141/13
141/15  141/17  141/24  143/3
144/9  144/9  144/10  144/11
144/17  144/18  144/21  144/21
146/9  146/10  146/10  146/13
146/18  147/2  147/4  147/5
147/6  147/6  147/7  147/8
148/12  148/25  149/2  149/10
150/10  150/16  151/1  151/11
151/13  151/13  151/17  152/11
152/15  152/15  152/17  152/19
153/15  153/20  153/24  153/25
154/21  154/24  155/16  156/3
156/12  157/12  157/18  157/23
158/6  158/8  158/16  158/17
158/18  158/25  159/11  159/23
160/1  160/2  160/3  160/5
160/6  160/8  160/13  162/14
164/3  164/10  164/10  164/13
164/16  164/16  164/17  164/19
164/20  165/4  165/4  165/5
165/13  165/17  166/4  166/7
166/10  166/10  166/12  166/13
167/2  167/14  167/20  167/25
168/4  168/15  169/19  169/21
169/21  169/22  169/24  170/1
170/9  170/10  170/11  170/12
171/2  171/8  171/8  171/10
171/12  171/15  171/18  172/24
173/3  173/5  173/6  173/7
173/7  173/21  173/22  174/5
174/12  174/24  175/4  175/9
175/9  175/14  175/20  178/8
178/9  178/14  178/15  178/18
178/24  179/16  179/18  180/1
180/2  182/3  184/24  185/4
186/10  186/10  186/22

**Washington [1]**   24/2

**wasn't [32]**   5/21  39/16  46/10
47/8  54/6  64/7  64/7  64/16
64/20  65/11  65/21  68/3
97/24  100/20  102/15  102/15
102/24  105/9  132/22  141/16
164/11  165/3  165/3  165/14
165/15  166/3  167/16  167/24
170/6  172/24  175/3  180/15

**watch [3]**   6/10  162/3  182/18

**watching [1]**  167/25

**water [1]**  169/25

**Wawa [1]**  35/24

**way [24]**   9/5  54/3  61/16
63/14  64/17  65/17  75/18
77/10  79/10  88/13  92/25
98/13  98/14  103/23  103/23
103/24  110/18  132/22  132/23
148/20  151/8  158/1  165/6
172/13

**ways [2]**   67/23  167/4

**we [145]**   3/15  3/20  4/2  4/2
4/20  5/6  5/10  6/23  7/19
8/23  9/4  9/4  9/5  9/6  9/7
9/23  10/1  19/4  19/4  19/7
23/25  23/25  23/24  23/25
24/1  32/18  32/23  35/12  38/1
42/20  51/7  51/8  52/12  52/19
56/5  58/15  61/18  61/19
61/20  61/20  63/13  63/15
67/17  68/1  71/3  71/3  79/23
80/16  81/10  81/14  82/24
84/18  88/22  90/17  91/9  92/8

92/9  92/11  94/14  94/15
94/20  94/20  95/6  95/20
99/15  101/24  101/25  109/18
110/13  115/14  115/18  115/21
123/10  125/21  126/23  135/9
135/13  135/14  136/6  138/24
139/13  140/1  144/9  144/11
144/14  144/14  144/18  145/1
145/12  147/2  147/3  148/1
149/13  149/17  152/7  152/8
152/12  153/2  153/10  153/25
154/5  154/11  154/19  154/20
155/2  156/15  158/4  158/10
158/13  158/13  158/20  161/6
162/9  164/15  164/16  165/17
165/18  165/20  165/21  166/21
169/20  171/6  171/6  171/18
172/15  172/15  172/17  172/17
172/23  173/6  173/8  173/9
174/6  174/22  175/5  175/11
176/24  179/12  180/15  182/4
183/4  183/21  187/13  187/23
187/25

**we'll [13]**   14/14  69/8  69/12
12/12  113/13  123/9  143/24
144/16  144/23  145/2  145/15
145/17  184/12

**we're [29]**   8/22  25/6  40/20
40/21  45/9  49/24  50/12
50/12  50/16  52/23  52/24
53/13  67/21  83/16  87/15
87/16  88/9  88/16  90/9  91/17
96/19  103/18  110/11  143/17
144/5  144/16  144/21  155/15
173/17

**we've [6]**   19/20  37/24  100/24
117/5  121/14  186/5

**website [1]**  48/16

**week [6]**   67/1  67/1  82/24
91/9  95/12  165/22

**weekly [2]**   13/19  17/2

**weeks [6]**   65/2  95/15  95/15
122/10  123/3  186/24

**weighing [1]**  103/10

**weird [4]**   35/25  75/19  98/15
98/15

**welcome [3]**   28/5  38/5  38/16

**welcoming [1]**  28/19

**well [66]**   2/22  3/14  4/4  4/24
5/9  6/9  7/21  9/5  14/17
14/18  19/2  36/11  38/13
43/25  54/13  55/25  56/2  63/8
64/14  64/16  65/1  77/11
80/13  83/12  85/21  90/7  90/8
90/14  90/16  91/13  92/18
93/1  93/20  96/3  96/20  97/4
97/6  97/23  108/17  113/7
115/5  128/1  130/20  140/17
147/15  147/20  152/11  155/9
156/8  156/19  162/2  162/11
163/9  164/5  164/14  164/15
164/19  165/8  168/18  173/18
183/1  183/4  184/5  185/16
185/18  188/8

