```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES TEPPER and                  :
ALLISON TEPPER,                   :
                                  :
        Plaintiffs,               :
                                  :      CIVIL ACTION
     v.                           :
                                  :      NO. 15-cv-5834
AMOS FINANCIAL, LLC,              :
                                  :
        Defendant.                :
```

**ORDER**

AND NOW, this    13th    day of June, 2017, it is hereby ORDERED that the Parties submit additional briefing regarding whether Defendant qualifies as a "debt collector" under 15 U.S.C. § 1692(a)(6), in light of the Supreme Court's recent opinion in <u>Henson v. Santander Consumer USA Inc.</u>, No. 16-349, 2017 WL 2507342 (S. Ct. June 12, 2017).  It is further ORDERED that:

    (1) Plaintiffs file a brief within 7 (seven) days of the entry of this Order;

    (2) Defendants file a response brief within 7 (seven) days of the filing of Plaintiffs' brief.


                                        BY THE COURT:


                                        <u>s/J. Curtis Joyner    </u>
                                        J. CURTIS JOYNER,    J.