# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES TEPPER and ALLISON TEPPER, : : : Plaintiffs, : : v. : : AMOS FINANCIAL, LLC, : : Defendant. : | CIVIL ACTION NO. 15-cv-5834 |

**ORDER**

AND NOW, this 9th day of August, 2017, following Non-Jury Trial in this matter on April 5, 2017 and for the reasons set forth in the preceding Decision, it is hereby ORDERED that:

(1) Judgment is entered in favor of Plaintiffs and against Defendant;

(2) Plaintiffs are awarded $1,000 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

(3) Having brought a successful action under the Fair Debt Collection Practices Act, Plaintiffs are also entitled to an award of reasonable attorney fees and costs;

(4) Plaintiffs shall submit, within fourteen (14) days of entry of this Order, an affidavit and/or other materials detailing their reasonable attorney fees and costs. Plaintiffs' submission of costs and fees should contain, at minimum, a description of work completed, time expended on various tasks, and the hourly rate

charged. Defendant shall have fourteen (14) days after submission of this affidavit to file a response, if any.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.