IN THE EASTERN DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JAMES TEPPER and            :    CIVIL ACTION
ALLISON TEPPER,             :
                            :    No. 15-cv-5834
        Plaintiffs,         :
                            :
    vs.                     :
                            :
AMOS FINANCIAL, LLC,        :
                            :
        Defendant.          :
```

**ORDER**

AND NOW, this     1st     day of November, 2017, upon consideration of Plaintiffs' Brief in Support of the Reasonableness of Their Attorneys' Fees and Costs (Doc. No. 53) and Defendant's response thereto (Doc. No. 56), it is hereby ORDERED that the parties shall submit additional material for the Court's consideration as follows: (1) Plaintiffs shall provide the Court with a copy of the docket from the state court foreclosure action, Amos Financial, LLC v. Tepper, Case No. 150303302 (Pa. Com. Pl., Phila. Cnty.); and (2) each party shall provide the Court with a copy of their filings in the same action.[1]  The parties shall provide the court with this material in hard-copy, separately bound or stapled, within 10 days of the entry of this Order.

---

[1] In order for the Court to appropriately determine the reasonableness of Plaintiffs' attorneys' fees in this particular action, the Court must consider the extent to which the work of Plaintiffs' attorneys in this action overlapped with their work in the state court foreclosure action.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,        J.
```