**Wells [4]**   50/23  50/25  176/5
177/7

**went [28]**   13/22  14/3  14/10
19/3  35/21  35/22  36/2  42/23
52/13  58/14  58/16  58/16
59/12  59/15  59/22  66/2
83/18  84/1  84/25  92/8  94/15
105/18  107/1  131/8  158/4
170/1  172/23  174/7

**were [132]**   2/9 3/10 3/15 4/2
4/20 10/2 11/4 11/11 11/15
11/17 11/19 11/21 11/23
12/7 12/20 13/13 13/14
16/15 16/24 17/16 18/3
21/13 21/15 30/4 31/4 31/20
32/10 34/12 36/2 38/11
39/14 40/1 40/3 40/6 42/21
42/24 43/13 43/14 44/15
45/7 47/4 48/5 51/5 55/13
59/15 60/23 61/4 61/5 61/20
62/2 63/9 64/14 65/11 67/3
68/2 70/17 76/9 77/2 77/18
78/8 79/4 83/3 83/21 84/6
84/8 84/18 84/19 84/20 85/4
86/23 89/23 90/17 92/10
93/24 94/7 94/25 101/21
101/24 102/20 102/25 103/13
105/8 105/23 108/11 108/24
114/9 116/23 118/8 120/20
122/11 125/6 129/21 130/11
130/21 133/10 134/13 138/16
138/17 139/25 146/15 148/5
148/11 149/3 149/19 150/12
154/4 154/4 154/20 163/23
164/8 165/9 165/20 165/21
168/7 170/3 170/5 171/6
171/16 171/24 171/25 172/9
172/15 172/17 173/9 173/10
175/5 175/8 175/10 175/11
182/4 183/13 184/25

**weren't [6]**   42/24 105/19
134/16 156/15 156/17 173/8

**West [1]**   8/11

**what [191]**   3/3 3/6 3/9 3/16
4/10 5/20 7/10 7/20 8/13
8/15 8/19 9/17 9/25 10/5
10/19 11/8 13/9 15/12 15/17
17/7 17/9 18/22 23/19 24/7
24/9 24/12 24/13 24/14 25/7
25/7 28/1 31/25 35/9 38/12
38/23 39/4 41/6 42/8 42/11
42/16 43/25 46/5 46/9 49/12
50/4 50/9 50/24 52/4 52/17
53/21 55/5 57/8 58/7 58/10
58/25 62/5 63/3 63/4 63/9
64/3 64/14 65/16 65/23
67/15 67/24 67/25 68/5
70/18 71/6 72/8 74/2 74/2
74/9 75/8 76/18 77/9 77/9
77/15 80/18 84/23 86/12
86/21 87/19 88/12 89/12
90/7 90/15 90/17 90/18 91/5
91/5 91/15 91/17 91/18 92/1
92/9 92/11 92/23 93/11
93/14 93/14 93/20 94/2
94/12 96/23 97/4 97/16 98/3
98/8 100/13 102/18 102/19
103/15 104/2 104/22 106/17
106/20 107/9 109/17 109/18
109/20 110/11 110/16 110/19
110/20 110/20 111/20 112/17
113/2 117/25 120/18 121/12
122/15 130/3 131/5 131/12
132/18 134/22 135/3 135/13
135/14 136/5 137/11 138/2
138/19 140/22 140/25 141/1
142/5 142/6 142/9 142/12
142/14 143/3 146/12 146/25
150/11 151/13 151/20 151/25
152/16 155/3 155/12 155/25

156/15 158/24 158/25 160/3
160/20 160/21 160/24 163/3
164/4 164/8 164/16 164/17
166/8 166/8 166/11 166/19
168/17 169/19 171/4 173/21
174/11 175/15 177/6 179/12
180/24 184/1 186/3

**what if [1]**   77/9

**what's [23]**   8/9 27/25 35/17
39/17 46/18 46/22 49/22
53/2 54/8 58/22 62/23 66/4
66/5 72/4 73/4 73/19 79/16
87/17 137/9 163/15 165/24
167/10 183/23

**whatever [11]**   2/15 9/11 25/4
65/25 67/22 91/9 91/25
95/21 96/1 96/11 183/7

**whatnot [1]**   146/14

**whatsoever [1]**   22/16

**when [128]**   3/15 4/22 9/14
9/20 10/6 11/11 12/20 13/23
14/1 14/3 14/4 15/1 15/5
15/14 17/22 18/19 26/25
28/22 29/2 29/15 36/1 36/14
38/5 38/8 38/11 38/15 39/2
42/17 43/11 45/23 46/23
47/4 47/10 50/3 51/21 53/6
53/9 55/16 55/19 55/19
55/22 58/16 59/6 61/16
61/22 62/16 63/2 63/5 64/18
65/8 65/11 65/12 65/24
66/19 67/3 73/12 76/5 76/8
77/5 77/21 77/21 79/5 79/18
79/20 81/6 82/17 83/21 84/1
85/10 86/21 87/7 87/9 88/14
89/10 89/18 91/6 94/15
94/15 94/16 94/19 94/22
94/24 95/3 99/10 100/19
101/11 102/13 102/25 105/6
106/11 106/13 107/1 108/16
109/4 110/5 125/7 126/15
129/21 130/20 133/11 134/13
139/21 141/12 141/23 144/9
146/9 146/10 146/15 149/19
151/8 154/10 157/10 158/20
163/23 165/17 165/22 168/6
168/10 170/7 170/24 171/5
172/3 173/1 173/9 174/17
175/11 175/15 180/15

**where [48]**   3/21 18/3 18/10
25/13 32/6 51/6 51/10 58/9
61/10 72/5 78/18 84/8 92/10
94/7 97/24 111/5 111/17
112/14 128/7 128/8 132/13
138/1 138/15 138/21 144/12
144/13 148/11 150/24 151/12
151/24 152/18 153/23 154/12
154/22 158/14 162/20 165/20
166/18 167/1 167/10 167/15
169/23 172/23 173/7 173/16
174/16 176/24 180/1

**Wherever [1]**   6/16

**whether [24]**   9/6 9/7 44/4
47/5 56/18 99/2 102/10
102/17 116/21 116/22 134/2
134/3 135/22 135/25 137/4
137/14 137/17 148/23 153/20
153/25 154/5 154/7 160/20
181/20

**which [50]**   3/25 8/3 13/14
13/22 15/24 16/15 30/3
30/10 31/19 32/4 34/12
34/21 46/14 49/9 55/22 62/1

64/20 64/21 67/18 86/8 97/7
97/8 99/11 114/20
119/15 121/12 129/12 137/22
141/8 142/4 143/16 144/22
145/12 145/18 148/7 149/16
149/25 150/6 151/19 152/2
155/16 155/19 156/1 156/23
160/7 167/5 184/15 184/16
185/14

**while [3]**   168/9 168/15
175/11

**whiskey [1]**   103/19

**who [28]**   8/21 14/9 27/20
38/19 38/24 43/2 43/21
45/25 46/3 46/4 47/16 58/21
62/20 62/24 76/2 76/15
82/21 82/21 82/22 91/4
92/17 94/15 131/21 131/21
162/20 163/2 175/21 180/22

**whoever [3]**   24/16 78/11
78/24

**whole [5]**   36/8 81/19 90/10
161/13 169/24

**whom [1]**   48/17

**why [28]**   3/2 3/12 38/3 42/24
52/1 53/4 53/5 61/9 62/5
75/16 76/5 77/3 77/5 79/4
83/3 88/5 90/15 92/10
100/17 115/5 136/6 140/23
144/8 160/1 160/21 165/25
179/10 188/2

**wife [29]**   7/9 7/20 10/14
12/14 20/8 20/20 20/25
21/10 21/16 21/20 22/9
22/24 23/4 23/11 23/14 26/6
27/18 28/18 37/14 43/9
44/23 49/7 57/10 57/21 65/7
66/2 103/23 140/3 178/13

**wife's [2]**   7/13 70/10

**will [14]**   2/23 32/21 32/25
57/24 71/8 72/13 123/10
139/5 139/17 140/10 140/16
145/24 180/7 187/1

**win [1]**   85/14

**wise [1]**   59/2

**wish [1]**   88/22

**with [208]**   4/7 7/7 7/22 8/22
8/25 9/1 9/3 9/11 9/15
10/14 11/11 11/24 12/5
12/15 12/20 13/5 13/6 14/18
16/6 16/8 16/11 16/14 16/18
16/21 17/16 22/17 24/16
24/17 24/20 26/16 28/6
28/13 28/22 30/22 32/15
33/4 33/15 37/12 39/5 42/21
42/25 43/14 43/14 44/11
45/6 45/19 46/17 47/4 48/7
49/2 51/1 53/3 53/15 54/5
54/21 54/25 56/2 56/12
57/13 57/25 58/6 58/12
58/22 58/24 61/11 61/13
61/13 61/20 61/25 62/3 62/9
62/11 62/11 62/14 63/18
63/22 63/25 64/10 64/13
64/19 65/14 65/25 66/5 66/7
66/18 66/21 67/4 68/3 68/16
68/17 69/9 70/21 71/2 71/3
75/13 80/8 80/11 80/24 82/6
82/24 83/13 84/17 85/5
86/22 91/23 95/20 96/18
96/24 100/6 103/1 103/13
103/22 105/1 105/3 109/17
109/17 109/18 109/18 109/19

**W**

**with... [89]**   109/21 110/15
112/9 114/17 115/8 115/12
115/16 117/5 117/12 118/4
118/10 118/13 119/12 120/1
120/11 120/13 120/17 121/2
121/5 121/9 121/18 122/9
123/1 123/19 124/9 124/11
125/16 125/17 126/8 127/16
128/5 128/14 129/3 131/14
132/1 133/22 134/18 139/8
140/10 141/9 142/1 144/13
146/6 146/19 147/11 148/24
149/2 149/22 150/4 151/1
151/12 153/17 156/8 159/10
159/18 160/20 161/2 161/4
162/21 162/22 163/25 164/11
164/12 164/18 165/19 165/24
166/2 166/14 166/16 166/21
166/25 168/1 169/20 170/17
174/5 174/6 174/9 174/23
175/9 175/13 176/20 176/23
176/24 179/22 180/1 180/8
182/5 182/10 187/9
**within [4]**   11/6 82/24 137/12
187/1
**without [10]**   2/17 3/11 35/9
35/10 38/16 42/6 77/18
91/23 93/23 134/19
**witness [21]**   5/12 5/13 5/13
5/22 6/11 6/15 6/24 48/13
69/19 76/16 99/23 113/8
114/9 122/19 122/22 123/20
135/9 139/5 159/19 169/10
229/2
**witnesses [1]**   162/6
**woke [3]**   59/23 169/20 172/15
**WOLFE [2]**   1/19 229/23
**won [1]**   85/14
**word [12]**   29/22 29/24 33/4
36/12 75/20 128/21 129/2
133/1 136/3 149/17 158/15
158/15
**wording [2]**   130/2 132/17
**words [9]**   32/15 126/23 127/3
127/6 128/12 131/6 132/15
154/11 165/5
**work [27]**   8/16 9/7 63/24
64/6 64/9 64/12 64/15 64/19
66/16 66/21 66/23 85/16
87/5 92/5 92/7 95/15 109/13
109/17 109/18 109/18 109/19
110/18 163/7 165/13 166/2
166/25 177/24
**worked [1]**   3/19
**working [5]**   8/25 9/1 84/14
88/15 109/1
**works [8]**   88/13 89/3 89/5
89/7 91/13 91/16 97/17
98/13
**worse [2]**   65/15 100/4
**worst [1]**   87/22
**would [114]**   4/13 4/19 5/6
6/14 6/20 13/19 15/12 15/16
15/17 15/20 24/10 24/15
25/10 25/19 28/3 28/4 28/5
36/5 36/16 38/17 42/19 45/1
47/8 50/20 55/4 55/6 55/7
56/18 59/22 65/3 66/23
68/10 69/24 72/25 75/18
77/3 77/9 77/14 77/15 77/23
77/23 77/24 79/5 79/8 79/21

79/23 83/22 83/22 84/12
89/25 91/11 91/12 91/18
91/19 92/20 92/21 95/23
97/19 98/16 102/25 103/2
103/8 103/10 103/20 105/2
105/4 105/12 105/20 106/1
106/4 106/12 106/13 106/13
106/14 120/1 121/19 122/4
123/6 127/3 127/7 131/22
132/14 133/1 134/18 139/2
139/19 141/9 142/3 142/4
144/1 145/11 149/5 152/2
154/10 158/1 159/13 159/16
161/24 164/18 166/16 167/24
168/11 168/12 169/23 182/5
182/8 185/14 187/11 187/24
188/3
**wouldn't [6]**   77/5 77/11 85/2
85/4 92/21 177/7
**Wow [1]**   167/13
**wrap [1]**   69/4
**wrapped [1]**   69/5
**write [3]**   11/4 86/25 94/22
**writing [3]**   11/12 149/11
185/3
**written [14]**   4/16 13/13
28/20 49/18 55/1 56/23
80/24 88/8 88/11 105/18
112/22 149/5 153/13 154/14
**wrong [4]**   66/4 90/23 137/17
160/10
**wrongfully [1]**   3/23

**Y**

**yeah [10]**   92/20 94/10 95/3
95/17 111/9 121/8 164/4
167/9 181/3 181/13
**year [47]**   10/20 10/25 16/25
36/8 39/11 41/4 41/15 49/25
61/18 61/23 75/6 78/5 79/19
79/23 84/13 84/21 84/22
85/6 86/22 87/17 88/9 88/12
88/12 88/17 88/20 88/22
89/5 90/9 91/8 91/9 91/10
91/18 91/24 95/14 95/15
96/13 104/17 108/19 109/2
109/5 142/12 142/17 143/16
143/22 151/18 157/19 185/14
**years [12]**   2/19 40/17 40/18
41/4 42/19 54/14 59/5 74/17
103/24 109/25 110/2 146/11
**yelling [2]**   50/10 52/6
**Yep [2]**   109/11 111/12
**yes [350]**   2/11 2/20 2/25 4/8
4/9 5/19 6/3 6/5 6/21 7/9
7/16 7/19 8/2 8/6 8/8 9/9
9/13 9/16 9/24 10/4 10/8
10/11 10/15 10/18 10/24
11/1 11/3 11/7 11/14 11/16
11/18 11/20 11/22 12/7
12/11 12/19 13/4 13/4 13/8
13/13 14/8 14/8 14/13 14/16
14/25 15/4 15/10 16/7 16/10
16/13 16/17 16/20 16/23
17/2 17/6 17/15 18/1 18/8
18/13 18/16 18/21 19/3
19/10 19/10 19/18 19/22
20/4 20/9 20/24 21/6 21/11
22/5 22/11 23/3 23/10 24/3
25/12 26/1 26/10 26/14 27/3
27/12 29/10 29/17 31/2 31/6
31/11 33/21 34/5 34/5 34/10

35/2 35/8 35/12 35/20 36/10
40/23 40/15 40/19
40/23 41/5 41/19 41/22 42/1
43/5 43/8 43/10 43/25 44/7
44/25 45/8 45/12 47/15
47/19 47/20 47/23 47/25
48/10 48/24 49/4 49/8 50/2
50/6 55/14 57/7 57/11 57/16
57/19 57/23 58/2 58/4 59/21
60/1 60/5 60/11 60/14 60/18
60/18 60/21 60/24 61/15
62/4 62/22 63/13 64/2 64/11
64/13 66/25 67/6 67/10
67/17 68/9 68/13 68/21
68/24 69/6 69/18 70/4 70/7
70/11 70/19 70/23 71/25
72/11 72/21 73/8 74/11
74/19 74/22 75/9 75/12
75/22 76/1 76/4 76/10 76/13
78/3 78/4 78/13 78/17 79/3
80/1 80/6 80/12 80/22 80/25
81/5 81/10 81/21 82/2 82/7
82/10 82/11 82/12 83/5 83/7
83/11 83/20 83/25 84/5
84/24 86/4 86/12 86/17
86/20 87/24 88/2 89/8 89/22
89/24 92/16 95/10 95/13
95/16 96/14 97/7 98/20
98/25 99/13 99/22 100/9
100/15 100/16 101/1 101/4
101/6 101/18 102/3 103/1
103/14 104/1 104/15 104/18
104/21 104/25 105/16 105/22
106/16 106/20 107/3 107/8
107/10 107/16 107/21 107/23
107/25 108/2 108/5 108/10
108/10 108/14 109/15 110/4
110/7 110/25 111/8 111/10
111/25 112/7 112/12 112/23
113/10 116/24 117/7 117/9
117/13 117/22 118/3 118/12
118/16 118/19 119/21 120/6
120/9 121/3 121/17 124/10
126/15 126/6 126/9 126/17
126/18 129/7 129/12 129/17
129/20 130/17 130/24 131/3
131/11 133/6 133/7 133/13
134/17 135/1 135/21 136/22
137/24 138/4 139/7 140/4
140/25 141/25 142/20 147/13
148/21 150/8 152/17 153/5
154/19 155/24 157/22 159/12
160/25 163/6 163/14 163/22
164/1 164/25 166/18 167/19
168/9 170/14 170/18 170/21
170/23 171/3 171/14 172/8
172/23 175/18 177/18 178/1
179/18 181/17 182/11 183/2
183/5 183/6 183/21 185/21
185/22 186/4 186/8 186/15
187/16 188/4 188/5
**Yes.BY [1]**   177/20
**yesterday [2]**   88/16 88/20
**yet [10]**   44/19 132/6 149/22
151/23 157/3 157/10 157/12
157/23 158/8 167/20
**you [1011]**   2/8 2/23 3/6 3/12
4/15 4/25 5/2 5/17 5/17 5/20
5/25 6/16 6/22 7/3 7/7 7/17
7/22 8/5 8/7 8/15 9/8 9/10
9/14 9/20 10/6 10/7 10/14
11/4 11/5 11/8 11/11 11/12
11/15 11/17 11/19 11/21

**Y**

you... [976]   11/23 12/2 12/5
12/12 12/14 12/20 12/21
12/24 13/3 13/9 13/11 13/17
13/21 13/24 14/6 14/18
14/23 15/5 15/6 15/8 15/12
15/24 15/25 16/1 16/6 16/8
16/11 16/14 16/18 16/21
16/24 17/5 17/7 17/13 17/16
17/19 17/22 18/6 18/10
18/14 18/17 18/18 18/19
18/22 18/25 19/5 19/6 19/9
19/19 20/1 20/5 20/8 20/19
20/25 21/4 21/9 21/13 21/16
21/19 22/3 22/6 22/9 22/23
23/4 23/8 23/11 23/13 23/18
23/20 24/7 24/8 24/13 24/20
24/20 24/24 25/1 25/6 25/18
25/18 25/24 26/2 26/5 27/1
27/7 27/10 27/13 27/17
27/25 28/2 28/4 28/8 28/11
28/13 28/18 28/21 28/22
29/1 29/2 29/7 29/11 29/16
29/22 30/10 31/4 31/7 31/9
31/12 31/25 32/3 32/6 32/14
33/3 33/4 33/18 33/22 34/18
34/21 35/9 35/10 35/16
35/18 36/7 36/9 36/12 36/14
36/22 37/14 37/20 37/23
37/24 38/11 38/11 38/12
38/19 38/24 39/4 39/5 39/5
39/7 39/9 39/14 39/18 39/21
39/25 40/1 40/3 40/6 40/12
40/25 41/1 41/3 41/10 41/17
41/20 42/15 42/16 42/21
42/24 42/24 43/2 43/6 43/7
43/9 43/11 43/14 43/16
43/16 43/21 43/23 43/24
44/4 44/11 44/12 44/14
44/15 44/15 44/17 44/22
45/1 45/4 45/5 45/6 45/6
45/9 45/10 45/13 45/17
45/18 45/19 45/25 46/3 46/8
46/10 46/17 46/20 46/21
47/2 47/4 47/5 47/10 47/13
47/13 47/21 48/3 48/6 48/11
48/14 48/17 48/20 48/25
49/2 49/7 49/11 49/18 49/23
50/3 50/4 50/7 50/7 50/14
50/15 50/15 51/1 51/3 51/3
51/14 51/14 51/18 51/21
51/21 51/22 51/23 52/6 52/7
52/8 52/8 52/10 52/12 52/12
52/15 52/15 52/17 52/23
53/2 53/10 53/12 53/14
53/14 53/15 53/18 53/20
53/21 53/23 54/2 54/11
54/12 54/13 54/14 54/15
54/16 54/17 54/17 54/20
54/21 55/1 55/13 55/19 56/8
56/12 56/18 56/22 57/1 57/3
57/6 57/8 57/10 57/15 57/17
57/20 57/20 57/24 58/11
58/19 58/20 58/20 58/23
59/7 59/15 59/15 59/18
59/21 60/3 60/6 60/9 60/10
60/13 60/13 60/16 60/22
60/23 60/25 61/5 61/7 61/12
61/17 61/22 61/22 62/1 62/2
62/2 62/6 62/24 63/2 63/7
63/8 63/9 63/10 63/11 63/12
63/17 63/20 64/3 64/9 64/9

64/12 64/14 64/24 64/25
66/6 66/9 66/11 66/12 66/13
66/16 66/16 66/19 66/22
67/3 67/5 67/7 67/9 67/11
67/15 68/10 68/14 68/22
69/5 69/8 69/10 69/11 69/17
69/21 69/24 69/25 70/2 70/8
70/15 70/24 71/1 71/6 71/8
71/9 71/12 71/13 71/17
71/20 71/23 72/1 72/18
72/20 72/22 73/17 73/21
74/7 74/13 74/15 74/23
74/23 74/24 75/4 75/5 75/7
75/7 75/10 75/10 75/13
75/20 75/23 76/5 76/6 76/8
76/11 76/24 77/2 77/3 77/6
77/25 78/6 78/8 78/8 78/14
78/18 79/4 79/6 79/6 79/7
79/14 79/15 80/3 80/7 80/10
80/23 81/1 81/4 81/6 81/9
81/12 81/22 82/1 82/8 82/14
82/15 82/17 82/18 83/1
83/10 83/13 83/14 83/18
83/21 84/1 84/6 84/8 84/10
84/25 85/8 85/12 85/13
85/14 85/14 85/14 85/15
85/15 85/22 85/24 86/5 86/8
86/14 86/21 87/14 87/25
89/1 89/6 89/16 89/17 89/18
89/21 89/25 90/1 90/7 90/8
90/10 90/12 90/16 91/12
91/13 91/14 91/14 91/18
91/20 91/21 91/25 92/8 92/9
92/10 92/13 92/13 92/14
92/24 93/9 93/11 93/13
93/13 93/15 93/16 93/20
93/22 93/24 93/25 94/2 94/2
94/8 94/19 94/20 94/24
94/25 95/9 95/11 95/12
95/15 95/18 95/24 96/1
96/12 96/16 96/17 97/7 97/8
97/19 97/20 98/4 98/5 98/10
98/10 98/11 98/21 98/23
99/2 99/3 99/6 99/7 99/9
99/14 99/16 100/2 100/3
100/5 100/11 100/12 100/13
100/17 100/20 100/24 101/2
101/2 101/7 101/21 102/1
102/1 102/10 102/12 102/13
102/15 102/17 102/20 102/20
103/3 103/5 103/5 103/5
103/6 103/12 103/13 104/9
104/10 104/11 105/2 105/14
105/25 106/5 106/12 106/15
106/17 106/18 106/22 107/1
107/2 107/6 107/9 107/17
107/22 108/8 108/12 110/5
110/14 110/14 110/17 111/5
111/10 111/13 111/17 111/18
111/18 111/18 111/19 111/23
111/24 112/2 112/8 112/15
113/4 113/8 113/22 114/9
114/12 114/17 115/1 115/5
115/6 115/10 115/11 115/13
115/16 115/19 115/23 116/3
116/3 116/5 116/8 116/21
116/22 116/22 117/1 117/3
117/14 117/21 117/23 118/1
118/4 118/9 118/10 118/13
118/17 119/3 119/7 119/12
119/12 119/18 119/24 120/1
120/8 120/11 120/13 120/16

120/17 120/17 120/23 121/2
120/25 121/3 121/9 121/18
122/8 122/8 122/10 122/12
122/14 122/21 123/1 123/1
123/10 123/15 123/16 123/18
123/19 123/21 123/23 124/4
124/7 124/8 124/11 124/24
125/3 125/15 125/16 125/16
125/21 126/1 126/3 126/5
126/6 126/15 126/20 126/22
126/24 127/3 127/6 127/13
127/15 127/24 128/5 128/9
128/14 128/14 129/3 129/3
129/11 129/13 129/15 129/21
129/22 129/25 130/11 130/11
130/16 130/17 130/21 130/21
131/20 132/1 132/1 132/12
132/22 133/3 133/8 133/10
133/15 133/15 133/20 133/22
134/6 134/13 134/16 134/18
135/8 135/10 136/1 137/4
137/19 137/22 137/25 138/1
138/2 138/2 138/3 138/15
138/16 138/17 139/3 139/10
139/19 139/25 140/7 140/10
140/11 140/17 140/22 140/22
140/25 141/2 141/11 142/3
142/5 142/9 142/19 142/23
142/24 143/22 143/23 144/13
145/11 146/6 146/15 146/16
146/19 146/22 146/22 146/25
147/2 147/3 147/8 147/9
147/24 147/24 148/5 148/5
148/8 148/9 148/11 148/11
148/13 148/17 148/18 148/19
148/19 148/22 148/23 148/25
149/2 149/3 149/7 149/14
149/14 149/14 149/16 149/19
149/20 150/2 150/9 150/15
150/23 151/4 151/11 151/16
151/17 152/2 152/10 152/10
152/22 153/5 153/8 153/10
153/23 154/3 154/7 154/11
154/22 155/10 155/11 156/17
156/24 157/1 157/3 157/10
157/20 158/11 158/14 158/20
159/2 159/3 159/7 159/9
159/10 159/24 160/1 160/3
160/8 160/14 160/21 160/22
160/23 161/2 161/5 161/9
161/10 161/13 161/17 161/19
161/25 162/3 162/20 162/20
162/20 162/24 163/4 163/7
163/9 163/9 163/13 163/19
163/23 164/2 164/8 165/8
165/24 165/24 165/25 166/8
166/16 166/18 166/18 166/19
167/4 167/5 167/7 167/10
167/13 167/18 168/2 168/2
168/5 168/7 168/17 169/2
169/4 169/13 169/23 170/6
170/7 170/8 170/8 170/12
170/15 170/15 170/19 170/24
171/5 171/16 172/3 172/6
172/11 172/14 172/21 172/22
172/22 173/1 173/1 173/2
173/10 173/13 173/23 173/23
174/1 174/3 174/8 174/11
174/16 174/16 174/17 174/19
175/8 175/16 175/17 175/19
175/19 175/22 175/23 175/25
176/1 176/7 177/2 177/5
177/12 177/22 177/25 178/12

**Y**

**you...... [45]** 178/14 178/21
178/24 179/3 179/3 179/7
179/10 180/8 181/2 181/6
181/14 181/14 181/19 181/20
181/20 181/22 182/17 182/19
183/1 183/7 183/7 184/7
184/9 185/2 185/19 186/2
186/8 186/13 186/14 186/16
186/19 186/21 186/24 186/25
187/1 187/4 187/5 187/7
187/11 187/14 187/19 188/3
188/7 188/8 188/9

**you'd [1]** 140/18

**you'll [11]** 27/5 45/3 67/13
74/5 113/20 120/21 124/8
130/10 149/22 150/3 157/5

**you're [62]** 4/7 40/24 46/20
53/17 63/6 64/24 72/19
73/15 80/5 84/14 90/3 90/9
91/21 92/12 92/22 92/23
93/6 96/12 97/4 97/9 97/9
97/16 97/16 97/18 98/3
98/12 98/13 99/9 99/10
102/4 102/6 110/12 110/16
114/3 114/6 114/23 121/3
121/20 123/16 128/21 130/8
141/19 149/18 150/17 155/3
155/7 155/18 155/25 156/20
157/10 166/5 170/6 173/14
173/14 173/15 173/16 174/1
178/12 184/8 184/10 185/3
186/6

**you've [12]** 4/8 4/12 4/14
4/19 58/5 81/25 82/4 82/5
89/4 119/2 162/17 181/7

**young [2]** 165/17 165/19

**your [403]** 2/4 2/8 2/9 2/20
2/23 4/6 4/8 4/18 5/2 5/10
6/1 6/7 6/10 6/17 6/23 7/4
7/13 7/20 8/1 8/9 8/13 8/19
10/14 12/14 13/6 14/19
15/17 17/1 17/4 17/14 17/25
19/16 20/1 20/8 20/10 20/18
20/19 20/25 21/4 21/10
21/16 21/19 21/22 22/2 22/6
22/9 22/12 22/17 22/22
22/24 23/4 23/8 23/11 23/13
23/16 25/18 25/19 25/23
26/6 26/8 26/16 26/20 26/23
27/1 27/4 27/9 27/13 27/18
27/25 28/15 28/18 29/1 29/3
29/5 29/6 29/11 29/19 31/4
31/8 31/12 31/16 31/22 32/1
32/24 33/2 33/18 33/22 34/1
34/3 34/9 34/15 34/18 34/25
35/3 35/6 36/12 36/22 36/24
37/14 37/20 39/6 39/22
39/23 40/15 41/16 41/20
41/24 42/9 42/12 43/9 43/19
44/20 44/23 45/2 45/14 49/3
49/6 49/7 49/16 49/20 50/18
50/25 51/14 51/17 52/2 52/3
52/7 52/7 52/8 52/8 52/9
52/9 52/15 53/12 53/13
53/13 53/15 53/16 55/11
55/14 56/13 56/15 56/23
57/5 57/10 57/13 57/20 58/5
58/7 58/12 58/12 58/23
58/24 59/11 59/11 60/17
61/11 61/13 61/14 61/16
61/24 62/3 62/5 62/18 63/18

63/19 63/23 63/24 64/12
66/23 67/7 68/7 68/11 68/15
68/15 68/16 68/25 69/10
69/11 69/18 70/10 71/2
71/10 71/11 71/21 72/23
72/25 73/3 73/4 73/10 73/11
73/12 73/15 73/19 73/24
74/2 74/5 74/7 74/8 74/13
74/15 76/9 76/22 78/21 79/2
79/13 80/8 81/13 81/19 82/1
82/4 82/9 83/13 83/14 83/17
85/17 86/3 86/5 86/10 86/11
86/21 86/22 87/17 87/19
87/19 87/23 88/1 89/10 90/1
90/6 90/8 90/11 91/17 93/10
93/17 95/22 96/1 96/24 97/6
98/18 100/13 100/17 100/22
100/25 101/3 101/5 103/12
104/2 105/1 108/4 108/7
108/13 110/22 110/25 111/4
112/10 112/17 112/22 112/24
113/6 113/10 113/19 114/13
114/18 115/18 116/13 116/18
116/19 116/21 116/24 117/1
118/5 122/16 122/23 123/19
123/21 124/1 127/11 128/8
129/9 130/13 130/15 131/9
131/14 131/20 132/2 133/1
133/24 134/24 135/2 135/4
135/6 135/8 135/10 136/4
136/7 137/8 137/9 137/23
138/19 139/4 140/13 141/23
143/14 147/23 148/4 148/14
148/20 148/24 149/3 149/16
149/17 150/19 150/20 152/23
152/23 153/25 154/5 155/5
155/22 156/24 159/8 159/18
161/3 161/25 162/3 162/8
163/15 163/23 164/3 164/8
164/21 164/23 168/14 169/11
169/16 169/23 170/7 170/9
170/12 170/13 170/17 170/24
171/4 171/15 171/20 174/1
174/19 175/15 175/19 175/22
175/23 175/25 176/5 176/7
176/17 176/19 176/25 177/9
177/13 177/16 177/16 177/20
177/23 177/25 178/5 178/9
178/10 179/3 179/4 181/14
181/20 182/8 182/12 182/16
182/18 182/22 182/24 183/2
183/3 183/6 183/9 183/21
183/23 184/4 184/7 184/18
185/9 185/16 185/21 186/11
186/23 187/4 187/5 187/7
187/9 187/10 188/7

**yours [2]** 70/10 77/6

**yourself [6]** 7/3 81/2 161/7
165/25 175/8 178/13

**Z**

**Zolpidem [1]** 60/19